# EXHIBIT 2
**(December 2, 2004 Grievance By Council)**



## IBT/HERE EMPLOYEE REPRESENTATIVES' COUNCIL

Steven P. Vairma
10 Lakeside Lane, Suite 3-A
Denver, CO 80212
Phone (303) 458-1600
Fax (303) 480-1015

Ken Paulsen
1219 28th St., NW
Washington, DC 20007
Phone (202) 393-4373
Fax (202) 342-2129

David N. Siegel
Chairman & CEO
Gate Gourmet Division Americas
5100 Poplar Avenue
Memphis, TN 38137

December 2, 2004
Via fax and overnight mail

RE: Gate Gourmet Contract Negotiations and Grievance Filing

Dear Mr. Siegel:

Following up our communication of November 29, 2004 this will serve as a grievance filing in accordance with <u>Article 9 GRIEVANCE PROCEDURE</u> of our National Master Agreement (NMA).

As a result, please note the following:

Gate Gourmet is in violation of the NMA by unilaterally altering the health care benefit/life plan, in violation of <u>Article 34 SUPERIORITY AGREEMENT.</u>

Responses should be made directly to Ken Paulsen, Vice Director, on behalf of the Council c/o 1219 28th Street, NW Washington, DC 20007.

Please note that in addition to violating the NMA the Company's announced unilateral alteration of the health care benefit/life plan also violates Section 2 Seventh of the Railway Labor Act. We will address this violation in a separate, appropriate manner.

Sincerely,

Steven P. Vairma, Council Director
IBT/HERE Employee Representatives' Council

Kenneth C. Paulsen, Vice Director
IBT/HERE Employee Representatives' Council

:lc

cc:    Gate Gourmet Local Units
       Council Unions