# EXHIBIT 3
(April 8, 2005 Gate Gourmet Response)

# Gategourmet

Gate Gourmet
11710 Plaza America Drive
Suite 800
Reston, VA 20190

April 8, 2005

Mr. Steven P. Vairma, Council Director
IBT/HERE Employee Representatives' Council
10 Lakeside Lane, Suite 3-A
Denver, CO 80212

Mr. Kenneth C. Paulsen, Vice Director
IBT/HERE Employee Representatives' Council
1219 28th St. NW
Washington, DC 20007

Dear Steve and Ken:

This letter shall serve as a follow-up to your joint correspondence to David N. Siegel on November 29, 2004, December 2, 2004 and December 10, 2004 regarding "Gate Gourmet Contract Negotiations and Grievance Filing". For future reference, please be advised that David Siegel is not the Chairman and CEO of Gate Gourmet Division Americas. He is the Chairman and CEO of Gate Gourmet International. Mr. Peter Pappas is the President and highest ranking officer of Gate Gourmet Division Americas.

As you are aware, the parties have been in discussions at the bargaining table with respect to changes to the health care benefits raised in your correspondence and the Company remains hopeful that these current health care issues can be resolved to our mutual satisfaction as part of an overall agreement. However, in order to reiterate the company's position as it relates to the Council's charge that "Gate Gourmet is in violation of the NMA by unilaterally altering the health care benefit/life plan, in violation of Article 34 SUPERIORITY AGREEMENT" please consider this as further clarification of the Company's position as it relates to the above-referenced correspondence.

The health care benefit changes that became effective on January 1, 2005 for represented employees of Gate Gourmet covered by the Company-sponsored plan are consistent with the "me-too" provision contained in Article 24, HEALTH AND LIFE BENEFIT, of the NMA which provides in part that "... should there be any change in the benefit level of the Health Care and Life Insurance Plans during the term of this Agreement it *will apply* to the Employees covered under this Collective Bargaining Agreement" (italics added for emphasis).

As I mentioned in prior discussions, the Company reviewed the life insurance and ADD plan provisions of the applicable Local Addendums after the changes were originally announced but prior to implementing any of the changes on January 1, 2005. As a result of that review, the Company revised some of the changes and believes that it is in compliance with the life insurance and ADD plan provisions as specified in the applicable Local Addendums. Attached for your review is a summary of the life insurance/ADD plan provisions that the Company believes should be provided at each applicable Unit location. If you disagree with any of the determinations in the attached summary, I will be happy to discuss it with you to determine if further adjustments are warranted.

While I understand that your December 2, 2004 correspondence was intended to serve as a grievance filing, I have reviewed "Article 9 GRIEVANCE PROCEDURE" and am unclear as to which provision in Article 9 you are referencing that would permit the Union to bypass the first step in the grievance process and/or to submit the grievance to a senior officer of the Company (although in this case it was actually filed with an officer of Gate Gourmet International). If it was the Union's intent to bypass the first step in the grievance process, I am also unclear as to which step the grievance would currently be at based on the December 2 filing. Until the Company understands the Union's contractual basis for the manner in which the December 2 grievance filing was put forth, it is preserving its right to contest whether the grievance was properly filed in accordance with Article 9. Please provide me with the Union's position on this matter. Notwithstanding all of the foregoing, the Company remains willing to reach a mutually satisfactory resolution to this issue during the course of our negotiations.

With regard to the Council's assertion that the aforementioned changes violate Section 2 Seventh of the Railway Labor Act, the Company respectfully disagrees that its actions were or are in violation of the Act.

                Sincerely,

                Anthony J. Bralich Jr.
                Vice President Labor Relations
                Gate Gourmet Division Americas

**GATE GOURMET**
Summary of Collective Bargaining Agreements
Life/AD&D/8/2005 Insurance

| Contract | Union | Units | # of EE's | Location | LIFE / AD&D |
|---|---|---|---|---|---|
| (1) Gate Gourmet Dobbs International Master Agreement | IBT/HERE Employee Representatives' Council (the "Council") | 117, 126, 165, 201, 234, 238, 244, 245, 246, 426, 427, 588, 731, 734, 735, 740 | 2,271 | Various | Article 24 – the minimum life insurance provided will be in the amount of $8,000. |
| (2) Gate Gourmet at Atlanta Hartsfield International Airport | IBT – Local 528 | | 900,301,302,321 | 688 Atlanta | Article XXI, Section 2 – the Company agrees to provide EE's who are eligible for Gate Gourmet Health Care Plans 1/2 of their annual base salary (rounded to the nearest $1,000) or a minimum of $8,000, which ever is greater. |
| (3) Dobbs International Services, Inc. & IAM | IAM – District Lodge 142 | | 231,812 | 283 Boston | Article XXII – The minimum life insurance provided will be in the amount of $8,000. |
| (4) Dobbs Int'l Services O'Hare Int'l Airport & Midway Airport | HERE – Local 1 | | 240,241,824 | 708 Chicago | Same as Management |
| (5) Dobbs Int'l Services, Inc. at O'Hare Int'l Airport | IBT – Local 705 | | 240,241,823 | 137 Chicago | Article XXXII – The minimum life insurance provided will be in the amount of $8,000. |
| (6) Gate Gourmet / Dobbs | Bakery, Confectionery & Tobacco Workers & Grain Millers – Local 111 | | 600 | 90 Dallas/Fort Worth | Article XX, Section 2 – the Company agrees to provide EE's who are eligible for Gate Gourmet Health Care Plans 1/2 of their annual base salary (rounded to the nearest $1,000) or a minimum of $10,000, whichever is greater. |
| (7) Dobbs Int'l Services, Inc. DBA Gate Gourmet | Drivers, Chauffeurs and Helpers – IBT Local 639 | | 235,618 | 724 Dulles | Article XXIX – the minimum life insurance provided will be one times your base salary. |
| (8) Gate Gourmet, Division, Inc. | United Catering, Restaurant, Bar and Hotel Workers Union – Local 1064 RWDSU | 746 | | 50 Detroit | Article XVIII, Section 4 – The Basic Life Insurance and Accidental Death will be provided by the Company valued at $10,000. |

Page 1 of 3

07/24/05  07:54 FAX 4156216820  WESTERN REG. – TRES  @008/010

05/24/05 07:54 FAX 4156216820   WESTERN REG. TRES.   ☒009/01

**GATE GOURMET**
Summary of Collective Bargaining Agreements
Life/AD&D/8/2005 Insurance

Page 2 of 3

| | Contract | Union | Units | # of EEs | Location | LIFE / AD&D |
|---|---|---|---|---|---|---|
| (8) | Gate Gourmet, Inc. Units 888 & 910 | RWDSU | 818,810 | 28 Hartford | Not Specified, may be included in Union sponsored Plan. |
| (10) | Gate Gourmet Inc. Unit RAM - District Lodge 142 | IBT - Local 612 | 212 | 25 Houston | Article XXIII - The minimum life insurance provided will be in the amount of $8,000. |
| (11) | Gate Gourmet / Dobbs Local 612 | IBT - Local 612 | 122 | 19 Jacksonville | Article XVIII - regular FT EE's will also be eligible to participate in the Company's General Life Insurance Plan. All regular FT EE's will be provided life insurance in accordance with plan provisions. The minimum life insurance provided will be in the amount of $8,000. |
| (12) | Gate Gourmet | HERE Local 226 | 711 | 140 Las Vegas | Not Specified, may be included in Union sponsored Plan. |
| (13) | Gate Gourmet | IBT - Local 572 | 674,838 | 521 Los Angeles | Included in Union Sponsored Plan |
| (14) | Gate Gourmet Unit 132 | IBT - Local 667 (Highway Local Motor Freight Employees Local) | 132 | 103 Memphis | Same as Management |
| (15) | Gate Gourmet / Dobbs | Hotel, Motel, Restaurant and High Rise Employees and Bartenders Union - Local 355 In-Flight Catering Operations | 447,826 | 179 Miami | Not Specified, may be included in Union sponsored Plan. |
| (16) | Gate Gourmet Int'l / Dobbs Int'l | HERE - Local 69 | 119 | 108 Newark | Included in Union Sponsored Plan |
| (17) | Gate Gourmet / Dobbs | IBT - Local 270 | 171,830 | 28 New Orleans | Article XXV - regular FT EE's will also be eligible to participate in the Company's General Life Insurance Program. All regular FT EE's will be provided life insurance in accordance with plan provisions. The minimum life insurance provided will be in the amount of $8,000. |
| (18) | Dobbs Int'l Units 112, 736, 814 and 818 | RWDSU/UFCW - Local 1102 | 112, 738, 814 | 295/JFK/LGA | Not Specified, may be included in Union sponsored Plan. |
| (19) | Dobbs International Services, Inc. | HERE - Local 2850 | 633 | 19 Oakland | Not Specified, may be included in Union sponsored Plan. |
| (20) | Gate Gourmet Int'l / Dobbs Int'l | HERE - Local 274 | 106 | 61 Philadelphia | Not Specified, may be included in Union sponsored Plan. |
| (21) | Gate Gourmet, Inc. Unit 109 (Highway Truck Drivers and Helpers) | IBT - Local 107 | 108 | 27 Philadelphia | Article XX, Section 2 - the Company will provide regular FT EE's with Basic Group Term Life/AD&D Insurance equal to the greater of either 1/2 of their annual base salary (rounded to the nearest $1,000) or a minimum of $8,000. |
| (22) | Gate Gourmet - Local Addendum | HERE Local 340, Interior employees | 245 | 693 San Francisco | Included in Union Sponsored Plan |
| (23) | Gate Gourmet - Local Addendum | IBT - Local 278, transportation employees | 245 | 88 San Francisco | Not Specified, may be included in Union sponsored Plan. |

GATE GOURMET
Summary of Collective Bargaining Agreements
Life/AD&D/2005 Insurance

| | Contract | Union | Units | # of EE's | Location | LIFE / AD&D |
|---|---|---|---|---|---|---|
| 24) | Gate Gourmet | IBT - Local 688 | 163 | 74 | St. Louis | Article 33 - the Company agrees to continue to provide through their carrier a $10,000 life and an additional $10,000 accidental death and dismemberment policy for all EE's covered by the Agreement. |
| 25) | Gate Gourmet Amtrak | HERE - Local 8 | 840 | 12 | Seattle | Not Specified, may be included in Union sponsored Plan. |
| 26) | Dobbs Int'l Services, Inc. Catering | IAM | 725 | 84 | Tampa | Article XXX- The Company agrees to provide EE's who are eligible for Dobbs Health Care Plans 1/2 of their annual salary (rounded to nearest $1,000) or a minimum of $10,000, whichever is greater. |

Page 3 of 3