# EXHIBIT 1
(Protest By Council of 10/27/04 H&W Changes)



# IBT/HERE EMPLOYEE REPRESENTATIVES' COUNCIL

Steven P. Vairma
10 Lakeside Lane, Suite 3-A
Denver, CO 80212
Phone (303) 458-1600
Fax (303) 480-1015

Ken Paulsen
1219 28th St., NW
Washington, DC 20007
Phone (202) 393-4373
Fax (202) 342-2129

<u>**VIA U.S. MAIL**</u>   November 29, 2004
David N. Siegel
Chairman & CEO
Gate Gourmet Division Americas
5100 Poplar Ave
Memphis, TN 38137

      Re:    Gate Gourmet Contract Negotiations

Dear Mr. Siegel:

      As the representative of Gate Gourmet's Kitchen, Commissary and Catering Employees, the Council is currently engaged in direct negotiations with the Company's representatives over proposed changes in rates of pay, rules and working conditions for craft or class employees. The Master Agreement became amendable on June 1, 2004. Local supplements, of course, are subject to renewal from time to time with respect to economic issues in accordance with Article 33 and Attachment A of the Master Agreement.

      On September 1, 2004, Gate Gourmet's representatives advised us that, due to adverse economic circumstances, the Company will seek wage and benefit concessions from its employees. On October 21, the Company made its proposal for deep, across-the-board cuts in wages and benefits. Of the concessions sought, none is more important or less attainable than the health benefit reduction proposed by the Company. Your representatives have been advised that, while the Council is prepared to deal realistically with health cost inflation, it will not acquiesce in the virtual elimination of health benefits.

      Your representatives advised us that, effective January 1, 2005, current health insurance benefits will be lowered and employee contributions will be increased. These changes are to be made unilaterally. Announced on October 27, 2004, employee health premium contributions for the Company-sponsored Core plan will increase to $119.07 from $31.32 per month, or by 280 percent, for single employee coverage. Current employee contributions for family coverage of $155.63 will increase by 133 percent, to $362.61. The cost of dental coverage is to be borne entirely by employees.

David N. Siegel
November 29, 2004
Page 2

       It is apparent that the Company's unilateral actions are designed to **frustrate bargaining and defeat agreement.** Your representatives were told unequivocally on October 21st that, by snatching the health care issue off the bargaining table, they have left us with nothing to talk about. We cannot think of a clearer instance of an employer, whether an air carrier or not, failing in its duty to make every reasonable effort to make and maintain agreements.

       For these reasons, if the threatened health insurance changes are made on or after January 1, 2005, we will have to consider whether to terminate conferences on outstanding Section 6 notices. Perhaps the termination of conferences will cause the parties to re-evaluate their positions, using pragmatic self-interest criteria, and thereby lead to ultimate resolution of this dispute.

                         Very truly yours,

                         *Steven P. Vairma/lc*

                         Steven P. Vairma, Council Director
                         IBT/HERE Employee Representatives' Council

                         Kenneth C. Paulsen, Vice Director
                         IBT/HERE Employee Representatives' Council