# EXHIBIT 2
(December 2, 2004 Grievance By Council)

 

# IBT/HERE EMPLOYEE REPRESENTATIVES' COUNCIL

Steven P. Vairma  
10 Lakeside Lane, Suite 3-A  
Denver, CO 80212  
Phone (303) 458-1600  
Fax (303) 480-1015

Ken Paulsen  
1219 28th St, NW  
Washington, DC 20007  
Phone (202) 393-4373  
Fax (202) 342-2129

David N. Siegel  
Chairman & CEO  
Gate Gourmet Division Americas  
5100 Poplar Avenue  
Memphis, TN 38137

December 2, 2004  
Via fax and overnight mail

RE: Gate Gourmet Contract Negotiations and Grievance Filing

Dear Mr. Siegel:

Following up our communication of November 29, 2004 this will serve as a grievance filing in accordance with Article 9 GRIEVANCE PROCEDURE of our National Master Agreement (NMA).

As a result, please note the following:

Gate Gourmet is in violation of the NMA by unilaterally altering the health care benefit/life plan, in violation of Article 34 SUPERIORITY AGREEMENT.

Responses should be made directly to Ken Paulsen, Vice Director, on behalf of the Council c/o 1219 28th Street, NW Washington, DC 20007.

Please note that in addition to violating the NMA the Company's announced unilateral alteration of the health care benefit/life plan also violates Section 2 Seventh of the Railway Labor Act. We will address this violation in a separate, appropriate manner.

Sincerely,

Steven P. Vairma, Council Director  
IBT/HERE Employee Representatives' Council

Kenneth C. Paulsen, Vice Director  
IBT/HERE Employee Representatives' Council

:lc

cc:   Gate Gourmet Local Units  
      Council Unions