# EXHIBIT 4
(Gate Gourmet May 12, 2005 Communication)

# Gategourmet



TO: Division Americas Employees Enrolled in the Company Medical Plan
FROM: Pete Pappas, President, Division Americas
RE: Medical Plan Contributions
DATE: May 12, 2005

Because our Divisional financial performance continues to decline and our labor costs remain uncompetitive under the current labor contract, the company Medical Plan subsidy will end on June 30, 2005 if the new contract is not approved by the union membership.

If the new contract is not approved, we will continue to offer the Medical Plan, **but you will be responsible for the full monthly cost beginning in July**. Your new monthly contribution would be based on your coverage level:

| Coverage Level | Current Monthly Rate | New Monthly Rate |
| --- | --- | --- |
| Employee Only | $119.07 | $390.57 |
| Employee + Child(ren) | $228.66 | $757.25 |
| Employee + Spouse | $267.90 | $796.49 |
| Family | $362.61 | $1,148.27 |

**If you want to continue to participate in the Medical Plan after June 30, 2005 <u>you must re-enroll</u>. You can enroll by calling the Benefit Headquarters at 888-731-8206 between Thursday, May 19 and Wednesday, June 1.**

**If you do not re-enroll during this time, your medical benefits will expire on June 30, 2005 if the labor contract is not approved. If the contract is approved, your prior election will continue and any election changes made during this special enrollment will not be implemented.**

The special enrollment line will be open during the following hours:

Monday to Thursday – 8:30 a.m. to 8:00 EST
Friday – 8:30 a.m. to 5:00 p.m.
Saturday – 9:00 a.m. to 1:00 p.m.

Note: The special enrollment line will be closed on Saturday May 28th and Monday May 30th for the Memorial Day holiday.

You will also be able to make the following changes to your medical coverage during this special enrollment period:

- Elect coverage (for yourself as well as any eligible family members)
- Add or drop one or more dependents currently covered

Your new deductions will begin with the Thursday, July 7, 2005 pay for weekly paid employees, and Friday, July 15 for semi-monthly paid employees.

We regret having to make these changes, but if the contract is not approved, we must find other ways to immediately reduce our costs.