# EXHIBIT 5

(June 3, 2005 Protest And Grievance By Council Of H&W Cost Changes)



# IBT/HERE EMPLOYEE REPRESENTATIVES' COUNCIL

Steven P. Vairma
10 Lakeside Lane, Suite 3-A
Denver, CO 80212
Phone (303) 458-1600
Fax (303) 480-1015

Ken Paulsen
1125 17th Street, NW, Suite 504
Washington, DC 20036
Phone (202) 393-4373
Fax (202) 342-2129

June 3, 2005

Anthony J. Bralich, Jr., Vice President Labor Relations
Gate Gourmet Division Americas
11710 Plaza America Drive, Suite 800
Reston, VA 20190

Re: Unilateral Change to Health Care Plan

Dear Mr. Bralich:

This letter is submitted by the IBT/HERE Employee Representatives' Council on behalf of itself and the employees it has been designated to represent to protest the decision of Gate Gourmet, which the carrier announced by a communication to its employees dated May 12, 2005, to alter the status quo by ceasing the employer contribution to the health plans maintained for Gate Gourmet employees as of July 1, 2005, and by requiring employees to pay increased premiums if they wish to remain covered. Those actions by Gate Gourmet are in violation of the command in the Railway Labor Act that a carrier not change the actual objective working conditions that are in dispute during negotiations for a new agreement, and, as you are well aware, health and welfare costs are very much in dispute during the ongoing negotiations under Section 6 of the Railway Labor Act. We request that Gate Gourmet *immediately* inform the employees represented by the Council that it rescinds its notice of May 12, 2005, and that it will *not* alter the health plan costs for employees or the benefits they receive except in accordance with the provisions of the Railway Labor Act. We ask that you inform us by the close of business on June 10, 2005, whether Gate Gourmet will comply with this request.

This letter is also to inform Gate Gourmet that, in addition to being in violation of the Railway Labor Act, the unilateral changes to the health plan that Gate Gourmet has announced, to be effective on July 1, 2005, constitute a breach of Articles 24 and 34 of the National Master Agreement and the agreement Gate Gourmet has with its employees that it will provide health insurance for its employees. If Gate Gourmet does not immediately rescind its May 12, 2005 notice, this letter is intended to be a grievance filed on behalf of all Gate Gourmet craft or class employees for whom this Council has been designated as the collective bargaining representative, demanding that Gate Gourmet continue to pay its share of the health care coverage, reimburse the employees who may have in the interim paid Gate Gourmet's portion of the health care costs, and restore the employee monthly premiums to the level they were at before Gate Gourmet breached its agreement with the Council and the designated bargaining agents. We further ask that, if Gate

June 3, 2005
Page 2

Gourmet refuses to rescind its May 12, 2005 announcement, the processing of this grievance be expedited.

We await your response.

Sincerely,

Kenneth C. Paulsen
Council Director

CC: Steve Vairma, Vice Director