# EXHIBIT 7
**(June 10, 2005 Termination Of Conferences)**

# IBT/HERE EMPLOYEE REPRESENTATIVES' COUNCIL

Steven P. Vairma
10 Lakeside Lane, Suite 3-A
Denver, CO 80212
Phone (303) 458-1600
Fax (303) 480-1015

June 10, 2005

Ken Paulsen
1125 17th Street, NW, Suite 504
Washington, DC 20036
Phone (202) 393-4373
Fax (202) 342-2129

Anthony J. Bralich, Jr., Vice President Labor Relations
Gate Gourmet Division Americas
11710 Plaza America Drive, Suite 800
Reston, Virginia 20190

Re:     Section 6 Negotiations

Dear Mr. Bralich:

As you are aware, on May 31, 2005, the craft or class of Kitchen, Commissary, Catering and Related Employees employed by Gate Gourmet overwhelmingly rejected what you described as being Gate Gourmet's "last best offer" to resolve our disputes over changes in agreements affecting rates of pay, rules, and working conditions. In our view, that rejection terminated conferences because further conferences would be fruitless, especially in light of the Company's announcement to the employees that, effective July 1, 2005, it would end its subsidy of the Company's Health Care Plan. Nevertheless, we have considered your request that the Council inform the Company how it suggests the parties should proceed now that the membership has spoken so emphatically.

In light of Gate Gourmet's refusal to rescind its announced intention of unilaterally ending its contractual obligation to provide health care insurance for its employees who are represented by the Council, we fail to see how further conferencing over the pending Section 6 notices could serve any useful purpose. Accordingly, please consider this letter as formal clarification of the fact that conferences on the outstanding Section 6 notices have terminated.

We believe that those conferences terminated as of May 31, 2005, when the voting on Gate Gourmet's last best offer concluded. Nevertheless, to avoid any dispute over when conferences have in fact terminated, we will agree that conferences have clearly and unequivocally terminated as of today, June 10, 2005. We will not meet again over the Section 6 notices.

Page 2
Anthony J. Bralich
June 10, 2005

Sincerely,

Kenneth C. Paulsen
Council Director

CC: Steve Vairma, Vice Council Director