# EXHIBIT 8
**(NMB June 16, 2005 Docketing Notice)**



**NATIONAL MEDIATION BOARD**
WASHINGTON, D.C. 20572

June 16, 2005

(202) 692-5000

**Sent via Facsimile and U.S. Mail**

Mr. Anthony J. Bralich, Jr.
Vice President, Labor Relations
Gate Gourmet, Inc.
11710 Plaza America Drive, Suite 800
Reston, VA 20190

Mr. Kenneth C. Paulsen
Council Director
IBT/HERE Employee Representatives' Council
1125 17th Street, NW, Suite 504
Washington, DC 20036

      **RE:**   **NMB Case Number A-13373**

Gentlemen:

The National Mediation Board (Board or NMB) is in receipt of an application filed on behalf of **Gate Gourmet, Inc.** (Carrier) for the services of the Board under the provisions of Section 5 of the Railway Labor Act (RLA). A copy of the application and any cover letter or position statement is enclosed. The applicant alleges a dispute involving the following employees represented by the **IBT/HERE Employee Representatives' Council** (Organization):

> **Craft (s) or Class (es): Kitchen, Commissary, Catering and Related Employees**

> This applicant describes the issues in the dispute as follows:

> **"Changes in rates of pay, rules, benefits and working conditions proposed by the company"**

This application has been docketed as our **Case No. A-13373,** and will hereafter be referred to by that number. A Mediator will be assigned to this case and will contact you to schedule meetings.

All future correspondence related to this case must be addressed to the assigned Mediator, with a copy to the Director, Office of Mediation Services. **Any correspondence that does not comply with this requirement may not be considered.**

**Page 2 of 3**
**NMB Case No. A-13373**
**June 16, 2005**

As part of our customer service program, we have developed a form to facilitate communications. Please complete the enclosed "Notice of Contact" form and return to the NMB (preferably by facsimile) within three (3) business days. The individual(s) named should be the person(s) primarily responsible for handling the negotiations in the above-referenced case.

The parties are reminded of the status quo provisions of the Railway Labor Act.

Sincerely,

Lawrence E. Gibbons
Director, Office of Mediation Services

LEG/ew

Enclosure (1)