UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| IBT/HERE EMPLOYEE REPRESENTATIVES' COUNCIL, | ) ) | |
| *Plaintiff,* | ) ) ) | |
| v. | ) ) | No. |
| GATE GOURMET DIVISION AMERICAS, *Defendant.* | ) ) ) ) | |

DECLARATION OF *MARIA G. ALVARADO*

_____ hereby declares pursuant to 28 U.S.C. § 1746, under penalty of perjury, that the following is true and correct:

1. Declarant is an employee of Gate Gourmet, working in *San Diego Gategourmet* as *Food Service Worker*. Declarant is represented for collective bargaining purposes by the IBT/HERE Employee Representatives' Council (Council).

2. Declarant is currently covered by Gate Gourmet's Medical Plan and has _____ *Family Medical Coverage*.

3. Declarant earns $*8.49* per hour as a Gate Gourmet employee. Declarant usually works *48* hours per week, and earns approximately $*1600.00* per month.

4. Declarant currently pays $ _____ per month for the Medical Plan coverage declarant receives through employment with Gate Gourmet and, if the changes Gate Gourmet has proposed become effective on July 1, 2005, it will cost declarant $ _____ per month *more* than declarant is currently paying to receive the same Medical Plan coverage. Declarant will *NOT* be able to pay that increased cost. Declarant *has no affordable alternative medical coverage*.

5. <u>I am eligible for medical coverage through my company. I have worked for Gategourmet kitchen #734 since November, 2004. I am the only person in my household that has medical coverage for my family. My husband has a genetic problem with his knees that gives him great pain all of the time, and he is on disability. We may need an operation. I have a daughter in high school. I am a diabetic but I have been able to keep my disease stable. We cannot afford the co-pay for Medical much less the increased premium cost for my Company Health plan.</u>

<u>Maria G. Alvarado</u> hereby declares pursuant to 28 U.S.C. § 1746, under of perjury, that the foregoing is true and correct.

Executed this <u>8th</u> day of June, 2005, in <u>San Diego, California</u>.

(Signed Name) <u>Maria A. Alvarado</u>
(Printed Name) <u>Maria G. Alvarado</u>
(Address 1) <u>1184 27th St. #202</u>
(Address 2)
(City) <u>San Diego</u>
(State, ZIP) <u>California 92154</u>
(Telephone No.) <u>(619) 424-3186</u>
(Best Time to Contact) <u>Mondays after 10:00 am</u>