UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| IBT/HERE EMPLOYEE REPRESENTATIVES' COUNCIL,<br>    *Plaintiff,*<br><br>v.<br><br>GATE GOURMET DIVISION AMERICAS,<br>    *Defendant.* | No. |

## DECLARATION OF WILLIE MAUD ANDERSON

I, WILLIE MAUD ANDERSON, hereby declare pursuant to 28 U.S.C. § 1746, under penalty of perjury, that the following is true and correct:

1. I have been employed for thirty-four years by Gate Gourmet or its predecessors doing food preparation work. I make $11.47 an hour and I take home approximately $313.00 a week after taxes. My monthly take home pay totals about $1,356.00 a month.

2. My husband, my daughter and I all live on my salary. My husband has been very ill for approximately two years and has not been able to work.

3. On or about May 12, 2005 I received a memorandum in the mail at my home address from Gate Gourmet. The memorandum stated that, in order to continue my medical coverage for my family, I would have to "re-enroll" and start paying $1,148.27 a month in July 2005. I did not "re-enroll" because I cannot afford it. If I re-enrolled, my insurance contribution would leave my only about $200 a month to live on.

4.     My husband is currently being treated by a specialist and takes four to six medications. I also see a doctor for high cholesterol and high blood pressure. I take two medications to control these conditions.

I have read this Declaration, consisting of four (4) paragraphs, and I declare pursuant to 28 U.S.C. § 1746, under penalty of perjury, that it is true and correct to the best of my knowledge, information and belief.

Sworn to this 22 day of June, 2005 in Atlanta, Georgia.

Willie Maud Anderson