UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| IBT/HERE EMPLOYEE REPRESENTATIVES' COUNCIL,<br>   *Plaintiff,*<br><br>v.<br><br>GATE GOURMET DIVISION AMERICAS,<br>   *Defendant.* | No. |

## DECLARATION OF DORA DOMINGUEZ

I, Dora Domingues, hereby declare pursuant to 28 U.S.C. § 1746, under penalty of perjury, that the following is true and correct:

1. I have been employed by Gate Gourmet in Orlando, Florida for six years. I fill the carts that are used on the aircrafts with beverages. I am paid $8.75 an hour and usually work forty hours a week. I make approximately $1,516 a month.

2. I am enrolled in the Gate Gourmet Medical Plan and since January 2005 I have had employee only coverage. My husband is disabled and has not been able to work for approximately ten years. I had employee and spouse coverage until January when Gate Gourmet increased the health insurance costs. When that increase was made, employee and spouse coverage was raised to $267.90 a month. I could not afford to pay that amount on my salary and I was forced to drop the coverage for my husband. If the threatened increases in health insurance are implemented in July, individual coverage will increase from $119.07 to $390.57 a month. At that rate, I will not be able to afford insurance for myself. Therefore, I did not re-enroll in the Gate Gourmet Plan and I do

not have alternative coverage. I will not have any health insurance if higher fees are implemented.

4. Without insurance, I will not be able to pay for my heath care. I am being treated for a continuing kidney problems related to kidney stones. For approximately three years, I have had surgery about ever six months for this problem and I will most likely need more surgery because the problem is getting worse. The last surgery I had was in January 2005. Even with insurance, I had to pay $1,717 for the procedure. I worked out a payment plan for that bill that I am still paying. I am scheduled to see my doctor on June 15 and he expects that I will need more surgery. They surgery will cost a minimum of $11,000 if I do not have insurance. It will cost more if I have to stay overnight in the hospital.

5. I have other medical expenses including the cost of pain medication and co-payments for each doctor's visit. . I now pay $10 for a 20-day supply of pain medication and $20 for each doctor's visit. Also, sometimes I take antibiotics that cost $30 or $40 for a thirty-day supply.

I have read this Declaration, consisting of five (5) paragraphs, and I declare pursuant to 28 U.S.C. § 1746, under penalty of perjury, that it is true and correct to the best of my knowledge, information and belief.

Sworn to this 6/9 day of June, 2005 in Orlando, Florida.

*Dora Dominguez*
Dora Dominguez

2