UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| IBT/HERE EMPLOYEE REPRESENTATIVES' COUNCIL,<br>　　　*Plaintiff,*<br><br>v.<br><br>GATE GOURMET DIVISION AMERICAS,<br>　　　*Defendant.* | )<br>)<br>)<br>)<br>) No.<br>)<br>)<br>)<br>) |

**DECLARATION OF JOSEPH NELSON**

I, Joseph Nelson, hereby declare pursuant to 28 U.S.C. § 1746, under penalty of perjury, that the following is true and correct:

1.　I have been employed by Gate Gourmet for approximately eleven years as a driver. I work at Chicago's O'Hare International Airport. I am paid $14.42 an hour or $14.52 when there is a shift differential. My take home pay averages approximately $360.00 a week, or approximately $1,560.00 a month.

2.　I have been paying $362.61 a month for family coverage under Gate Gourmet's Health Plan for my wife, my daughter and myself since the beginning of this year. The Company has told me that I must begin paying $1,148.27 a month in July to continue this coverage. I am not able to pay this amount. From what the Company has told me, it will drop my insurance in July and I have not been able to find any alternative coverage.

4.　I am a diabetic and I have high blood pressure. I take medication for both

of these conditions. My wife also takes medication for a chemical imbalance.

I have read this Declaration consisting of four (4) paragraphs and I declare pursuant to 28 U.S.C. § 1746, under penalty of perjury, that it is true and correct to the best of my knowledge, information and belief.

Sworn to this __9th__ day of June, 2005 in Chicago, Illinois.

_____
Joseph Nelson