UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| IBT/HERE EMPLOYEE REPRESENTATIVES' COUNCIL,<br>    *Plaintiff,*<br><br>v.<br><br>GATE GOURMET DIVISION AMERICAS,<br>    *Defendant.* | No. |

## DECLARATION OF ANNIE ROLACK

I, ANNIE ROLACK, hereby declare pursuant to 28 U.S.C. § 1746, under penalty of perjury, that the following is true and correct:

1. I am a member of Teamsters Local 667 and have been a shop steward at Gate Gourmet's facility in Memphis, Tennessee for approximately sixteen years. I am currently the Chief Shop Steward.

2. I have been employed by Gate Gourmet for approximately twenty years. I currently work as a driver. I take food from the main kitchen and load it onto the aircrafts at Memphis International Airport. I am making $13.02 an hour and I have not had a raise in four years. I make approximately $2,257 a month gross pay.

3. I am a 54 year-old woman with epilepsy, which is under control because of medication that I take. I am enrolled in the Gate Gourmet Medical Plan and I have employee only coverage. I did not re-enroll in the plan because I cannot afford the most recent increases. I do not have any alternative coverage and I will not have any health

insurance if higher fees are implemented.

4. As the Chief Steward and a long time employee I know many of the Gate Gourmet employees in Memphis. Many people have worked here for decades. I am aware of two forty-year employees who just retired because they could not afford the health insurance premiums. No one I spoke to chose to continue in the Company's health plan at their own expense. No one can afford it.

5. Before the recent ratification vote on the Company's contract proposal, the Company gave out flyers telling the union members that if we did not accept its proposal including further wage cuts, it would increase our insurance payments again. The Company had increased premiums and reduced benefits once already in the beginning of the year. Mangers also told us that insurance costs would go up if the union members rejected the Company's proposal.

I have read this Declaration, consisting of five (5) paragraphs, and I declare pursuant to 28 U.S.C. § 1746, under penalty of perjury, that it is true and correct to the best of my knowledge, information and belief.

Sworn to this ___8___ day of June, 2005 in Memphis, Tennessee.

_____
Annie Rolack