UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| IBT/HERE EMPLOYEE REPRESENTATIVES' COUNCIL,<br>    *Plaintiff,*<br><br>v.<br><br>GATE GOURMET DIVISION AMERICAS,<br>    *Defendant.* | No. |

## SECOND DECLARATION OF ANNIE ROLACK

I, ANNIE ROLACK, hereby declare pursuant to 28 U.S.C. § 1746, under penalty of perjury, that the following is true and correct:

1. I previously gave a Declaration in this matter dated June 8, 2005, which this Declaration supplements.

2. On Tuesday, June 13, 2005, I went to the hospital to have a CAT Scan performed. My doctor had previously scheduled the CAT Scan to determine whether I have emphysema. My doctor believes that I do.

3. The hospital refused to perform the CAT scan because my insurance would not provide them with an authorization number.

4. I participated in a conference call with Teamsters Local Union No. 667's Business Agent William Jones and a representative for Gate Gourmet's insurance. The insurance representative would not give a reason for the refusal to authorize my medical treatment. She would only say that it's pending. I did not know what she meant. She did

not identify any procedure that I did not properly follow.

5. I have had a CAT scan performed before. I never had any problem having my insurance authorization any test before. I never had to have any sort of pre-authorization or certification for my earlier CAT scan or any other test. I followed the same procedures on June 13 that I have always followed in the past.

6. I cannot afford to pay for a CAT scan myself. Without the test, I cannot receive the medical treatment that I very badly need.

7. Gate Gourmet is deducting money from my paycheck for my health insurance until the end of June. As I explained in my earlier Declaration, I cannot afford the increased rate for insurance that the Company has announced it will implement on July 1, 2005. Therefore, I did not "re-enroll" in the Gate Gourmet Health Plan.

I have read this Declaration, consisting of seven (7) paragraphs, and I declare pursuant to 28 U.S.C. § 1746, under penalty of perjury, that it is true and correct to the best of my knowledge, information and belief.

Sworn to this  15  day of June, 2005 in Memphis, Tennessee.

_____
Annie Rolack

Sworn to and subscribed before me this 15th day of June, 2005.

_____
Notary Public

My commission expires 03/17/05.