UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| IBT/HERE EMPLOYEE REPRESENTATIVES COUNCIL,<br>*Plaintiff,*<br><br>v.<br><br>GATE GOURMET DIVISION AMERICAS,<br>*Defendant.* | )<br>)<br>)<br>)  NO. 05-01210 (EGS)<br>)<br>)<br>)<br>)<br>)<br>) |

### SECOND DECLARATION OF STEVEN P. VAIRMA

I, STEVEN P. VAIRMA, hereby declare pursuant to 28 U.S.C. § 1746, under penalty of perjury, that the following is true and correct:

1. I provided a Declaration in this matter on or about June 16, 2005. I am providing this Second Declaration to supplement my earlier Declaration.

2. As I explained in my first Declaration, Kenneth C. Paulsen is the Director and I am the Vice-Director of the IBT/HERE Employee Representatives' Council (Council). The Council represents employees in the airline catering and commissary industry employed by Gate Gourmet.

3. On or about June 16, 2005, the Council asked Gate Gourmet to provide information on the number of employees who had been enrolled in the Gate Gourmet Medical Plan in the beginning of 2005 and how many employees had "re-enrolled" by the Company's June 8, 2005 deadline. Gate Gourmet responded to that request by letter dated June 22, 2005, which is attached as Exhibit 5. Exhibits 1 – 4 are attached to my first Declaration.

4.     As set forth in that letter, there are 4,519 who are covered by the National Master Agreement who are eligible to participate in Gate Gourmet's Medical Plan. Only 492 employees "re-enrolled." Many of those who did "re-enroll" reduced their coverage. Only 35 employees "re-enrolled" for family coverage, 61 for employee and child coverage and 55 for employee and spouse coverage. Gate Gourmet did not provide information regarding how many employees were enrolled before the January 1, 2005 increases in employee contributions and reduction in benefits.

I have read this Declaration, consisting of four (4) paragraphs, and I declare pursuant to 28 U.S.C. § 1746, under penalty of perjury, that it is true and correct to the best of my knowledge, information and belief.

Sworn to this 22nd day of June, 2005 in Denver, Colorado.

_____
Steven P. Vairma

# EXHIBIT 5 *

(June 22, 2005 Letter from Gate Gourmet Regarding the Number of Employees Who "Re-enrolled")

\*   Exhibits 1-4 Attached to Vairma Declaration Dated 6/16/05

# Gategourmet

Gate Gourmet
11710 Plaza America Drive
Suite 800
Reston, VA 20190

June 22, 2005

Mr. Kenneth C. Paulsen
Council Director
IBT/HERE Employee Representatives' Council
1125 17th Street, NW, Suite 504
Washington, DC 20036

Re: Health & Welfare Participant Information Request

Dear Ken:

In response to your June 16, 2005 letter requesting Health and Welfare participant information, please find below the requested information.

The information is based on the number of eligible represented employees covered by the Company's Health Care Program pursuant to the NMA or applicable Local Addendums.

| Type of Coverage | Prior coverage | July election |
| --- | --- | --- |
| Employee only | 1,545 | 341 |
| Employee + Spouse | 431 | 55 |
| Employee + Child(ren) | 358 | 61 |
| Family | 372 | 35 |
| Total Enrolled | 2,706 | 492 |
| Total Waived | 1,824 | 4,027 |
| Total Eligible | 4,530 | 4,519 |

Please let me know if you have questions.

Sincerely,

*Tony Bralich*

Anthony J. Bralich Jr.
Vice President, Labor Relations

Cc: Steven P. Vairma, Vice Director