## UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| IBT/HERE EMPLOYEE REPRESENTATIVES' COUNCIL, | ) | |
| *Plaintiff,* | ) ) ) | |
| *v.* | ) | No. |
| | ) ) | |
| GATE GOURMET DIVISION AMERICAS, | ) | |
| *Defendant.* | ) ) | |
| _____ | ) | |

### DECLARATION OF MILDRED WASHINGTON

I, MILDRED WASHINGTON, hereby declare pursuant to 28 U.S.C. § 1746, under penalty of perjury, that the following is true and correct:

1.      I am a member of Teamsters Local 667.  I work for Gate Gourmet as a storeroom clerk in Memphis, Tennessee.  I have worked for Gate Gourmet for approximately twenty years.  I make $11.29 and have not received a raise in four years.  I make approximately $1,957 a month gross pay.

2.      I am a 52 year-old woman with medical problems.  I am enrolled in the Gate Gourmet Medical Plan and have employee only coverage.  I have not re-enrolled because I cannot afford the increased cost.  I do not have any alternative coverage and I will not have any health insurance if the cost is increased.

3.      I was having trouble making my co-payments under the plan before the most recent changes by Gate Gourmet to the health insurance.  In the beginning of 2005 Gate Gourmet reduced benefits under the health insurance plan and increased co-pays.  I

have to pay $20 every time I go to see my primary care physician and $40 to see a specialist. I need to get a referral from my primary care physician before I can go to see a specialist.

4.    I suffer from thyroid and kidney problems that require treatment by specialists. I have scar tissue blocking my kidney and bladder. I have a stint in my left kidney that must be changed every three to six months. This requires surgery. The last time I had this done in April 2005, I paid a $250 deductible and $150 co-pay. I had to cash out my unused vacation to make these payments. I also had to take off work to recuperate.

5.    I can have more extensive surgery to correct the problem so that I do not need the stints anymore, but it is very expensive and would require six to eight weeks to recuperate. I have been putting off this surgery for approximately one year because I cannot afford it. I had this surgery performed one year ago on my right side.

6.    I also see a thyroid specialist once a year, which costs $60 to get the referral and see the specialist. I take four medications and make co-payment for them that cost between $67.50 and $87.50 a month depending on the strength of the prescriptions.

7.    I recently voted on the Company's last proposal for a new contract. It included further cuts to salary. Right before the vote, my manager spoke to everyone who works with me. He said that if we did not vote to accept the cuts, our insurance costs would get worse.

I have read this Declaration, consisting of seven (7) paragraphs, and I declare pursuant to 28 U.S.C. § 1746, under penalty of perjury, that it is true and correct to the best of my knowledge, information and belief.

Sworn to this ___ day of June, 2005 in Memphis, Tennessee.

Mildred Washington