# EXHIBIT 2

**(Gate Gourmet's Proposal to Cut Wages and Benefits
Dated October 21, 2004)**

# Gate Gourmet

## Article I, Recognition

RECOGNITION, SCOPE, AND PATTERNS OF REPRESENTATION
Recognition
Gate Gourmet, Inc. (the "Company") recognizes the IBT/HERE Employee Representatives' Council, (the "Council") as the collective bargaining representatives of all Company employees working at facilities covered by this Agreement with the authority and obligation to represent them for all purposes of the Railway Labor Act, as amended.

This collective bargaining agreement and any formal letters of agreement between the Company and the Union may be collectively referred to as the "National Master Agreement" (NMA). It is agreed by the parties that Local Addendums consistent with the National Master Agreement maybe entered into at the local level between the Company and affiliates of the Council. It is further agreed that supervisory personnel shall not perform work customarily performed by employees in the bargaining unit, except when extraordinary conditions requisite temporary exceptions to this agreement.

The Company understands that the Council will designate, under Section 2 Third of the Railway Labor Act, IBT and HERE and other AFL-CIO affiliated labor organizations to act as the bargaining representatives and agent for the Council and it is hereby agreed that the term "Union" as used in this Agreement shall refer to the Council. Where the context so indicates, the term "Union" shall also' refer to IBT and/or HERE.

Scope
This Agreement covers all present and future kitchen, commissary and catering work assigned by the Company to its employees, including related work performed by the Company employees at facilities for which the Union has been designated as the bargaining agent for employees in the system wide basis craft or class; provided that this Agreement shall not apply to managers, supervisors, guards, office-clerical employees, employees based outside of the United States, its territories and possessions or work assigned to or performed by employees of any company that is not a party to this Agreement.

If there are any conflicts between any Articles and/or Sections of the NMA and any Articles/Sections of any local addendums, the NMA will be the controlling agreement and will be deemed superior for all intents and purposes.

It is understood between the parties that existing patterns of representation as between HERE and IBT at locations where both organizations currently represent employees, or at locations where only IBT or HERE exclusively represent employees, shall be preserved.

1

## Article 2, Transfer of Company Title or Interest

This Agreement and the supplemental addendums hereto and hereinafter referred to collectively as "Agreement", shall be binding upon the parties hereto, their successors, administrators, executives and assigns.

The Company shall give notice of the existence of this Agreement to any purchaser of operations covered by this Agreement or any purchaser of any part thereof. Such notice shall be in writing with a copy to the respective International Union and local union, at the time the seller executes a contract for sale. The Union shall also be advised of the general nature of the transaction, not including financial details. In the event that the Company fails to require the purchaser to assume the obligation of this Agreement, the Company, (including partners thereof) shall give the Union sixty (60) days notice in writing, after which the Company or the Union shall not be liable for any all damages sustained as a result of such failure to require assumption of the terms of this Agreement.

## Article 3, Uniforms

Employees may receive standard uniforms as designated by Company Policy and in accordance with applicable laws at no cost. The Company may replace or repair all uniforms for employees on an exchange basis, when the uniforms are no longer serviceable through fair wear and tear in accordance with Company designated appearance standards. If the uniform must be replaced within the first year of issue because of damage, the employee will be required to purchase the replacement uniform at a cost determined by the Company. If the uniform is lost, stolen or damaged, the Company will deduct the replacement value of a uniform from the employee's paycheck.

Employees are required to maintain their uniforms and general appearance in a fashion that is clean and orderly. Smocks or other alternative clothing may be furnished by the Company in lieu of uniforms. Employees must wear the uniforms or other alternative clothing furnished by the Company. Employees shall not wear such uniforms or other alternative clothing except while working for the Company and, where permitted by the Company, while going to and from work. The Company shall not be required to furnish or pay for laundering or cleaning of uniforms.

Employees must provide a signed authorization to deduct from wages, moneys for all uniforms furnished, but not returned when an employee is terminated or resigns. A schedule of costs will be prepared by the Company with the total cost for the lost uniforms. The employee will return the uniforms upon termination of employment or the Company will deduct the value of the unreturned uniform from the employee's final paycheck.

2

## Article 4, No Strikes and No Lock Outs

**Section 1.** From the effective date of this Agreement through thirty (30) days following the date, if any, that the parties are released from mediation by the National Mediation Board in connection with negotiations for a successor Agreement (the "Release Date"), neither the Union nor any employee covered by this Agreement shall sanction, approve of or engage in any type of strike, work stoppage, "sick outs", wildcat strikes, "unauthorized meetings", "unauthorized walk and work" activity, including slowdowns, picketing, refusal to cross a picket line at any location or site or other curtailment or interference with Company's production, delivery of services to customers or operations, or take any action which results in the foregoing, even in sympathy with disputes involving any other labor organizations, any groups of employees or individual employees. During the term of this Agreement, the grievance procedure herein shall be the exclusive means of settling a claim or dispute over the meaning or application of this Agreement raised by an employee or the Union against Company.

**Section 2.** Upon written request by then Company, the Union will immediately notify all employees both orally and in writing that a strike, stoppage, slowdown, or any other interruption of work is completely prohibited, is unauthorized and in violation of this Agreement; and that the employees involved are required to immediately cease the violation of this Agreement and immediately return to work. Further, the Union will take such other prompt and vigorous steps as are necessary to end such violation. In the event there is any prohibited or unauthorized strike, stoppage, slowdown or any other interruption of work during the term of this Agreement, the Company shall not be required to negotiate upon the merits of the dispute until such time as the violation(s) of this Agreement are completely and fully terminated. Any employee who is responsible for or who participates in any acts or conduct prohibited by this Article is subject to permanent replacement or any other action as solely determined by the Company subject to appeal by the employee or employees involved under the Grievance and System Board Procedure provided in this Agreement solely, and only, on the question of guilt.

**Section 3.** All employees who hold a position of steward occupy a position of special trust and responsibility in maintaining and bringing about compliance with the provisions of this Article. Accordingly, the Union agrees, upon execution of this Agreement, to notify in writing all Union stewards of their obligation and responsibility in maintaining compliance with this Article including their responsibility to abide by the provisions of this Article by remaining at work during any interruption(s) which may be initiated by other employees/members. In the event of breach of this Article by other employees and, upon the request of the Company, the Union will immediately, both orally and in writing, encourage and demand employees violating Section (1) of this Article to immediately return to work. The Company may permanently replace or take any other action toward any employee or all employees who violate(s) Section (1) of this Article.

**Section 4.** During the term of this Agreement, the Company shall not engage in any lockout of employees. However, shutting down the Company's operations, or any part thereof, for the purpose of taking inventory, for vacation shutdowns, for any economic reasons, or because of a breakdown or cessation of operations for a cause beyond the control of the Company shall not be considered a lockout.

3

## Article 5, Maintenance of Standards

Unless modified by mutual written agreement, the Company agrees that all conditions of employment relating to wages, hours of work, overtime differentials and general working conditions, other than those specifically referred to in this Agreement, shall be maintained at not less than the highest standards in effect at the time of the signing of this Agreement, and the conditions of employment shall be changed, upon amendment wherever specific provisions are made elsewhere in this Agreement for such purpose. It is agreed that the provisions of this Section shall not apply to inadvertent or bona fide errors made by the Company or the Union in applying the terms and conditions of this Agreement if such error is corrected within ninety (90) days from discovery of the error.

Any change or modification of the NMA mutually agreed upon between the Company and the Council at the System Board of Adjustment, or otherwise, shall be binding upon all parties and all employees affected, provided such change or modification is reduced to writing and signed by duly authorized agents of the Company and Council.

## Article 6, Non-Discrimination

No employee shall be unlawfully discriminated against in any manner pertaining to hiring, wages, hours and working conditions because of his race, color, religion, creed, national origin, age, sex, sexual orientation, mental or physical handicap and disabled veterans or veterans of the Vietnam era, or because of his seeking redress through the grievance procedure for alleged grievances or for legitimate Union activities. The Company and the Union further agree not to discriminate against any employee because of age where such discrimination is in violation of applicable Federal statutes. The Company and the Union further agree not to discriminate against any employee under the Family and Medical Leave and American Disabilities Acts. Whenever in this agreement the masculine gender is used, it shall be deemed to include the feminine gender.

## Article 7, Discipline & Discharge

**Section 1.** The Company shall not discharge any employee nor impose any disciplinary action against any employee except for just cause. Discharge or discipline must be by written notice to the employee and the local union and must set forth the specific nature of the offense. The Company shall have the right to establish reasonable rules for the conduct of employees not inconsistent with the terms of this Agreement. This Section does not apply to probationary employees.

**Section 2.** Employee Corrective Action Notices shall be maintained in the employee's personnel file for a period of twelve (12) months from the time of issuance.

**Section 3.** Warning notices must be issued no later than fifteen (15) days after the violation occurs, or fifteen (15) days after the Company becomes aware of the action giving rise to the violation unless the employee is absent on the fifteenth (15th) day, in which case this period shall be extended until the employee returns to work.

## Article 8, Paid Time Off

4

The Company will provide Paid Time Off (PTO) to eligible employees on an annual basis under the terms and conditions identified below.

**Section 1.**
Regular full-time employees who have completed one (1) full year of employment but less than five (5) full years of employment and are scheduled thirty (30) hours or more per week will earn 6.6666 hours for each completed month of work in a calendar year for a maximum total of eighty (80) hours per calendar year. Regular full-time employees who have completed five (5) full years of employment and are scheduled thirty (30) hours or more per week will earn ten (10) hours of PTO for each completed month of work in a calendar year for a maximum total of one hundred twenty (120) hours per calendar year.

PTO must be taken in eight hour increments. The employee must schedule all PTO and receive approval from the Company in advance of taking the PTO with the exception of sixteen (16) hours which maybe used at anytime without advanced notice to the Company. The Company, in its sole discretion, has the right to limit the number of employees on any given day or week to ensure a continuity of production and service levels to the customers.

PTO must be taken in eight hour increments. The employee must schedule PTO and receive approval from the Company a minimum of one week in advance. The Company, in its sole discretion has the right to limit the number of employees on any given day or week to ensure a continuity of production and service levels to the customers.

**Section 2.**
Employees classified as Part-Time are not eligible for PTO.

**Section 3.**
Earned PTO hours may not be carried over to the next calendar year. Any earned PTO hours not used in the calendar year in which the PTO is earned, will be paid to employees on the last pay period in December of the same calendar year it is earned, or upon the employee's termination, whichever event occurs first.

**Section 4.**
PTO is earned and paid at an employee's regular straight time payrate.

**Section 5.**
Employees shall be allowed to use PTO during any absence in which the employee is caring for a family member who has a health condition as defined in the FMLA leave.

**Section 6.**
Unless specifically provided for in this Agreement, this Article encompasses all PTO to which eligible employees are entitled.

## Article 9, Grievance Procedure

**Section 1:**
Should differences arise between the Company and any employees as to the meaning and application of the NMA, or if any other controversy or grievance arises, an earnest effort shall be made as promptly as possible to settle such differences in the following manner:

**Step 1:** The employee and or the union having such grievance, with or without the Steward, shall file a written grievance within seven (7) calendar days of the action giving rise to the grievance. The employee and his immediate supervisor will make a good faith effort to resolve the grievance. The supervisor will give a written response to the grievance (whether resolved or not) within seven (7) calendar days of the action giving rise to the grievance.

Should an employee request that a Steward be present to discuss the grievance, the supervisor will arrange for the Steward to attend the grievance meeting. If the grievance is not satisfactorily settled, then the grievance may be appealed to Step 2.

**Step 2:** If not resolved at Step 1, the grievance may be appealed by either the Union Representative, Chief Steward, Shop Steward and/or aggrieved employee to the General Manager or his designated representative. Any such appeal must be in writing and must be submitted within seven (7) calendar days following the receipt of the supervisor's written response. The General Manager will give an answer in writing, with a copy to the union, within seven (7) calendar days following the receipt of the notice of appeal. If the grievance is settled or withdrawn, the Union Representative and the Company will put the withdrawal or settlement in writing on the grievance form. If the grievance is not satisfactorily settled, then the grievance may be appealed to Step 3. (Policy grievances may be filed at Step 2 directly).

**Step 3:** If not resolved at Step 2, the Union may appeal to the Senior Human Resources Manager (SHRM) or his designated representative. Any such appeal must be in writing and must be submitted within seven (7) calendar days following the receipt of the General Managers written response. The SHRM or the SHRM's designated representative shall meet with the Union and answer the grievance in writing within fourteen (14) calendar days following the receipt of the notice of appeal. In order for said notice of appeal to be proper and valid it must be sent by the Union to the SHRM or their designated representative and the affected General manager of the unit in which the grievance occurred.

**Section 2:** All grievances must be submitted as provided in Step 1 above within seven (7) calendar days of the Company's action giving rise to the grievance, or the grievance shall be considered to be waived and may not thereafter be submitted for adjustment in any forum. Any grievance that is not appealed from one step of the grievance procedure to the next step within the time limits set forth above (such time limits may be extended by written agreement) shall be considered settled on the basis of the last decision given and shall not be subject to further adjustment in any forum or collective bargaining. Should the Company fail to meet the time limits specifically set forth in Step 3 of this grievance procedure, it shall forfeit the grievance in favor of the Union.

Section 3: All grievances not settled in these steps may proceed to the System Board of Adjustment.

**Step 4:**
All grievances not withdrawn, settled or time barred in or by these steps may only proceed to the System Board of Adjustment.  Any such appeal must be in writing and must be submitted within fifty (50) calendar days of the action giving rise to the grievance.

## Article 10, System Board of Adjustment Procedures

The System Board of Adjustment shall be composed of two members designated by the Union and two members designated by the Company.  The Board shall meet two (2) times per year at a location mutually agreed upon by the parties.  In the event there are no grievances to be heard the board may cancel such meeting upon mutual agreement.

The System Board shall only be empowered to make a finding or decision with respect to existing or proposed contract language for either the NMA covering any non-probationary employee covered by this agreement who are terminated or disciplined to the extent of loss of pay by the Company, and such finding or decision shall be final and binding upon the employee, and all parties to the dispute.

If the Board deadlocks, the Union may appeal the case to arbitration within ten (10) calendar days of the day the System Board deadlocks or the grievance shall be considered to be waived and may not thereafter be submitted to Arbitration or any adjustment in any forum.  In the event the Union appeals the decision to arbitration the Company and the Union shall attempt to mutually agree to an acceptable impartial Arbitrator.  If the parties are unable to agree on an Arbitrator they shall then request a panel of seven (7) Arbitrators to be provided for by the National Mediation Board (NMB) or Federal Mediation and Conciliation Service.  The parties shall alternately strike names from the panel with the remaining arbitrator selected to hear and resolve the dispute.  The Arbitrator shall have no authority to add to, or subtract from, or modify the terms of this Agreement.  The arbitrator's decision shall be rendered within thirty (30) days from the date of the close of the hearing.  The cost of the Arbitrator shall be borne equally between the Union and the Company.

## Article 11, Seniority/Loss of Seniority

**Section 1**
Seniority shall govern as to layoffs and rehiring. New employees shall be employed on a trial basis for six (6) months. During this period, their retention as employees is entirely at the discretion of the Company.  The provisions of this Agreement shall not apply to probationary employees.  Following completion of the probationary period, his/her seniority date shall be his/her most recent date of hire or rehire.

Effective January 1, 2007 employees shall be employed on a trial basis for three (3) months.  By mutual agreement between the Company and the local union an employee may have his/her probationary period extended by an additional three (3) months with the entire probationary period not to exceed six (6) months from the date of

7

hire. If either party is not in agreement to extend the probationary period then the employee is subject to termination.

### Section 2

In the event the Company finds it necessary to layoff employees because of the lack of work or reduction in business, such layoffs shall be on the basis of Company seniority within the classification. Seniority shall be defined as the length of service an individual has with the Company. The employee having the shortest period of continuous employment with the Company within the classification shall be laid off before any other employee. The displaced employee within the classification affected shall have the opportunity to bump into the next lower classification provided the employee has more Company seniority than the least senior employee within the lower classification and is qualified to perform the work. This is the only time that Company seniority shall be considered without regard to classification seniority. The employee affected by the displaced employee will be laid off and will not have the opportunity to bump into the next lower classification. The senior employees shall have preference of full-time employment at all times where it is available. Both seniority and ability shall govern except as provided in this Article, on job or station assignment, hours worked and, where applicable, in other phases of employment.

### Section 3

The Company agrees that it will recall all employee's who have retained seniority in the reverse order in which they were laid off, meaning the last employee laid off will be the first employee recalled within classification, provided the employee still has the ability to perform the work required. Employees, including those that are laid off, have the responsibility to keep on file with the Company the address to which the notice to return to work is to be sent; and the Company agrees to notify such laid off employees not less than three (3) days, exclusive of Sundays, prior the date called back to work by certified mail or telegram.

### Section 4

Seniority shall terminate upon:

    a) Discharge for just cause;
    b) Quitting;
    c) Overstaying leave of absence without permission;
    d) Engaging in gainful employment while on leave of absence, which shall be considered quitting;
    e) Laid off from work for a period of one hundred-eighty (180) consecutive calendar days;
    f) Failure to report to work as scheduled after layoff within three (3) days, exclusive of Sundays, after notification;
    g) Being absent from employment for one day without notifying the Company.

### Section 5

The seniority of an employee promoted to a supervisory position shall be retained in the classification from which promotion was made for a period of six (6) months unless such employee is discharged for cause within such six (6) month period.

## Article 12, Job Vacancy

### Section 1

8

Employees in the same job classification may exercise their seniority for the purpose of selecting shift and off days by filing a bid as outlined in section 2 below, provided the employee is qualified to perform the work.

Employees may exercise their seniority for the purpose of promotion to a higher rated job classification by filing a bid as outlined in Section 2 below, provided the employee is qualified to do the work.

Any full-time job vacancies for a new full-time position shall be posted for a period of 5 working days. Such openings shall contain an adequate description of the job duties, the wage rate for the position and the hours involved.

## Section 2
Two types of bid forms may be filed. Bid form for shift and days off within employee's current job classification, and bid form for promotion to a higher rated classification.

Bid forms must be completed accurately and legibly and submitted in a timely fashion.

First: Award the position(s) to the most senior qualified employee(s) in the job classification who have submitted a bid as outlined above for the shift and off days of the vacancy. Then:

Second: Award the resulting position(s) to the most senior qualified employee in a lower rated classification who have submitted a bid as outlined above for the job classification, shift and off days of the vacancy. Then:

Third: Return employees who are currently on layoff, by seniority provided, however, that the employee is qualified to do the work.

Fourth: Fill remaining openings with new hires.

When filling such permanent job vacancies assuming ability being reasonably equal, seniority shall prevail. It is understood that job vacancies subject to this procedure may, when necessary, be filled at the Company's discretion temporarily to assure continuity of production. Temporary is defined as any period of time thirty (30) days or less except where a job is vacated due to a medical leave of absence, which may extend beyond thirty (30) days.

There will be at least two (2) overall bids held within each respective kitchen, to determine shifts and off days. The first bid will be held by June 30th with the second bid being held by December 31st of each year.

## Section 3
In the event any employee is promoted to a higher job classification and that employee is judged by the Company in its sole discretion to be ineffective in that job, the employee will be returned to his previous job classification provided the demotion occurs within ninety (90) days of the promotion. Furthermore, the employee may request to return to his former job classification at any time within the first ninety (90) days following the promotion, however, the employee shall be barred from promotions to that job classification for a period of one (1) year.

## Article 13, Stewards and Union Officials

The Company recognizes the right of the Council or Local Unions to designate Stewards and Alternate Stewards from the Company seniority list. The authority of Stewards and Alternate Stewards so designated by the Union shall be limited to, and shall not exceed, the following duties and activities:

The investigation and presentation of grievances with the Company or the Company Representative in accordance with the provisions of the NMA, the transmission of such messages and information, which shall originate with, and are authorized by the Local Union or its Officers, provided such messages and information have been reduced to writing; or if not reduced to writing, are of a routine nature and do not involve work stoppages, slow downs, refusal to handle goods, or any other interference with the Company's business.

Stewards and Alternates have no authority to take strike action, or any other action interrupting the Company business except as authorized by official action of the Council.

Stewards, upon notification to and approval by the Company, shall be permitted reasonable time to investigate, present and process a grievance on the Company property and where mutually agreed to by the Union and Company, off the property without loss of time or pay. Such time spent in handling grievances during the Stewards regular working hours shall be considered working hours in computing weekly overtime if within the regular schedule of the Steward.

A Steward's seniority will be in accordance with the Steward's Company seniority.


## Article 14, Check-Off/Union Security Provision

It shall be a condition of continued employment that all current employees remain members in good standing of the Union which has been designated by the Council to act as the bargaining representative for the Council of employees at the facility where the employee is employed. Alternatively, employees may satisfy their obligations under this Article if they tender the designated Union a monthly sum equivalent to the standard monthly dues and any additional fees required of Union members, such sum to be recognized as "Service Fees".

It shall be a condition of continued employment that all employees of the company performing bargaining unit work shall on or before the sixtieth (60th) day following their hire date, become and remain members in good standing of the Union which has been designated by the Council to act as the bargaining representative for the Council of the employees at the facility where the employee is employed. Alternatively, newly-hired employees may satisfy their obligations under this Article if they tender the designated Union a monthly sum equivalent to the standard monthly dues and any additional fees required of Union members, such sum to be recognized as "Service Fees".

The Company will deduct from the wages of any employee covered by this Agreement said employees initiation fees, service fees, and/or dues as a member of the designated Union upon receiving the employee's voluntary and individual written authorization for the Company to make such deductions signed by the employee. Such authorization

forms will be provided by the designated Union. The Company will remit to the designated Union the wages withheld for such initiations fees, service fees and / or dues on a monthly basis. The amount so withheld shall be deducted from the appropriate paycheck, reported and paid to the designated Union monthly. The employee's Social Security number, full name, dues rate, rate of pay, and status of employment will be transmitted with the monthly fees/dues. New hires including hire dates, terminations including termination dates, furloughs, including furlough dates, recalls, including recall dates, leaves including leave dates, return to work, including return to work dates, will also be provided to the designated Union monthly.

The designated Union shall give the Company at least thirty (30) days written notice before requesting the removal of employees from employment for failure to maintain membership in good standing in accordance with the aforementioned Sections. The Union will hold harmless, and indemnify the Company and its employees with respect to any and all claims or liabilities arising out of, or in connection with this Article or any action taken under it at the request of the designated Union, provided that the designated Union shall have the right to defend itself against all such claims, if any.

## Article 15, Jury Duty

**Section 1.**  The Company will pay its employees who are required to serve on jury duty the difference between the amount paid them by the Court for such service and the amount the employee otherwise would have earned at work during the time of jury service, but not to exceed eight (8) hours in any one day, or forty (40) hours in any one week for a maximum of thirty (30) days in any one (1) calendar year.

**Section 2.**  In order to be eligible for jury duty pay, the employee must verify with certification of the Clerk of Court all times and days of service.  However, no payment shall be made under the provisions of this Article to any employee summoned for jury service unless he has informed the Company of his jury summons at least seven (7) days before the first day on which he is required to serve.

**Section 3.**  Said employee shall make himself/herself available for work for all days (excluding his/her scheduled days off) during said week when not required to serve on jury service. By failure to return to work as herein required, the employee will forfeit all jury duty pay for that term of his jury service.

## Article 16, Military Leave

The Company agrees to abide by all applicable State and Federal laws as they relate to military leave.

## Article 17, Union Visitation

The representatives of the Council, or of any authorized Local Union agent of the Council representing the employees of the Company, shall have the right upon advance notification to visit the establishment or any department thereof during times of normal business as identified by the Company, to investigate matters such as wages, hours, working conditions and grievances provided that such visitation does not in the sole discretion of the Company, disrupt the work environment of such establishment or

11

department (including but not limited to the presence of a customer or government official) and that the visiting party complies with any and all security guidelines pertaining to such establishment and or department; and shall be authorized to post official Union notices on the designated union bulletin board pertaining to conditions of employment.

## Article 18, Leave of Absence

### Section 1
Leave of absence for Union Activities
The Company agrees to grant the necessary time off, without loss of seniority right and without pay, to any employee designated by the Council or any authorized Local Union agent of the Council to attend a labor convention or serve in any capacity on other official Union business, provided seven (7) days written notice is given to the Company, specifying length of time off. The Council and/or local Union agents of the Council agree that in making its request for time off for Union activities due consideration shall be given to the number of employees affected in order that there shall be no disruption of the Company's operations due to lack of available employees.

### Section 2
Medical Leave
An employee will upon proper application be granted a medical leave of absence. The employee will furnish the Company, if requested, a written verification and/or prognosis of his condition and his intended date of return from his attending physician using a form provided by the Company. Extension of a medical leave shall be granted when an employee confirms need with physician's documentation. An employee will retain and continue to accrue seniority during disability leaves and extensions. The Company will abide by the Family Medical Leave Act guidelines.

### Section 3
Personal Leave
An employee upon written proper application may be granted an unpaid personal leave of absence subject to operational requirements. The maximum leave of absence shall be thirty (30) calendar days. The employee will retain and continue to accrue seniority during this unpaid personal leave as long as the employee returns on or before the return date. The Company shall have the sole discretion in granting such leaves of absence.

### Section 4
With the exception of Section 1, Leaves of Absence for Union Activities, all other leaves of absence shall be applied for in writing and may be granted at the discretion of the Company and in accordance with applicable laws. The provisions of Section 1 shall apply to those leaves that may be requested by the union as set forth in Section 1 of this Article.

### Section 5
An employee returning from an approved leave of absence, after notifying the Company at least seven (7) days in advance, shall be returned to their former job classification.

**Section 6**
Funeral Leave
A regular, full time employee who has completed the probationary period shall be entitled to a maximum of three (3) days paid leave to attend the funeral of a parent, child, spouse, brother, sister, present parents-in-law, grandchildren and grandparents.

The employee must submit proof of the death if so requested by the Company. Any falsification of proof shall be grounds for discipline up to and including discharge.

## Article 19, Bulletin Boards

A place shall be provided inside the Company facilities where Union notices of interest to the employees may be posted. These notices will be restricted to:
Notices of Union recreational/social affairs.
Notices of Union elections/appointments and results of Union elections.
Notices of Union administrative affairs.
Notices of Union meetings

## Article 20, Health and Life Benefit

Regular, full-time bargaining employees will be eligible to participate in the Company's Health Care Program including Basic and Supplemental Group Term Life/AD&D Insurance. Regular, full-time Employees will become eligible to participate in these plans on the first day of the calendar month following one hundred and eighty (180) calendar days of continuous employment. For those employees who elect coverage upon eligibility, the Company will contribute a maximum of $100 per eligible employee per month toward the Health Care Program(s) for the life of this Agreement. All other costs of the plan shall be borne by the employee. The provisions of all these plans are contained in the plan descriptions themselves which are incorporated by reference hereto.

## Article 21, Hours of Work and Overtime

**Section 1**
The workweek shall start at 12:01 a.m. Saturday and end at 12:00 midnight the following Friday.

**Section 2**
The Company agrees that the workweek for full time employee so scheduled shall consist of forty (40) hours per week. However, it is understood that and agreed that neither the provisions of this Article or any other Article in the Agreement are to be considered as a guarantee of the availability in a work week of any particular number of days or hours per week for any employee. All hours worked in excess of forty (40) hours in a workweek shall be paid for at the rate of time and one half (1 1/2x) the employee's regular hourly rate. For the purpose of calculating overtime hours, only hours worked in excess of forty (40) per week shall be paid at one and one half times the employee's regular hourly rate regardless of hours worked per shift. Hours worked in excess of eight (8) hours per shift shall be paid at the regular hourly wage rate until the employee has worked forty (40) hours in the workweek.

**Section 3**

A full-time employee's workweek, when so scheduled shall normally consist of five (5) workdays and two (2) days off. In the event of an eight and one half (8 ½) hour shift, the workweek shall consist of five (5) work days and two (2) days off. In the event of a ten and one half (10 ½) hour shift, the workweek shall consist of four (4) days with three (3) days off.

**Section 4**

Overtime assignments may be required when necessary to complete customer service or operational obligations. When overtime is required, the Company agrees to offer such overtime to the qualified employees in the affected classification on that shift in order of seniority (i.e., offer first to most senior employee, offer last to least senior employee). In the event senior employees decline the overtime assignment, the least senior employee in the classification working said shift will be required to work the overtime assignment.

**Section 5**

Any employee who performs work in a higher classification for three (3) hours or more in a day shall be paid at the higher classification rate for the time worked in the higher job classification. Any employee who performs work in a lower classification during a day, shall be paid at the rate of this regular job classification, except:

a) Where an employee is temporarily assigned to a lower classification to accommodate medical limitations; or
b) Where an employee is disqualified from a higher rated position; or
c) Where an employee is transferred (bidding) at his own request to another classification paying a lower rate

**Section 6**

All employees covered by this agreement will be granted a minimum of one thirty (30) minute lunch break without pay. All employees covered by this Agreement will be granted one fifteen (15) minute break with pay before the lunch break and fifteen (15) minute break with pay after the lunch break for the purpose of relaxation.

## Article 22, Rights of Management

This NMA is not intended to interfere with, abridge or limit the Company in the exercise of its function of management or the control of its business and the direction of its working force. The Union will not interfere directly or indirectly with the employment, transfer, discharge or duties of any of the supervisory employees or other company personnel not included in the bargaining unit.

It is agreed that the extent of its operations and the nature of the work to be performed, to determine when any operation shall function or shall be changed or terminated or when services to the airlines and railroad shall be increased, decreased or changed, to maintain efficiency of employees; to make, publish and enforce rules of conduct, safety and appearance; to determine the number, extent and location of its operations; the kinds to be used, to subcontract work; the schedules and the number of hours an employee shall work per day or per week; to hire, classify; to create new jobs and abolish jobs or combine jobs, are solely and exclusively the responsibility of the Company. It is the responsibility and right of the Company to maintain discipline; to transfer, promote, demote, retire, layoff, suspend, discipline or discharge employees for just cause. Such rights shall be subject to the limitation, if any, imposed by other Articles of this NMA.

## Article 23, Drug/ Alcohol Testing Policy

The Company and the Union agree that the Company shall maintain drug and alcohol testing policies in accordance with Department of Transportation (DOT)/Federal Motor Carrier Safety Administration (FMCSA) regulations and customer requirements.

The Company will notify the Union if Federal legislation or the DOT/FMCSA requires revisions to the methodology, categories or types of drug and alcohol testing.

Employees Who Must Be Tested

Company employees subject to Department of Transportation mandated drug testing are drivers and loader helpers of vehicles with a vehicle weight rating over 26,000 pounds, requiring a commercial driver license (CDL) or in a safety sensitive position. This includes employees who relieve for vacations or other temporary vacancies.  In addition to testing mandated employees, controlled substance testing will be part of pre-qualification conditions for safety sensitive positions and those persons transferring to a safety sensitive position. Individuals who bid for a safety sensitive position are subject to being tested for controlled substances before being accepted into such a position.

Employees covered by this, NMA who are not subject to DOT/FMCSA mandated drug testing, are subject to reasonable cause/suspicion, post-accident and post-on-the-job-injury testing as provided herein.

Laboratory Testing

Because of the consequences that a positive test result has on an employee, the Company will employ analytical testing methods in accordance with Department of Health and Human Services (DHHS)/Substance Abuse and Mental Health Services Administration (SAMSHA) protocols. These methods include initial, validity and confirmation tests.  Urine specimens will be analyzed by laboratories certified by the DHHS/SAMSHA.

Types of Testing Required

The Company's testing format will include the following:
a) When there is reasonable cause/suspicion,
b) To aid the investigation of all accidents, and all vehicle accidents.  (Drivers and Loader Helpers involved or present at the accident).
c) Prior to assignment in safety-sensitive positions,
d) During an employees' probationary period.
e) When an employee is involved with an on-the-job injury which requires medical attention.

Pre-Qualification Testing for Safety-Sensitive Positions

The Company shall require any employee who bids and/or transfers into a safety sensitive position to submit to a controlled substance test before the employee is accepted into the safety sensitive position.

15

<u>Reasonable Cause/Suspicion</u>

Upon reasonable cause, the Company will require an employee to be tested for the use of controlled substances and/or the use of alcohol.

Reasonable cause is defined as an employee's observable action, appearance, conduct, speech or body odor indicative of the use of a controlled substance and/or alcohol. In the event the test result is positive, adulterated or substituted, it shall be considered a dischargeable offense.

<u>Non-DOT Reasonable Cause/Suspicion</u>

In the event an employee (not covered by DOT regulations) is tested, such test will be performed under the same procedures as described above. In the event the test result is positive, adulterated or substituted, it shall be considered a dischargeable offense.

<u>Post Accident Testing</u>

When any driver and loader helper, or any employee is involved in any accident, the employee will be required to submit to drug and alcohol testing.

<u>Random Testing Random Employee Selection</u>

The procedure used to randomly select employees for drug and alcohol testing in compliance with the DOT regulations will be a computer program specifically intended for such an application.

The computer program shall randomly select the names or social security numbers of the required number of employees from the total pool of affected employees. The Company shall maintain the list or true copies of the lists. The lists will be maintained and made available for review by Union representatives upon written request.

The parties agree that no effort will be made to cause the system and method of selection to be anything but a true random selection procedure ensuring that all affected employees are treated fairly and equally.
The parties further agree not to amend or change the current method of random selection as described herein without prior agreement with the parties.

<u>Post On-the-Job-Injury</u>

When an employee is involved with an on-the-job-injury, which requires medical attention, the employee will submit to a drug and alcohol test. Such test will be performed under the same procedures as previously stated. In the event the test result is positive, adulterated or substituted it shall be considered a dischargeable offense.

<u>Split Sample Procedure</u>

Split samples of urine specimens will be secured and an employee who tests positive may have the split sample tested at a DHHS/SAMSHA certified lab at the employee's expense. The employee must request the split sample test within 72 hours of notification by the MRO.

Paid for Time

Employees required by the Company to submit to drug and/or alcohol testing shall be paid for all time from the place of employment to the collection site and for all the time at the collection site.

Disciplinary Action

Employees may be subject to discipline up to and including discharge as provided below if they test positive, refuse to submit to test or provide an adulterated or substituted specimen for drugs or alcohol.

1. Reasonable Cause/ Suspicion Testing
a) A positive, adulterated or substituted test is a dischargeable offense.
b) Refusal to submit to a reasonable cause/suspicion drug or alcohol test is a dischargeable offense

2. Post Accident Testing
a) A positive, adulterated or substituted test is a dischargeable offense.
b) Refusal to submit to a post-accident drug or alcohol test is a dischargeable offense.

3. Random Testing
a) A positive test result – employee is subject to successfully complete a rehabilitation program. The employee will enter into a rehabilitation program within fifteen (15) calendar days after test results. Employee will be subject to random testing for twelve (12) months after the completion of the rehabilitation program. (An employee will be permitted a positive test result only once during his tenure with the Company.),
b) Refusal to submit to a random drug or alcohol test is a dischargeable offense.

4. Pre-Qualification Testing for Safety Sensitive Positions
a) A positive, adulterated or substituted test is a dischargeable offense.
b) Refusal to submit to a pre-qualification drug or alcohol test is a dischargeable offense.

5. Post -On- The-Job-Injury
a) A positive test is a dischargeable offense.
b) Refusal to submit to a post injury drug or alcohol test is a dischargeable offense.

The Company and the Union agree that if an employee(s) recognizes that he/she has an alcohol or drug abuse problem, and voluntarily identifies this problem to the Company, the Company will allow the employee(s) unpaid time off to seek professional assistance at the employee's expense. The employee will be permitted to utilize any applicable benefit for this absence. It is the responsibility of the employee(s) to recognize the problem and come forward to the Company prior to any investigative or disciplinary situation. The Company agrees to provide the employee(s) with a confidential method to contact professional assistance.

An employee subject to a drug or alcohol screening will be suspended, pending the outcome of the screening. If the results are negative, the employee will be returned to work and paid for any lost wages. If the results are positive, the employee is subject to discharge.

## Article 24, Invalidation Clause

If any of the terms and conditions of this Agreement is in violation of any State or Federal Law or Court Decision or decree, then to the extent of any violation, this Agreement shall be null and void. If any portion of this Agreement is declared illegal, it shall not in any way affect the remaining provisions of this Agreement.

## Article 25, Payroll Period

<u>**Section 1**</u>.
The work week shall start at 12:01 a.m. on Saturday and end 12:00 midnight the following Friday.

<u>**Section 2.**</u>
Where legally permitted, all employees covered by this NMA shall be paid every two weeks. Paychecks shall be made available for employees on Thursday following the two week pay period covered.

<u>**Section 3.**</u>
Employees shall be paid in full when laid off or discharged in accordance with applicable Law. Absent a requirement to pay a laid off or discharged employee sooner, payment of wages will be made in a timely manner at the next scheduled pay day.

<u>**Section 4**</u>. Employees shall be provided with an itemized statement of gross earnings and all deductions.

<u>**Section 5**</u>. Employees will have an option to participate in direct deposit program.

Newly hired employees shall be on probation as described in <u>Article 11 – Seniority/Loss of Seniority</u> of this NMA. During that period, the Discharge, Grievance, Arbitration and Seniority articles of this Agreement shall not apply to the new employee. Neither shall any fringe benefit provisions of this Agreement apply. Upon completion of the probation period, seniority shall date from the most recent hire date.

## Article 26, Reporting Pay

Any employee reporting for work on a regular shift and not permitted to work shall receive two (2) hours pay at the employee's regular rate. This provision shall not apply in the case of fire, strike, utility failure, acts of God or any other conditions beyond the control of the Company. Any part-time employee who reports to work as scheduled or as requested on a given day, shall be guaranteed a minimum of two (2) hours work or pay in lieu thereof.

## Article 27, Wages

See Attachment A

<u>**Part-Time Positions**</u>

The company has the right to establish, schedule, and/or utilize part-time positions within its operations as part of an on-going effort to maintain efficiencies as it relates to the number of employees required to support the business needs of the company. These positions are considered part of the bargaining unit under said guidelines.

a) Part-time is defined as (29) twenty-nine hours or less in a workweek.

b) Part-time positions may be utilized within all job classifications regardless of the specific duties of the job and shall not be treated as a separate job classification or as 'relief' for full-time positions.

c) Employees holding part-time positions are not eligible for Health & Life Benefits or sick, holiday, or vacation benefits or any other benefit provided for yet not expressed specifically under the terms of this agreement.

d) All positions will be bid by seniority regardless of the number of hours assigned to the position. An employee may bid for a part-time position by exercising their seniority. Employees who are subject to lay-off may exercise their seniority for a part-time position according to the guidelines set forth in the NMA.

e) An employee working (30) thirty hours or more on a regular basis will be considered 'full-time' and will become eligible for all benefits as outlined in the NMA. "Regular basis" is defined as twelve (12) consecutive workweeks.

Effective 1/1/07 the total number of Part-time employees shall not exceed 15% of the total population of employees employed in the system wide bargaining unit.

## Article 27, Employee Meals

The Company's sole responsibility with regard to employee meals is to ensure that employees have a designated space to consume their meals and a method of either storing meals they bring with them to work; the time and means to leave for lunch; a payroll deduction system, whereby employees would consume meals made by the employer or contracted entity and receive a payroll deduction for the agreed upon cost of the meal or a system for ordering meals on site. It is understood that the company is not responsible for providing employees with meals. The company is committed to working with the local union representatives to devise a local addendum for the purposes of meals.

## Article 28, Safety and Health
The Company shall continue to make reasonable provisions for the safety and health of its employees at the plant during the hours of employment, protective devices, on equipment, and/or clothing necessary to properly protect employees from injury shall be provided for and maintained by the Company, when required by the Company. The Company shall continue to comply with all applicable safety and health laws.

19

In the event a work related injury or illness that requires serious immediate medical attention away from the workplace, the employer will provide transportation to the medical facility and back to the workplace.

## Article 29, Superiority Agreement

It is understood between the Company and the Union that the governing document for all terms and conditions for all facilities is this NMA.

## Union C,  T.I.P. Deductions

The Employer agrees to honor political contribution deductions authorizations from employees in the following form:

I hereby authorize my employer to deduct from my pay the sum of $       per pay period and to forward that amount as my voluntary contribution to the Hotel Employees & Restaurant Employees International Union T.I.P. (To Insure Progress) Political Committee, 1219 28th Street NW, Washington DC 20007.  My decision to participate in the HEREIU T.I.P. Political Program is a voluntary one and I understand that I am under no compulsion to contribute to it, since such contributions are neither a condition of my continued employment or membership in the union.  I also understand that this authorization my be revoked by me at any time and that it is automatically revoked upon termination of my employment.

The political contribution deduction shall be made once each month during which an employee who has performed compensated service has in effect a voluntary executed political contribution deduction authorization.  The money shall be remitted within thirty (30) days after the last day of the preceding month to the Hotel Employees and Restaurant Employees International Union T.I.P. "To Insure Progress", 1219 28th Street NW, Washington DC 20007, accompanied by a form stating the name and Social Security number of each employee for whom a deduction had been made, and the amount deducted.  The Union shall indemnify, defend and save the Company harmless against any and all claims, demands, suits, or other terms of liability that shall arise out to or by reason of action taken by the Company in reliance upon payroll deduction authorization cards submitted to the Company.

Letter of Agreement

The Company agrees to deduct from the paycheck of all employees authorizing such deductions covered by this Agreement, voluntary contributions to DRIVE (A Polictical Action Campaign Program).  DRIVE shall notify the Company of the amounts designated by each contributing employee that are to be deducted from his/her paycheck on a weekly basis for all weeks worked and shall provide the Company an original copy of said payroll deduction authorization.  The phrase "weeks worked" excludes any week other than a week in which the employee earned a wage.  The Company shall transmit to DRIVE National Headquarters on a monthly basis, in one check, the total amount deducted along with the name of each employee on whose behalf a deduction is made, the employee's Social Security number and the amount deducted from the employee's paycheck.

## Article 30, Amendment

This Agreement shall become effective _____and thereafter remaining in effect until changed in accordance with the provisions of the Railway Labor Act.  Neither party shall, prior to _____serve a notice on the other party, pursuant to section 6 of the Railway Labor Act, to change any term of the Agreement, which change shall not be effective prior to _____


For Gate Gourmet, Inc.                              For The Employee's Representative
                                                   Council


_____          _____
                                 IBT


_____          _____
                                 HERE

## Attachment A

## Wage Schedule

| Tier 1 | Start | 60 days | 1 Yr |
|--------|-------|---------|------|
| Assembly I | 7.45 | 7.70 | 7.95 |
| Assembly II/Delivery I | 7.95 | 8.20 | 8.45 |
| Delivery II | 9.00 | 9.25 | 9.50 |

21

| **Tier 2** | **Start** | **60 days** | **1 Yr** |
|---|---|---|---|
| Assembly I | 7.00 | 7.25 | 7.50 |
| Assembly II/Delivery I | 7.50 | 7.75 | 8.00 |
| Delivery II | 8.50 | 8.75 | 9.00 |

## Tier I - Cities

| | | |
|---|---|---|
| BOS | JFK | PHL |
| DIA | LAX | SAN |
| EWR | LGA | SFO |
| IAD | ORD | |

## Tier II – Cities

| | | |
|---|---|---|
| ATL | IND | PBI |
| BDL | JAX | PDX |
| CMH | LAS | PHX |
| CVG | MCO | SAT |
| DFW | MEM | SEA |
| DTW | MIA | STL |
| IAH | MSY | TPA |