# EXHIBIT 4

**(Summary of Gate Gourmet's
"Last, Best and Final Offer")**

# SUMMARY OF FINAL OFFER
# TO THE EMPLOYEE REPRESENTATIVES' COUNCIL

## May 4, 2005

The following contract changes shall apply to the National Master Agreement and all Local Addendums. Unless specifically modified herein, all other provisions of the National Master Agreement shall remain in effect in accordance with its terms. All of the following changes shall be effective on the date of ratification unless otherwise noted:

## 1. SECTION 1113 BANKRUPTCY PROTECTION

- The Company agrees that it shall not seek to reject a ratified National Master Agreement, with the possible exception of the employee pension plans, in the event that it cannot avoid a Chapter 11 bankruptcy filing following the date of ratification.

## 2. PROFIT SHARING

- The following is modeled after the Southwest Airlines Profit Sharing Plan but will pay out annually rather than being deposited into a deferred retirement plan

- Each Plan Year, the Company will contribute an amount equal to 15% of Gate Gourmet Inc. (excluding Gate Safe, Gate Serve, and e-gatematrix) fully-allocated pre-tax profits after allocations for corporate overhead and interest expense and excluding non-operating and non-recurring gains or losses not arising from the Company's usual business operations.

- Each Eligible Participant's award will be determined as a percentage of the total profit sharing pool. Each participant's share of the profit sharing pool will be calculated based on the percentage that his or her W-2 earnings represent of all W-2 wages for the unit.

- In order to be an Eligible Participant, the Employee must:

  - have more than 1,000 hours of service during the Plan Year,
  - be actively employed by the Company on the date the Profit Sharing Awards are distributed and not in a notice period, and
  - be in "good standing" which means the employee needs to maintain satisfactory job performance and not be on any form of performance warning.

COMPANY FINAL OFFER
May 4, 2005

- Awards will be paid out no later than 100 days following the end of the calendar year.

- The Board of Directors has the right to amend or terminate the Plan in accordance with the terms of the Plan.

## 3. APPLICATION OF THE NATIONAL MASTER AGREEMENT

- The National Master Agreement (NMA) shall be amended as described herein and in the following Attachment A and shall replace and supersede all Local Addendums.

- Following the ratification of an amended National Master Agreement, the Company agrees to meet and confer with Local Union Representatives to discuss issues of a local nature at each location. Any local issues agreed upon pursuant to this paragraph shall be incorporated by reference into the NMA as a side letter of agreement.

- All side letters of agreement not expressly identified herein shall be deemed null and void.

- In the event of a conflict between a specific provision of the NMA and mixed practices at multiple locations, the NMA provision shall control and supersede the conflicting practice(s).

- In the event of a conflict between a NMA practice and a former Local Addendum practice, the NMA practice shall control and supersede the Local Addendum practice.

## 4. WAGES

- Effective no earlier than the first day of the pay period following the date of ratification, reduce current wage scales through the creation of new wage scales applicable to all current and future employees

- 4 - year wage freeze (from the effective date of the wage reductions)
- 5/1/09: 1% lump sum
- 5/1/10: 1% lump sum
- 5/1/11: 1% lump sum
- 5/1/12: 1% lump sum

## 5. PREMIUMS

- CDL premium: $1.00 per hour if the individual both possesses and is required to utilize a CDL in the performance of his/her duties.

- Lead premium: $0.75 per hour if designated as a Lead. (As a clarification to existing NMA policy and practice, the Company shall continue to determine the number of leads and the required ratio of lead-to-employees at all locations.)

- Eliminate shift premium
- Eliminate long service premium (LSP)

2

COMPANY FINAL OFFER
May 4, 2005

- The list of premiums shown above is exhaustive; any premium not included herein is eliminated

## 6.  PART-TIME EMPLOYEES

- The Company may utilize part-time employees up to 30% of its total hours as measured on a system-wide (vs. location-by-location) basis.
- Part-time employees are defined as employees normally scheduled to work 32 hours or less per week.
- Part-time employees are ineligible for all company benefits (e.g. insurance, retirement, vacation, sick, holidays, etc.).
- Hourly rates shall be the same as full-time employees.
- Part-time employees shall be entitled to receive overtime for any hours worked beyond 40 hours per week

## 7.  SEASONAL WORKERS

- The Company may utilize part-time employees between May 15 and September 15 in accordance with Paragraph 5 above, except that the 30% cap shall not apply during this period.

## 8.  HEALTH & WELFARE

- Maintain the Company-sponsored medical plan for all bargaining unit employees as modified on 1/1/05 with employer and employee contributions as follows:

## EMPLOYER CONTRIBUTIONS

| Coverage Level | Current Employer Contribution Monthly Rate |
|---|---|
| Employee Only | $151.54 |
| Employee + Child(ren) | $285.49 |
| Employee + Spouse | $300.38 |
| Family | $449.21 |

3

**EMPLOYEE CONTRIBUTIONS**

| Coverage Level | Current Employee Contribution Monthly Rate |
|---|---|
| Employee Only | $119.07 |
| Employee + Child(ren) | $228.66 |
| Employee + Spouse | $267.90 |
| Family | $362.61 |

- At the Union's option, the Union can elect to retain existing Union-sponsored health and welfare plans and the existing HAP plan applicable to DTW employees with the same employer contribution maximums as noted above.   All future increases in either the Company Plan(s) or the Union-sponsored health and welfare plans to be shared equally between the Company and the employee (i.e., 50% by the Company, 50% by the employee).  In the case of the Union-sponsored health and welfare plan future increases, or the HAP plan in DTW, the Company's 50% contribution shall not exceed the total dollar amount that would have been made in accordance with the Company Plan contribution schedule above.

9.  **PENSION**

- Freeze the Company Defined Benefit Plan
- Freeze the Company contributions to the Union-sponsored pension plans.
- For employees participating in Union-sponsored pension plans, eliminate the Company 401(k) match and Company contributions to any other pension plan.

**10. 401(K)**

- Standardize the 401(k) plan design for all bargaining unit employees as follows:
  o Reduce the eligibility waiting period from 1 year to 90 days of service.
  o Company match of the first 3% of the employee's pre-tax contributions after 1 year of service.
  o Immediate vesting for the Company match of employee contributions.

4

## 11. HOLIDAYS

- Reduce paid holidays to 7 per year (New Years Day, Memorial Day, Independence Day, Labor Day, Thanksgiving, Christmas and Martin Luther King's Birthday).

## 12. VACATION

- Effective with the Vacation Bid for Calendar Year 2006, modify the current vacation accrual schedule as follows:

| Years of completed service as of 12/31: | Annual Vacation Accrual for the Following Calendar Year: |
|---|---|
| Less than 5 years | 1 week  (prorated if less than 1 year) |
| 5 years to 19 years | 2 weeks |
| 20 or more years | 3 weeks |

## 13. SICK LEAVE

- Modify the current annual sick leave accrual to two days per year.  Employees shall retain current balances and may cash out up to a maximum of 5 days per year.

## 14. OTHER WORK RULES

- Permit cross-utilization of qualified employees within pay grades and between pay grades to cover unplanned staffing shortages prior to utilizing overtime.  Employees shall be paid the higher of their current hourly rate or the hourly rate applicable to the cross-utilized position.

- Modify the definition of "Temporary" in ARTICLE 12 "JOB VACANCY" to "any period of time thirty (30) days or less except where (1) a job is vacated due to a medical leave of absence or (2) the required training to fill multiple vacancies cannot be completed in thirty days or less, in which case the temporary jobs may extend beyond thirty (30) days."

## 15. DURATION

- Date of ratification through December 31, 2012

5

# "ATTACHMENT A"

to the

## "SUMMARY OF FINAL OFFER TO THE EMPLOYEE REPRESENTATIVES' COUNCIL"

National Master Agreement

Between

Gate Gourmet, Inc.

And

IBT/HERE Employee Representatives' Council

Effective on the Date of Ratification

Through

December 31, 2012

# **INDEX**

<u>Reformat and renumber as necessary:</u>

Page

Preamble .................................................................................tbd

Article I, Recognition.........................................................................3

Article II, Transfer of Company Title or Interest.....................................4

Article III, Uniforms.......................................................................4

Article IV, No Strikes and No Lock Outs..............................................4

Article V, Maintenance of Standards...................................................5

Article VI, Non-Discrimination..........................................................5

Article VII, Discipline & Discharge.....................................................6

Article VIII, Holidays .....................................................................6

Article IX, Grievance Procedure..........................................................7

Article X, System Board of Adjustment Procedures...............................8

Article XI, Seniority/Loss of Seniority................................................9

Article XII, Job Vacancy..................................................................10

Article XIII, Stewards and Union Officials..........................................11

Article XIV, Check-Off/Union Security Provision................................12

Article XV, Jury Duty....................................................................13

Article XVI, Military Leave.............................................................13

Article XVII, Sick Leave................................................................13

Article XVIII, Union Visitation........................................................14

Article XIX, Funeral Leave……………………………………………...14

Article XX, Leave of Absence………………………………………….14

Article XXI, Vacation…………………………………………………...15

Article XXII, Bulletin Boards………………………………………….17

Article XXIII, Pension and Retirement Plan/401K…………………….17

Article XXIV, Health and Life Benefit…………………………………17

Article XXV, Employee Quality Incentive Plan………………………18

Article XXVI, Hours of Work and Overtime………………………….18

Article XXVII, Rights of Management…………………………………19

Article XXVIII, Drug/ Alcohol Testing Policy………………………...20

Article XXIX, Invalidation Clause…..………………………………...23

Article XXX, Payroll Period……………………………………………23

Article XXXI, Reporting Pay…………………………………………...24

Article XXXII, Safety and Health………………………………………24

Article XXXIII, Transition Agreement…………………………………24

Article XXXIV, Superiority Agreement………………………………25

Article XXXV, Wage Compensation…..………………………………26

Article XXXVI, Amendment……………………………………………27

Attachment A, Wage Scales……………………………………………28

Letters of Agreement:

1.  Memorandum of Understanding Re: System Board of
     Adjustment Procedures                                    L-1
2.  Section 1113 Bankruptcy Protection                       L-2
3.  Application of the National Master Agreement             L-3
4.  TIP Deductions                                           L-4
5.  DRIVE Payroll Deductions                                 L-5

Preamble

1.  The Company and the Union desire to establish general conditions
of employment and procedures which will ensure the peaceful, speedy and orderly
adjustments of differences without compulsion, coercion, strikes, boycotts, picketing,
slowdowns, or other interferences with the smooth operation of the business of the
Company or interruptions to employment; and

2.  The parties seek to avoid unnecessary friction resulting from litigation, legal debate
and controversy; and

3.  The Company agrees that employees shall be treated in a respectful and courteous
manner at all times; and

4.  The parties agree to use voluntary efforts to achieve
industrial stability under the structure provided by the Railway Labor Act.

# ARTICLE 1
# RECOGNITION

RECOGNITION, SCOPE, AND EMPLOYEE PROTECTIONS

## A.    Recognition

~~Dobbs International Services, Inc. a/k/a Gate Gourmet, Division Americas owned by S Air Group (the "Company") recognizes the IBT/HERE Employee Representatives' Council, (the " Council") as the collective bargaining representatives of all employees working at facilities covered by this Agreement with the authority and obligation to represent them for all purposes of the Railway Labor Act, as amended. This collective bargaining agreement and any formal letters of agreement between the Company and the Union may be collectively referred to as the "National Master Agreement" (N.M.A.). It is understood by the parties that Local Addendums consistent with the National Master Agreement shall be entered into at the local level between the Company and affiliates of the Union. Supervisory personnel shall not perform work customarily performed by employees in the bargaining unit.~~

Gate Gourmet, Inc. (the "Company"), pursuant to the certification of the National Mediation Board issued in Case No. R-6783 on October 11, 2000, recognizes the IBT/HERE Employee Representatives' Council (the "Council") as the collective bargaining representative pursuant to the Railway Labor Act of the Company's employees in the craft or class of "Kitchen, Commissary, Catering, and Related Employees."

The Company understands that the Council will designate, under Section 2 Third of the Railway Labor Act, IBT and HERE and other AFL-CIO affiliated labor organizations to act as the <u>local</u> bargaining representatives for the Council and it is hereby agreed that the term "Union" as used in this Agreement shall refer to the Council. Where the context so indicates, the term "Union" shall also refer to IBT and/or HERE, and~~,~~ to other affiliated labor organizations designated by the Council in those instances where the designated labor organization ~~adopts this agreement, to the other labor organization~~ is so~~-~~designated and authorized by the Council to act as the bargaining representatives for bargaining unit employees at a given location.

This Agreement and any formal letters of agreement between the Company and the Counsel shall constitute the National Master Agreement ("NMA"). The Council may designate IBT, HERE or other AFL-CIO affiliated labor organizations to negotiate with the Company regarding local issues not covered by the NMA, and such unions may enter into Local Addenda covering such local issues. In the event of any conflict between the NMA and the Local Addenda, the NMA shall control.

A listing of authorized agents of the Council is contained in Attachment {"X"} and incorporated by reference to this NMA. Should the Council make any modifications, deletions, or additions to the affiliated labor organizations so designated and authorized by the Council to act as an agent on behalf of the Council, it will immediately notify the Company by certified mail of such modification to Attachment {"X"}.

5

**<u>B.</u>    Scope**

This Agreement covers all present and future kitchen, commissary and catering work, including all related work, performed at facilities for which the Union has been designated as the bargaining agent for employees in the system wide basis craft or class; provided that this Agreement shall not apply to managers, supervisors, guards, office-clerical employees or employees based outside of the United States, its territories and possessions.

It is understood between the parties that existing patterns of representation as between HERE and IBT at locations where both organizations currently represent employees, or at locations where only IBT or HERE exclusively represent employees, shall be preserved. Future food service operations identified in the system wide basis, craft or class opened or acquired by the Company shall become subject to the terms of this Agreement immediately upon notification by the Council that the Union has been designated as the bargaining agent for such operation or facility.  For newly opened or later acquired facilities, the Company shall initially establish hourly wage rates for all classifications; thereafter the negotiated increases of the NMA wage addendum shall apply.

The Company shall not establish any new kitchen, commissary or caterer, or acquire a controlling interest in such a food operation, whether directly or through an affiliate or subsidiary, or by a parent or holding company of which the Company is wholly owned or controlled subsidiary, and operate it as a separate entity outside the provisions of this Agreement.

<u>In the event the Company establishes new work locations subject to this Agreement, it shall notify the Council, and the Council will designate the bargaining representative for that location.</u>

<u>This Agreement shall not apply to employees of Gate Serve, LLC, Gate Safe, Inc., any joint venture of the Company, or any other affiliate of the Company other than a wholly-owned subsidiary.</u>

## ARTICLE 2
## TRANSFER OF COMPANY TITLE OR INTEREST

✓ **CURRENT BOOK with the following clarification:**

This Agreement and the supplemental addendums hereto and hereinafter referred to collectively as "Agreement", shall be binding upon the parties hereto, their successors, administrators, executors and assigns.

It is understood by this Section that the parties hereto shall not use any leasing devise to a third party to evade this Agreement. The Employer shall give notice of the existence of this Agreement to any purchaser, transferee, lessee, assignee, etc., of the operation covered by this Agreement or any part thereof. Such notice shall be in writing with a copy to the respective International Union and local union, at the time the seller, transferee or lessor executed a contract or transaction as herein described. The Union shall also be advised of the general nature of the transaction, not including financial details. In the event that the Employer fails to require the purchaser, transferee or lessee to assume the obligation of this Agreement, the Employer, (including partners thereof) shall give the Union sixty (60) days notice in writing, after which the Employer or the Union shall not be liable for any <u>and</u> all damages sustained as a result of such failure to require assumption of the terms of this Agreement.

## ARTICLE 3
## UNIFORMS

✓ **CURRENT BOOK – NO CHANGES**

## ARTICLE 4
## NO STRIKES AND NO LOCKOUTS

✓ **CURRENT BOOK – NO CHANGES**

## ARTICLE 5
## MAINTENACE OF STANDARDS

<u>Unless modified by mutual agreement, the</u> ~~The~~ ~~Employer~~ Company agrees that all conditions of employment relating to wages, hours of work, overtime differentials and general working conditions, other than those specifically referred to in this Agreement, shall be maintained at not less than the highest standards in effect at the time of the signing of this Agreement, and the conditions of employment shall be changed, upon amendment wherever specific provisions are made elsewhere in this Agreement <u>for such purpose.</u>  It is agreed that the provisions of this Section shall not apply to inadvertent or bona fide errors made by the Employer or the Union in applying the terms and conditions of this Agreement if such error is corrected within ninety (90) days from discovery of the error.  This provision does not give the employer the right to impose or continue wages, hours and working conditions less than those contained in the Agreement.

Any change or modification of the NMA or any addendums thereto, mutually agreed upon between the Company and the Council at the System Board of Adjustment, or otherwise, shall be binding upon all parties and all employees affected, provided such change or modification is reduced to writing and signed by duly authorized agents of the Company and Council.

## ARTICLE 6
## NON-DISCRIMINATION

✓ **CURRENT BOOK – NO CHANGES**

## ARTICLE 7
## DISCIPLINE AND DISCHARGE

**Section 1.**  The Company shall not discharge any employee nor impose any disciplinary action against any employee except for just cause.  Discharge or discipline must be by written notice to the employee and the local union and must set forth the specific nature of the offense.  The Company shall have the right to establish reasonable rules for the conduct of employees not inconsistent with the terms of this Agreement.

**Section 2.**  Employee Corrective Action Notices shall be maintained in the employee's personnel file for a period of twelve (12) months from the time of issuance.

**Section 3.**  Warning Notices must be issued no later than fifteen (15) days after the violation occurs, or fifteen (15) days after the Company becomes aware of the action giving rise to the violation unless the employee is absent on the fifteenth (15th) day, in which case this period shall be extended until the employee returns to work.

## ARTICLE 8
## HOLIDAYS

**Section 1**. Employees shall receive ~~nine (9)~~ seven (7) paid holidays, effective 1-1-~~2001~~ 2006.

|   |   |   |   |
|---|---|---|---|
| New Years Day | Martin Luther King, Jr. Day | ~~Easter~~ | Memorial Day |
| Labor Day | July 4 | | Thanksgiving Day |
| ~~Christmas Eve~~ | | | |
| Christmas Day | | | |

**Section 2.** The Union recognizes that the employees may be expected to work on said holidays inasmuch as the business of the Company operates seven (7) days a week.

**Section 3.** All employees shall receive eight (8) hours' pay at straight-time rate when the holidays are not worked provided that:

a) The employee has not failed to work when scheduled to work on a holiday unless he is absent with the approval of management.

8

b) The employee works his scheduled day both immediately preceding and following the holiday unless he is absent with the approval of the Company.

c) The employee has worked during the week of a holiday (excluding vacation periods); and

d) The employee is not on strike or suspension, leave of absence or workers' compensation.

**Section 4.** ~~Part-time employees who work a regular five (5) day week shall after ninety (90) days of employment, receive pro-rated holiday pay for holidays not worked, provided a holiday is worked, contractual holiday pay will be granted for all hours worked the holiday.~~

**ARTICLE 9**
**GRIEVANCE PROCEDURE**

**Section 1.**  Should differences arise between the Company and any ~~of its~~ employees as to the meaning and application of ~~this Agreement~~ the NMA, or if any other controversy or grievance arises, an earnest effort shall be made as promptly as possible to settle such difference in the following manner:

**Step 1:**  The employee and or the Union having such grievance, with or without the Steward, shall present the grievance to his immediate supervisor within seven (7) ~~five (5)~~ calendar days of the action giving rise to the grievance.  The employee and his supervisor will make a good faith effort to resolve the grievance.  The supervisor will give ~~his answer~~ a written response to the grievance (whether resolved or not) within seven (7) calendar days following the receipt of ~~the action giving rise to~~ the grievance.

Should an employee request that a Steward be present to discuss the grievance, the supervisor shall arrange for the Steward to attend the grievance meeting. If the grievance is not thus satisfactorily settled, then the grievance may be appealed to Step 2.

**Step 2:**  If not resolved at Step 1, The grievance ~~shall~~ may be appealed ~~put into writing and presented~~ by either the Union Representative, Chief Steward, Shop Steward and/or the aggrieved employee to the General Manager or his designated representative.~~,~~ Any such appeal must be in writing and must be submitted within ~~twelve (12)~~ seven (7) calendar days following receipt of the supervisor's written response. ~~action giving rise to the grievance.~~  The General Manager will give ~~his~~ an answer in writing, with a copy to the Union, within ~~seventeen (17)~~ seventeen (7) calendar days following the receipt of the notice of appeal.~~of the action giving rise to the grievance.~~  If the grievance is settled or withdrawn, the Union Representative and ~~Employer~~ the Company will put the withdrawal or settlement in writing on the grievance form.  If the grievance is not satisfactorily settled, then the grievance may be appealed to Step 3.  (Policy procedures may be filed at Step 2 directly.)

9

**Step 3:**  If not resolved at Step 2, the ~~The aggrieved employee, and/or~~ Union may ~~present appeal the grievance in writing~~ appeal to the ~~Regional Personnel~~ Senior Human Resource Manager (SHRM) or his designated representative.  Any such appeal must be in writing and must be submitted within ~~twenty-two (22)~~ seven (7) calendar days following the receipt of the General Manager's written response. ~~of the action giving rise to the grievance~~  The ~~Regional Personnel Manager~~SHRM or the SHRM's ~~his~~ designated representative shall meet with the Union and answer the grievance in writing within ~~thirty (30)~~ fourteen (14) calendar days following the receipt of the notice of appeal. ~~of the action giving rise to the grievance.~~  In order for said notice of appeal to be proper and valid it must be sent by the Union to the SHRM or the SHRM's designated representative and the affected General Manager of the unit in which the grievance occurred.

**Section 2.**  All grievances must be submitted as provided in Step 1 above within ~~five (5)~~seven (7) calendar days of the ~~Employer's~~ Company's action giving rise to the grievance, or ~~; and, if not submitted within the aforementioned time, then~~ the grievance shall be considered to be waived and may not thereafter be submitted for adjustment in any forum.  Any grievance that is not appealed from one step of the grievance procedure to the next step within the time limits set forth above (such time limits may be extended by written agreement) shall be considered settled on the basis of the last decision given and shall not be subject to further adjustment in any forum ~~grievance and arbitration proceedings~~ or collective bargaining.

**Section 3.**  All grievances not settled in these steps may proceed to the System Board of Adjustment.

**ARTICLE 10**
**SYSTEM BOARD OF ADJUSTMENT PROCEDURES**

Within fourteen days after the receipt of the written decision of the Company designee, if the decision is not satisfactory to the Union, the Union may appeal such grievance to the System Board of Adjustment by serving a written notice upon the Company directed to the Vice President of ~~Human Resources~~ Labor Relations or his/her designee at the Company's office of its intention to do so.  ~~If the System Board deadlocks, the case may be appealed to arbitration by the Union.~~

The System Board of Adjustment shall be composed of two members designated by the Union and two members designated by the Company.  The Board shall meet every other month at a location mutually agreed upon by the parties.  In the event there are no grievances to be heard the ~~board~~ Board may cancel such meeting upon mutual agreement.

The System Board shall ~~only~~ be empowered to make ~~a~~ findings or decisions with respect to contract language including wage and benefit disputes. ~~and~~ The System Board shall be empowered to make findings or decisions with respect to any non-probationary employee covered by this agreement who is terminated or disciplined to the extent of loss of pay by the Company, and such finding or decision shall be final and binding upon the employee, and all parties to the dispute.

10

If the Board deadlocks, the Union may appeal the case to arbitration <u>within thirty (30)</u>
<u>days of the day the System Board deadlocks or the grievance shall be considered to be</u>
<u>waived and may not thereafter be submitted to Arbitration or any adjustment in any</u>
<u>forum.</u>  In the event the Union appeals the decision to arbitration the Company and the
Union shall attempt to mutually agree to an acceptable impartial Arbitrator.  If the parties
are unable to agree on an Arbitrator they shall then request a panel of seven (7)
Arbitrators to be provided for by the Federal Mediation and Conciliation Service.
The parties shall alternately strike names from the panel with the remaining arbitrator
selected to hear and resolve the dispute.  The Arbitrator shall have no authority to add to,
or subtract from, or modify the terms of this Agreement.  The ~~arbitrator's~~ <u>Arbitrator's</u>
decision shall be rendered within thirty (30) days from the date of the close of the
hearing.  The cost of the Arbitrator shall be borne equally between the Union and the
Company.

## ARTICLE 11
## SENIORITY/LOSS OF SENIORITY

**Section 1**.  Seniority shall govern as to layoffs and rehiring. New employees shall be
employed on a trial basis for ninety (90) calendar days.  During this period, their
retention as employees is entirely at the discretion of the Company. The provisions of this
Agreement shall not apply to probationary employees.

**Section 2**.  In the event the Company finds it necessary to lay off employees because of
lack of work or reduction in business, such layoffs shall be on the basis of seniority
<u>within the classification. The employee having the shortest period of continuous</u>
<u>employment with the Company within the classification shall be laid off before any other</u>
<u>employee. The displaced employee within the classification affected shall have the</u>
<u>opportunity to bump into the next lower classification provided the employee has more</u>
<u>Company seniority than the least senior employee within the lower classification and is</u>
<u>qualified to perform the work.  The foregoing is the only situation when Company</u>
<u>seniority shall be considered without regard to classification seniority.  The employee</u>
<u>affected by the displaced employee will be laid off and will not have the opportunity to</u>
<u>bump into the next lower classification.</u>  ~~Seniority shall be defined as the length of~~
~~service an individual has with the Company.  The employee having the shortest period of~~
~~continuous employment with the Company shall be laid off before any other employee.~~
The senior employees shall have preference of full-time employment (to wit, <u>greater than</u>
<u>thirty-two (32)</u> ~~forty (40)~~ hours per week) at all times where it is available.  Both
seniority and ability shall govern except as provided in this Article, on job or station
assignment, hours worked and, where applicable, in other phases of employment.

**Section 3**.  The Company agrees that it will recall all persons who have retained seniority
in the inverse order in which they were laid off.  That is, the last one laid off will be the
first recalled <u>within classification</u>, provided the employee still has the physical fitness and
ability to perform the work required.  Employees, including those that are laid off, have
the responsibility to keep on file with the Company the address to which the notice to
return to work is to be sent; and the Company agrees to notify such laid off employees
not less than three (3) days, exclusive of Sundays, prior to the date called back to work by
certified mail or telegram and notify the Union of the same by mail.

**Section 4.** Seniority shall terminate:
a) Upon discharge for just cause;
b) Upon quitting;
c) Overstaying leave of absence without permission;
d) Engaging in gainful employment while on leave of absence, which shall be considered quitting;
e) Laid off from work for a period of one hundred eighty (180) consecutive calendar days;
f) Upon failure to report to work after layoff within three (3) days, exclusive of Sundays, after notification;
g) Being absent from employment for three (3) consecutive days without notifying the Company.

**Section 5**. The seniority of an employee promoted to a supervisory position shall be retained in the classification from which promotion was made for a period of ninety (90) work days unless such employee is discharged for cause within such ninety (90) workday period.

**Section 6.  Probationary Period**

**(CURRENT BOOK LANGUAGE MOVED FROM ARTICLE 30 "PAYROLL PERIOD"):**

**Probation**. Newly hired employees shall be on probation for the first ninety (90) calendar days of employment.  During that period, the Discharge, Grievance, Arbitration and Seniority articles of this Agreement shall not apply to the new employee.  Neither shall any fringe benefit provisions of this Agreement apply, except named holidays.  Upon completion of the probation period, seniority shall date from the most recent hire date.

**ARTICLE 12
JOB VACANCY**

**Section 1**.  Employees in the same job classification may exercise their seniority for the purpose of selecting shift and off days by filing a bid as outlined in Section 2 below, provided the employee is qualified to perform the work.

Employees may exercise their seniority for the purpose of promotion to a higher rated job classification by filing a bid as outlined in Section 2 below, provided however, that the employee is qualified to do the work.

Any full-time job vacancies for a new position shall be posted for a period of five (5) working days.  Such openings shall contain an adequate description of the job duties, the pay scale for the position and the hours involved.

12

**Section 2**.  Two types of bid forms may be filed.  Bid form for shift and off days within employee's current job classification, and bid form for promotion to a higher rated classification.  ~~Vacancies will be posted on the employee bulletin board within each kitchen for a period of three (3) days.~~

Bid forms must be completed accurately and legibly and submitted in a timely fashion.

> **First:**  Award the position(s) to the most senior qualified employee(s) in the job classification who has/have submitted a bid as outlined above for the shift and off days of the vacancy.  Then:

> **Second:**  Award the resulting position(s) to the most senior qualified employee in a lower rated classification who has/have submitted a bid as outlined above for the job classification, shift and off days of the vacancy.  Then:

> **Third:**  Return employees who are currently on layoff, by seniority provided, however, that the employee is qualified to do the work.

> **Fourth:**  Fill remaining openings with new hires.

When filling such permanent job vacancies, ability and physical fitness being reasonably equal, seniority shall prevail.  It is understood that job vacancies subject to this procedure may, when necessary, be filled at the employer's discretion temporarily to assure continuity of production.  Temporary is defined as any period of time thirty (30) days or less except where (1) a job is vacated due to a medical leave of absence or (2) the required training to fill multiple vacancies cannot be completed in thirty (30) days or less, in which case the temporary jobs may extend beyond thirty (30) days.

There will be at least ~~one (1)~~two (2) ~~annual~~ overall bids held within each respective kitchen, to determine shifts and off days.  The first bid will be ~~within three (3) months of ratification of the Agreement.~~ held by June 30th with the second bid being held by December 31st of each year.  However, the Company may delay the June 30, 2005 bid to no later than July 31, 2005.

**Section 3**.  In the event any employee is promoted to a higher job classification and that employee is judged to be insufficiently effective in that job, the employee will be returned to his previous job classification provided the demotion occurs within ninety (90) days of the promotion.  Furthermore, the employee may request to return to his former job classification at any time within the first ninety (90) days following the promotion, however, the employee shall be barred from promotions to that job classification for a period of one (1) year.

**ARTICLE 13**
**STEWARDS AND UNION OFFICIALS**

✓  **CURRENT BOOK – NO CHANGES**

## ARTICLE 14
## CHECK-OFF/UNION SECURITY PROVISION

It shall be a condition of employment that all current employees ~~of the Company covered by this agreement, shall on the effective date of this agreement, become and~~ remain members in good standing of the Union which has been designated by the Council to act as the bargaining representative for the Council of employees at the facility where the employee is employed. Alternatively, ~~or in the alternative,~~ employees may satisfy their obligations under this Article if they tender ~~render~~ the designated Union a monthly sum equivalent to the standard monthly dues and any additional fees required of Union members, such sums to be recognized as "Service Fees".

It shall be a condition of continued employment that all employees of the Company performing bargaining unit work shall on or before the sixtieth (60th) day following their hire date, become and remain members in good standing ~~in~~ of the Union which has been designated by the Council to act as the bargaining representative for the Council of employees at the facility where the employee is employed.~~,~~ Alternatively, ~~or in the alternative,~~ newly-hired employees may satisfy their obligations under this Article if they tender ~~render~~ the designated Union a monthly sum equivalent to the standard monthly dues and any additional fees required of Union members, such sums to be recognized as "Service Fees".

The Company will deduct from the wages of any employee covered by this Agreement said employees initiation fees, service fees, and/or dues as a member of the designated Union upon receiving the employee's voluntary and individual written authorization for the Company to make such deductions signed by the employee. Such authorization forms will be provided by the designated Union. The Company will remit to the designated Union the wages withheld for such initiations fees, service fees and / or dues on a monthly basis. The amount so withheld shall be deducted from the appropriate paycheck, reported and paid to the designated Union monthly. The employee's Social Security number, full name, dues rate, rate of pay, and status of employment will be transmitted with the monthly fees/dues. New hires including hire dates, terminations including termination dates, furloughs, including furlough dates, recalls, including recall dates, leaves including leave dates, return to work, including return to work dates, will also be provided to the designated Union monthly.

The designated Union shall give the Company at least thirty (30) days written notice before requesting the removal of employees from employment for failure to maintain membership in good standing in accordance with the aforementioned Sections. The designated Union will hold harmless, and indemnify the Company and its employees with respect to any and all claims or liabilities arising out of, or in connection with this Article or any action taken under it at the request of the designated Union, provided that the designated Union shall have the right to defend itself against all such claims, if any.

14

## ARTICLE 15
## JURY DUTY

**Section 1.**  The Company will pay its employees who are required to serve on jury duty the difference between the amount paid them by the Court for such service and the amount the employee otherwise would have earned at work during the time of jury service, but not to exceed eight (8) hours in any one day, or forty (40) hours in any one week for a maximum of thirty (30) days in any calendar year.

**Section 2.**  In order to be eligible for jury duty pay, the employee must verify with certification of the Clerk of Court all times and days of service.  However, no payment shall be made under the provisions of this Article to any employee summoned for jury service unless he has informed the Company of his jury summons at least seven (7) days before the first day on which he is required to serve.

**Section 3.**  Said employee shall make himself/herself available for work for all days (excluding days off) during said week when not required to serve on jury service. By failure to return to work as herein required, the employee will forfeit all jury duty pay for that term of his jury service.


## ARTICLE 16
## MILITARY LEAVE

✓  **CURRENT BOOK – NO CHANGES**


## ARTICLE 17
## SICK LEAVE

All full-time employees with one year or more of completed service will receive three (3) two (2) sick days each year, effective 1-1-2001 2006.  Effective 1-1-2003 all employees with one year or more shall receive four (4) sick days each year.  Full-time employees who have a sick leave balance as of the date of ratification of this agreement shall be entitled to retain such balance and may cash out up to a maximum of five (5) days per year.

Provided a full-time employee has accrued sick leave, the employee shall receive eight (8) hours of sick pay for each day of sick leave used or cashed out and shall be charged one (1) day of sick leave from his/her sick leave accrual.


## ARTICLE 18
## UNION VISITATION

The representatives of the Union, or of any Local Union representing the employees of the Company, shall have the right upon advance notification or in the event of an urgent matter, upon arrival, to visit the establishment or any department thereof at reasonable

15

times in order to investigate matters such as wages, hours, working conditions and grievances; and shall be authorized to post official Union notices pertaining to conditions of employment in a place conspicuous to the employees. The Company and the Union representatives shall work proactively to accommodate each other's schedules and business requirements pursuant to this Article.

**ARTICLE 19**
**FUNERAL LEAVE**

A regular, full time employee who has completed the probationary period shall be entitled to a maximum of three (3) days paid leave to attend the funeral of a parent, child, spouse, brother, sister, present parents-in-law, grandchildren and grandparents.

The employee must submit proof of the death if so requested by the Company. Any falsification of proof shall be grounds for discipline up to and including discharge.

**ARTICLE 20**
**LEAVE OF ABSENCE**

**Section 1. Leave of Absence for Union Activities**

The Company agrees to grant the necessary time off, without loss of seniority rights and without pay, to any employee designated by the Union Council or any authorized Local Union agent of the Council to attend a labor convention or serve in any capacity on other official Union business, provided forty-eight (48) hours' seven (7) days' written notice is given to the Company by the Union, specifying length of time off. The Union Council and/or Local Union agents of the Council agrees that in making its request for time off for Union activities due consideration shall be given to the number of employees affected in order that there shall be no disruption of the Company's operations due to lack of available employees.

**Section 2. Medical Leave**

An employee will upon proper application be granted a medical leave of absence. The employee will furnish the Company, if requested, a written verification and/or prognosis of his condition and his intended date of return from his attending physician using a form provided by the Company. Extension of a medical leave shall be granted when an employee confirms need with physician's documentation. An employee will retain and continue to accrue seniority during disability leaves and extensions. The Company will abide by the Family Medical Leave Act guidelines.

**Section 3. Personal Leave**

An employee may upon proper application be granted an unpaid personal leave of absence subject to operational requirements. The maximum leave of absence shall be thirty (30) days. The employee will retain and continue to accrue seniority during this unpaid personal leave as long as the employee returns on or before the return date. The Company shall have the sole discretion in granting such leaves of absence.

**Section 4.**

With the exception of Section 1, Leaves of Absence for Union Activities, All all leaves of absence shall be applied for in writing and may be granted at the discretion of the Company and in accordance with applicable laws.  The provisions of Section 1 shall apply to those leaves that may be requested by the Union as set forth in Section 1 of this Article.  granted in writing with copies to the Union, the Company and the employee.

**Section 5.**

An employee returning from an approved leave of absence, after notifying the Company at least seven (7) days in advance, shall be returned to their his/her former job classification.

**ARTICLE 21**
**VACATION**

**Section 1.** Effective with the vacation bid for calendar year 2006, an An employee shall accrue vacation in accordance with the following schedule:

| Years of Completed Service as of 12/31 of each Calendar Year: | Annual Vacation Accrual to be Bid for the Following Calendar Year: |
|---|---|
| Less than 5 years | 1 week  (prorated if less than 1 year) |
| 5 years to 19 years | 2 weeks |
| 20 or more years | 3 weeks |

, on reaching his first (1st) anniversary date of employment, shall be eligible for one (1) week vacation with pay provided the employee has worked at least one hundred eighty (180) days in the twelve (12) month period preceding such anniversary date.

Section 2. An employee, on reaching his second (2nd) anniversary date of employment, shall be eligible for two (2) weeks vacation with pay provided the employee has worked at least one hundred eighty (180) days in the twelve month period preceding such anniversary date.

Section 3. An employee, on reaching his fifth (5th) anniversary date of employment, shall be eligible for three (3) weeks' vacation with pay provided the employee has worked at least one hundred eighty (180) days in the twelve month period preceding such anniversary date.

Section 4. An employee, on reaching his fifteenth (15th) anniversary date of employment, shall be eligible for four (4) weeks' vacation with pay provided the employee has worked at least one hundred eighty (180) days in the twelve month period preceding such anniversary date.

17

~~Section 5. An employee, on reaching his thirtieth (30th) anniversary date of employment, shall be eligible for five (5) weeks' vacation with pay provided the employee has worked at least one hundred eighty (180) days in the twelve month period preceding such anniversary date.~~

**Section 2. 6.** Employees cannot waive their vacation and draw double pay for work during the vacation period unless mutually agreed between the employee and the Company.

**Section 3. 7.** Vacations will be taken between January 1st and December 31st of each year and such vacations shall be scheduled and posted not later than December 15th of each vacation year. Vacation bidding will be based on the overall company seniority within job classification, department and shift. Employees shall be permitted to choose their vacation periods subject to the requirements of the business. Preference in the choice of available vacation periods shall be granted on the basis of length of service; thereafter, an employee's chosen vacation shall not be changed unless unforeseen circumstances make such action necessary.

**Section 4. 8.** When a holiday(s) occurs in an employee's scheduled vacation period, he shall receive compensation for the extra day(s) vacation in lieu thereof.

**Section 5. 9.** For the purpose of calculating vacation, former United Airlines employees' seniority shall be inclusive.

**ARTICLE 22**
**BULLETIN BOARDS**

✓ **CURRENT BOOK – NO CHANGES**

**ARTICLE 23**
**PENSION AND RETIREMENT PLAN/401K**

**Section 1.** Effective on the date of ratification, ~~During the term of this agreement,~~ the Company ~~will administer and make total contributions for all eligible, full-time Employees to~~ will freeze the Dobbs Hourly Employee Pension Plan. As of such date, the Company will not make future contributions to the Plan, other than those necessary to fund the accrued liability at the time the Plan is frozen. Under the freeze the benefit payable to an employee under this plan will remain at the amount accrued as of the date of the freeze with no further increase during the remaining term of employment

~~Further, the Company agrees that should any general benefits improvement be adopted for the majority of Employees covered by the Pension Plan during the life of this Agreement, bargaining unit Employees covered by this Agreement shall be entitled to any and all such improvements so adopted.~~

18

**Section 2**.   All employees who have been employed by the Company for a period of ~~ninety (90) days~~ one (1) year will be eligible to participate in the Dobbs International Services, Inc. Bargained Employees' 401(k) Plan.  Effective on the date of ratification, all employees who have been employed by the Company for a period of one (1) year and are not covered by any Union-sponsored pension plan(s) or any other Company-sponsored pension plan(s) other than the frozen Dobbs Hourly Employee Pension Plan described in Section 1 above will be eligible for a ~~The~~ Company matching contribution ~~will~~ equal to the first 3% of the employees' pre-tax contribution to the ~~plan~~Plan.

Guidelines for the ~~plan~~ Plan will be established by the Company and distributed to eligible employees and the Union prior to the enrollment date.  Administration of the ~~plan~~ Plan remains a Company prerogative.

**Section 3.**   Effective on the date of ratification, the Company will freeze its contributions to the Union-sponsored pension plans at the level of Company contribution in effect as of the date of ratification for each respective Union-sponsored pension plan.

**ARTICLE 24**
**HEALTH AND LIFE BENEFIT**

**Section 1.**

Regular, full-time bargaining Employees will be eligible to participate in the Company's Health Care Program and the Basic and Supplemental Group Term Life/AD&D Insurance.  Regular, full-time Employees will become eligible to participate in these plans on the first day of the calendar month following ninety (90) days of continuous employment.  Regular, full-time bargaining Employees hired on or after the date of ratification will be eligible to participate in these plans on the first day of the calendar month following one hundred and eighty (180) days of continuous employment.  The minimum life insurance provided will be in the amount of $8,000.00.  The provisions of all these plans are contained in the plan descriptions themselves which are incorporated by reference hereto.

Effective January 1, 2005, the Company's Health Care Program shall include the following Company and employee contributions:

### COMPANY CONTRIBUTIONS

| Coverage Level | Current Employer Contribution Monthly Rate |
|---|---|
| Employee Only | $151.54 |
| Employee + Child(ren) | $285.49 |
| Employee + Spouse | $300.38 |
| Family | $449.21 |

19

**EMPLOYEE CONTRIBUTIONS**

| Coverage Level | Current Employee Contribution Monthly Rate |
|---|---|
| Employee Only | $119.07 |
| Employee + Child(ren) | $228.66 |
| Employee + Spouse | $267.90 |
| Family | $362.61 |

At the Union's option, the Union can elect to retain existing Union-sponsored health and welfare plans and the existing HAP plan applicable to DTW employees with the same Company contribution maximums as noted above.   All future increases in either the Company Plan(s) or the Union-sponsored health and welfare plans shall be shared equally between the Company and the employee (i.e., 50% by the Company, 50% by the employee).  In the case of the Union-sponsored health and welfare plan future increases, or the HAP plan in DTW, the Company's 50% contribution shall not exceed the total dollar amount that would have been made in accordance with the Company Plan contribution schedule above.

While administration of the above ~~plan~~ Plans remains a Company prerogative, bargaining unit ~~Employee's~~ Employees' contribution rates for the various health plans and optional life insurance will be the same each year as the contribution rates for management /salaried employees.

Further, the Company agrees that should there be any change in the benefit level of the Health Care and ~~life~~ Life Insurance Plans during the term of this Agreement it will apply to the Employees covered under this Collective Bargaining Agreement.

## ARTICLE 25
## ~~EMPLOYEE QUALITY INCENTIVE PLAN~~

~~Bargaining unit employees shall participate in the Employee Quality Incentive Plan during the years of 2000 to 2004.  This Plan is based upon a combination of Unit quality and profit goals, which are the same for both management and hourly employees.  The details of these goals, as well as the payout formulas and eligibility criteria, are described in the Plan Booklet, applicable to bargaining unit employees and are hereby incorporated into this Agreement by this reference. A target payout for each year of this agreement is 10%.~~  **(DELETE THIS ARTICLE)**

## ARTICLE 26
## HOURS OF WORK AND OVERTIME

**Section 1.** The workweek shall start at 12:01 a.m. Saturday and end at 12:00 midnight the following Friday.

**Section 2**. The Company agrees that the standard workweek shall consist of forty (40) hours per week. However, it is understood and agreed that neither the provisions of this Article or any other Article in the Agreement are to be considered as a guarantee of the availability in a work week of any particular number of days or hours per week for any employee. All hours worked in excess of forty (40) hours in a workweek shall be paid for at the rate of time and one half the employee's regular hourly rate.

**Section 3**. An employee's workweek shall normally consist of five (5) workdays and two (2) days off. In the event of an eight (8) hour shift, the workweek shall consist of five (5) work days and two (2) days off. In the event of a ten (10) hour shift, the workweek shall consist of four (4) days with three (3) days off.

**Section 4.** The Company may utilize part-time employees up to thirty percent (30%) of its total hours as measured on a system-wide (vs. a location-by-location) basis. Part-time employees are defined as employees normally scheduled to work thirty-two (32) hours or less per week. Part-time employees are ineligible for all Company benefits (e.g. insurance, retirement, vacation, sick, holidays, etc.). Hourly rates shall be the same as full-time employees. Part-time employees shall be entitled to receive overtime for any hours worked beyond forty (40) hours per week.

The Company may utilize part-time employees between May 15 and September 15 in accordance with the preceding paragraph, except that the thirty percent (30%) cap shall not apply during this period.

**Section 5.** Overtime may be required when necessary to complete customer service obligations. However, prior to utilizing overtime, qualified employees may be cross-utilized within pay grades and between pay grades to cover unplanned staffing shortages. When overtime is required, the Company agrees to offer such overtime to the employees in the affected classification on that shift in order of seniority (i.e., offer first to most senior employee, offer last to least senior employee). In the event senior employees decline the overtime assignment, the least senior employee in the classification working said shift will be required to work the overtime assignment.

**Section 6.** Any employee, who performs work in a higher classification for one (1) hour or more in a day, shall be paid at the higher classification rate for the time worked in the higher job classification. Any employee, who performs work in a lower job classification during a day, shall be paid at the rate of this regular job classification. Except:

> a) Where an employee is temporarily assigned to a lower classification to accommodate medical limitations; or
> b) Where an employee is disqualified from a higher rated position; or
> c) Where an employee is displaced or transferred (bidding) at his own request to another classification paying a lower rate;

**Section 7.** All employees covered by this Agreement will be granted one thirty (30) minute lunch break without pay.

All employees covered by this Agreement will be granted one fifteen (15) minute break with pay before the lunch break and fifteen (15) minute break with pay after the lunch break for the purpose of relaxation.

## ARTICLE 27
## RIGHTS OF MANAGEMENT

✓ **CURRENT BOOK – NO CHANGES**

## ARTICLE 28
## DRUG/ALCOHOL TESTING POLICY

~~The parties have agreed that the procedures as set forth herein shall be the methodology for all testing and will be modified only in the event that further Federal legislation or Department of Transportation (DOT) regulations require revised testing methodologies or requirements during the term of this Agreement.~~
~~Should other categories or types of testing be required by the government, the Company will notify the Union of its procedure.~~

The Company and the Union agree that the Company shall maintain drug and alcohol testing policies in accordance with Department of Transportation (DOT)/Federal Motor Carrier Safety Administration (FMCSA) regulations.

The Company will notify the Union if Federal legislation or the DOT/FMCSA requires revisions to the methodology, categories or types of drug and alcohol testing.

Employees Who Must Be Tested
~~Dobbs~~ Company employees subject to Department of Transportation mandated drug testing are drivers and loader helpers of vehicles with a vehicle weight rating over 26,000 pounds, requiring a commercial driver license (CDL) or in a safety sensitive position. This includes employees who relieve for vacations or other temporary vacancies.
In addition to testing mandated employees, controlled substance testing will be part of pre-qualification conditions for safety sensitive positions and those persons transferring to a safety sensitive position. Individuals who bid for a safety sensitive position are subject to being tested for controlled substances before being accepted into such a position.

Employees covered by this ~~Collective Bargaining~~ NMA Agreement, who are not subject to DOT mandated drug testing, are subject to reasonable cause/suspicion and post-on-the-job-injury testing as provided herein.

Laboratory Testing
Because of the consequences that a positive test result has on an employee, the Company will employ ~~a very accurate, two-stage testing program (screening and confirmatory).~~
~~Urine samples will be analyzed by a highly qualified, independent laboratory, which is certified by the National Institute of Drug Abuse (NIDA). All samples will be tested according to DOT drug testing requirements.~~ analytical testing methods in accordance

22

with Department of Health and Human Services (DHHS)/Substance Abuse and Mental Health Services Administration (SAMSHA) protocols. These methods include initial, validity and confirmation tests.  Urine specimens will be analyzed by laboratories certified by the DHHS/SAMSHA.

~~Laboratory Testing~~

~~All laboratories selected by the Company for analyzing controlled substances testing specimens will be NIDA certified.~~

Types of Testing Required
The Company's testing format will include the following:
a) When there is reasonable suspicion,
b) To aid the investigation of ~~serious accidents/~~ all <u>accidents and all</u> vehicle accidents. (~~CSRs and CSAs~~Drivers and Loader Helpers involved or present at the accident.)
c) Prior to assignment in safety-sensitive positions.
d) During an employees probationary period.
e) When an employee is involved with an on-the-job injury~~,~~ which requires medical attention.


Pre-Qualification Testing For Safety Sensitive Positions
~~Upon reasonable cause,~~ ~~T~~the Company ~~will~~ shall require any employee who bids and/or transfers into a safety sensitive position to submit to a controlled substance test before the employee is accepted into the safety sensitive position. ~~to be tested for the use of controlled substances.~~
~~Reasonable cause is defined as an employee's observable action, appearance or conduct that clearly indicates the need for a fitness for duty medical evaluation.~~

Reasonable Cause/Suspicion

Upon reasonable cause, the Company will require an employee to be tested for the use of controlled substances and/or the use of alcohol.

Reasonable cause is defined as an employee's observable action, appearance, conduct, speech or body odor indicative of the use of a controlled substance and/or alcohol. ~~The employee's conduct must be witnessed by at least two (2) supervisors, if available. When the supervisor(s) confronts an employee, a Union employee, should be made available.~~ In the event the test result is positive, adulterated or substituted, it shall be considered a dischargeable offense.

Non-DOT – Reasonable Cause/Suspicion
In the event an employee (not covered by DOT) is tested, such test will be performed under the same procedures as ~~previously stated~~ described above.  In the event the test result is positive, it shall be considered a dischargeable offense.

Post Accident Testing
~~Where a~~When any driver and loader helper ~~are~~ or any employee is involved ~~with~~ in any accident ~~(vehicle/aircraft)~~, the ~~driver and loader helper~~employee will be required to submit to drug/alcohol testing.

Random Testing Random Employee Selection
The procedure used to randomly select employees for drug and alcohol testing in compliance with the DOT regulations will be a computer program specifically intended for such an application.

The program ~~will utilize an internal computer clock procedure to~~ shall randomly select ~~general lists~~ the names or social security numbers of the required number of employees ~~mandated for testing by the Department of Transportation/Federal Highway Administration.~~from the total pool of affected employees. ~~The computer shall randomly select the required number of employees from the total pool of affected employees.~~ The Company~~'s Safety/Security Director~~ shall maintain the list or true copies of the lists. The lists will be maintained and made available for review by Local Union representatives upon request.

The parties agree that no effort will be made to cause the system and method of selection to be anything but a true random selection procedure ensuring that all affected employees are treated fairly and equally.

The parties further agree not to amend or change the current method of random selection as described herein without prior agreement between the parties.

Post on-the-Job Injury
When an employee is involved with an on-the-job-injury, which requires medical attention, the employee will submit to a drug/alcohol test. Such test will be performed under the same procedures as previously stated. In the event the test result is positive, adulterated or substituted it shall be considered a dischargeable offense.

Split Sample Procedure
~~A  split~~ Split samples of urine specimens will be secured and an employee who tests positive may have the split sample tested at a ~~NIDA~~ DHHS/SAMSHA certified lab at the employee's expense. The employee must request the split sample test within 72 hours of notification by the MRO.

Paid for Time
Employees required by the Company to submit to drug and/or alcohl testing shall be paid for all time from the place of employment to the collection site and for all the time at the collection site.

Disciplinary Action
Employees may be subject to discipline up to and including discharge as provided below if they test positive, refuse to submit to test or provide an adulterated or substituted specimen for drugs or alcohol. ~~for drugs specified elsewhere in the Article.~~

24

1. Reasonable Cause/ Suspicion Testing

    a) A positive, adulterated or substituted test is a dischargeable offense.
    b) Refusal to submit to a reasonable cause/suspicion drug or alcohol test is a
    dischargeable offense.

2. Post Accident Testing

    a) A positive, adulterated or substituted test is a dischargeable offense.
    b) Refusal to submit to a post-accident drug or alcohol test is a dischargeable
    offense.

3. Random Testing

    a) A positive test result – employee is subject to successfully complete a
rehabilitation program. The employee will enter into a rehabilitation program
within fifteen (15) calendar days after test results. Employee will be subject to
random testing for twelve (12) months after the completion of the rehabilitation
program. An employee will be permitted a positive test result only once during his
tenure with the Company.
    b) Refusal to submit to a random drug or alcohol test is a dischargeable offense.

4. Pre-Qualification Testing for Safety Sensitive Positions
    a) A positive, adulterated or substituted test is a dischargeable offense.
    b) Refusal to submit to a pre-qualification drug or alcohol test is a dischargeable
    offense.

5. Post On-The-Job-Injury

    a) A positive test is a dischargeable offense.
    b) Refusal to submit to a post injury drug or alcohol test is a dischargeable
offense.

The Company and the Union further agrees, that if an employee(s) recognizes that he/she
has an alcohol or drug abuse problem, and voluntarily identifies this problem to the
Company, the Company will allow the employee(s) unpaid time off to seek professional
assistance, at the employee's expense.  The employee will be permitted to utilize any
applicable contractual benefit for this absence.  It should totally be is the responsibility of
the employee(s) to recognize the problem and come forward to the Company prior to any
investigative or disciplinary situation.  normally resulting in suspension, subject to
discharge.  The Company agrees to provide the employee(s) with a confidential method
to contact professional assistance.

An employee who is subject to a substance abuse drug or alcohol screening will be
suspended, pending the outcome of the screening.  If the results are negative, he the
employee will be returned to work and paid for all any lost wages.  If the results are
positive, he the employee is subject to will be discharged.

## ARTICLE 29
## INVALIDATION CLAUSE

✓ **CURRENT BOOK – NO CHANGES**


## ARTICLE 30
## PAYROLL PERIOD

✓ **CURRENT BOOK – NO CHANGES, EXCEPT MOVE THE FOLLOWING PARAGRAPH TO ARTICLE 11 "SENIORITY"**

Probation. Newly hired employees shall be on probation for the first ninety (90) calendar days of employment. During that period, the Discharge, Grievance, Arbitration and Seniority articles of this Agreement shall not apply to the new employee. Neither shall any fringe benefit provisions of this Agreement apply, except named holidays. Upon completion of the probation period, seniority shall date from the most recent hire date.

## ARTICLE 31
## REPORTING PAY

✓ **CURRENT BOOK – NO CHANGES**


## ARTICLE 32
## SAFETY AND HEALTH

The Employer shall continue to make reasonable provisions for the safety and health of its employees at the plant during the hours of employment, protective devices, on equipment, and /or clothing necessary to properly protect employees from injury shall be provided for and maintained by the employer, when required by the employer. The Company shall continue to comply with all applicable Safety and Health laws.
In the event a work related injury or illness that requires serious immediate medical attention away from the workplace, the employer will provide transportation to the medical facility and back to the workplace.


## ~~ARTICLE 33~~
## ~~TRANSITION AGREEMENT~~

~~Upon the ratification of this Master Agreement, the following guidelines must be adhered to:~~

~~All local addendums must be extended to have a common amendment date of May 30, 2004 and substitute the Grievance and System Board of Adjustment procedures/processes for any Grievance and/or Arbitration articles in current local addendums. All local issues and interpretations will be governed by the superior conditions clause attached hereto.~~

~~Local supplement amendments will be for only economic issues relating to the local addendums in place at this time except, that there will be no additional entry or participation by the Company, or its employees, in any multi-employer pension/retirement or Health and Welfare fund/plans. Local supplements will be amended on the dates identified herein as Attachment A, unless amended or extended by mutual agreement. Non-economic language will be frozen in each respective local addendum until May 30, 2004.~~
~~In the event any Local Union cannot reach agreement on their local addendum and economic re-openers, the issues of dispute will be taken to the System Board of Adjustment for review and settlement.~~   **(DELETE THIS ARTICLE)**

### ~~ARTICLE 34~~
### ~~SUPERIORITY AGREEMENT~~

~~It is understood between the Company and the Union that no employee in any location will suffer a reduction in any wages, or benefits from his present level as a direct result of this Master Agreement. Furthermore, if any local Addendums terms and conditions exceed the terms and conditions of the Master, then the local Addendum shall apply during the term of the Master Agreement. In instances where the Master Agreement language and / or benefits are superior to the local addendum, the Master Agreement will apply at the time the Local Addendum is subject to amendment.~~   **(DELETE THIS ARTICLE)**

### ARTICLE 35
### ~~WAGES~~ COMPENSATION

A.  No earlier than the first day of the first pay period following the date of ratification, the Wage Scales in Attachment A of this Agreement shall apply to all employees covered by this Agreement. The Wage Scales set forth in Attachment A are minimum scales and the Company may at its discretion increase the scales and/or accelerate step progressions. The implementation date of the new Wage Scales will be posted in each work location no less than seven (7) days prior to such date.

B.  Premiums

   1.  Commercial Drivers License ("CDL") Premium of $1.00 per hour shall be paid to any employee who both possesses and is required to utilize a CDL in the performance of his/her duties.
   2.  Lead Premium of $.75 per hour shall be paid to any employee designated as a Lead.

C.  1% Lump Sum payments, based on the employee's prior year W-2 earnings shall be paid to each employee in accordance with the following schedule:

   1.  For 2008 W-2 earnings, to be paid no later than May 1, 2009
   2.  For 2009 W-2 earnings, to be paid no later than May 1, 2010
   3.  For 2010 W-2 earnings, to be paid no later than May 1, 2011

27

4.  For 2011 W-2 earnings, to be paid no later than May 1, 2012

D.  Profit Sharing

1.  Each Plan Year, the Company will contribute an amount equal to 15% of Gate Gourmet Inc. (excluding Gate Safe, Gate Serve, and e-gatematrix) fully-allocated pre-tax profits after allocations for corporate overhead and interest expense and excluding non-operating and non-recurring gains or losses not arising from the Company's usual business operations.

2.  Each Eligible Participant's award will be determined as a percentage of the total profit sharing pool. Each participant's share of the profit sharing pool will be calculated based on the percentage that his or her W-2 earnings represent of all W-2 wages for the unit.

3.  In order to be an Eligible Participant, the Employee must:

   a.  have more than 1,000 hours of service during the Plan Year,
   b.  be actively employed by the Company on the date the Profit Sharing Awards are distributed and not in a notice period, and
   c.  be in "good standing" which means the employee needs to maintain satisfactory job performance and not be on any form of performance warning.

4.  Awards will be paid out no later than 100 days following the end of the calendar year.

5.  The Board of Directors has the right to amend or terminate the Plan in accordance with the terms of the Plan.

### ARTICLE 36
### AMENDMENT

This Agreement shall become effective ~~June 1, 2000~~ on the date of ratification and thereafter ~~remaining~~ in effect until changed in accordance with the provisions of the Railway Labor Act

Neither party shall, prior to ~~April~~ September 30 ~~1, 2004~~ 2012 serve a notice on the other party, pursuant to section 6 of the Railway Labor Act, to change any term of the Agreement, which change shall not be effective prior to ~~June~~ January 1, ~~2004~~ 2013.

For Gate Gourmet Inc.

For the IBT/HERE Employee
Representatives Council

_____

_____

## ATTACHMENT "A"

## NOTE:   NEW ATTACHMENT "A" WILL CONSIST OF THE NEW WAGE SCALES FOR EACH  UNIT

~~TEAMSTERS~~ ———————————————————— ~~HERE~~

~~ATL   3-7-02~~ ———————————————— ~~ORD      3-27-03~~
~~JAX   2-4-00~~ ————————————————— ~~LAS      5-31-02~~
~~LAX   6-30-01~~ ———————————————— ~~MIA      12-3-03~~
~~MEM 8-28-01~~ ————————————————— ~~EWR      EXPIRED~~
~~MSY   3-12-03~~ ———————————————— ~~OAK~~
~~PHL   5-9-01~~ ————————————————— ~~AMTK     3-31-02~~
~~SFO   2-15-00~~ ———————————————— ~~SFO      10-31-01~~
~~STL   10-20-01~~ ——————————————— ~~PHL      6-3-00~~
~~IAD   4-4-00~~ ————————————————— ~~SEATTLE~~
~~ORD   10-1-01~~ ———————————————— ~~AMTK     4-15-02~~

29

## ~~LETTER OF UNDERSTANDING~~

~~All existing units will maintain their existing holiday schedules in accordance with area standards and practices prior to January 1, 2001.~~

~~For Gate Gourmet/Dobbs~~      ~~For The Employee's Representative Council~~

~~/s/ George Giro~~      ~~/s/ Ray W. Benning Jr.~~
~~IBT~~

~~/s/ K. Paulsen~~
~~HERE~~

30

**Letters of Agreement**

**Letter:** _____ **Page:**

1. 1113 Protection                                                    L-1
2. Application of the National Master Agreement          L-2
3. Memorandum of Understanding Re: System Board of
   Adjustment Procedures                                        L-3
4. TIP Deductions                                                   L-4
5. DRIVE Payroll Deductions                                   L-5

LETTER # 1
Memorandum of Understanding Re: System Board of
Adjustment Procedures

✓ **CURRENT BOOK – NO CHANGES**

31

**LETTER #2**                **SECTION 1113 BANKRUPTCY PROTECTION**

To be reformatted as a Letter of Agreement:

The Company agrees that it shall not seek to reject a ratified National Master Agreement, with the possible exception of the employee pension plans, in the event that it cannot avoid a Chapter 11 bankruptcy filing following the date of ratification.

**Page L-2**

32

**LETTER # 3        APPLICATION OF THE NATIONAL MASTER AGREEMENT**

To be reformatted as a Letter of Agreement:

1. Following the ratification of an amended National Master Agreement, the Company agrees to meet and confer with Local Union Representatives to discuss issues of a local nature at each location.

2. Any local issues agreed upon pursuant to this paragraph shall be incorporated by reference into the NMA as a side letter of agreement.

3. All side letters of agreement not expressly identified in this NMA shall be deemed null and void.

4. In the event of a conflict between a specific provision of the NMA and mixed practices at multiple locations, the NMA provision shall control and supersede the conflicting practice(s).

5. In the event of a conflict between a NMA practice and a former Local Addendum practice, the NMA practice shall control and supersede the Local Addendum practice.

**Page L-3**

33

**LETTER #4** _____ **T.I.P. DEDUCTIONS**

To be reformatted as a Letter of Agreement:

The Employer agrees to honor political contribution deductions authorizations from employees in the following form:

I hereby authorize my employer to deduct form my pay the sum of $ _____ per pay period and to forward that amount as my voluntary contribution to the Hotel Employees & Restaurant Employees International Union T.I.P (To Insure Progress) Political Committee, 1219 28th Street NW, Washington, DC 20007. My decision to participate in the HEREIU T.I.P Political Program is a voluntary one and I understand that I am under no compulsion to contribute to it, since such contributions are neither a condition of my continued employment or membership in the union. I also understand that this authorization may be revoked by me at any time and that it is automatically revoked upon termination of my employment.

The political contribution deduction shall be made once each month during which an employee who has performed compensated service has in effect a voluntary executed political contribution deduction authorization. The money shall be remitted within thirty (30) days after the last day of the preceding month to the Hotel Employees and Restaurant Employees International Union T.I.P. "To Insure Progress", 1219 28th Street NW, Washington, DC 20007, accompanied by a form stating the name and Social Security number of each employee for whom a deduction had been made, and the amount deducted. The Union shall indemnify, defend and save the Company harmless against any and all claims, demand, suits, or other terms of liability that shall arise out to or by reason of action taken by the Company in reliance upon payroll deduction authorization cards submitted to the Company.

**Page L-4**

34

**LETTER #5**                               **DRIVE PAYROLL DEDUCTIONS**

To be reformatted as a Letter of Agreement:


The Company agrees to deduct from the paycheck of all employees authorizing such deductions covered by this Agreement, voluntary contributions to DRIVE (a Political Action Campaign Program).  DRIVE shall notify the Company of the amounts designated by each contributing employee that are to be deducted from his/her paycheck on a weekly basis for all weeks worked and shall provide the Company and original copy of said payroll deduction authorization.  The phrase "weeks worked" excludes any week other than a week in which the employee earned a wage.  The Company shall transmit to DRIVE National Headquarters on a monthly basis, in one check, the total amount deducted along With the name of each employee on whose behalf a deduction is made, the employee's Social Security number and the amount deducted from the employee's paycheck.


**Page L-5**

35