# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| IBT/HERE EMPLOYEE REPRESENTATIVES COUNCIL, <br> 1125 17th Street, N.W., Suite 504 <br> Washington, D.C. 20036 <br>     *Plaintiff,* <br> <br>     v. <br> <br> GATE GOURMET DIVISION AMERICAS, <br> 11710 Plaza America Drive, Suite 800 <br> Reston, VA 20190 <br> <br>     and <br> <br> GATE GOURMET, INC. <br> 11710 Plaza America Drive, Suite 800 <br> Reston, VA 20190 <br>     *Defendants*. | ) <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) Civil Action No. 05-01210 (EGS) <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) |

## TEMPORARY RESTRAINING ORDER

AND NOW, this ___ day of June 2005, upon consideration of Plaintiff's Verified Amended Complaint, Application for a Temporary Restraining Order and Memorandum, Exhibits and Declaration in Support, the response thereto, and argument of counsel, and upon the Court's finding as follows:

    1.    Defendants have violated the status quo obligations of the Railway Labor Act, 45 U.S.C. ' 151, *et seq.*, and the Act's duty to exert every reasonable effort to make and maintain agreements;

    2.    Employees of Defendants who are represented by the Plaintiff will suffer immediate, irreparable injury by the loss of their health insurance if Defendants' action is not enjoined pending hearing on Plaintiff's Application for a Preliminary Injunction; and

3. The jurisdiction of the system board established by the Plaintiff and the Defendants to consider the Plaintiff's grievance will be nullified while the Plaintiff's Application for a Preliminary Injunction is being considered by the Court if Defendants are not restrained from discontinuing the payment of Gate Gourmet's portion of costs for the health insurance coverage for the company's hourly employees.

WHEREAS, it is hereby ORDERED that Plaintiff's Application is GRANTED.

IT IS FURTHER ORDERED that Defendants, their officers, agents, servants, employees and all others acting in concert with them are temporarily enjoined and restrained from failing to pay Defendants' portion of the cost for Health Care coverage of the company's hourly employees who were enrolled in Gate Gourmet's Health Care coverage as of May 12, 2005.

IT IS FURTHER ORDERED that Defendants, their officers, agents, servants, employees and all others acting in concert with them shall continue to make payments for the health insurance coverage for the company's hourly employees who were enrolled in Gate Gourmet's Health Care coverage as of May 12, 2005 in the same amount that Gate Gourmet has been making since January 1, 2005 and any increases, fees or costs required by the insurance carrier and any increase, fees or penalties required to provide the same Health Care coverage.

IT IS FURTHER ORDERED that Plaintiff shall post a bond of no more than $5,000. IT IS FURTHER ORDERED that the hearing on the preliminary injunction is set for June ___, 2005 at _____ in Courtroom No. _____.

IT IS FURTHER ORDERED that Plaintiff serve a copy of this Order on the Defendants or counsel for Defendants by personal service or by sending it by overnight

service together with a copy of the accompanying papers, no later than June __, 2005. Defendants must file and serve any response to the Application for Preliminary Injunction no later than June ___, 2005.

IT IS FURTHER ORDERED that this Temporary Restraining Order shall remain in effect until June __, 2005, unless terminated earlier by order of the Court.

BY THE COURT:

_____
United States District Judge

Copies to:

    John O'B. Clarke, Jr., Esq.
    HIGHSAW, MAHONEY & CLARKE, P.C.
    1050 17th Street, N.W., Suite 444
    Washington, D.C. 20036
    (t)(202) 296-8500
    (f)(202) 296-7143

    Roland P. Wilder, Jr., Esq.
    Susan Boyle, Esq.
    BAPTISTE & WILDER, P.C.
    1150 Connecticut Ave., N.W., Suite 500
    Washington, DC 20036
    (t)(202) 223-0723
    (f)(202) 223-9677

Attorneys for Plaintiff Council

    Tom A. Jerman, Esq.
    O=MELVENY & MYERS, LLP
    1625 Eye Street, N.W.
    Washington, DC 20006
    (t)(202) 383-5233
    (f)(202) 383-5414

Attorney for Defendants