# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLUMBIA

IBT/HERE EMPLOYEE REPRESENTATIVES'     )
COUNCIL,                )
         *Plaintiff,*            )
                               )

         *v.*            )

                              )
GATE GOURMET DIVISION AMERICAS,     )
         *Defendant.*            )
_____ )

## DECLARATION OF JENNIFER E. BRAINER

I, Jennifer E. Brainer, hereby declare pursuant to 28 U.S.C. § 1746, under penalty of perjury, that the following is true and correct:

1.      I have been employed as a driver for Gate Gourmet and its predecessors for approximately 11 years. I drive food and supplies from the kitchen and load them onto aircrafts at O'Hare International Airport. I make approximately $14.42 an hour and my take home pay after taxes is normally around $1,600 a month.

2.      I am a single parent and I support my daughter and myself on my salary. I have been paying $228.66 a month for medical coverage for employee and child coverage under the Gate Gourmet Medical Plan since rate increases were implemented in the beginning of 2005. Prior to that, I paid $144.00 a month. In order to maintain this coverage after June, I will have to pay $757.25 a month, which is approximately half of my take home pay. After paying my rent, I will have approximately $100 a month for all of my other expenses including food,

clothing, transportation and utility bills.

3.    The normal enrollment period for the plan is in November and, in the past, that was the only time we could make any changes to our medical coverage.

4.    I have applied for alternate insurance, but have not yet been told whether my application will be accepted.

5.    I take medication for allergies in the Summer and Fall and for high cholesterol.  My daughter also takes medication.  These medications cost me approximately $50.00 a month with the Gate Gourmet insurance.

6.    On Thursday, May 26, 2005, at approximately 8:00 a.m., I was in the office at work with a few other drivers and my supervisor, Conrad Castillo.  I was standing next to Conrad.  The assistant General Manager Derrick Chaulk came into the office and handed Conrad a paper that appeared to be a note.  He had not specified it was confidential or folded in half or anything of that nature prior to giving it to the supervisor.  Since most of the notes are aircraft or airline related, I was glancing at the paper and I asked Conrad if it was important; (we had just had a driver fatality in Atlanta and I thought maybe the note had to do with that situation).  He said he didn't know and I began reading over his shoulder.  The first part of the letter was basically stating the financial difficulties the company was having at this time but how important their management staff is to the company.  I skimmed further down and read that supervisors would receive a $500.00 "bonus" check every month beginning in July.

7.      I asked Conrad if I read it correctly that he would start getting monthly checks in July and he said yes, but the letter stated it could stop anytime.

8.      Later that afternoon at about 1:00 p.m., my union steward Fernando Moreno and I went to speak to our General Manager Bill Webb. We asked about the monthly "bonus" check for supervisors. Mr. Webb told us that he refused to discuss any matters of pay increases for management but he went on to say that since we have a Teamster married to a supervisor there would be no secrets and that management had not received any raises in five years. I pointed out to him that the drivers have gotten less than $3.00 in raises in the last ten years and that this special pay for management was a slap in the face for us. He told me we had a choice; we could have accepted the contract and kept our insurance premiums down. I responded that their blackmail of higher insurance premiums wasn't going to work if they took our pay, our vacation, our overtime; everything we have. I told him that the most upsetting thing to me is that the company thinks I am so stupid that I can't see this as a way to try to circumvent the agreement. I asked him if it was so important to them to keep their management, why are they waiting until July to make the bonus payment when, coincidently, our insurance premiums will skyrocket? He had no answer.

9.      I also had the opportunity to speak to two of our management employees who do not carry the company insurance. They did not receive the letter about any raise beginning in July. It appears from what I have read and my

conversations with supervisors that only management employees enrolled in the Company's Medical Plan are receiving the "bonus."

I have read this Declaration, consisting of ten (10) paragraphs, and I declare pursuant to 28 U.S.C. § 1746, under penalty of perjury, that it is true and correct to the best of my knowledge, information and belief.

Sworn to this ___10___ day of June, 2005 in *Villa Park*, Illinois.


Jennifer E. Brainer