# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLUMBIA

IBT/HERE EMPLOYEE REPRESENTATIVES' )
COUNCIL, )
       *Plaintiff,* )
)
v. )
)
GATE GOURMET DIVISION AMERICAS, )
       *Defendant.* )
_____ )

## DECLARATION OF LAN CHI BUI

I, Lan Chi Bui, hereby declare pursuant to 28 U.S.C. § 1746, under penalty of perjury, that the following is true and correct:

1.     I have been employed by Gate Gourmet for approximately twelve years in Quality Assurance. I work at Dulles International Airport. I am paid $12.04 an hour. My take home pay averages approximately $279.00 a week, or approximately $1,209.00 a month.

2.     I have been paying $362.61 a month for family coverage under Gate Gourmet's Health Plan for my husband, my daughter and myself since the beginning of this year. The Company has told me that I must begin paying $1,148.27 a month in July to continue this coverage. I cannot afford to pay this amount. I would only have approximately $60.00 a month to live on. I did not "re-enroll" in the medical plan and I do not have any other insurance.

3.     I am a few weeks pregnant.

I have read this Declaration consisting of three (3) paragraphs and I declare pursuant to 28 U.S.C. § 1746, under penalty of perjury, that it is true and correct to the best of my knowledge, information and belief.

Sworn to this 09 day of June, 2005 in Annandale, Virginia.

_____
Lan Chi Bui

2