# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| IBT/HERE EMPLOYEE REPRESENTATIVES' COUNCIL, | ) ) | |
| *Plaintiff,* | ) | |
| | ) | |
| *v.* | ) | No. |
| | ) | |
| GATE GOURMET DIVISION AMERICAS, | ) | |
| *Defendant.* | ) | |
| | ) | |

## DECLARATION OF JOSEPH NELSON

I, Joseph Nelson, hereby declare pursuant to 28 U.S.C. § 1746, under penalty of perjury, that the following is true and correct:

1.      I have been employed by Gate Gourmet for approximately eleven years as a driver.  I work at Chicago's O'Hare International Airport.  I am paid $14.42 an hour or $14.52 when there is a shift differential.  My take home pay averages approximately $360.00 a week, or approximately $1,560.00 a month.

2.      I have been paying $362.61 a month for family coverage under Gate Gourmet's Health Plan for my wife, my daughter and myself since the beginning of this year.  The Company has told me that I must begin paying $1,148.27 a month in July to continue this coverage.  I am not able to pay this amount.  From what the Company has told me, it will drop my insurance in July and I have not been able to find any alternative coverage.

4.      I am a diabetic and I have high blood pressure.  I take medication for both

of these conditions. My wife also takes medication for a chemical imbalance.

I have read this Declaration consisting of four (4) paragraphs and I declare pursuant to 28 U.S.C. § 1746, under penalty of perjury, that it is true and correct to the best of my knowledge, information and belief.

Sworn to this ___9th___ day of June, 2005 in Chicago, Illinois.


_Joseph Nelson_
Joseph Nelson