UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

IBT/HERE EMPLOYEE REPRESENTATIVES' )
COUNCIL, )
        *Plaintiff*, )
         )
v. ) No.
         )
GATE GOURMET DIVISION AMERICAS, )
        *Defendant*. )
_____)

### DECLARATION OF AGATA ROSZKOWSKA

**AGATA ROSZKOWSKA** hereby declares pursuant to 28 U.S.C. § 1746, under penalty of perjury, that the following is true and correct:

1. Declarant is an employee of Gate Gourmet, working in Unit 241 as a Galley Kit Packer. Declarant is represented for collective bargaining purposes by the IBT/HERE Employee Representatives' Council (Council).

2. Declarant is currently covered by Gate Gourmet's Medical Plan and has elected Family coverage, which provides Medical and Hospitalization coverage for herself, her husband, and three children, ages 13, 16, and 17.

3. Declarant earns $10.74 per hour as a Gate Gourmet employee. Declarant usually works 40 hours per week, and earns approximately $1,800 per month.

4. Declarant currently pays $362.61 per month for the Medical Plan coverage declarant receives through employment with Gate Gourmet. That monthly cost became effective on January 1, 2005, but prior to that increase, declarant paid $155.63 per month for this coverage. If the changes Gate Gourmet has proposed become effective on July 1, 2005, it will cost declarant $1,148.27 per month for her Medical and Hospitalization coverage, which is

$992.64 *more* per month than declarant was paying for greater coverage prior to January 1, 2005, and $785.66 per month *more* than she is currently paying to receive Medical Plan coverage for her family.

5. Declarant was barely able to afford the $206.98 per month increase in Health insurance premiums in January 2005, but will not be able to afford the additional, almost $800, increase in monthly premiums as of July 1, 2005. Declarant has no alternative way to obtain Medical and Hospitalization insurance, including through her husband's self-employment, especially since, as explained below, she has a pre-existing medical condition.

6. If the announced increase in costs for continued coverage under Gate Gourmet's Health Care Plan is implemented, declarant will be unable to afford that continued coverage and she and her family will lose their current medical and hospitalization coverage, becoming uninsured. Declarant and her three children are currently receiving physical therapy two to three times per week for scoliosis. They will be unable to afford this physical therapy without medical insurance coverage. Without this therapy, declarant and her children will not have their spinal alignment adjusted and may suffer damage to the spine.

**AGATA ROSZKOWSKA** hereby declares pursuant to 28 U.S.C. § 1746, under of perjury, that the foregoing is true and correct.

Executed this 4 day of June, 2005, in Chicago, Illinois.

*Agata Roszkowska*
Agata Roszkowska