UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| IBT/HERE EMPLOYEE REPRESENTATIVES' COUNCIL,<br>    *Plaintiff,*<br><br>    v.<br><br>GATE GOURMET DIVISION AMERICAS, and GATE GOURMET, INC.,<br>    *Defendants*. | Civil Action No. 05-01210 (EGS) |

**LOCAL RULE 65.1 CERTIFICATE OF COUNSEL**

I hereby certify that I have this 24th day of June, 2005, caused the following pleadings to be hand served in paper and electronic form upon counsel for defendants Gate Gourmet, Inc. and Gate Gourmet Division Americas by emailing the same to tjerman@omm.com and to rsiegel@omm.com and by hand delivery of the pleadings in paper form and on a CD-ROM to the offices of:

>   Thomas Jerman
>   O'Melveny & Myers LLP
>   1625 Eye Street, N.W.
>   Washington, D.C. 20036

1.  Application For A Temporary Restraining Order;
2.  Proposed Temporary Restraining Order;
3.  Motion For Preliminary Injunction;
4.  Proposed Preliminary Injunction;
5.  Memorandum In Support of Application For TRO and Preliminary Injunction;
6.  Declarations In Support Of Application and Motion:
    a.  Maria Alverdo, June 8, 2005;
    b.  Willie M. Anderson, June 22, 2005;
    c.  Jennifer E. Brainer, June 10, 2005;
    d.  Lan Chi Bui, June 9, 2005;
    e.  Dora Dominquez, June 9, 2005;
    f.  Shirley Lewis, June 8, 2005;
    g.  Joseph Nelson, June 9, 2005;

       h.       Kenneth C. Paulsen, June 24, 2005;
       i.       Annie Rolack, June 8, 2005;
       j.       Annie Rolack (2nd), June 15, 2005;
       k.       Agata Roszkowska, June 14, 2005;
       l.       Steven P. Vairma, June 16, 2005;
       m.       Steven P. Vairma (2nd), June 22, 2005; and
       n.       Mildred Washington, June 8, 2005.

I further certify that the I was informed by Mr. Jerman that defendants would accept service and that the summons for Gate Gourmet Division Americas with the initial complaint was served upon Mr. Jerman on June 21, 2005. Additionally, the summons for Gate Gourmet, Inc., with the First Amended Complaint was served upon Mr. Jerman's office on June 24, 2005.

                                          Respectfully Submitted,

                                           /s/ John O'B. Clarke, Jr.
                                      John O'B. Clarke, Jr. (Bar No. 044685)
                                      HIGHSAW, MAHONEY & CLARKE, P.C.
                                      1050 17th Street, N.W., Suite 444
                                      Washington, D.C. 20036
                                      (202) 296-8500

DATE: June 24, 2005                        Attorneys for Plaintiff Council

**CERTIFICATE OF SERVICE**

I hereby certify that I have this 24th day of June, 2005, caused a copy of the foregoing Local Rule 65.1 Certification to be served upon counsel for defendants Gate Gourmet Division Americas and Gate Gourmet, Inc., by causing a copy thereof to be hand delivered to the offices of:

>Thomas Jerman
>O'Melveny & Myers LLP
>1625 Eye Street, N.W.
>Washington, D.C. 20036

and by emailing the same to: tjerman@omm.com.

                                        /s/ John O'B. Clarke, Jr.
                                        John O'B. Clarke, Jr.