UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| IBT/HERE EMPLOYEE REPRESENTATIVES' COUNCIL,<br><br>Plaintiff,<br><br>v.<br><br>GATE GOURMET DIVISIONS AMERICAS and GATE GOURMET, INC.,<br><br>Defendants. | Civ. No. 05-01210 (EGS) |

### NOTICE OF FILING DECLARATION OF DEFENSE COUNSEL REGARDING SCHEDULING OF BRIEFING AND HEARING ON PLAINTIFF'S APPLICATION FOR TRO

Please take notice that on the 27th day of June, 2005, Defendant Gate Gourmet, Inc. ("Gate Gourmet"), through undersigned counsel, filed the attached Declaration Of Defense Counsel Regarding Scheduling Of Briefing And Hearing On Plaintiff's Application For TRO with the United States District Court for the District of Columbia.

**Dated: June 27, 2005**             Respectfully submitted,


             /s/ Tom Jerman
Tom A. Jerman (D.C. Bar No. 454960)
Aparna B. Joshi (D.C. Bar No. 481879))
O'Melveny & Myers LLP
1625 Eye Street, N.W.
Washington, DC  20006
T:  202/383-5300
F:  202/383-5414
***Counsel for Defendant Gate Gourmet, Inc.***

- 2 -

## CERTIFICATE OF SERVICE

I hereby certify that a true and correct copy of the foregoing Declaration of Defense Counsel Regarding Scheduling of Briefing and Hearing on Plaintiff's Application for TRO was served electronically and via first class mail on this 27th day of June 2005, to the following address:

>John O'B. Clarke
>Highsaw, Mahoney & Clarke, P.C.
>Suite 210
>1050 Seventeenth Street, N.W.
>Washington, D.C. 20036

>/s/ Aparna Joshi
>Aparna Joshi

- 2 -