UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| IBT/HERE EMPLOYEE REPRESENTATIVES' COUNCIL,<br>      *Plaintiff,*<br><br>v.<br><br>GATE GOURMET DIVISION AMERICAS,<br>      *Defendant.* | )<br>)<br>)<br>)<br>)  No.<br>)<br>)<br>)<br>) |

## DECLARATION OF WILLIE MAUD ANDERSON

I, WILLIE MAUD ANDERSON, hereby declare pursuant to 28 U.S.C. § 1746, under penalty of perjury, that the following is true and correct:

1. I have been employed for thirty-four years by Gate Gourmet or its predecessors doing food preparation work. I make $11.47 an hour and I take home approximately $313.00 a week after taxes. My monthly take home pay totals about $1,356.00 a month.

2. My husband, my daughter and I all live on my salary. My husband has been very ill for approximately two years and has not been able to work.

3. On or about May 12, 2005 I received a memorandum in the mail at my home address from Gate Gourmet. The memorandum stated that, in order to continue my medical coverage for my family, I would have to "re-enroll" and start paying $1,148.27 a month in July 2005. I did not "re-enroll" because I cannot afford it. If I re-enrolled, my insurance contribution would leave my only about $200 a month to live on.

4.	My husband is currently being treated by a specialist and takes four to six medications. I also see a doctor for high cholesterol and high blood pressure. I take two medications to control these conditions.

I have read this Declaration, consisting of four (4) paragraphs, and I declare pursuant to 28 U.S.C. § 1746, under penalty of perjury, that it is true and correct to the best of my knowledge, information and belief.

Sworn to this 22 day of June, 2005 in Atlanta, Georgia.

*Willie Maude Anderson*
Willie Maud Anderson