UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| IBT/HERE EMPLOYEE REPRESENTATIVES' COUNCIL,<br>      *Plaintiff,*<br><br>v.<br><br>GATE GOURMET DIVISION AMERICAS,<br>      *Defendant.* | No. |

## DECLARATION OF SHIRLEY LEWIS

I, SHIRLEY LEWIS, hereby declare pursuant to 28 U.S.C. § 1746, under penalty of perjury, that the following is true and correct:

1. I have been employed by Gate Gourmet for approximately eight years as a cook. I am also a member of Teamsters Local Union No. 270, which is located in New Orleans, Louisiana. I am paid $10.22 an hour or approximately $1,771.47 a month.

2. I am currently covered by Gate Gourmet's Medical Plan and have employee only coverage. I pay $119.07 for this coverage. If Gate Gourmet's changes are implemented in July, I will have to pay $796 a month to continue my health insurance. However, I cannot afford to pay that amount and, for that reason, I did not re-enroll in the Medical Plan. I have looked into other insurance, but I have not found any that I can afford. Therefore, I will not have any health insurance if the rate increases are implemented.

3. I suffer from high blood pressure, which is currently kept under control by

medication. I take three medications for my high blood pressure that cost me approximately $80.00 to $90.00 a month with my insurance. These medications will cost approximately $ _140_ a month without insurance.

4. I also see a doctor for my high blood pressure at least every six months. I go more frequently when my blood pressure is not under control. My co-payment for doctor's visits with insurance is $20.00

I have read this Declaration, consisting of four (4) paragraphs, and I declare pursuant to 28 U.S.C. § 1746, under penalty of perjury, that it is true and correct to the best of my knowledge, information and belief.

Sworn to this _8th_ day of June, 2005 in Kenner, Louisiana.

_____
Shirley Lewis