## UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| IBT/HERE EMPLOYEE REPRESENTATIVES COUNCIL, | ) ) |
| *Plaintiff,* | ) ) |
| *v.* | ) ) |
| GATE GOURMET DIVISION AMERICAS, | ) ) |
| *Defendant.* | ) ) |

## DECLARATION OF STEVEN P. VAIRMA

I, STEVEN P. VAIRMA, hereby declare pursuant to 28 U.S.C. § 1746, under penalty of perjury, that the following is true and correct:

1.    I am the Secretary-Treasurer of Teamsters Local Union No. 435 and an International Representative of the International Brotherhood of Teamsters (IBT). I have served as the Teamster designee on the IBT/HERE Employee Representatives' Council (Council) since the end of 2001. The Council was formed in 2000 by UNITE HERE's predecessor, the Hotel Employees and Restaurant Employees International Union (HERE), and by the International Brotherhood of Teamsters to represent employees in the airline catering and commissary industry employed by Gate Gourmet. The so-called "craft or class" represented by the council is the "Kitchen, Commissary, Catering, and Related Employees." The terms "craft or class" and "bargaining unit" are used synonymously on the property to refer to the employee group represented by the Council.

2.    The chief officer position of the Council rotates annually between the HERE designee and the IBT designee. Since January 1, 2005 the position of Council Director has been held by the HERE designee, Ken Paulsen, and I have been the Vice-Director.

3.    The Council and Gate Gourmet are parties to a collective bargaining agreement, known as the National Master Agreement (NMA), establishing rates of pay, rules and working conditions at certain Gate Gourmet facilities. The NMA covers approximately 6,270 employees of Gate Gourmet who are represented by the Council. Approximately 2,229 of the employees covered by the NMA are Teamsters who work at ten facilities: Chicago, Portland, Orlando, Indianapolis, Memphis, Atlanta, New Orleans, Jacksonville, Washington, D.C. and Philadelphia. The remaining craft employees belong to UNITE HERE or other AFL-CIO unions, which the Council has designated to represent employees at the local level. Many of the Council's agents maintain local agreements with Gate Gourmet, which are referred to as "Addendums."

4.    Employees covered by the NMA perform such jobs as food cook, food preparation, driver and customer service representative. They make between $8.10 per hour and $18.25 per hour with the average wage being approximately $11.10 an hour. Employees who are covered by the NMA have not received a raise in two years.

5.    The current NMA became effective on June 1, 2000. On or about December 10, 2003, Gate Gourmet served upon the Council an opening proposal to modify the NMA pursuant to Section 6 of the Railway Labor Act. Exhibit 1. The parties have been

negotiating over proposed modifications to the agreement since that time. I am the Council's chief spokesperson at negotiations and have attended all negotiating sessions.

6.      On or about October 21, 2004, Gate Gourmet proposed deep, across-the-board cuts in wages and benefits. Exhibit 2.

7.      On October 27, 2004, while the parties were negotiating over the various Section 6 proposals, Gate Gourmet announced that, effective January 1, 2005, the health insurance benefits were being lowered and the employee contribution rate was being increased. Exhibit 3. In a letter to Employees, Gate Gourmet stated that employees would have to bear the entire cost of the premium if they chose to continue dental insurance and that the Company was increasing the monthly employee contributions for health insurance as follows:

| Employee | from $31.32 to $119.07 |
| Employee & spouse | from $94.01 to $267.90 |
| Employee & children | from $75.95 to $228.66 |
| Employee & family | from $155.63 to $362.61. |

Id.

8.      Many employees reduced their coverage by dropping family members effective January 1, 2005 because they could not afford the rate increases.

9.      Not only were the contribution rates for employees at least doubled on January 1, 2005, but deductibles and co-payments also increased. For example, calendar year deductibles were increased from $200 with a family limit of $600 to $250 with a family limit

3

of $750. The required emergency room co-pay doubled, increasing from $50 to $100, and

hospitalization co-pays doubled from $100 to $200 a day. Maximum out of pocket expenses

for out-of-network services was raised to $12,000 for family coverage from $6,000 for Plus

coverage and $9,000 for Core coverage and to $4,000 for individual coverage from $3,000

for Core coverage and $2,000 for Plus coverage. Prescription drug costs increased ten

dollars for brand name drugs, from $20 to $30 and from $40 to $50 for ninety-day orders

made through the mail. These increases in co-pays, deductibles and prescription costs alone

created a financial hardship for people who gross an average of only approximately $23,000

a year.

      10.    Other costs for employees that remained the same beginning in January 2005

included co-payments for doctor's visits in the amount of $20 for a primary care physician

and $40 for a specialist. Employees must also pay must pay between 10% and 30% for many

physician services depending on the plan and whether the physician is in network. Even

those hourly employees that maintained the Gate Gourmet Medical Plan after January 1,

2005 were delaying or skipping medical treatment because they could not afford the co-

payments and fees for which they were responsible.

      11.    The Council protested the January 1, 2005 alterations to the health plan and

filed a grievance on December 2, 2004 informing Gate Gourmet that its increases in premium

payments were illegal unilateral alterations of the status quo in violation the Railway Labor

4

Act and that they also violated the NMA. Despite the Council's protest, Gate Gourmet

implemented the changes, reducing coverage and increasing premium costs. The Council's

grievance regarding this action is scheduled to be heard at the next meeting of System Board

of Adjustment on August 9, 2005.

12.    NMA Article 24, Section 1, provides that craft or class employees are "eligible

to participate in the Company's Health Care Program" as well as term life and accidental

death insurance. Ex. 1 to K. Paulsen Decl. at 17. That section further provides that: "While

administration of the plan remains a Company prerogative, bargaining unit Employee's

contribution rates for the various health plans and optional life insurance will be the same

each year as the contribution rates for management/salaried employees."

13.    NMA Article 34 provides in pertinent part that (Ex. 1 to K. Paulsen Decl. at

25):

> It is understood between the Company and the Union that
> no employee in any location will suffer a reduction in any
> wages, or benefits from his present level as a direct result of this
> Master Agreement. Furthermore, if any local Addendums terms
> and conditions exceed the terms and conditions of the Master,
> then the local Addendum shall apply during the term of the
> Master Agreement. . . .

14.    On May 4, 2005, Gate Gourmet presented the Council with what it stated was

its "last best offer." In this latest offer Gate Gourmet proposes, in part, to reduce the number

of paid holidays, reduce the amount of sick leave that may be accrued, eliminate most

premium wage rates, reduce the base wage rate by 9.9%, freeze the reduced wages for four (4) years and to increase it by only 1% , which would be paid in a lump sum, for the next four (4) years thereafter and increase the monthly premium employees must pay for health insurance by requiring the employees to pay 50% of future premium increases. A copy of the summary of this offer that was prepared by Gate Gourmet is attached as Exhibit 4.

15.    The Council submitted Gate Gourmet's "last best offer" to the IBT and HERE memberships for a ratification vote. Each Local conducted a vote during the period from May 11, 2005 until May 31, 2005. Voting was complete on or about May 27. The Company's proposal was overwhelmingly rejected by approximately 94% of the voting members.

16.    In a memorandum dated May 12, 2005, Gate Gourmet informed the bargaining unit employees that it would stop making any contribution for the payment of their health insurance premiums if the Company's proposal was rejected. Gate Gourmet mailed this memorandum to all bargaining unit members covered by the NMA on or about the same day that the voting period began. Gate Gourmet did not provide the Council a copy of the memorandum. I first learned about it on or about May 20, 2005. The memorandum states that because "our Divisional financial performance continues to decline and our labor costs remain uncompetitive under the current labor contract, the company Medical Plan subsidy will end on June 30, 2005 if the new contract is not approved by the union membership."

6

Gate Gourmet further stated that: "If the new contract is not approved, we will continue to offer the Medical Plan, **but you will be responsible for the full monthly cost beginning in July.**" Ex. 4 to Complaint (emphasis in original). It announced that employees had to re-enroll if they wished to "continue to participate in the Medical Plan after June 30, 2005" and that they had until June 1, 2005, to re-enroll. *Id.* Employees were further informed of the new monthly premium rates. *Id.*

17.    The rate changes to the employees' contribution for health insurance since 2004, are as follows:

|  | 2004 | | 1/1/05 | 7/1/05 |
|---|---|---|---|---|
|  | Core | Plus | | |
| Employee | $31.32 | $61.53 | $119.07 | $390.57 |
| Employee & Spouse | $94.01 | $156.70 | $267.90 | $796.49 |
| Employee & Children | $75.95 | $130.26 | $228.66 | $757.25 |
| Employee & Family | $155.63 | $250.63 | $362.61 | $1,148.27 |

18.    In the October 27, 2004 letter to its employees advising them of the January 1, 2005 unilateral alterations to the health insurance, Gate Gourmet set forth the total amount of the health insurance premium for 2005. It states that the employee and company contributions add up to $270.61 for employee only, $569.28 for employee & spouse, $514.15 for employee & children and $811.82 for employee & family. The announced rates for employees that Gate Gourmet will implement in July are approximately 140% of the total cost for Gate Gourmet's medical insurance.

19.    On May 27, 2005 Gate Gourmet posted a memorandum advising the bargaining unit members that they had extended the time for the members to re-enroll until June 8, 2005.

20.    On June 3, 2005, the Council protested Gate Gourmet's actions as being a violation of the Railway Labor Act as an impermissible change of the status quo and a breach of the NMA. A true and accurate copy of that protest and claim is attached as Exhibit 5 to the Complaint.  The Council requested expedited processing of the grievance.

21.    On June 7, 2005 Gate Gourmet agreed to have this and all future grievances filed by the Council proceed directly to the System Board of Adjustment.

22.    Gate Gourmet employees who are represented by the Council and who are participating in the Gate Gourmet Inc. Group Benefit Plan are already suffering financial hardship from the reduction in benefits and the increases in costs that were implemented by the Company in January.  These changes caused some employees to drop insurance coverage for their family members.  Many will completely drop coverage in July if Gate Gourmet fails to pay a portion of the health insurance.  As stated above, the average wage of the hourly employees at Gate Gourmet is approximately $11.10 per hour, or less than $2,000 per month gross.  Employees with family coverage will be left with little or no money on which to live after paying the health insurance contribution at the increased rate.

23.  This critical situation is exacerbated by the fact that many employees do not understand what is going to happen in July.  Many of the hourly Gate Gourmet employees are immigrants who speak little or no English and do not comprehend the impending changes.  They believe that their health insurance is secure and they do not realize that they will have significant increases as of July 1 or they will lose their insurance.  These employees speak Spanish, Vietnamese and other languages.  Gate Gourmet has made no attempt to translate their communications to employees into any language.

24.  An award by the SBA in several months cannot remedy the lack of medical treatment for employees and their family members who develop medical conditions or whose conditions worsen without medical treatment while awaiting the SBA's decision.  Gate Gourmet has already begun denying authorization for necessary medical treatment for employees who did not "re-enroll."

I have read this Declaration, consisting of twenty-four (24) paragraphs, and I declare pursuant to 28 U.S.C. 1746, under penalty of perjury, that it is true and correct to the best of my knowledge, information and belief.

Sworn to this _16th_ day of June, 2005 in Denver, Colorado.

Steven P. Vairma

# EXHIBIT 1

**(Gate Gourmet's Opening Proposal to Modify the NMA, December 10, 2003)**

# Gate Gourmet
# Opening Proposal

to

# IBT/HERE Council

## December 10, 2003

The Company reserves the right to add to, amend, delete or otherwise change proposals anytime during the negotiation process.

## Article 1, Recognition

RECOGNITION, SCOPE, **AND PATTERNS OF REPRESENTATION** ~~EMPLOYEE PROTECTIONS~~

Recognition

~~Dobbs International Services, Inc. a/k/a Gate Gourmet, Division Americas owned by S Air Group~~ **Gate Gourmet, Inc.** (the "Company") recognizes the IBT/HERE Employee Representatives' Council, (the "Council") as the collective bargaining representatives of all **Company** employees working at facilities covered by this Agreement with the authority and obligation to represent them for all purposes of the Railway Labor Act, as amended.

This collective bargaining agreement and any formal letters of agreement between the Company and the Union may be collectively referred to as the "National Master Agreement" (NMA). It is agreed by the parties that Local Addendums consistent with the National Master Agreement **may** ~~shall~~ be entered into at the local level between the Company and affiliates of the Council. It is further agreed that supervisory personnel shall not perform work customarily performed by employees in the bargaining unit, **except when extraordinary conditions requisite temporary exceptions to this agreement**.

The Company understands that the Council will designate, under Section 2 Third of the Railway Labor Act, IBT and HERE and other AFL-CIO affiliated labor organizations to act as the bargaining representatives **and agent** for the Council and it is hereby agreed that the term "Union" as used in this Agreement shall refer to the Council. Where the context so indicates, the term "Union" shall also' refer to IBT and/or HERE, and, ~~in those instances where the designated labor organization adopts this agreement,~~ to **the** other labor organization**s** so designated and authorized by the Council. **A listing of authorized agents of the Council is contained in Attachment "B" and incorporated herein by reference to this N.M.A. Should the Council make any modifications, deletions or additions to the**

1

**affiliated labor organizations so designated and authorized by the Council to act as an agent on behalf of the Council, it will immediately notify the Company, by certified mail, of such modification to Attachment "B".**

Scope
This Agreement covers all present and future kitchen, commissary and catering work **assigned by the Company to its employees,** including all related work performed **by Company employees** at facilities for which the Union has been designated as the bargaining agent for employees in the system wide basis craft or class; provided that this Agreement shall not apply to managers, supervisors, guards, office-clerical employees, ~~or~~ employees based outside of the United States, its territories and possessions **or work assigned to or performed by employees of any company that is not a party to this Agreement.**

**If there are any conflicts between any Articles and/or Sections of the NMA and any Articles/Sections of any local addendums, the NMA will be the controlling agreement and will be deemed superior for all intents and purposes.**

It is understood between the parties that existing patterns of representation as between HERE and IBT at locations where both organizations currently represent employees, or at locations where only IBT or HERE exclusively represent employees, shall be preserved. ~~Future food service operations identified in the system wide basis, craft or class opened or acquired by the Company shall become subject to the terms of this Agreement immediately upon notification by the Council that the Union has been designated as the bargaining agent for such operation or facility. For newly opened or later acquired facilities, the Company shall initially establish hourly wage rates for all classifications; thereafter the negotiated increases of the NMA wage addendum shall apply. The Company shall not establish any new kitchen, commissary or caterer, or acquire a controlling interest in such a food operation, whether directly or through an affiliate or subsidiary, or by a parent or holding company of which the Company is wholly owned or controlled subsidiary, and operate it as a separate entity outside the provisions of this Agreement.~~

## Article 2, Transfer of Company Title or Interest

This Agreement and the supplemental addendums hereto and hereinafter referred to collectively as "Agreement', shall be binding upon the parties hereto **and** their successors~~, administrators executors and assigns.~~

~~It is understood by this Section that the parties hereto shall not use any leasing devise to a third party~~ **solely to evade this Agreement.** The **Company** ~~Employer~~ shall give notice of the existence of this Agreement to any purchaser~~, transferee, lessee, assignee, etc.,~~ of the operation covered by this Agreement or **any purchaser of** any part thereof. Such notice shall be in writing with a copy to the respective International Union and local

union, at the time the seller, ~~transferee or lessor executed~~ **executes** a contract **for sale** ~~or transaction as herein described~~.  The Union shall also be advised of the general nature of the transaction, not including financial details.  In the event that the ~~Employer~~ **Company** fails to require the purchaser, ~~transferee or lessee~~ to assume the obligation of this Agreement, the ~~Employer~~ **Company**, (including partners thereof) shall give the Union sixty (60) days notice in writing, after which the ~~Employer~~ **Company** or the Union shall not be liable for any all damages sustained as a result of such failure to require assumption of the terms of this Agreement.

## Article 3, Uniforms

~~Section 1. New employees shall not be required to purchase required uniforms through payroll deduction effective 6-1-2002.~~

~~Section 2. The Company will supply uniforms and safety equipment at no cost to the employees effective 6-1-2002.  Thereafter, the Company will replace or repair all uniforms that are no longer serviceable through fair wear and tear in accordance with appearance standards at no cost to the employees.  Employees are required to maintain their uniforms and general appearance in a fashion that is clean and orderly.  The employee will return the uniforms upon termination of employment or the Company will deduct the value of the unreturned uniform from the final paycheck.  The Company will deduct the replacement value of a uniform from the employee's paycheck if the uniform is lost, stolen or damaged.~~

## Replace current language with the following:

Employees may receive standard uniforms as designated by Company Policy and in accordance with applicable laws at no cost.   The Company may replace or repair all uniforms for employees on an exchange basis, when the uniforms are no longer serviceable through fair wear and tear in accordance with Company designated appearance standards.  If the uniform must be replaced within the first year of issue because of damage, the employee will be required to purchase the replacement uniform at a cost determined by the Company.  If the uniform is lost, stolen or damaged, the Company will deduct the replacement value of a uniform from the employee's paycheck.

Employees are required to maintain their uniforms and general appearance in a fashion that is clean and orderly.  Smocks or other alternative clothing may be furnished by the Company in lieu of uniforms. Employees must wear the uniforms or other alternative clothing furnished by the Company.  Employees shall not wear such uniforms or other alternative clothing except while working for the Company and, where permitted by the Company, while going to and from work.  The Company shall not be required to furnish or pay for laundering or cleaning of uniforms.

Employees must provide a signed authorization to deduct from wages, moneys for all uniforms furnished, but not returned when an employee is terminated or resigns.  A schedule of costs will be prepared by the Company with the total cost for the lost uniforms.  The employee will return the uniforms upon termination of employment or the Company will deduct the value of the unreturned uniform from the employee's final paycheck.

3

## Article 4, No Strikes and No Lock Outs

**Section 1.** From the effective date of this Agreement through thirty (30) days following the date, if any, that the parties are released from mediation by the National Mediation Board in connection with negotiations for a successor Agreement (the "Release Date"), ~~the Union and its members or employees it represents, agree that there shall be no strikes, walk-outs, stoppages, or slow down of work, including sympathy strikes,, boycotts, refusal to handle any merchandise, picketing or any other interference with any of the operations of the employer during the term of this agreement.~~ **neither the Union nor any employee covered by this Agreement shall sanction, approve of or engage in any type of strike, work stoppage, "sick outs", wildcat strikes, "unauthorized meetings", "unauthorized walk and work" activity, including slowdowns, picketing, refusal to cross a picket line at any location or site or other curtailment or interference with Company's production, delivery of services to customers or operations, or take any action which results in the foregoing, even in sympathy with disputes involving any other labor organizations, any groups of employees or individual employees.  During the term of this Agreement, the grievance procedure herein shall be the exclusive means of settling a claim or dispute over the meaning or application of this Agreement raised by an employee or the Union against Company.**
~~The employer agrees that there shall be no lockout during the term of this Agreement.~~

**Section 2.  Upon written request by then Company, the Union will immediately notify all employees both orally and in writing that a strike, stoppage, slowdown, or any other interruption of work is completely prohibited, is unauthorized and in violation of this Agreement; and that the employees involved are required to immediately cease the violation of this Agreement and immediately return to work.  Further, the Union will take such other prompt and vigorous steps as are necessary to end such violation.  In the event there is any prohibited or unauthorized strike, stoppage, slowdown or any other interruption of work during the term of this Agreement, the Company shall not be required to negotiate upon the merits of the dispute until such time as the violation(s) of this Agreement are completely and fully terminated.  Any employee who is responsible for or who participates in any acts or conduct prohibited by this Article is subject to permanent replacement or any other action as solely determined by the Company subject to appeal by the employee or employees involved under the Grievance and System Board Procedure provided in this Agreement solely, and only, on the question of guilt.**

**Section 3.  All employees who hold a position of steward occupy a position of special trust and responsibility in maintaining and bringing about compliance with the provisions of this Article.  Accordingly, the Union agrees, upon execution of this Agreement, to notify in writing all Union stewards of their obligation and responsibility in maintaining compliance with this Article including their responsibility to abide by the provisions of this Article by remaining at work during any interruption(s) which may be initiated by other employees/members.  In the event of breach of this Article by other employees and, upon the request of the Company, the Union will immediately, both orally and in writing, encourage and demand employees violating Section (1) of this Article to immediately return to work.  The Company may permanently replace or take any other action toward any employee or all employees who violate(s) Section (1) of this Article.**

4

**Section 4.  During the term of this Agreement, the Company shall not engage in any lockout of employees.  However, shutting down the Company's operations, or any part thereof, for the purpose of taking inventory, for vacation shutdowns, for any economic reasons, or because of a breakdown or cessation of operations for a cause beyond the control of the Company shall not be considered a lockout.**

## Article 5, Maintenance of Standards

**Unless modified by mutual written agreement,** the ~~Employer~~ **Company** agrees that all conditions of employment relating to wages, hours of work, overtime differentials and general working conditions, other than those specifically referred to in this Agreement, shall be maintained at not less than the highest standards in effect at the time of the signing of this Agreement, and the conditions of employment shall be changed, upon amendment wherever specific provisions are made elsewhere in this Agreement **for such purpose.**  It is agreed that the provisions of this Section shall not apply to inadvertent or bona fide errors made by the Company or the Union in applying the terms and conditions of this Agreement if such error is corrected within ninety (90) days from discovery of the error. ~~This provision does not give the employer the right to impose or continue wages, hours and working conditions less than those contained in the Agreement.~~

**Any change or modification of the NMA or any addendums thereto, mutually agreed upon between the Company and the Council at the System Board of Adjustment, or otherwise, shall be binding upon all parties and all employees affected, provided such change or modification is reduced to writing and signed by duly authorized agents of the Company and Council.**

## Article 6, Non-Discrimination

No change to current language

## Article 7, Discipline & Discharge

**Section 1.**  The Company shall not discharge any employee nor impose any disciplinary action against any employee except for just cause.  The Company shall have the right to establish reasonable rules for the conduct of employees not inconsistent with the terms of this Agreement. **This Section does not apply to probationary employees.  T/A 1-29-04**

**Section 2.**  Delete

~~Employee Corrective Action Notices shall be maintained in the employee's personnel file for a period of twelve (12) months from the time of issuance.~~

5

## Article 8, Holidays

<u>Section 1</u>.  Employees shall receive ~~nine (9)~~ **seven (7)** paid holidays, effective ~~1/1/2001~~ **January 1, 2005.**

| | | |
|---|---|---|
| New Years Day | Martin Luther King, Jr. Day | Memorial Day |
| Labor Day | July 4 | Thanksgiving Day |
| Christmas Day | ~~Christmas Eve~~ | ~~Easter~~ |

<u>Section 2.</u>
The Union recognizes that the employees may be ~~expected~~ **required** to work on said holidays ~~inasmuch~~ as the business of the Company operates **three hundred and sixty-five (365) days per year.** ~~even (7) days a week~~.

Section 3.
All **eligible** employees shall receive eight (8) hours' pay at straight-time rate when holidays are not worked ~~provided that~~.

**Employees on a four (4) day, ten (10) hour shift will receive eight (8) hours straight-time holiday pay when not worked.**

**Employees will receive the above provided that:**

**a)** The employee has not failed to work when scheduled to work on a holiday unless ~~he~~ **the employee** is absent with the approval of **the Company.** ~~management~~. **The employee must submit written documentation if requested, and obtain written permission from the Company.**

b) The employee works ~~his~~ **the** scheduled day both immediately preceding and following the holiday unless ~~he~~ **the employee** is absent with the approval of the Company.

c) The employee has worked during the week of a holiday (excluding vacation periods ); and

d) The employee is not on strike or suspension, leave of absence, or worker's compensation.

**Section 4. Change to read:**

**Part-time employees that are scheduled less than thirty (30) hours do not qualify for Holiday pay until the employee achieves regular full-time status.**

**Section 5. New**

**No employee is eligible for holiday entitlement until completion of six (6) months of continuing service.**

6

## Article 9, Grievance Procedure

**Section 1:**
Should differences arise between the Company and any ~~of its~~ employees as to the meaning and application of ~~this agreement~~ **the NMA**, or if any other controversy or grievance arises, an earnest effort shall be made as promptly as possible to settle such differences in the following manner:

**Step 1:** The employee having such grievance, with or without the Steward, shall ~~present the grievance to his immediate supervisor~~ **file a written grievance** within five (5) **calendar** days of the action giving rise to the grievance. **The employee and his immediate supervisor will make a good faith effort to resolve the grievance.** The supervisor will give ~~his~~ **a written response to the grievance (whether resolved or not)** within seven (7) **calendar** days of the action giving rise to the grievance.

Should an employee request that a Steward be present to discuss the grievance, the supervisor will arrange for the Steward to attend the grievance meeting. If the grievance is not satisfactorily settled, then the grievance may be appealed to Step 2.

**Step 2:** **If not resolved at Step 1,** the grievance ~~shall~~ **may** be **appealed** ~~put into writing and presented~~ by either the Union Representative, Chief Steward, Shop Steward and/or aggrieved employee to the General Manager or his designated representative. **Any such appeal must be in writing and must be submitted** within twelve (12) **calendar** days of the action giving rise to the grievance. The Manager will give **an** ~~his~~ answer in writing, with a copy to the union, within seventeen (17) **calendar** days of the action giving rise to the grievance. If the grievance is settled or withdrawn, the Union Representative and the ~~Employer~~ **Company** will put the withdrawal or settlement in writing on the grievance form. If the grievance is not satisfactorily settled, then the grievance may be appealed to Step 3.

**Step 3:** **If not resolved at Step 2,** the aggrieved employee, and/or Union may ~~present~~ **appeal** ~~the grievance in writing~~ to the ~~Regional Personnel Manager~~ **Senior Human Resources Manager (SHRM)** or his designated representative. **Any such appeal must be in writing and must be submitted** within twenty-two (22) **calendar** days of the action giving rise to the grievance. The ~~Regional Personnel Manager~~ **SHRM** or **the SHRM's** ~~his~~ designated representative shall meet with the Union and answer the grievance in writing within ~~thirty (30)~~ **forty-five (45) calendar** days of the action giving rise to the grievance.

**Step 4: New**
**All grievances not withdrawn, settled or time barred in or by these steps may only proceed to the System Board of Adjustment. Any such appeal must be in writing and must be submitted within fifty (50) calendar days of the action giving rise to the grievance.**

**Section 2:** All grievances must be submitted as provided in Step 1 above within five (5) **calendar** days of the **Company's** ~~Employer's~~ action giving rise to the grievance, **or** ~~; and, if not submitted within the aforementioned time, then~~ the grievance shall be considered to be waived and may not thereafter be submitted for adjustment **in any forum.** Any grievance that is not appealed from one step of the grievance procedure to the next step within the time limits set forth above (such time limits may be extended by written agreement) shall be considered settled on the basis of the last decision given and shall

7

not be subject to further **adjustment in any forum** ~~grievance and arbitration proceedings~~ or collective bargaining.

<u>Section 3:</u>  **Delete**

# Article 10, System Board of Adjustment Procedures

~~Within fourteen days after the receipt of the written decision of the Company designee, if the decision is not satisfactory to the Union, the Union may appeal such grievance to the System Board of Adjustment by serving a written notice upon the Company directed to the Vice President of Human Resources or his/her designee at the Company's office of its intention to do so. If the System Board deadlocks, the case may be appealed to arbitration by the Union.~~

The System Board of Adjustment shall be composed of two members designated by the Union and two members designated by the Company.  The Board shall meet every other month at a location mutually agreed upon by the parties.  In the event there are no grievances to be heard the board may cancel such meeting upon mutual agreement. **Commencing in 2005 the Board shall meet three (3) times per year.**

The System Board shall only be empowered to make a finding or decision with respect to **existing or proposed** contract language **for either the NMA or local addendums covering** ~~and~~ any non-probationary employee covered by this agreement who **are** ~~is~~ terminated or disciplined to the extent of loss of pay by the Company, and such finding or decision shall be final and binding upon the employee, and all parties to the dispute.

If the Board deadlocks, the Union may appeal the case to arbitration **within ten (10) days of the day the System Board deadlocks or the grievance shall be considered to be waived and may not thereafter be submitted to Arbitration or any adjustment in any forum.** In the event the Union appeals the decision to arbitration the Company and the Union shall attempt to mutually agree to an acceptable impartial Arbitrator.  If the parties are unable to agree on an Arbitrator they shall then request a panel of  seven (7) Arbitrators to be provided for by the **National Mediation Board (NMB) or** Federal Mediation and Conciliation Service.  The parties shall alternately strike names from the panel with the remaining arbitrator selected to hear and resolve the dispute.  The Arbitrator shall have no authority to add to, or subtract from, or modify the terms of this Agreement.  The arbitrator's decision shall be rendered within thirty (30)days from the date of the close of the hearing.  The cost of the Arbitrator shall be borne equally between the Union and the Company.

## Article 11, Seniority/Loss of Seniority

### Section 1

Seniority shall govern as to layoffs and rehiring. New employees shall be employed on a trial basis for ~~ninety (90) days~~ **six (6) months**. During this period, their retention as employees is entirely at the discretion of the Company.  The provisions of this Agreement shall not apply to probationary employees.

### Section 2

In the event the Company finds it necessary to layoff employees because of the lack of work or reduction in business, such layoffs shall be on the basis of **Company** seniority **within the classification.** Seniority shall be defined as the length of service an individual has with the Company. The employee having the shortest period of continuous employment with the Company **within the classification** shall be laid off before any other employee. **The displaced employee within the classification affected shall have the opportunity to bump into the next lower classification provided the employee has more Company seniority than the least senior employee within the lower classification and is qualified to perform the work.  This is the only time that Company seniority shall be considered without regard to classification seniority.  The employee affected by the displaced employee will be laid off and will not have the opportunity to bump into the next lower classification.**  The senior employees shall have preference of full-time employment ~~(to wit, forty (40) hours per week)~~ at all times where it is available. Both seniority and ability shall govern except as provided in this Article, on job or station assignment, hours worked and, where applicable, in other phases of employment.

### Section 3

The Company agrees that it will recall all **employee's** ~~persons~~ who have retained seniority in the reverse order in which they were laid off, **meaning** ~~That is,~~ the last **employee** ~~one~~ laid off will be the first **employee** recalled **within classification**, provided the employee still has the ~~physical fitness and~~ ability to perform the work required. Employees, including those that are laid off, have the responsibility to keep on file with the Company the address to which the notice to return to work is to be sent; and the Company agrees to notify such laid off employees not less than three (3) days, exclusive of Sundays, prior the date called back to work by certified mail or telegram. ~~and notify the Union of the same by mail.~~

### Section 4

Seniority shall terminate **upon**:

   a) ~~Upon D~~ischarge for just cause;
   b) ~~Upon Q~~uitting;
   c) Overstaying **an approved** leave of absence without permission;
   d) Engaging in gainful employment while on **approved** leave of absence, which shall be considered quitting;
   e) Laid off from work for a period of one hundred eighty (180) consecutive calendar days;
   f) ~~Upon F~~ailure to report to work as scheduled after layoff within three (3) days, exclusive of Sundays, after notification;
   g) Being absent from employment **for one day** without notifying the Company.

**Section 5**
The seniority of an employee promoted to a supervisory position shall be retained in the classification from which promotion was made for a period of ~~ninety (90) work days~~ **six (6) months** unless such employee is discharged for cause within such ~~ninety (90) workday~~ **six (6) month** period.


# Article 12, Job Vacancy

**Section 1**
Employees in the same job classification may exercise their seniority for the purpose of selecting shift and off days by filing a bid as outlined in section 2 below, provided the employee is qualified to perform the work.
Employees may exercise their seniority for the purpose of promotion to a higher rated job classification by filing a bid as outlined in Section 2 below, provided ~~however, that~~ the employee is qualified to **perform** ~~do~~ the work.

**Section 2**
Two types of bid forms may be filed.  Bid form for shift and days off within employee's current job classification, and bid form for promotion to a higher rated classification. Vacancies will be posted on the employee bulletin board within each kitchen for a period of three (3) days.

**Section 3 – New**
**There are four (4) steps for filling job vacancies:**

First:  Award the position(s) to the most senior qualified employee(s) in the job classification who have submitted a bid as outlined above for the shift and off days of the vacancy. ~~Then:~~

Second:  Award the resulting position(s) to the most senior qualified employee in a lower rated classification who have submitted a bid as outlined above for the job classification, shift and off days of the vacancy. ~~Then:~~

Third:  Return employees who are currently on layoff, by seniority provided, ~~however~~ the employee is qualified to **perform** ~~do~~ the work.

Fourth:  Fill remaining openings with new hires.

When filling such permanent job vacancies **assuming** ability ~~and physical fitness~~ being reasonably equal, seniority shall prevail.  It is understood that job vacancies subject to this procedure may, when necessary, be filled at the **Company's** ~~employer's~~ discretion temporarily to assure continuity of production. Temporary is defined as any period of time ~~thirty (30)~~ **ninety (90)** days or less except where a job is vacated due to a medical leave of absence, which may extend beyond ~~thirty (30)~~ **ninety (90)** days.
There will be at least one (1) annual bid within each respective kitchen, to determine shifts and off days within the current classification. ~~The first bid will be within three (3) months of ratification of the Agreement.~~

**Section 4 ~~3~~**

In the event any employee is promoted to a higher job classification and that employee is judged **by the Company in its sole discretion** to be ~~insufficiently in~~ineffective in that job, the employee will be returned to his previous job classification provided the demotion occurs within ~~ninety (90) days~~ **six (6) months** of the promotion. Furthermore, the employee may request to return to his former job classification at any time within the first ~~ninety (90) days~~ **six (6) months** following the promotion, however, the employee shall be barred from promotions to that job classification for a period of one (1) year.

## Article 13, Stewards and Union Officials

The Company recognizes the right of the **Council or** Local Union**s** to designate Stewards and Alternate Stewards from the Company seniority list. The authority of Stewards and Alternate Stewards so designated ~~by the Union~~ shall be limited to, and shall not exceed, the following duties and activities:

The investigation and presentation of grievances with ~~his employer or~~ **the Company or** the Company Representative in accordance with the provisions of the ~~collective bargaining agreement~~ **NMA**. The transmission of such messages and information, which shall originate with, and are authorized by the Local Union or its Officers, provided such messages and information have been reduced to writing; or if not reduced to writing, are of a routine nature and do not involve work stoppages, slow downs, refusal to handle goods, or any other interference with the Company's business.

Stewards and Alternates have no authority to take strike action, or any other action interrupting the Company business except as authorized by official action of the **Council** ~~Local Union. The Company recognizes these limitations upon the authority of Stewards and their Alternates, and shall not hold the Union liable for any unauthorized acts unless condoned, ratified or authorized by the Union. The Company in so recognizing such limitations shall have the authority to impose discipline, including discharge.~~

Stewards, upon notification to and approval by **the Company** ~~a supervisor,~~ shall be permitted reasonable time to investigate, present and process a grievance on the Company property and where mutually agreed to by the ~~Local~~ Union and Company, off the property without loss of time or pay. Such time spent in handling grievances during the Stewards regular working hours shall be considered working hours in computing ~~daily and/or~~ weekly overtime if within the regular schedule of the Steward.

The Stewards will **not** be considered the most senior employee for purpose of job bidding, layoff, and recall if currently in practice. **A Steward's seniority will be in accordance with the Steward's Company seniority.**

~~A Steward shall be present at all disciplinary investigations, and presentations. In the event that a Steward or Alternate is not available the employee may select another bargaining unit member to act as witness. An employee may request a Steward when disciplinary action is taken, or request a senior employee when no Steward is available.~~

## Article 14, Check-Off/Union Security Provision

No change to current language

## Article 15, Jury Duty

**Section 1.**  The Company will pay its employees who are required to serve on jury duty the difference between the amount paid them by the Court for such service and the amount the employee otherwise would have earned at work during the time of jury service, but not to exceed eight (8) hours in any one day, or forty (40) hours in any one week **for a maximum of two (2) weeks in any one (1) calendar year.**

**Section 2.**  In order to be eligible for jury duty pay, the employee must verify with certification of the Clerk of Court all times and days of service.  However, no payment shall be made under the provisions of this Article to any employee summoned for jury service unless he has informed the Company of his jury summons at least seven (7) days before the first day on which he is required to serve.

**Section 3.**  Said employee shall make him available for work for all days during said week when not required to serve on jury service. By failure to return to work as herein required, the employee will forfeit all jury duty pay for that term of his jury service.

## Article 16, Military Leave

No changes to current language

## Article 17, Sick Leave

All employees with one year or more will receive three (3) sick days each year, effective 1-1-2001 1/1/05.  ~~Effective 1-1-2003 all employees with one year or more shall receive four (4) sick days each year.~~

**Section 2. New**
**Effective 1/1/05 Local addendums that provide Bonus Days as incentives for attendance will no longer be administered, paid or applicable under this Agreement.**

## Article 18, Union Visitation

The representatives of the **Council** ~~Union~~, or of any **authorized** Local Union **agent of the Council** representing the employees of the Company, shall have the right upon ~~advanced notification or upon arrival~~ **a minimum of three hours** advance notification to visit the establishment or any department thereof ~~at reasonable~~ **during times of normal business as identified by the Company,** to investigate matters such as wages, hours, working conditions and grievances **provided that such visitation does not in the sole discretion of the Company, disrupt the work environment of such establishment or**

12

department (including but not limited to the presence of a customer or government official) and that the visiting party complies with any and all security guidelines pertaining to such establishment and or department; and shall be authorized to post official Union notices **on the designated union bulletin board** pertaining to conditions of employment ~~in a place conspicuous to the employees~~.

## Article 19, Funeral Leave

No change to current language

## Article 20, Leave of Absence

### Section 1

Leave of absence for Union Activities

The Company agrees to grant the necessary time off, without loss of seniority right and without pay, to any employee designated by the **Council or any authorized Local Union agent of the Council** ~~Union~~ to attend a labor convention or serve in any capacity on other official Union business, provided ~~forty-eight hours'~~ **seven (7) days** written notice is given to the Company ~~by the Union~~, specifying length of time off. The **Council and/or Local** Union **agents of the Council** agrees ~~that~~ in making its request for time off for Union activities due consideration shall be given to the number of employees affected in order that there shall be no disruption of the Company's operations due to lack of available employees.

### Section 2

Medical Leave

An employee will upon proper application be granted a medical leave of absence. The employee will furnish the Company, if requested, a written verification and/or prognosis of his condition and his intended date of return from his attending physician using a form provided by the Company. **The Company shall have the sole right to obtain Independent Medical Examination at the Company's expense to verify the need for the Medical Leave or any extension thereto.** Extension of a medical leave shall be granted when an employee confirms need with physician's documentation. An employee will retain and continue to accrue seniority during disability leave and extension **for a maximum of six (6) months.** The Company will abide by the Family Medical Leave Act guidelines **and the Company policy for its administration.**

### Section 3

Personal Leave

An employee upon written proper application may be granted a**n unpaid** personal leave of absence subject to operational requirements. The maximum leave of absence shall be thirty (30) days. The employee will retain and continue to accrue seniority during this **unpaid** personal leave **as long as the employee returns on or before the return date.** The Company shall have the sole discretion in granting such leaves of absence.

*T/A 1-29-04*

13

**Section 4**
All leaves of absence shall be applied for ~~and granted in writing with copies to theUnion, the Company and the employee.~~ in **writing and may be granted at the discretion of the Company and in accordance with applicable laws.**

**Section 5**
An employee returning from a**n approved** leave of absence, after notifying the Company at least seven (7) days in advance, shall be returned to their former job classification.

# Article 21, Vacation

**Section 1**. An employee, on reaching his ~~first (1st)~~ **second (2nd)** anniversary date of employment, shall be eligible for one (1) week vacation with pay provided the employee has worked at least one hundred eighty (180) days in the twelve (12) month period preceding such anniversary date. **There shall be no vacation entitlement and/or earnings during the first (1st) two (2) years of employment.**

**Section 2**. An employee, on reaching his ~~second (2nd)~~ **third (3rd)** anniversary date of employment, shall be eligible for two (2) weeks vacation with pay provided the employee has worked at least one hundred eighty (180) days in the twelve month period preceding such anniversary date.

**Section 3**. An employee, on reaching his fifth (5th) anniversary date of employment, shall be eligible for three (3) weeks' vacation with pay provided the employee has worked at least one hundred eighty (180) days in the twelve month period preceding such anniversary date.

**Section 4**. An employee, on reaching his fifteenth (15th) anniversary date of employment, shall be eligible for four (4) weeks' vacation with pay provided the employee has worked at least one hundred eighty (180) days in the twelve month period preceding such anniversary date.

**Section 5**. An employee, on reaching his thirtieth (30th) anniversary date of employment, shall be eligible for five (5) weeks' vacation with pay provided the employee has worked at least one hundred eighty (180) days in the twelve month period preceding such anniversary date.

**Section 6**. Employees cannot waive their vacation and draw double pay for work during the vacation period unless mutually agreed between the employee and the Company.

**Section 7**. Vacations will be taken between January 1st and December 31st of each year and such vacations shall be scheduled and posted not later than December 15th of each vacation year. Vacation bidding will be based on the overall company seniority within job classification, department and shift. Employees shall be permitted to choose their vacation periods subject to the requirements of the business. Preference in the choice of available vacation periods shall be granted on the basis of length of service; thereafter, an employee's chosen vacation shall not be changed unless unforeseen circumstances make such action necessary.

14

**Section 8.** When a holiday(s) occurs in an employee's scheduled vacation period, he shall receive compensation for the extra day(s) vacation in lieu thereof.

**Section 9.** For the purpose of calculating vacation, former United Airlines employees' seniority shall be inclusive.
**Section 10.  New**
**Employees who leave employment with the Company prior to reaching their anniversary date shall not be entitled to any prorated vacation payout.**

**Section 11.  New**
**Part-time employees that are scheduled less than thirty (30) hours do not qualify for vacation pay until such time as the employee achieves regular full-time status and reaches their anniversary date.**

## Article 22, Bulletin Boards

No change to current language

## Article 23, Pension and Retirement Plan/401K

**Section 1.** During the term of this agreement, the Company will administer and make total contributions for all eligible, full-time employees to the ~~Dobbs~~ **Gate Gourmet, Inc Defined Benefit** ~~Hourly Employee~~ Pension Plan.
Further, the Company agrees that should any general benefits ~~improvement~~ **changes** be adopted for the majority of Employees covered by the Pension Plan during the life of this Agreement, bargaining unit Employees covered by this Agreement shall be entitled to any and all such improvements so adopted.

**Section 2.**  All employees who have been employed by the Company for a period of one (1) year will be eligible to participate in the ~~Dobbs International Services, Inc.~~ **Gate Gourmet, Inc.** Bargained Employees' 401(k) Plan. The Company matching contribution will equal the first 3% of the employee's pre-tax contribution to the plan.

Guidelines for the plan will be established by the Company and distributed to eligible employees and the Union prior to the enrollment date.  Administration of the plan remains a Company prerogative.

## Article 24, Health and Life Benefit

**Section 1.**  Regular, full-time bargaining Employees will be eligible to participate in the Company's Health Care Program and the Basic and Supplemental Group Term Life/AD&D Insurance.  Regular, full-time Employees will become eligible to participate in these plans on the first day of the calendar month following ~~ninety (90) days~~ **one hundred and eighty (180) calendar days** of continuous employment.  The minimum life insurance provided will be in the amount of **10,000.00** ~~$8,000.00~~.  The provisions of all

15

these plans are contained in the plan descriptions themselves which are incorporated by reference hereto.

While administration of the plan remains a Company prerogative, bargaining unit Employee's contribution rates for the various health plans and optional life insurance will be the same ~~each year~~ as the **monthly** contribution rates for management/salaried employees.

Further, the Company agrees that should there be any change in the **schedule of** benefits ~~level~~ of the Health Care and life Insurance Plans during the term of this Agreement **such changes** it will apply to the Employees covered under this Collective Bargaining Agreement.

**The monthly dollar premium rates for employee contributions established by the Company for its plans, referenced above, shall apply equally to this Master Agreement and any other addendum agreements that provide for medical/dental benefits, life and AD&D insurance through any plan or plans other than what is provided by the Company and referenced in this Agreement.**

**In establishing the total monthly dollar premium rate, including both Company and employee's contributions, the Company shall also establish a maximum dollar amount for the Company's monthly contribution. This maximum dollar monthly Company contribution shall apply equally to Company plans, referenced above, and any addendum agreements that provide for medical/dental benefits, basic and supplemental group term life/AD&D insurance through any other plan or plans as contained in those addendums. In no event, however, shall the maximum monthly dollar Company contributions to any alternative plans, under addendums to this Master Agreement, ever exceed the established maximum Company monthly dollar contributions referenced above.**

## Article 25, Employee Quality Incentive Plan

Delete Article

## Article 26, Hours of Work and Overtime

**Section 1**
The workweek shall start at 12:01 a.m. Saturday and end at 12:00 midnight the following Friday.

**Section 2**
The Company agrees that the ~~standard~~ workweek **for full-time employees so scheduled** shall consist of forty (40) hours per week. However, it is understood that and agreed that neither the provisions of this Article or any other Article in the Agreement are to be considered as a guarantee of the availability in a work week of any particular number of days or hours per week for any employee. All hours worked in excess of forty (40) hours in a workweek shall be paid for at the rate of time and one half (1 1/2x) the employee's regular hourly rate. **For the purpose of calculating overtime hours, only hours worked in excess of forty (40) per week shall be paid at one and one half (1 ½) times the employee's regular hourly rate regardless of hours worked per shift. Hours worked in**

**excess of eight (8) hours per shift shall be paid at the regular hourly wage rate until the employee has worked forty (40) hours in the workweek.**

## Section 3
**A full-time** ~~An~~ employee's workweek **when so scheduled,** shall normally consist of five (5) workdays and two (2) days off.  In the event of an eight ~~(8)~~ **and one half (8 ½)** hour shift, the workweek shall consist of five (5) work days and two (2) days off.  In the event of a ten ~~(10)~~ **and one half (10 ½)** hour shift, the workweek shall consist of four (4) days with three (3) days off.

## Section 4
Overtime **assignments** may be required when necessary to complete customer service **or operational** obligations.  When overtime is required, the Company agrees to offer such overtime to the **qualified** employees in the affected classification on that shift in order of seniority (i.e., offer first to most senior employee, offer last to least senior employee).  In the event senior employees decline the overtime assignment, the least senior employee in the classification working said shift will be required to work the overtime assignment.

## Section 5
Any employee~~,~~ who performs work in a higher classification for one (1) hour or more in a day~~,~~ shall be paid at the higher classification rate for the time worked in the higher job classification.  Any employee~~,~~ who performs work in a lower classification during a day~~,~~ shall be paid at the rate of this regular job classification, ~~E~~ **e**xcept:

   a)  Where an employee is temporarily assigned to a lower classification to accommodate medical limitations; or
   b)  Where an employee is disqualified from a higher rated position; or
   c)  Where an employee is transferred (bidding) at his own request to another classification paying a lower rate~~,~~

## Section 6
All employees covered by this agreement will be granted a minimum of one thirty (30) minute lunch break without pay.

All employees covered by this Agreement will be granted one fifteen (15) minute break with pay before the lunch break and fifteen (15) minute break with pay after the lunch break for the purpose of relaxation.

# Article 27, Rights of Management

This ~~Agreement~~ **NMA** is not intended to interfere with, abridge or limit the ~~Employer~~ **Company** in the exercise of its function of management or the control of its business and the direction of its working force.  The Union will not interfere directly or indirectly with the employment, transfer, discharge or duties of any of the supervisory employees or other company personnel not included in the bargaining unit.

It is agreed that the extent of its operations and the nature of the work to be performed, to determine when any operation shall function or shall be changed or terminated or when services to the airlines and railroad shall be increased, decreased or changed, to maintain efficiency of employees; to make, publish and enforce rules of conduct, safety and appearance; to determine the number, extent and location of its operations; the

17

kinds to be used, to subcontract work; the schedules and the number of hours an employee shall work per day or per week; to hire, classify; to create new jobs and abolish jobs or combine jobs, are solely and exclusively the responsibility of the ~~Employer~~ **Company**. It is the responsibility and right of the ~~Employer~~ **Company** to maintain discipline; to transfer, promote, demote, retire, layoff, suspend, discipline or discharge employees for just cause. Such rights shall be subject to the limitation, if any, imposed by other Articles of this ~~Agreement~~ **NMA**.

**It is entirely within the discretion of the Company to unilaterally change, eliminate, and/or modify any term and condition of employment not specifically provided for in this Agreement.~~, during the term of this Agreement and/or after the amendable date of this Agreement should a renewal Agreement not be reached by the parties.~~**

## Article 28, Drug/ Alcohol Testing Policy

~~The parties have agreed that the procedures as set forth herein shall be the methodology for all testing and will be modified only in the event that further Federal legislation or Department of Transportation (DOT) regulations require revised testing methodologies or requirements during the term of this Agreement. Should other categories or types of testing be required by the government, the Company will notify the Union of its procedure.~~

Replace with the following:

**The Company and the Union agree that the Company shall maintain drug and alcohol testing policies in accordance with Department of Transportation (DOT)/Federal Motor Carrier Safety Administration (FMCSA) regulations and customer requirements.**

**The Company will notify the Union if Federal legislation or the DOT/FMCSA requires revisions to the methodology, categories or types of drug and alcohol testing.**

### Employees Who Must Be Tested

~~Dobbs~~ **Company** employees subject to Department of Transportation <u>mandated</u> drug testing are drivers and loader helpers of vehicles with a vehicle weight rating over 26,000 pounds, requiring a commercial driver license (CDL) or in a safety sensitive position. This includes employees who relieve for vacations or other temporary vacancies. In addition to testing mandated employees, controlled substance testing will be part of pre-qualification conditions for safety sensitive positions and those persons transferring to a safety sensitive position. Individuals who bid for a safety sensitive position are subject to being tested for controlled substances before being accepted into such a position.

Employees covered by this ~~Collective Bargaining Agreement~~, **NMA** who are not subject to DOT/**FMCSA** mandated drug testing, are subject to reasonable cause/suspicion, **post-accident and** post-on-the-job-injury testing as provided herein.

18

**Laboratory** Testing

Because of the consequences that a positive test result has on an employee, the Company will employ ~~a very accurate, two-stage testing program (screening and confirmatory). Urine samples will be analyzed by a highly qualified, independent laboratory, which is certified by the Nation Institute of drug Abuse (NIDA). All samples will be tested according to DOT drug testing requirements.~~ **analytical testing methods in accordance with Department of Health and Human Services (DHHS)/Substance Abuse and Mental Health Services Administration (SAMSHA) protocols. These methods include initial, validity and confirmation tests. Urine specimens will be analyzed by laboratories certified by the DHHS/SAMSHA.**

~~Laboratory Testing~~

~~All laboratories selected by the Company for analyzing controlled substances testing specimens will be NIDA certified.~~

**Types of Testing Required**

The Company's testing format will include the following:

a) When there is reasonable **cause**/suspicion,

b) To aid the investigation of ~~serious~~ **all** accidents, **and** all vehicle accidents. (Drivers and Loader Helpers involved or present at the accident.)

c) Prior to assignment in safety-sensitive positions,

d) During an employees' probationary period.

e) When an employee is involved with an on-the-job injury. ~~which requires medical attention.~~

**Pre-Qualification Testing for Safety-Sensitive Positions**

~~Upon reasonable cause,~~ The Company ~~will~~ **shall** require ~~an~~ **any** employee **who bids and/or transfers into a safety sensitive position to submit to a controlled substance test before the employee is accepted into the safety sensitive position.** ~~to be tested for the use of controlled substances.~~

~~Reasonable cause is defined as an employee's observable action, appearance, or conduct that clearly indicates the need for a fitness for duty medical evaluation.~~

**Reasonable Cause/Suspicion - New**

**Upon reasonable cause, the Company will require an employee to be tested for the use of controlled substances and/or the use of alcohol.**

Reasonable cause is defined as an employee's observable action, appearance, ~~or conduct that clearly indicates the need for a fitness for duty medical evaluation.~~ **conduct, speech or body odor indicative of the use of a controlled substance and/or alcohol.** ~~The employee's conduct must be witnessed by at least two (2) supervisors, if available. When the supervisor(s) confronts an employee, a Union employee, should be made available.~~ **In the event the test result is positive, adulterated or substituted, it shall be considered a dischargeable offense.**

19

**Non-DOT Reasonable Cause/Suspicion**

In the event an employee (not covered by DOT **regulations)** is tested, such test will be performed under the same procedures as ~~previously stated~~ **described above.** In the event the test result is positive, **adulterated or substituted**, it shall be considered a dischargeable offense.

**Post Accident Testing**

~~Where a driver~~ When any driver and loader helper, ~~are~~ **or any employee is** involved **in** ~~with an~~ **any** accident ~~(vehicle/aircraft),~~ the ~~driver and loader helper~~ **employee** will be required to submit to drug **and** alcohol testing.

**Random Testing Random Employee Selection**

The procedure used to randomly select employees for drug and alcohol testing in compliance with the DOT regulations will be a computer program specifically intended for such an application.

The **computer** program ~~will utilize an internal computer clock procedure to~~ **shall** randomly select ~~general lists~~ **the names or social security numbers of the required number** of employees ~~mandated for testing by the Department of Transportation/Federal Highway Administration~~ **from the total pool of affected employees.** ~~The computer shall randomly select the required number of employees fro the total pool of affected employees.~~ **The Company shall maintain the list or true copies of the lists.** The lists will be maintained and made available for review by ~~Local~~ Union representatives **upon written request**.

The parties agree that no effort will be made to cause the system and method of selection to be anything but a true random selection procedure ensuring that all affected employees are treated fairly and equally.

The parties further agree not to amend or change the current method of random selection as described herein without prior agreement with the parties.

**Post ~~On-the-Job~~ Injury**

When an employee is involved with an on-the-job-injury, ~~which requires medical attention~~, the employee will submit to a drug and alcohol test. Such test will be performed under the same procedures as previously stated. In the event the test result is positive, **adulterated or substituted** it shall be considered a dischargeable offense.

**Split Sample Procedure**

~~A~~ **S**plit sample**s of urine specimens** will be secured and an employee who tests positive may have the split sample tested at a ~~NIDA~~ **DHHS/SAMSHA** certified lab at the employee's expense. The employee must request the split sample test within 72 hours of notification by the MRO.

**Paid for Time**

Employees **required by the Company to submit to drug and/or alcohol testing** shall be paid for all time from the place of employment to the collection site and for all the time at the collection site.

20

**Disciplinary Action**

Employees may be subject to discipline up to and including discharge as provided below if they test positive, **refuse to submit to test or provide an adulterated or substituted specimen** for drugs **or alcohol.** ~~specified elsewhere in the Article.~~

1. Reasonable Cause/ Suspicion Testing
a) A positive, **adulterated or substituted** test is a dischargeable offense.
b) Refusal to submit to a reasonable cause/suspicion drug **or alcohol** test is a dischargeable offense

2. Post Accident Testing
a) A positive, **adulterated or substituted** test is a dischargeable offense.
b) Refusal to submit to a post-accident drug **or alcohol** test is a dischargeable offense.

3. Random Testing
a) A positive ~~test result – employee is subject to successfully complete a rehabilitation program. The employee will enter into a rehabilitation program within fifteen (15) calendar days after test results. Employee will be subject to random testing for twelve (12) months after the completion of the rehabilitation program. (An employee will be permitted appositive test result only once during his tenure with the Company.),~~ **adulterated or substituted test is a dischargeable offense.**
b) Refusal to submit to a random drug **or alcohol** test is a dischargeable offense.

4. Pre-Qualification Testing for Safety Sensitive Positions
a) A positive, **adulterated or substituted** test is a dischargeable offense.
b) Refusal to submit to a pre-qualification drug **or alcohol** test is a dischargeable offense.

5. Post -On- The-Job-Injury
a) A positive test is a dischargeable offense.
b) Refusal to submit to a post injury drug **or alcohol** test is a dischargeable offense.

The Company **and the Union** ~~further~~ agrees ~~that~~ if an employee(s) recognizes that he/she has an alcohol or drug abuse problem, and voluntarily identifies this problem to the Company, the Company will allow the employee(s) **unpaid** time off to seek professional assistance**, at the employee's expense.** The employee will be permitted to utilize any applicable ~~contractual~~ benefit for this absence. It ~~should totally be~~ **is** the responsibility of the employee(s) to recognize the problem and come forward to the Company prior to **any investigative or** disciplinary situation ~~normally resulting in suspension, subject to discharge.~~ The Company agrees to provide the employee(s) with a confidential method to contact professional assistance.

An employee ~~who is~~ subject to a ~~substance abuse~~ **drug or alcohol** screening will be suspended~~,~~ pending the outcome of the screening. If the results are negative, ~~he~~ **the employee** will be returned to work and paid for ~~all~~ **any** lost wages. If the results are positive, ~~he~~ **the employee is subject to** ~~will be~~ discharge~~d~~.

# Article 29, Invalidation Clause

No change to current language

21

## Article 30, Payroll Period

**Section 1**. The work week ~~and pay period~~ shall start at 12:01 a.m. on Saturday and end 12:00 midnight the following Friday.

**Section 2.** ~~All Employees covered by this Agreement shall be paid in full each week. Payroll checks will be made available for Employees on Thursday of each week following the work week and pay period.~~ **Where legally permitted, all employees covered by this NMA shall be paid every two weeks. Paychecks shall be made available for employees on Thursday following the two week pay period covered.**

**Section 3.** Employees shall be paid in full when laid off or discharged **in accordance with applicable Law. Absent a requirement to pay a laid off or discharged employee sooner, p**ayment of wages will be made in a timely manner at the next scheduled pay day.

**Section 4**. Employees shall be provided with an itemized statement of gross earnings and all deductions.

**Section 5**. Employees will have an option to participate in direct deposit program.

~~Probation.~~ Newly hired employees shall be on probation **as described in Article 11 – Seniority/Loss of Seniority of this NMA** ~~for the first ninety (90) calendar days of employment.~~ During that period, the Discharge, Grievance, Arbitration and Seniority articles of this Agreement shall not apply to the new employee. Neither shall any fringe benefit provisions of this Agreement apply. ~~, except named holidays.~~ Upon completion of the probation period, seniority shall date from the most recent hire date.

## Article 31, Reporting Pay

Any employee reporting for work on **their** ~~a~~ regular shift and not permitted to work shall receive **two (2)** ~~four (4)~~ hours pay at the employee's regular rate. ~~, and any employee who regularly works a four-day, ten-hour work week and reporting for work on a regular shift and not permitted to work shall receive five (5) hours pay at the employee's regular pay rate.~~ This provision shall not apply in the case of fire, strike, utility failure, acts of God or any other conditions beyond the control of the Company. Any part-time employee who reports to work as scheduled or as requested on a given day, shall be guaranteed **two (2)** ~~four (4)~~ hours work or pay in lieu thereof.

## Article 32, Safety and Health

~~The Employer shall continue to make reasonable provisions for the safety and health of its employees at the plant during the hours of employment, protective devices, on equipment, and /or clothing necessary to properly protect employees from injury shall be provided for and maintained by the employer, when required by the employer.~~ **The Company shall continue to comply with all applicable Safety and Health laws.** In the event a work related injury or illness that requires serious immediate medical attention away from the workplace, the employer will provide transportation to the medical facility and back to the workplace.

## Article 33, ~~Transition Agreement~~ Addenda Agreement

Upon the ~~ratification~~ **effective date** of this Master Agreement, the following guidelines must be adhered to:

All local addendums must be extended to have a common amendment date of ~~May 30, 2004~~ _____ and substitute the Grievance and System Board of Adjustment procedures/processes **contained in the N.M.A.** for any Grievance and/or Arbitration articles in **any** ~~current~~ local addendums.  ~~All local issues and interpretations will be governed by the superior conditions clause attached hereto.~~

Local supplement amendments will be for only economic issues relating to the local addendums in place at this time except, that there will be no additional entry or participation by the Company, or its employees, in any multi-employer pension/retirement or Health and Welfare fund/plans.  Local supplements will be amended on the dates identified herein as Attachment A, unless amended or extended by mutual **written** agreement.  Non-economic language **for each local addendum will be governed by the N.M.A. unless the Company and Council mutually agree in writing otherwise.** ~~will be frozen in each respective local addendum until May 30, 2004.~~

In the event any Local Union cannot reach agreement on their local addendum and economic re-openers, the issues of dispute will be taken to the System Board of Adjustment for review, ~~and~~ settlement **and, if necessary, arbitration.**

## Article 34, Superiority Agreement

It is understood between the Company and the Union that **the governing document for all terms and conditions in the Master Agreement and all addenda attached hereto shall be this NMA.  The NMA at all times and for all purposes shall be the superior document.** ~~no employee in any location will suffer a reduction in any wages, or benefits from his present level as a direct result of this Master Agreement. Furthermore, if any local Addendums terms and conditions exceed the terms and conditions of the Master, then the local Addendum shall apply during the term of the Master Agreement. In instances where the Master Agreement language and / or benefits are superior to the local addendum, the Master Agreement will apply at the time the Local Addendum is subject to amendment.~~  **In the event of any conflict or disparity between the NMA and any addenda the terms of the NMA are superior, govern and control.**

23

## Article 35, Wages

Contract wage~~s increases~~ for all classifications **and all current hourly rates in all rate progressions for all cities including those covered by addenda agreements**, in accordance with the National Master Agreement shall be effective as follows:

| Effective: | Adjustment ~~Increase:~~ |
|---|---|
| 6/1/04 | - 10% |
| 6/1/05 | 0% |
| 6/1/06 | + 5% |
| 6/1/07 | + 5% |

**Additionally, all current wage structures covered by addenda agreements, shall have the progression steps capped at the 1 year rate (adjusted by the %'s outlined above).**

Part-Time Positions  New

**The company has the right to establish, schedule, and/or utilize part-time positions within its operations as part of an on-going effort to maintain efficiencies as it relates to the number of employees required to support the business needs of the company. These positions are considered part of the bargaining unit under said guidelines.**

a) **Part-time is defined as less than thirty (30) hours in a workweek.**

b) **Part-time positions may be utilized within all job classifications regardless of the specific duties of the job and shall not be treated as a separate job classification or as 'relief' for full-time positions.**

c) **Employees holding part-time positions are not eligible for Health & Life Benefits or sick, holiday, or vacation benefits or any other benefit provided for yet not expressed specifically under the terms of this agreement.**

d) **All positions will be bid by seniority regardless of the number of hours assigned to the position. An employee may bid for a part-time position by exercising their seniority. Employees who are subject to lay-off may exercise their seniority for a part-time position according to the guidelines set forth in the NMA.**

e) **An employee working (30) thirty hours or more on a regular basis will be considered 'full-time' and will become eligible for all benefits as outlined in the NMA. "Regular basis" is defined as twelve (12) consecutive workweeks.**

24

**Employee Meals  New**

The company's sole responsibility with regard to employee meals is to ensure that employees have a designated space to consume their meals and a method of either storing meals they bring with them to work; the time and means to leave for lunch; a payroll deduction system, whereby employees would consume meals made by the employer or contracted entity and receive a payroll deduction for the cost of the meal as set by the Company.  It is understood that the company is not responsible for providing employees with meals.

## Article 36, Amendment

This Agreement shall become effective ~~June 1, 2000~~ _____and thereafter remaining in effect until changed in accordance with the provisions of the Railway Labor Act.  Neither party shall, prior to April 1, ~~2004~~ _____serve a notice on the other party, pursuant to section 6 of the Railway Labor Act, to change any term of the Agreement, which change shall not be effective prior to ~~June 1, 2004.~~_____

For Gate Gourmet

For The Employee's Representative Council

_____

_____
IBT

_____

_____
HERE

25

**Attachment A**

| Teamsters | Amendment Date | HERE | Amendment Date |
|---|---|---|---|
| ATL | 5/30/04 | ORD | 3/27/03 |
| JAX | 5/30/04 | LAS | 5/31/04 |
| LAX | 5/30/04 | MIA | 12/03/03 |
| MEM | 5/30/04 | EWR | 5/31/04 |
| MSY | 5/30/04 | OAK Amtrak | 3/31/05 |
| PHL | 5/31/04 | SFO | 5/31/04 & 3/2/06 |
| SFO | 5/31/04 | PHL | 5/31/04 |
| STL | 5/31/04 | SEA Amtrak | 5/31/04 |
| IAD | 4/04/04 | | |
| ORD | 5/30/04 | | |

26

**Letter of Understanding**

**Delete**

~~All existing units will maintain their existing holiday schedules in accordance with area standards and practices prior to January 1, 2000~~1.


~~For Gate Gourmet/Dobbs~~                      ~~For The Employee's Representative~~
                                                ~~Council~~


_____                      _____
                                                IBT


_____                      _____
                                                HERE


27

# EXHIBIT 2

**(Gate Gourmet's Proposal to Cut Wages and Benefits
Dated October 21, 2004)**



# Gate Gourmet

## Article I, Recognition

RECOGNITION, SCOPE, AND PATTERNS OF REPRESENTATION
Recognition
Gate Gourmet, Inc. (the "Company") recognizes the IBT/HERE Employee Representatives' Council, (the "Council") as the collective bargaining representatives of all Company employees working at facilities covered by this Agreement with the authority and obligation to represent them for all purposes of the Railway Labor Act, as amended.

This collective bargaining agreement and any formal letters of agreement between the Company and the Union may be collectively referred to as the "National Master Agreement" (NMA). It is agreed by the parties that Local Addendums consistent with the National Master Agreement maybe entered into at the local level between the Company and affiliates of the Council. It is further agreed that supervisory personnel shall not perform work customarily performed by employees in the bargaining unit, except when extraordinary conditions requisite temporary exceptions to this agreement.

The Company understands that the Council will designate, under Section 2 Third of the Railway Labor Act, IBT and HERE and other AFL-CIO affiliated labor organizations to act as the bargaining representatives and agent for the Council and it is hereby agreed that the term "Union" as used in this Agreement shall refer to the Council. Where the context so indicates, the term "Union" shall also' refer to IBT and/or HERE.

Scope
This Agreement covers all present and future kitchen, commissary and catering work assigned by the Company to its employees, including related work performed by the Company employees at facilities for which the Union has been designated as the bargaining agent for employees in the system wide basis craft or class; provided that this Agreement shall not apply to managers, supervisors, guards, office-clerical employees, . employees based outside of the United States, its territories and possessions or work assigned to or performed by employees of any company that is not a party to this Agreement.

If there are any conflicts between any Articles and/or Sections of the NMA and any Articles/Sections of any local addendums, the NMA will be the controlling agreement and will be deemed superior for all intents and purposes.

It is understood between the parties that existing patterns of representation as between HERE and IBT at locations where both organizations currently represent employees, or at locations where only IBT or HERE exclusively represent employees, shall be preserved.

1

## Article 2, Transfer of Company Title or Interest

This Agreement and the supplemental addendums hereto and hereinafter referred to collectively as "Agreement', shall be binding upon the parties hereto, their successors, administrators, executives and assigns.

The Company shall give notice of the existence of this Agreement to any purchaser of operations covered by this Agreement or any purchaser of any part thereof. Such notice shall be in writing with a copy to the respective International Union and local union, at the time the seller executes a contract for sale. The Union shall also be advised of the general nature of the transaction, not including financial details. In the event that the Company fails to require the purchaser to assume the obligation of this Agreement, the Company, (including partners thereof) shall give the Union sixty (60) days notice in writing, after which the Company or the Union shall not be liable for any all damages sustained as a result of such failure to require assumption of the terms of this Agreement.

## Article 3, Uniforms

Employees may receive standard uniforms as designated by Company Policy and in accordance with applicable laws at no cost. The Company may replace or repair all uniforms for employees on an exchange basis, when the uniforms are no longer serviceable through fair wear and tear in accordance with Company designated appearance standards. If the uniform must be replaced within the first year of issue because of damage, the employee will be required to purchase the replacement uniform at a cost determined by the Company. If the uniform is lost, stolen or damaged, the Company will deduct the replacement value of a uniform from the employee's paycheck.

Employees are required to maintain their uniforms and general appearance in a fashion that is clean and orderly. Smocks or other alternative clothing may be furnished by the Company in lieu of uniforms. Employees must wear the uniforms or other alternative clothing furnished by the Company. Employees shall not wear such uniforms or other alternative clothing except while working for the Company and, where permitted by the Company, while going to and from work. The Company shall not be required to furnish or pay for laundering or cleaning of uniforms.

Employees must provide a signed authorization to deduct from wages, moneys for all uniforms furnished, but not returned when an employee is terminated or resigns. A schedule of costs will be prepared by the Company with the total cost for the lost uniforms. The employee will return the uniforms upon termination of employment or the Company will deduct the value of the unreturned uniform from the employee's final paycheck.

## Article 4, No Strikes and No Lock Outs

**Section 1.** From the effective date of this Agreement through thirty (30) days following the date, if any, that the parties are released from mediation by the National Mediation Board in connection with negotiations for a successor Agreement (the "Release Date"), neither the Union nor any employee covered by this Agreement shall sanction, approve of or engage in any type of strike, work stoppage, "sick outs", wildcat strikes, "unauthorized meetings", "unauthorized walk and work" activity, including slowdowns, picketing, refusal to cross a picket line at any location or site or other curtailment or interference with Company's production, delivery of services to customers or operations, or take any action which results in the foregoing, even in sympathy with disputes involving any other labor organizations, any groups of employees or individual employees. During the term of this Agreement, the grievance procedure herein shall be the exclusive means of settling a claim or dispute over the meaning or application of this Agreement raised by an employee or the Union against Company.

**Section 2.** Upon written request by then Company, the Union will immediately notify all employees both orally and in writing that a strike, stoppage, slowdown, or any other interruption of work is completely prohibited, is unauthorized and in violation of this Agreement; and that the employees involved are required to immediately cease the violation of this Agreement and immediately return to work. Further, the Union will take such other prompt and vigorous steps as are necessary to end such violation. In the event there is any prohibited or unauthorized strike, stoppage, slowdown or any other interruption of work during the term of this Agreement, the Company shall not be required to negotiate upon the merits of the dispute until such time as the violation(s) of this Agreement are completely and fully terminated. Any employee who is responsible for or who participates in any acts or conduct prohibited by this Article is subject to permanent replacement or any other action as solely determined by the Company subject to appeal by the employee or employees involved under the Grievance and System Board Procedure provided in this Agreement solely, and only, on the question of guilt.

**Section 3.** All employees who hold a position of steward occupy a position of special trust and responsibility in maintaining and bringing about compliance with the provisions of this Article. Accordingly, the Union agrees, upon execution of this Agreement, to notify in writing all Union stewards of their obligation and responsibility in maintaining compliance with this Article including their responsibility to abide by the provisions of this Article by remaining at work during any interruption(s) which may be initiated by other employees/members. In the event of breach of this Article by other employees and, upon the request of the Company, the Union will immediately, both orally and in writing, encourage and demand employees violating Section (1) of this Article to immediately return to work. The Company may permanently replace or take any other action toward any employee or all employees who violate(s) Section (1) of this Article.

**Section 4.** During the term of this Agreement, the Company shall not engage in any lockout of employees. However, shutting down the Company's operations, or any part thereof, for the purpose of taking inventory, for vacation shutdowns, for any economic reasons, or because of a breakdown or cessation of operations for a cause beyond the control of the Company shall not be considered a lockout.

3

## Article 5, Maintenance of Standards

Unless modified by mutual written agreement, the Company agrees that all conditions of employment relating to wages, hours of work, overtime differentials and general working conditions, other than those specifically referred to in this Agreement, shall be maintained at not less than the highest standards in effect at the time of the signing of this Agreement, and the conditions of employment shall be changed, upon amendment wherever specific provisions are made elsewhere in this Agreement for such purpose. It is agreed that the provisions of this Section shall not apply to inadvertent or bona fide errors made by the Company or the Union in applying the terms and conditions of this Agreement if such error is corrected within ninety (90) days from discovery of the error.

Any change or modification of the NMA mutually agreed upon between the Company and the Council at the System Board of Adjustment, or otherwise, shall be binding upon all parties and all employees affected, provided such change or modification is reduced to writing and signed by duly authorized agents of the Company and Council.

## Article 6, Non-Discrimination

No employee shall be unlawfully discriminated against in any manner pertaining to hiring, wages, hours and working conditions because of his race, color, religion, creed, national origin, age, sex, sexual orientation, mental or physical handicap and disabled veterans or veterans of the Vietnam era, or because of his seeking redress through the grievance procedure for alleged grievances or for legitimate Union activities. The Company and the Union further agree not to discriminate against any employee because of age where such discrimination is in violation of applicable Federal statutes. The Company and the Union further agree not to discriminate against any employee under the Family and Medical Leave and American Disabilities Acts. Whenever in this agreement the masculine gender is used, it shall be deemed to include the feminine gender.

## Article 7, Discipline & Discharge

**Section 1.**  The Company shall not discharge any employee nor impose any disciplinary action against any employee except for just cause. Discharge or discipline must be by written notice to the employee and the local union and must set forth the specific nature of the offense. The Company shall have the right to establish reasonable rules for the conduct of employees not inconsistent with the terms of this Agreement. This Section does not apply to probationary employees.

**Section 2.**  Employee Corrective Action Notices shall be maintained in the employee's personnel file for a period of twelve (12) months from the time of issuance.

**Section 3.**  Warning notices must be issued no later than fifteen (15) days after the violation occurs, or fifteen (15) days after the Company becomes aware of the action giving rise to the violation unless the employee is absent on the fifteenth (15th) day, in which case this period shall be extended until the employee returns to work.

## Article 8, Paid Time Off

4

The Company will provide Paid Time Off (PTO) to eligible employees on an annual basis under the terms and conditions identified below.

**Section 1.**
Regular full-time employees who have completed one (1) full year of employment but less than five (5) full years of employment and are scheduled thirty (30) hours or more per week will earn 6.6666 hours for each completed month of work in a calendar year for a maximum total of eighty (80) hours per calendar year. Regular full-time employees who have completed five (5) full years of employment and are scheduled thirty (30) hours or more per week will earn ten (10) hours of PTO for each completed month of work in a calendar year for a maximum total of one hundred twenty (120) hours per calendar year.

PTO must be taken in eight hour increments. The employee must schedule all PTO and receive approval from the Company in advance of taking the PTO with the exception of sixteen (16) hours which maybe used at anytime without advanced notice to the Company. The Company, in its sole discretion, has the right to limit the number of employees on any given day or week to ensure a continuity of production and service levels to the customers.

PTO must be taken in eight hour increments. The employee must schedule PTO and receive approval from the Company a minimum of one week in advance. The Company, in its sole discretion has the right to limit the number of employees on any given day or week to ensure a continuity of production and service levels to the customers.

**Section 2.**
Employees classified as Part-Time are not eligible for PTO.

**Section 3.**
Earned PTO hours may not be carried over to the next calendar year. Any earned PTO hours not used in the calendar year in which the PTO is earned, will be paid to employees on the last pay period in December of the same calendar year it is earned, or upon the employee's termination, whichever event occurs first.

**Section 4.**
PTO is earned and paid at an employee's regular straight time payrate.

**Section 5.**
Employees shall be allowed to use PTO during any absence in which the employee is caring for a family member who has a health condition as defined in the FMLA leave.

**Section 6.**
Unless specifically provided for in this Agreement, this Article encompasses all PTO to which eligible employees are entitled.

**Article 9, Grievance Procedure**

**Section 1:**
Should differences arise between the Company and any employees as to the meaning and application of the NMA, or if any other controversy or grievance arises, an earnest effort shall be made as promptly as possible to settle such differences in the following manner:

**Step 1:** The employee and or the union having such grievance, with or without the Steward, shall file a written grievance within seven (7) calendar days of the action giving rise to the grievance. The employee and his immediate supervisor will make a good faith effort to resolve the grievance. The supervisor will give a written response to the grievance (whether resolved or not) within seven (7) calendar days of the action giving rise to the grievance.

Should an employee request that a Steward be present to discuss the grievance, the supervisor will arrange for the Steward to attend the grievance meeting. If the grievance is not satisfactorily settled, then the grievance may be appealed to Step 2.

**Step 2:** If not resolved at Step 1, the grievance may be appealed by either the Union Representative, Chief Steward, Shop Steward and/or aggrieved employee to the General Manager or his designated representative. Any such appeal must be in writing and must be submitted within seven (7) calendar days following the receipt of the supervisor's written response. The General Manager will give an answer in writing, with a copy to the union, within seven (7) calendar days following the receipt of the notice of appeal. If the grievance is settled or withdrawn, the Union Representative and the Company will put the withdrawal or settlement in writing on the grievance form. If the grievance is not satisfactorily settled, then the grievance may be appealed to Step 3. (Policy grievances may be filed at Step 2 directly).

**Step 3:** If not resolved at Step 2, the Union may appeal to the Senior Human Resources Manager (SHRM) or his designated representative. Any such appeal must be in writing and must be submitted within seven (7) calendar days following the receipt of the General Managers written response. The SHRM or the SHRM's designated representative shall meet with the Union and answer the grievance in writing within fourteen (14) calendar days following the receipt of the notice of appeal. In order for said notice of appeal to be proper and valid it must be sent by the Union to the SHRM or their designated representative and the affected General manager of the unit in which the grievance occurred.

**Section 2:** All grievances must be submitted as provided in Step 1 above within seven (7) calendar days of the Company's action giving rise to the grievance, or the grievance shall be considered to be waived and may not thereafter be submitted for adjustment in any forum. Any grievance that is not appealed from one step of the grievance procedure to the next step within the time limits set forth above (such time limits may be extended by written agreement) shall be considered settled on the basis of the last decision given and shall not be subject to further adjustment in any forum or collective bargaining. Should the Company fail to meet the time limits specifically set forth in Step 3 of this grievance procedure, it shall forfeit the grievance in favor of the Union.

Section 3: All grievances not settled in these steps may proceed to the System Board of Adjustment.

6

**Step 4:**
All grievances not withdrawn, settled or time barred in or by these steps may only proceed to the System Board of Adjustment. Any such appeal must be in writing and must be submitted within fifty (50) calendar days of the action giving rise to the grievance.

## Article 10, System Board of Adjustment Procedures

The System Board of Adjustment shall be composed of two members designated by the Union and two members designated by the Company. The Board shall meet two (2) times per year at a location mutually agreed upon by the parties. In the event there are no grievances to be heard the board may cancel such meeting upon mutual agreement.

The System Board shall only be empowered to make a finding or decision with respect to existing or proposed contract language for either the NMA covering any non-probationary employee covered by this agreement who are terminated or disciplined to the extent of loss of pay by the Company, and such finding or decision shall be final and binding upon the employee, and all parties to the dispute.

If the Board deadlocks, the Union may appeal the case to arbitration within ten (10) calendar days of the day the System Board deadlocks or the grievance shall be considered to be waived and may not thereafter be submitted to Arbitration or any adjustment in any forum. In the event the Union appeals the decision to arbitration the Company and the Union shall attempt to mutually agree to an acceptable impartial Arbitrator. If the parties are unable to agree on an Arbitrator they shall then request a panel of seven (7) Arbitrators to be provided for by the National Mediation Board (NMB) or Federal Mediation and Conciliation Service. The parties shall alternately strike names from the panel with the remaining arbitrator selected to hear and resolve the dispute. The Arbitrator shall have no authority to add to, or subtract from, or modify the terms of this Agreement. The arbitrator's decision shall be rendered within thirty (30) days from the date of the close of the hearing. The cost of the Arbitrator shall be borne equally between the Union and the Company.

## Article 11, Seniority/Loss of Seniority

**Section 1**
Seniority shall govern as to layoffs and rehiring. New employees shall be employed on a trial basis for six (6) months. During this period, their retention as employees is entirely at the discretion of the Company. The provisions of this Agreement shall not apply to probationary employees. Following completion of the probationary period, his/her seniority date shall be his/her most recent date of hire or rehire.

Effective January 1, 2007 employees shall be employed on a trial basis for three (3) months. By mutual agreement between the Company and the local union an employee may have his/her probationary period extended by an additional three (3) months with the entire probationary period not to exceed six (6) months from the date of

7

hire. If either party is not in agreement to extend the probationary period then the employee is subject to termination.

**Section 2**
In the event the Company finds it necessary to layoff employees because of the lack of work or reduction in business, such layoffs shall be on the basis of Company seniority within the classification. Seniority shall be defined as the length of service an individual has with the Company. The employee having the shortest period of continuous employment with the Company within the classification shall be laid off before any other employee. The displaced employee within the classification affected shall have the opportunity to bump into the next lower classification provided the employee has more Company seniority than the least senior employee within the lower classification and is qualified to perform the work. This is the only time that Company seniority shall be considered without regard to classification seniority. The employee affected by the displaced employee will be laid off and will not have the opportunity to bump into the next lower classification. The senior employees shall have preference of full-time employment at all times where it is available. Both seniority and ability shall govern except as provided in this Article, on job or station assignment, hours worked and, where applicable, in other phases of employment.

**Section 3**
The Company agrees that it will recall all employee's who have retained seniority in the reverse order in which they were laid off, meaning the last employee laid off will be the first employee recalled within classification, provided the employee still has the ability to perform the work required. Employees, including those that are laid off, have the responsibility to keep on file with the Company the address to which the notice to return to work is to be sent; and the Company agrees to notify such laid off employees not less than three (3) days, exclusive of Sundays, prior the date called back to work by certified mail or telegram.

**Section 4**
Seniority shall terminate upon:

    a) Discharge for just cause;
    b) Quitting;
    c) Overstaying leave of absence without permission;
    d) Engaging in gainful employment while on leave of absence, which shall be considered quitting;
    e) Laid off from work for a period of one hundred-eighty (180) consecutive calendar days;
    f) Failure to report to work as scheduled after layoff within three (3) days, exclusive of Sundays, after notification;
    g) Being absent from employment for one day without notifying the Company.

**Section 5**
The seniority of an employee promoted to a supervisory position shall be retained in the classification from which promotion was made for a period of six (6) months unless such employee is discharged for cause within such six (6) month period.

# Article 12, Job Vacancy

**Section 1**

Employees in the same job classification may exercise their seniority for the purpose of selecting shift and off days by filing a bid as outlined in section 2 below, provided the employee is qualified to perform the work.

Employees may exercise their seniority for the purpose of promotion to a higher rated job classification by filing a bid as outlined in Section 2 below, provided the employee is qualified to do the work.

Any full-time job vacancies for a new full-time position shall be posted for a period of 5 working days. Such openings shall contain an adequate description of the job duties, the wage rate for the position and the hours involved.

## Section 2

Two types of bid forms may be filed. Bid form for shift and days off within employee's current job classification, and bid form for promotion to a higher rated classification.

Bid forms must be completed accurately and legibly and submitted in a timely fashion.

First: Award the position(s) to the most senior qualified employee(s) in the job classification who have submitted a bid as outlined above for the shift and off days of the vacancy. Then:

Second: Award the resulting position(s) to the most senior qualified employee in a lower rated classification who have submitted a bid as outlined above for the job classification, shift and off days of the vacancy. Then:

Third: Return employees who are currently on layoff, by seniority provided, however, that the employee is qualified to do the work.

Fourth: Fill remaining openings with new hires.

When filling such permanent job vacancies assuming ability being reasonably equal, seniority shall prevail. It is understood that job vacancies subject to this procedure may, when necessary, be filled at the Company's discretion temporarily to assure continuity of production. Temporary is defined as any period of time thirty (30) days or less except where a job is vacated due to a medical leave of absence, which may extend beyond thirty (30) days.

There will be at least two (2) overall bids held within each respective kitchen, to determine shifts and off days. The first bid will be held by June 30th with the second bid being held by December 31st of each year.

## Section 3

In the event any employee is promoted to a higher job classification and that employee is judged by the Company in its sole discretion to be ineffective in that job, the employee will be returned to his previous job classification provided the demotion occurs within ninety (90) days of the promotion. Furthermore, the employee may request to return to his former job classification at any time within the first ninety (90) days following the promotion, however, the employee shall be barred from promotions to that job classification for a period of one (1) year.

9

## Article 13, Stewards and Union Officials

The Company recognizes the right of the Council or Local Unions to designate Stewards and Alternate Stewards from the Company seniority list. The authority of Stewards and Alternate Stewards so designated by the Union shall be limited to, and shall not exceed, the following duties and activities:

The investigation and presentation of grievances with the Company or the Company Representative in accordance with the provisions of the NMA, the transmission of such messages and information, which shall originate with, and are authorized by the Local Union or its Officers, provided such messages and information have been reduced to writing; or if not reduced to writing, are of a routine nature and do not involve work stoppages, slow downs, refusal to handle goods, or any other interference with the Company's business.

Stewards and Alternates have no authority to take strike action, or any other action interrupting the Company business except as authorized by official action of the Council.

Stewards, upon notification to and approval by the Company, shall be permitted reasonable time to investigate, present and process a grievance on the Company property and where mutually agreed to by the Union and Company, off the property without loss of time or pay. Such time spent in handling grievances during the Stewards regular working hours shall be considered working hours in computing weekly overtime if within the regular schedule of the Steward.

A Steward's seniority will be in accordance with the Steward's Company seniority.

## Article 14, Check-Off/Union Security Provision

It shall be a condition of continued employment that all current employees remain members in good standing of the Union which has been designated by the Council to act as the bargaining representative for the Council of employees at the facility where the employee is employed. Alternatively, employees may satisfy their obligations under this Article if they tender the designated Union a monthly sum equivalent to the standard monthly dues and any additional fees required of Union members, such sum to be recognized as "Service Fees".

It shall be a condition of continued employment that all employees of the company performing bargaining unit work shall on or before the sixtieth (60th) day following their hire date, become and remain members in good standing of the Union which has been designated by the Council to act as the bargaining representative for the Council of the employees at the facility where the employee is employed. Alternatively, newly-hired employees may satisfy their obligations under this Article if they tender the designated Union a monthly sum equivalent to the standard monthly dues and any additional fees required of Union members, such sum to be recognized as "Service Fees".

The Company will deduct from the wages of any employee covered by this Agreement said employees initiation fees, service fees, and/or dues as a member of the designated Union upon receiving the employee's voluntary and individual written authorization for the Company to make such deductions signed by the employee. Such authorization

10

forms will be provided by the designated Union. The Company will remit to the designated Union the wages withheld for such initiations fees, service fees and / or dues on a monthly basis. The amount so withheld shall be deducted from the appropriate paycheck, reported and paid to the designated Union monthly. The employee's Social Security number, full name, dues rate, rate of pay, and status of employment will be transmitted with the monthly fees/dues. New hires including hire dates, terminations including termination dates, furloughs, including furlough dates, recalls, including recall dates, leaves including leave dates, return to work, including return to work dates, will also be provided to the designated Union monthly.

The designated Union shall give the Company at least thirty (30) days written notice before requesting the removal of employees from employment for failure to maintain membership in good standing in accordance with the aforementioned Sections. The Union will hold harmless, and indemnify the Company and its employees with respect to any and all claims or liabilities arising out of, or in connection with this Article or any action taken under it at the request of the designated Union, provided that the designated Union shall have the right to defend itself against all such claims, if any.

## Article 15, Jury Duty

**Section 1**.  The Company will pay its employees who are required to serve on jury duty the difference between the amount paid them by the Court for such service and the amount the employee otherwise would have earned at work during the time of jury service, but not to exceed eight (8) hours in any one day, or forty (40) hours in any one week for a maximum of thirty (30) days in any one (1) calendar year.

**Section 2**.  In order to be eligible for jury duty pay, the employee must verify with certification of the Clerk of Court all times and days of service.  However, no payment shall be made under the provisions of this Article to any employee summoned for jury service unless he has informed the Company of his jury summons at least seven (7) days before the first day on which he is required to serve.

**Section 3**.  Said employee shall make himself/herself available for work for all days (excluding his/her scheduled days off) during said week when not required to serve on jury service. By failure to return to work as herein required, the employee will forfeit all jury duty pay for that term of his jury service.

## Article 16, Military Leave

The Company agrees to abide by all applicable State and Federal laws as they relate to military leave.

## Article 17, Union Visitation

The representatives of the Council, or of any authorized Local Union agent of the Council representing the employees of the Company, shall have the right upon advance notification to visit the establishment or any department thereof during times of normal business as identified by the Company, to investigate matters such as wages, hours, working conditions and grievances provided that such visitation does not in the sole discretion of the Company, disrupt the work environment of such establishment or

11

department (including but not limited to the presence of a customer or government official) and that the visiting party complies with any and all security guidelines pertaining to such establishment and or department; and shall be authorized to post official Union notices on the designated union bulletin board pertaining to conditions of employment.

## Article 18, Leave of Absence

### Section 1
Leave of absence for Union Activities
The Company agrees to grant the necessary time off, without loss of seniority right and without pay, to any employee designated by the Council or any authorized Local Union agent of the Council to attend a labor convention or serve in any capacity on other official Union business, provided seven (7) days written notice is given to the Company, specifying length of time off. The Council and/or local Union agents of the Council agree that in making its request for time off for Union activities due consideration shall be given to the number of employees affected in order that there shall be no disruption of the Company's operations due to lack of available employees.

### Section 2
Medical Leave
An employee will upon proper application be granted a medical leave of absence. The employee will furnish the Company, if requested, a written verification and/or prognosis of his condition and his intended date of return from his attending physician using a form provided by the Company. Extension of a medical leave shall be granted when an employee confirms need with physician's documentation. An employee will retain and continue to accrue seniority during disability leaves and extensions. The Company will abide by the Family Medical Leave Act guidelines.

### Section 3
Personal Leave
An employee upon written proper application may be granted an unpaid personal leave of absence subject to operational requirements. The maximum leave of absence shall be thirty (30) calendar days. The employee will retain and continue to accrue seniority during this unpaid personal leave as long as the employee returns on or before the return date. The Company shall have the sole discretion in granting such leaves of absence.

### Section 4
With the exception of Section 1, Leaves of Absence for Union Activities, all other leaves of absence shall be applied for in writing and may be granted at the discretion of the Company and in accordance with applicable laws. The provisions of Section 1 shall apply to those leaves that may be requested by the union as set forth in Section 1 of this Article.

### Section 5
An employee returning from an approved leave of absence, after notifying the Company at least seven (7) days in advance, shall be returned to their former job classification.

**Section 6**
Funeral Leave
A regular, full time employee who has completed the probationary period shall be entitled to a maximum of three (3) days paid leave to attend the funeral of a parent, child, spouse, brother, sister, present parents-in-law, grandchildren and grandparents.

The employee must submit proof of the death if so requested by the Company. Any falsification of proof shall be grounds for discipline up to and including discharge.

## Article 19, Bulletin Boards

A place shall be provided inside the Company facilities where Union notices of interest to the employees may be posted. These notices will be restricted to:
Notices of Union recreational/social affairs.
Notices of Union elections/appointments and results of Union elections.
Notices of Union administrative affairs.
Notices of Union meetings

## Article 20, Health and Life Benefit

Regular, full-time bargaining employees will be eligible to participate in the Company's Health Care Program including Basic and Supplemental Group Term Life/AD&D Insurance. Regular, full-time Employees will become eligible to participate in these plans on the first day of the calendar month following one hundred and eighty (180) calendar days of continuous employment. For those employees who elect coverage upon eligibility, the Company will contribute a maximum of $100 per eligible employee per month toward the Health Care Program(s) for the life of this Agreement. All other costs of the plan shall be borne by the employee. The provisions of all these plans are contained in the plan descriptions themselves which are incorporated by reference hereto.

## Article 21, Hours of Work and Overtime

**Section 1**
The workweek shall start at 12:01 a.m. Saturday and end at 12:00 midnight the following Friday.

**Section 2**
The Company agrees that the workweek for full time employee so scheduled shall consist of forty (40) hours per week. However, it is understood that and agreed that neither the provisions of this Article or any other Article in the Agreement are to be considered as a guarantee of the availability in a work week of any particular number of days or hours per week for any employee. All hours worked in excess of forty (40) hours in a workweek shall be paid for at the rate of time and one half (1 1/2x) the employee's regular hourly rate. For the purpose of calculating overtime hours, only hours worked in excess of forty (40) per week shall be paid at one and one half times the employee's regular hourly rate regardless of hours worked per shift. Hours worked in excess of eight (8) hours per shift shall be paid at the regular hourly wage rate until the employee has worked forty (40) hours in the workweek.

13

### Section 3

A full-time employee's workweek, when so scheduled shall normally consist of five (5) workdays and two (2) days off. In the event of an eight and one half (8 ½) hour shift, the workweek shall consist of five (5) work days and two (2) days off. In the event of a ten and one half (10 ½) hour shift, the workweek shall consist of four (4) days with three (3) days off.

### Section 4

Overtime assignments may be required when necessary to complete customer service or operational obligations. When overtime is required, the Company agrees to offer such overtime to the qualified employees in the affected classification on that shift in order of seniority (i.e., offer first to most senior employee, offer last to least senior employee). In the event senior employees decline the overtime assignment, the least senior employee in the classification working said shift will be required to work the overtime assignment.

### Section 5

Any employee who performs work in a higher classification for three (3) hours or more in a day shall be paid at the higher classification rate for the time worked in the higher job classification. Any employee who performs work in a lower classification during a day, shall be paid at the rate of this regular job classification, except:

   a) Where an employee is temporarily assigned to a lower classification to accommodate medical limitations; or
   b) Where an employee is disqualified from a higher rated position; or
   c) Where an employee is transferred (bidding) at his own request to another classification paying a lower rate

### Section 6

All employees covered by this agreement will be granted a minimum of one thirty (30) minute lunch break without pay. All employees covered by this Agreement will be granted one fifteen (15) minute break with pay before the lunch break and fifteen (15) minute break with pay after the lunch break for the purpose of relaxation.

## Article 22, Rights of Management

This NMA is not intended to interfere with, abridge or limit the Company in the exercise of its function of management or the control of its business and the direction of its working force. The Union will not interfere directly or indirectly with the employment, transfer, discharge or duties of any of the supervisory employees or other company personnel not included in the bargaining unit.

It is agreed that the extent of its operations and the nature of the work to be performed, to determine when any operation shall function or shall be changed or terminated or when services to the airlines and railroad shall be increased, decreased or changed, to maintain efficiency of employees; to make, publish and enforce rules of conduct, safety and appearance; to determine the number, extent and location of its operations; the kinds to be used, to subcontract work; the schedules and the number of hours an employee shall work per day or per week; to hire, classify; to create new jobs and abolish jobs or combine jobs, are solely and exclusively the responsibility of the Company. It is the responsibility and right of the Company to maintain discipline; to transfer, promote, demote, retire, layoff, suspend, discipline or discharge employees for just cause. Such rights shall be subject to the limitation, if any, imposed by other Articles of this NMA.

14

## Article 23, Drug/ Alcohol Testing Policy

The Company and the Union agree that the Company shall maintain drug and alcohol testing policies in accordance with Department of Transportation (DOT)/Federal Motor Carrier Safety Administration (FMCSA) regulations and customer requirements.

The Company will notify the Union if Federal legislation or the DOT/FMCSA requires revisions to the methodology, categories or types of drug and alcohol testing.

### Employees Who Must Be Tested

Company employees subject to Department of Transportation mandated drug testing are drivers and loader helpers of vehicles with a vehicle weight rating over 26,000 pounds, requiring a commercial driver license (CDL) or in a safety sensitive position. This includes employees who relieve for vacations or other temporary vacancies. In addition to testing mandated employees, controlled substance testing will be part of pre-qualification conditions for safety sensitive positions and those persons transferring to a safety sensitive position. Individuals who bid for a safety sensitive position are subject to being tested for controlled substances before being accepted into such a position.

Employees covered by this, NMA who are not subject to DOT/FMCSA mandated drug testing, are subject to reasonable cause/suspicion, post-accident and post-on-the-job-injury testing as provided herein.

### Laboratory Testing

Because of the consequences that a positive test result has on an employee, the Company will employ analytical testing methods in accordance with Department of Health and Human Services (DHHS)/Substance Abuse and Mental Health Services Administration (SAMSHA) protocols. These methods include initial, validity and confirmation tests. Urine specimens will be analyzed by laboratories certified by the DHHS/SAMSHA.

### Types of Testing Required

The Company's testing format will include the following:
a) When there is reasonable cause/suspicion,
b) To aid the investigation of all accidents, and all vehicle accidents. (Drivers and Loader Helpers involved or present at the accident).
c) Prior to assignment in safety-sensitive positions,
d) During an employees' probationary period.
e) When an employee is involved with an on-the-job injury which requires medical attention.

### Pre-Qualification Testing for Safety-Sensitive Positions

The Company shall require any employee who bids and/or transfers into a safety sensitive position to submit to a controlled substance test before the employee is accepted into the safety sensitive position.

15

## Reasonable Cause/Suspicion

Upon reasonable cause, the Company will require an employee to be tested for the use of controlled substances and/or the use of alcohol.

Reasonable cause is defined as an employee's observable action, appearance, conduct, speech or body odor indicative of the use of a controlled substance and/or alcohol. In the event the test result is positive, adulterated or substituted, it shall be considered a dischargeable offense.

## Non-DOT Reasonable Cause/Suspicion

In the event an employee (not covered by DOT regulations) is tested, such test will be performed under the same procedures as described above. In the event the test result is positive, adulterated or substituted, it shall be considered a dischargeable offense.

## Post Accident Testing

When any driver and loader helper, or any employee is involved in any accident, the employee will be required to submit to drug and alcohol testing.

## Random Testing Random Employee Selection

The procedure used to randomly select employees for drug and alcohol testing in compliance with the DOT regulations will be a computer program specifically intended for such an application.

The computer program shall randomly select the names or social security numbers of the required number of employees from the total pool of affected employees. The Company shall maintain the list or true copies of the lists. The lists will be maintained and made available for review by Union representatives upon written request.

The parties agree that no effort will be made to cause the system and method of selection to be anything but a true random selection procedure ensuring that all affected employees are treated fairly and equally.
The parties further agree not to amend or change the current method of random selection as described herein without prior agreement with the parties.

## Post On-the-Job-Injury

When an employee is involved with an on-the-job-injury, which requires medical attention, the employee will submit to a drug and alcohol test. Such test will be performed under the same procedures as previously stated. In the event the test result is positive, adulterated or substituted it shall be considered a dischargeable offense.

## Split Sample Procedure

Split samples of urine specimens will be secured and an employee who tests positive may have the split sample tested at a DHHS/SAMSHA certified lab at the employee's expense. The employee must request the split sample test within 72 hours of notification by the MRO.

16

Paid for Time

Employees required by the Company to submit to drug and/or alcohol testing shall be paid for all time from the place of employment to the collection site and for all the time at the collection site.

Disciplinary Action

Employees may be subject to discipline up to and including discharge as provided below if they test positive, refuse to submit to test or provide an adulterated or substituted specimen for drugs or alcohol.

1. Reasonable Cause/ Suspicion Testing
a) A positive, adulterated or substituted test is a dischargeable offense.
b) Refusal to submit to a reasonable cause/suspicion drug or alcohol test is a dischargeable offense

2. Post Accident Testing
a) A positive, adulterated or substituted test is a dischargeable offense.
b) Refusal to submit to a post-accident drug or alcohol test is a dischargeable offense.

3. Random Testing
a) A positive test result – employee is subject to successfully complete a rehabilitation program. The employee will enter into a rehabilitation program within fifteen (15) calendar days after test results. Employee will be subject to random testing for twelve (12) months after the completion of the rehabilitation program. (An employee will be permitted a positive test result only once during his tenure with the Company.),
b) Refusal to submit to a random drug or alcohol test is a dischargeable offense.

4. Pre-Qualification Testing for Safety Sensitive Positions
a) A positive, adulterated or substituted test is a dischargeable offense.
b) Refusal to submit to a pre-qualification drug or alcohol test is a dischargeable offense.

5. Post -On- The-Job-Injury
a) A positive test is a dischargeable offense.
b) Refusal to submit to a post injury drug or alcohol test is a dischargeable offense.

The Company and the Union agree that if an employee(s) recognizes that he/she has an alcohol or drug abuse problem, and voluntarily identifies this problem to the Company, the Company will allow the employee(s) unpaid time off to seek professional assistance at the employee's expense. The employee will be permitted to utilize any applicable benefit for this absence. It is the responsibility of the employee(s) to recognize the problem and come forward to the Company prior to any investigative or disciplinary situation. The Company agrees to provide the employee(s) with a confidential method to contact professional assistance.

An employee subject to a drug or alcohol screening will be suspended, pending the outcome of the screening. If the results are negative, the employee will be returned to work and paid for any lost wages. If the results are positive, the employee is subject to discharge.

## Article 24, Invalidation Clause

If any of the terms and conditions of this Agreement is in violation of any State or Federal Law or Court Decision or decree, then to the extent of any violation, this Agreement shall be null and void. If any portion of this Agreement is declared illegal, it shall not in any way affect the remaining provisions of this Agreement.

## Article 25, Payroll Period

**Section 1.**
The work week shall start at 12:01 a.m. on Saturday and end 12:00 midnight the following Friday.

**Section 2.**
Where legally permitted, all employees covered by this NMA shall be paid every two weeks. Paychecks shall be made available for employees on Thursday following the two week pay period covered.

**Section 3.**
Employees shall be paid in full when laid off or discharged in accordance with applicable Law. Absent a requirement to pay a laid off or discharged employee sooner, payment of wages will be made in a timely manner at the next scheduled pay day.

**Section 4.** Employees shall be provided with an itemized statement of gross earnings and all deductions.

**Section 5.** Employees will have an option to participate in direct deposit program.

Newly hired employees shall be on probation as described in Article 11 – Seniority/Loss of Seniority of this NMA. During that period, the Discharge, Grievance, Arbitration and Seniority articles of this Agreement shall not apply to the new employee. Neither shall any fringe benefit provisions of this Agreement apply. Upon completion of the probation period, seniority shall date from the most recent hire date.

## Article 26, Reporting Pay

Any employee reporting for work on a regular shift and not permitted to work shall receive two (2) hours pay at the employee's regular rate. This provision shall not apply in the case of fire, strike, utility failure, acts of God or any other conditions beyond the control of the Company. Any part-time employee who reports to work as scheduled or as requested on a given day, shall be guaranteed a minimum of two (2) hours work or pay in lieu thereof.

## Article 27, Wages

See Attachment A

**Part-Time Positions**

The company has the right to establish, schedule, and/or utilize part-time positions within its operations as part of an on-going effort to maintain efficiencies as it relates to the number of employees required to support the business needs of the company. These positions are considered part of the bargaining unit under said guidelines.

a)  Part-time is defined as (29) twenty-nine hours or less in a workweek.

b)  Part-time positions may be utilized within all job classifications regardless of the specific duties of the job and shall not be treated as a separate job classification or as 'relief' for full-time positions.

c)  Employees holding part-time positions are not eligible for Health & Life Benefits or sick, holiday, or vacation benefits or any other benefit provided for yet not expressed specifically under the terms of this agreement.

d)  All positions will be bid by seniority regardless of the number of hours assigned to the position.  An employee may bid for a part-time position by exercising their seniority.  Employees who are subject to lay-off may exercise their seniority for a part-time position according to the guidelines set forth in the NMA.

e)  An employee working (30) thirty hours or more on a regular basis will be considered 'full-time' and will become eligible for all benefits as outlined in the NMA.  "Regular basis" is defined as twelve (12) consecutive workweeks.

Effective 1/1/07 the total number of Part-time employees shall not exceed 15% of the total population of employees employed in the system wide bargaining unit.

## Article 27, Employee Meals

The Company's sole responsibility with regard to employee meals is to ensure that employees have a designated space to consume their meals and a method of either storing meals they bring with them to work; the time and means to leave for lunch; a payroll deduction system, whereby employees would consume meals made by the employer or contracted entity and receive a payroll deduction for the agreed upon cost of the meal or a system for ordering meals on site.  It is understood that the company is not responsible for providing employees with meals.  The company is committed to working with the local union representatives to devise a local addendum for the purposes of meals.

## Article 28, Safety and Health

The Company shall continue to make reasonable provisions for the safety and health of its employees at the plant during the hours of employment, protective devices, on equipment, and/or clothing necessary to properly protect employees from injury shall be provided for and maintained by the Company, when required by the Company.  The Company shall continue to comply with all applicable safety and health laws.

19

In the event a work related injury or illness that requires serious immediate medical attention away from the workplace, the employer will provide transportation to the medical facility and back to the workplace.

## Article 29, Superiority Agreement

It is understood between the Company and the Union that the governing document for all terms and conditions for all facilities is this NMA.

## Union C,   T.I.P. Deductions

The Employer agrees to honor political contribution deductions authorizations from employees in the following form:

I hereby authorize my employer to deduct from my pay the sum of $          per pay period and to forward that amount as my voluntary contribution to the Hotel Employees & Restaurant Employees International Union T.I.P. (To Insure Progress) Political Committee, 1219 28th Street NW, Washington DC 20007.  My decision to participate in the HEREIU T.I.P. Political Program is a voluntary one and I understand that I am under no compulsion to contribute to it, since such contributions are neither a condition of my continued employment or membership in the union.  I also understand that this authorization my be revoked by me at any time and that it is automatically revoked upon termination of my employment.

The political contribution deduction shall be made once each month during which an employee who has performed compensated service has in effect a voluntary executed political contribution deduction authorization.  The money shall be remitted within thirty (30) days after the last day of the preceding month to the Hotel Employees and Restaurant Employees International Union T.I.P. "To Insure Progress", 1219 28th Street NW, Washington DC 20007, accompanied by a form stating the name and Social Security number of each employee for whom a deduction had been made, and the amount deducted.  The Union shall indemnify, defend and save the Company harmless against any and all claims, demands, suits, or other terms of liability that shall arise out to or by reason of action taken by the Company in reliance upon payroll deduction authorization cards submitted to the Company.

Letter of Agreement

The Company agrees to deduct from the paycheck of all employees authorizing such deductions covered by this Agreement, voluntary contributions to DRIVE (A Polictical Action Campaign Program).  DRIVE shall notify the Company of the amounts designated by each contributing employee that are to be deducted from his/her paycheck on a weekly basis for all weeks worked and shall provide the Company an original copy of said payroll deduction authorization.  The phrase "weeks worked" excludes any week other than a week in which the employee earned a wage.  The Company shall transmit to DRIVE National Headquarters on a monthly basis, in one check, the total amount deducted along with the name of each employee on whose behalf a deduction is made, the employee's Social Security number and the amount deducted from the employee's paycheck.

## Article 30, Amendment

This Agreement shall become effective _____ and thereafter remaining in effect until changed in accordance with the provisions of the Railway Labor Act. Neither party shall, prior to _____ serve a notice on the other party, pursuant to section 6 of the Railway Labor Act, to change any term of the Agreement, which change shall not be effective prior to _____

For Gate Gourmet, Inc.                          For The Employee's Representative
                                                Council


_____         _____
                                        IBT


_____         _____
                                        HERE

## Attachment A

## Wage Schedule

| Tier 1 | Start | 60 days | 1 Yr |
|--------|-------|---------|------|
| Assembly I | 7.45 | 7.70 | 7.95 |
| Assembly II/Delivery I | 7.95 | 8.20 | 8.45 |
| Delivery II | 9.00 | 9.25 | 9.50 |

21

| **Tier 2** | **Start** | **60 days** | **1 Yr** |
|---|---|---|---|
| Assembly I | 7.00 | 7.25 | 7.50 |
| Assembly II/Delivery I | 7.50 | 7.75 | 8.00 |
| Delivery II | 8.50 | 8.75 | 9.00 |

## Tier I - Cities

| | | |
|---|---|---|
| BOS | JFK | PHL |
| DIA | LAX | SAN |
| EWR | LGA | SFO |
| IAD | ORD | |

## Tier II – Cities

| | | |
|---|---|---|
| ATL | IND | PBI |
| BDL | JAX | PDX |
| CMH | LAS | PHX |
| CVG | MCO | SAT |
| DFW | MEM | SEA |
| DTW | MIA | STL |
| IAH | MSY | TPA |

# EXHIBIT 3

**(October 27, 2004 Letter to Employees Announcing the Reduction of Benefits and the Increase in the Employee Contribution Rate Effective January 1, 2005)**



October 27, 2004

Dear Fellow Employee:

As I have been saying for several months, we have to make tough changes very soon in order to preserve our business.  Today I am writing to tell you about one of those changes and how it affects our health benefits program.

As detailed in the chart below, all Gate Gourmet employees who participate in the company-sponsored plan will experience substantial premium increases for health insurance in 2005:

| | Employee Monthly Premium 2005 | Company Contribution 2005 | Total Cost 2005 | $ Change from 2004 Core | % Change from 2004 Core | $ Change from 2004 Plus | % Change from 2004 Plus |
|---|---|---|---|---|---|---|---|
| Employee | $ 119.07 | $ 151.54 | $ 270.61 | $ 87.75 | 280.17% | $ 57.54 | 93.52% |
| Employee & Spouse | $ 267.90 | $ 300.38 | $ 568.28 | $ 173.89 | 184.97% | $ 111.20 | 70.96% |
| Employee & Children | $ 228.66 | $ 285.49 | $ 514.15 | $ 152.71 | 201.07% | $ 98.40 | 75.54% |
| Employee & Family | $ 362.61 | $ 449.21 | $ 811.82 | $ 206.98 | 132.99% | $ 111.98 | 44.68% |

There will also be some changes in benefits levels, though those employees currently on the Core plan will see little change from their current in-network coverage:

| | In Network | Out of Network |
|---|---|---|
| Primary Care Provider Copay | $20 | 60% after DED |
| Specialist Copay | $40 | 60% after DED |
| Deductible | $250/750 | $400/1,200 |
| Coinsurance | 80% | 60% |
| Maximum out of pocket | $2,000/6,000 | $4,000/12,000 |
| Hospitalization* | $200/day* $600 max | 60% after DED |
| Surgery* | $150* | 60% after DED |
| ER | $100 Copay* | Copay if true emergency |
| UC | $50 Copay* | Copay if true emergency |
| RX | $10/30/50 | Not Covered |
| * Then DED + COIN | | |

Dental benefits will become voluntary with the entire cost to be born by the employee:

|  | Employee Monthly Premium 2005 |
|---|---|
| Employee | $ 13.29 |
| Employee & Spouse | $ 27.33 |
| Employee & Children | $ 24.25 |
| Employee & Family | $ 41.23 |

I think it's important to put those changes in context. As you know, we have been looking at every aspect of our business to identify ways to cut costs and increase revenues. The economy is in the fourth year of a downturn that has shaken almost every industry. While there are signs that the overall economy may be recovering, we have seen little evidence that the recovery has reached the airline industry.

On top of the broad economic forces, the airline industry itself is rapidly changing. First, the legacy carriers, the airlines that have always been our largest customers, have drastically changed their approach to catering. Second, the market share of the low-cost carriers – like Southwest, AirTran and jetBlue – has grown steadily while their use of our services remains low. Third, the increasing use of regional jets means smaller jets with smaller capacity for on-board catering.

All of those changes, added together, mean that our revenues have been declining over the period on both an absolute basis and, most worrisome, on a per-flight basis. There is no sign that either trend will reverse itself.

Waiting for a recovery that may or may not ever arrive is not an option. To do nothing is to die a slow death. Waiting for a recovery means that we'll die a little bit every time one of our customers decides to cut back on flights like Delta did in Dallas a couple of weeks ago or another customer goes into Chapter 11.

Unfortunately, there are not a lot of easy ways to help ourselves out of the situation we're in. As we said in a number of ways, we need to make hard choices. Our benefit changes reflect that need.

Until the last several years, the company has been able to pay about 80 percent of our employees' health care premiums. Over the past few difficult years, that amount has reduced to less than 75 percent. Unfortunately, our financial distress continues to worsen, and as such, for 2005 we can only afford to cover 55 percent of those premiums. By shifting a greater percentage of the costs of health care to you, the company will be able to pay 55% of employees' health care premiums and save $6-$8 million annually. As a result, all Gate Gourmet employees who participate in the company-sponsored plan can expect substantial premium increases for health insurance in 2005.

I think I speak for all of us when I say we very much regret that there aren't gentler options available to us. We very much regret that these changes are necessary, but we must attack our cost structure in every area if we are to survive as a competitive business. The changes in the airline industry in terms of weak pricing, the rising impact of low-cost carriers and the introduction of regional jets mean that we must change too. Very simply, we cannot compete in this new world unless we too are willing to change.

By now, you should have received information on the changes. It is important to remember that these changes affect both management employees and those union employees who currently participate in the company's benefits plan. We have briefed our union leadership on these changes and why we believe they are necessary.

Open enrollment for 2005 will begin on October 26th and the new benefits plan will take affect on January 1, 2005. Because of the magnitude of these changes, we have hired a company that specializes in employee benefits to visit each unit to meet with employees individually and to help each of us understand our options and make informed choices. Your manager will be able to tell you when these specialists will be in your workplace.

It is important that you participate in these meetings so that you can make an informed choice regarding health care coverage for you and your family.

I know these changes will cause hardship for you and your family and it is not a decision we made lightly or easily. It is difficult and painful, but it reflects the depth of the problem we must solve in order to keep Gate Gourmet operating competitively.

Thank you for everything you do, day in and out, to make our customers successful.

Sincerely,

Dave Cerbin
Vice President
Operations Services

# EXHIBIT 4

**(Summary of Gate Gourmet's
"Last, Best and Final Offer")**

# SUMMARY OF FINAL OFFER
# TO THE EMPLOYEE REPRESENTATIVES' COUNCIL

## May 4, 2005

The following contract changes shall apply to the National Master Agreement and all Local Addendums. Unless specifically modified herein, all other provisions of the National Master Agreement shall remain in effect in accordance with its terms. All of the following changes shall be effective on the date of ratification unless otherwise noted:

1. **SECTION 1113 BANKRUPTCY PROTECTION**

   - The Company agrees that it shall not seek to reject a ratified National Master Agreement, with the possible exception of the employee pension plans, in the event that it cannot avoid a Chapter 11 bankruptcy filing following the date of ratification.

2. **PROFIT SHARING**

   - The following is modeled after the Southwest Airlines Profit Sharing Plan but will pay out annually rather than being deposited into a deferred retirement plan

   - Each Plan Year, the Company will contribute an amount equal to 15% of Gate Gourmet Inc. (excluding Gate Safe, Gate Serve, and e-gatematrix) fully-allocated pre-tax profits after allocations for corporate overhead and interest expense and excluding non-operating and non-recurring gains or losses not arising from the Company's usual business operations.

   - Each Eligible Participant's award will be determined as a percentage of the total profit sharing pool. Each participant's share of the profit sharing pool will be calculated based on the percentage that his or her W-2 earnings represent of all W-2 wages for the unit.

   - In order to be an Eligible Participant, the Employee must:

     o have more than 1,000 hours of service during the Plan Year,
     o be actively employed by the Company on the date the Profit Sharing Awards are distributed and not in a notice period, and
     o be in "good standing" which means the employee needs to maintain satisfactory job performance and not be on any form of performance warning.

COMPANY FINAL OFFER
May 4, 2005

- Awards will be paid out no later than 100 days following the end of the calendar year.

- The Board of Directors has the right to amend or terminate the Plan in accordance with the terms of the Plan.

## 3. APPLICATION OF THE NATIONAL MASTER AGREEMENT

- The National Master Agreement (NMA) shall be amended as described herein and in the following Attachment A and shall replace and supersede all Local Addendums.

- Following the ratification of an amended National Master Agreement, the Company agrees to meet and confer with Local Union Representatives to discuss issues of a local nature at each location. Any local issues agreed upon pursuant to this paragraph shall be incorporated by reference into the NMA as a side letter of agreement.

- All side letters of agreement not expressly identified herein shall be deemed null and void.

- In the event of a conflict between a specific provision of the NMA and mixed practices at multiple locations, the NMA provision shall control and supersede the conflicting practice(s).

- In the event of a conflict between a NMA practice and a former Local Addendum practice, the NMA practice shall control and supersede the Local Addendum practice.

## 4. WAGES

- Effective no earlier than the first day of the pay period following the date of ratification, reduce current wage scales through the creation of new wage scales applicable to all current and future employees

- 4 - year wage freeze (from the effective date of the wage reductions)
- 5/1/09: 1% lump sum
- 5/1/10: 1% lump sum
- 5/1/11: 1% lump sum
- 5/1/12: 1% lump sum

## 5. PREMIUMS

- CDL premium:  $1.00 per hour if the individual both possesses and is required to utilize a CDL in the performance of his/her duties.

- Lead premium: $0.75 per hour if designated as a Lead.  (As a clarification to existing NMA policy and practice, the Company shall continue to determine the number of leads and the required ratio of lead-to-employees at all locations.)

- Eliminate shift premium
- Eliminate long service premium (LSP)

2

- The list of premiums shown above is exhaustive; any premium not included herein is eliminated

## 6. PART-TIME EMPLOYEES

- The Company may utilize part-time employees up to 30% of its total hours as measured on a system-wide (vs. location-by-location) basis.
- Part-time employees are defined as employees normally scheduled to work 32 hours or less per week.
- Part-time employees are ineligible for all company benefits (e.g. insurance, retirement, vacation, sick, holidays, etc.).
- Hourly rates shall be the same as full-time employees.
- Part-time employees shall be entitled to receive overtime for any hours worked beyond 40 hours per week

## 7. SEASONAL WORKERS

- The Company may utilize part-time employees between May 15 and September 15 in accordance with Paragraph 5 above, except that the 30% cap shall not apply during this period.

## 8. HEALTH & WELFARE

- Maintain the Company-sponsored medical plan for all bargaining unit employees as modified on 1/1/05 with employer and employee contributions as follows:

## EMPLOYER CONTRIBUTIONS

| Coverage Level | Current Employer Contribution Monthly Rate |
|---|---|
| Employee Only | $151.54 |
| Employee + Child(ren) | $285.49 |
| Employee + Spouse | $300.38 |
| Family | $449.21 |

3

**EMPLOYEE CONTRIBUTIONS**

| Coverage Level | Current Employee Contribution Monthly Rate |
|---|---|
| Employee Only | $119.07 |
| Employee + Child(ren) | $228.66 |
| Employee + Spouse | $267.90 |
| Family | $362.61 |

- At the Union's option, the Union can elect to retain existing Union-sponsored health and welfare plans and the existing HAP plan applicable to DTW employees with the same employer contribution maximums as noted above. All future increases in either the Company Plan(s) or the Union-sponsored health and welfare plans to be shared equally between the Company and the employee (i.e., 50% by the Company, 50% by the employee). In the case of the Union-sponsored health and welfare plan future increases, or the HAP plan in DTW, the Company's 50% contribution shall not exceed the total dollar amount that would have been made in accordance with the Company Plan contribution schedule above.

## 9. PENSION

- Freeze the Company Defined Benefit Plan
- Freeze the Company contributions to the Union-sponsored pension plans.
- For employees participating in Union-sponsored pension plans, eliminate the Company 401(k) match and Company contributions to any other pension plan.

## 10. 401(K)

- Standardize the 401(k) plan design for all bargaining unit employees as follows:

  - Reduce the eligibility waiting period from 1 year to 90 days of service.
  - Company match of the first 3% of the employee's pre-tax contributions after 1 year of service.
  - Immediate vesting for the Company match of employee contributions.

COMPANY FINAL OFFER
May 4, 2005

## 11. HOLIDAYS

- Reduce paid holidays to 7 per year (New Years Day, Memorial Day, Independence Day, Labor Day, Thanksgiving, Christmas and Martin Luther King's Birthday).

## 12. VACATION

- Effective with the Vacation Bid for Calendar Year 2006, modify the current vacation accrual schedule as follows:

| Years of completed service as of 12/31: | Annual Vacation Accrual for the Following Calendar Year: |
|---|---|
| Less than 5 years | 1 week  (prorated if less than 1 year) |
| 5 years to 19 years | 2 weeks |
| 20 or more years | 3 weeks |

## 13. SICK LEAVE

- Modify the current annual sick leave accrual to two days per year.  Employees shall retain current balances and may cash out up to a maximum of 5 days per year.

## 14. OTHER WORK RULES

- Permit cross-utilization of qualified employees within pay grades and between pay grades to cover unplanned staffing shortages prior to utilizing overtime.  Employees shall be paid the higher of their current hourly rate or the hourly rate applicable to the cross-utilized position.

- Modify the definition of "Temporary" in ARTICLE 12 "JOB VACANCY" to "any period of time thirty (30) days or less except where (1) a job is vacated due to a medical leave of absence or (2) the required training to fill multiple vacancies cannot be completed in thirty days or less, in which case the temporary jobs may extend beyond thirty (30) days."

## 15. DURATION

- Date of ratification through December 31, 2012

5

# "ATTACHMENT A"

to the

## "SUMMARY OF FINAL OFFER TO THE EMPLOYEE REPRESENTATIVES' COUNCIL"

National Master Agreement

Between

Gate Gourmet, Inc.

And

IBT/HERE Employee Representatives' Council

Effective on the Date of Ratification

Through

December 31, 2012

# **INDEX**

Reformat and renumber as necessary:

Page

Preamble ...................................................................................tbd

Article I, Recognition...................................................................3

Article II, Transfer of Company Title or Interest.....................................4

Article III, Uniforms................................................................…....4

Article IV, No Strikes and No Lock Outs.............................................4

Article V, Maintenance of Standards....................................................5

Article VI, Non-Discrimination.....................................................…...5

Article VII, Discipline & Discharge.................................................…...6

Article VIII, Holidays ..............…...............................................…....6

Article IX, Grievance Procedure.......................................................7

Article X, System Board of Adjustment Procedures...........................…...8

Article XI, Seniority/Loss of Seniority................................................…...9

Article XII, Job Vacancy...........................................................…...10

Article XIII, Stewards and Union Officials...........................................11

Article XIV, Check-Off/Union Security Provision.............................…...12

Article XV, Jury Duty..............................................................…...13

Article XVI, Military Leave.......................................................…...13

Article XVII, Sick Leave..........................................................…....13

Article XVIII, Union Visitation......................................................14

Article XIX, Funeral Leave……………………………………………...14

Article XX, Leave of Absence…………………………………………..14

Article XXI, Vacation……………………………………………….…...15

Article XXII, Bulletin Boards……………………………………………17

Article XXIII, Pension and Retirement Plan/401K………………………17

Article XXIV, Health and Life Benefit…………………………………17

~~Article XXV, Employee Quality Incentive Plan…………………………18~~

Article XXVI, Hours of Work and Overtime……………………………..18

Article XXVII, Rights of Management……………………………………19

Article XXVIII, Drug/ Alcohol Testing Policy………………………….20

Article XXIX, Invalidation Clause…...……………………………….…...23

Article XXX, Payroll Period……………………………………………....23

Article XXXI, Reporting Pay……………………………………………...24

Article XXXII, Safety and Health………………………………………...24

~~Article XXXIII, Transition Agreement……………………………………24~~

~~Article XXXIV, Superiority Agreement……………………………………25~~

Article XXXV, ~~Wage~~ Compensation..…………………………………26

Article XXXVI, Amendment……………………………………………...27

Attachment A, Wage Scales……………………………………………...28

Letters of Agreement:

1.  Memorandum of Understanding Re: System Board of
    Adjustment Procedures                                    L-1
2.  Section 1113 Bankruptcy Protection                       L-2
3.  Application of the National Master Agreement             L-3
4.  TIP Deductions                                           L-4
5.  DRIVE Payroll Deductions                                 L-5

Preamble

1.  The Company and the Union desire to establish general conditions
of employment and procedures which will ensure the peaceful, speedy and orderly
adjustments of differences without compulsion, coercion, strikes, boycotts, picketing,
slowdowns, or other interferences with the smooth operation of the business of the
Company or interruptions to employment; and

2.  The parties seek to avoid unnecessary friction resulting from litigation, legal debate
and controversy; and

3.  The Company agrees that employees shall be treated in a respectful and courteous
manner at all times; and

4.  The parties agree to use voluntary efforts to achieve
industrial stability under the structure provided by the Railway Labor Act.

## ARTICLE 1
## RECOGNITION

RECOGNITION, SCOPE, AND EMPLOYEE PROTECTIONS

**A.** **Recognition**

~~Dobbs International Services, Inc. a/k/a Gate Gourmet, Division Americas owned by S Air Group (the "Company") recognizes the IBT/HERE Employee Representatives' Council, (the "Council") as the collective bargaining representatives of all employees working at facilities covered by this Agreement with the authority and obligation to represent them for all purposes of the Railway Labor Act, as amended. This collective bargaining agreement and any formal letters of agreement between the Company and the Union may be collectively referred to as the "National Master Agreement" (N.M.A.). It is understood by the parties that Local Addendums consistent with the National Master Agreement shall be entered into at the local level between the Company and affiliates of the Union. Supervisory personnel shall not perform work customarily performed by employees in the bargaining unit.~~

Gate Gourmet, Inc. (the "Company"), pursuant to the certification of the National Mediation Board issued in Case No. R-6783 on October 11, 2000, recognizes the IBT/HERE Employee Representatives' Council (the "Council") as the collective bargaining representative pursuant to the Railway Labor Act of the Company's employees in the craft or class of "Kitchen, Commissary, Catering, and Related Employees."

The Company understands that the Council will designate, under Section 2 Third of the Railway Labor Act, IBT and HERE and other AFL-CIO affiliated labor organizations to act as the local bargaining representatives for the Council and it is hereby agreed that the term "Union" as used in this Agreement shall refer to the Council. Where the context so indicates, the term "Union" shall also refer to IBT and/or HERE, and~~,~~ to other affiliated labor organizations designated by the Council in those instances where the designated labor organization ~~adopts this agreement, to the other labor organization~~ is ~~so~~ designated and authorized by the Council to act as the bargaining representatives for bargaining unit employees at a given location.

This Agreement and any formal letters of agreement between the Company and the Counsel shall constitute the National Master Agreement ("NMA"). The Council may designate IBT, HERE or other AFL-CIO affiliated labor organizations to negotiate with the Company regarding local issues not covered by the NMA, and such unions may enter into Local Addenda covering such local issues. In the event of any conflict between the NMA and the Local Addenda, the NMA shall control.

A listing of authorized agents of the Council is contained in Attachment {"X"} and incorporated by reference to this NMA. Should the Council make any modifications, deletions, or additions to the affiliated labor organizations so designated and authorized by the Council to act as an agent on behalf of the Council, it will immediately notify the Company by certified mail of such modification to Attachment {"X"}.

5

**B.**    **Scope**

This Agreement covers all present and future kitchen, commissary and catering work, including all related work, performed at facilities for which the Union has been designated as the bargaining agent for employees in the system wide basis craft or class; provided that this Agreement shall not apply to managers, supervisors, guards, office-clerical employees or employees based outside of the United States, its territories and possessions.

It is understood between the parties that existing patterns of representation as between HERE and IBT at locations where both organizations currently represent employees, or at locations where only IBT or HERE exclusively represent employees, shall be preserved. Future food service operations identified in the system wide basis, craft or class opened or acquired by the Company shall become subject to the terms of this Agreement immediately upon notification by the Council that the Union has been designated as the bargaining agent for such operation or facility.  For newly opened or later acquired facilities, the Company shall initially establish hourly wage rates for all classifications; thereafter the negotiated increases of the NMA wage addendum shall apply.

The Company shall not establish any new kitchen, commissary or caterer, or acquire a controlling interest in such a food operation, whether directly or through an affiliate or subsidiary, or by a parent or holding company of which the Company is wholly owned or controlled subsidiary, and operate it as a separate entity outside the provisions of this Agreement.

In the event the Company establishes new work locations subject to this Agreement, it shall notify the Council, and the Council will designate the bargaining representative for that location.

This Agreement shall not apply to employees of Gate Serve, LLC, Gate Safe, Inc., any joint venture of the Company, or any other affiliate of the Company other than a wholly-owned subsidiary.

## ARTICLE 2
## TRANSFER OF COMPANY TITLE OR INTEREST

✓ **CURRENT BOOK with the following clarification:**

This Agreement and the supplemental addendums hereto and hereinafter referred to collectively as "Agreement", shall be binding upon the parties hereto, their successors, administrators, executors and assigns.

It is understood by this Section that the parties hereto shall not use any leasing devise to a third party to evade this Agreement. The Employer shall give notice of the existence of this Agreement to any purchaser, transferee, lessee, assignee, etc., of the operation covered by this Agreement or any part thereof. Such notice shall be in writing with a copy to the respective International Union and local union, at the time the seller, transferee or lessor executed a contract or transaction as herein described. The Union shall also be advised of the general nature of the transaction, not including financial details. In the event that the Employer fails to require the purchaser, transferee or lessee to assume the obligation of this Agreement, the Employer, (including partners thereof) shall give the Union sixty (60) days notice in writing, after which the Employer or the Union shall not be liable for any <u>and</u> all damages sustained as a result of such failure to require assumption of the terms of this Agreement.

## ARTICLE 3
## UNIFORMS

✓ **CURRENT BOOK – NO CHANGES**

## ARTICLE 4
## NO STRIKES AND NO LOCKOUTS

✓ **CURRENT BOOK – NO CHANGES**

## ARTICLE 5
## MAINTENACE OF STANDARDS

<u>Unless modified by mutual agreement, the</u> ~~The Employer~~ <u>Company</u> agrees that all conditions of employment relating to wages, hours of work, overtime differentials and general working conditions, other than those specifically referred to in this Agreement, shall be maintained at not less than the highest standards in effect at the time of the signing of this Agreement, and the conditions of employment shall be changed, upon amendment wherever specific provisions are made elsewhere in this Agreement <u>for such purpose</u>. It is agreed that the provisions of this Section shall not apply to inadvertent or bona fide errors made by the Employer or the Union in applying the terms and conditions of this Agreement if such error is corrected within ninety (90) days from discovery of the error. This provision does not give the employer the right to impose or continue wages, hours and working conditions less than those contained in the Agreement.

Any change or modification of the NMA or any addendums thereto, mutually agreed upon between the Company and the Council at the System Board of Adjustment, or otherwise, shall be binding upon all parties and all employees affected, provided such change or modification is reduced to writing and signed by duly authorized agents of the Company and Council.

## ARTICLE 6
## NON-DISCRIMINATION

✓ **CURRENT BOOK – NO CHANGES**

## ARTICLE 7
## DISCIPLINE AND DISCHARGE

**Section 1.** The Company shall not discharge any employee nor impose any disciplinary action against any employee except for just cause. Discharge or discipline must be by written notice to the employee and the local union and must set forth the specific nature of the offense. The Company shall have the right to establish reasonable rules for the conduct of employees not inconsistent with the terms of this Agreement.

**Section 2.** Employee Corrective Action Notices shall be maintained in the employee's personnel file for a period of twelve (12) months from the time of issuance.

**Section 3.** Warning Notices must be issued no later than fifteen (15) days after the violation occurs, or fifteen (15) days after the Company becomes aware of the action giving rise to the violation unless the employee is absent on the fifteenth (15th) day, in which case this period shall be extended until the employee returns to work.

## ARTICLE 8
## HOLIDAYS

**Section 1**. Employees shall receive ~~nine (9)~~ seven (7) paid holidays, effective 1-1-~~2001~~ 2006.

| | | |
|---|---|---|
| New Years Day | Martin Luther King, Jr. Day | ~~Easter~~ Memorial Day |
| Labor Day | July 4 | Thanksgiving Day |
| ~~Christmas Eve~~ | | |
| Christmas Day | | |

**Section 2.** The Union recognizes that the employees may be expected to work on said holidays inasmuch as the business of the Company operates seven (7) days a week.

**Section 3.** All employees shall receive eight (8) hours' pay at straight-time rate when the holidays are not worked provided that:

a) The employee has not failed to work when scheduled to work on a holiday unless he is absent with the approval of management.

8

b) The employee works his scheduled day both immediately preceding and following the holiday unless he is absent with the approval of the Company.

c) The employee has worked during the week of a holiday (excluding vacation periods); and

d) The employee is not on strike or suspension, leave of absence or workers' compensation.

~~Section 4. Part-time employees who work a regular five (5) day week shall after ninety (90) days of employment, receive pro-rated holiday pay for holidays not worked, provided a holiday is worked, contractual holiday pay will be granted for all hours worked the holiday.~~

## ARTICLE 9
## GRIEVANCE PROCEDURE

**Section 1.** Should differences arise between the Company and any ~~of its~~ employees as to the meaning and application of ~~this Agreement~~ the NMA, or if any other controversy or grievance arises, an earnest effort shall be made as promptly as possible to settle such difference in the following manner:

**Step 1:** The employee and or the Union having such grievance, with or without the Steward, shall present the grievance to his immediate supervisor within seven (7) ~~five (5)~~ calendar days of the action giving rise to the grievance. The employee and his supervisor will make a good faith effort to resolve the grievance. The supervisor will give ~~his answer~~ a written response to the grievance (whether resolved or not) within seven (7) calendar days following the receipt of ~~the action giving rise to~~ the grievance.

Should an employee request that a Steward be present to discuss the grievance, the supervisor shall arrange for the Steward to attend the grievance meeting. If the grievance is not thus satisfactorily settled, then the grievance may be appealed to Step 2.

**Step 2:** If not resolved at Step 1, The grievance ~~shall~~ may be appealed ~~put into writing and presented~~ by either the Union Representative, Chief Steward, Shop Steward and/or the aggrieved employee to the General Manager or his designated representative.~~,~~ Any such appeal must be in writing and must be submitted within ~~twelve (12)~~ seven (7) calendar days following receipt of the supervisor's written response. ~~action giving rise to the grievance.~~ The General Manager will give ~~his~~ an answer in writing, with a copy to the Union, within ~~seventeen (17)~~ seventeen (7) calendar days following the receipt of the notice of appeal. ~~of the action giving rise to the grievance.~~ If the grievance is settled or withdrawn, the Union Representative and ~~Employer~~ the Company will put the withdrawal or settlement in writing on the grievance form. If the grievance is not satisfactorily settled, then the grievance may be appealed to Step 3. (Policy procedures may be filed at Step 2 directly.)

9

**Step 3:** If not resolved at Step 2, the ~~The aggrieved employee, and/or~~ Union may ~~present appeal the grievance in writing~~ to the ~~Regional Personnel~~ Senior Human Resource Manager (SHRM) or his designated representative. Any such appeal must be in writing and must be submitted within ~~twenty-two (22)~~ seven (7) calendar days following the receipt of the General Manager's written response. ~~of the action giving rise to the grievance.~~ The ~~Regional Personnel Manager~~SHRM or the SHRM's ~~his~~ designated representative shall meet with the Union and answer the grievance in writing within ~~thirty (30)~~ fourteen (14) calendar days following the receipt of the notice of appeal. ~~of the action giving rise to the grievance.~~ In order for said notice of appeal to be proper and valid it must be sent by the Union to the SHRM or the SHRM's designated representative and the affected General Manager of the unit in which the grievance occurred.

**Section 2.** All grievances must be submitted as provided in Step 1 above within ~~five (5)~~seven (7) calendar days of the ~~Employer's~~ Company's action giving rise to the grievance, or ~~; and, if not submitted within the aforementioned time, then~~ the grievance shall be considered to be waived and may not thereafter be submitted for adjustment in any forum. Any grievance that is not appealed from one step of the grievance procedure to the next step within the time limits set forth above (such time limits may be extended by written agreement) shall be considered settled on the basis of the last decision given and shall not be subject to further adjustment in any forum ~~grievance and arbitration proceedings~~ or collective bargaining.

**Section 3.** All grievances not settled in these steps may proceed to the System Board of Adjustment.

## ARTICLE 10
## SYSTEM BOARD OF ADJUSTMENT PROCEDURES

Within fourteen days after the receipt of the written decision of the Company designee, if the decision is not satisfactory to the Union, the Union may appeal such grievance to the System Board of Adjustment by serving a written notice upon the Company directed to the Vice President of ~~Human Resources~~ Labor Relations or his/her designee at the Company's office of its intention to do so. ~~If the System Board deadlocks, the case may be appealed to arbitration by the Union.~~

The System Board of Adjustment shall be composed of two members designated by the Union and two members designated by the Company. The Board shall meet every other month at a location mutually agreed upon by the parties. In the event there are no grievances to be heard the ~~board~~ Board may cancel such meeting upon mutual agreement.

The System Board shall ~~only~~ be empowered to make ~~a~~findings or decisions with respect to contract language including wage and benefit disputes. ~~and~~ The System Board shall be empowered to make findings or decisions with respect to any non-probationary employee covered by this agreement who is terminated or disciplined to the extent of loss of pay by the Company, and such finding or decision shall be final and binding upon the employee, and all parties to the dispute.

10

If the Board deadlocks, the Union may appeal the case to arbitration within thirty (30) days of the day the System Board deadlocks or the grievance shall be considered to be waived and may not thereafter be submitted to Arbitration or any adjustment in any forum. In the event the Union appeals the decision to arbitration the Company and the Union shall attempt to mutually agree to an acceptable impartial Arbitrator. If the parties are unable to agree on an Arbitrator they shall then request a panel of seven (7) Arbitrators to be provided for by the Federal Mediation and Conciliation Service. The parties shall alternately strike names from the panel with the remaining arbitrator selected to hear and resolve the dispute. The Arbitrator shall have no authority to add to, or subtract from, or modify the terms of this Agreement. The ~~arbitrator's~~ Arbitrator's decision shall be rendered within thirty (30) days from the date of the close of the hearing. The cost of the Arbitrator shall be borne equally between the Union and the Company.

## ARTICLE 11
## SENIORITY/LOSS OF SENIORITY

**Section 1**.  Seniority shall govern as to layoffs and rehiring. New employees shall be employed on a trial basis for ninety (90) calendar days.  During this period, their retention as employees is entirely at the discretion of the Company. The provisions of this Agreement shall not apply to probationary employees.

**Section 2**.  In the event the Company finds it necessary to lay off employees because of lack of work or reduction in business, such layoffs shall be on the basis of seniority within the classification. The employee having the shortest period of continuous employment with the Company within the classification shall be laid off before any other employee. The displaced employee within the classification affected shall have the opportunity to bump into the next lower classification provided the employee has more Company seniority than the least senior employee within the lower classification and is qualified to perform the work.  The foregoing is the only situation when Company seniority shall be considered without regard to classification seniority.  The employee affected by the displaced employee will be laid off and will not have the opportunity to bump into the next lower classification.  ~~Seniority shall be defined as the length of service an individual has with the Company.  The employee having the shortest period of continuous employment with the Company shall be laid off before any other employee.~~ The senior employees shall have preference of full-time employment (to wit, greater than thirty-two (32) ~~forty (40)~~ hours per week) at all times where it is available.  Both seniority and ability shall govern except as provided in this Article, on job or station assignment, hours worked and, where applicable, in other phases of employment.

**Section 3**.  The Company agrees that it will recall all persons who have retained seniority in the inverse order in which they were laid off.  That is, the last one laid off will be the first recalled within classification, provided the employee still has the physical fitness and ability to perform the work required.  Employees, including those that are laid off, have the responsibility to keep on file with the Company the address to which the notice to return to work is to be sent; and the Company agrees to notify such laid off employees not less than three (3) days, exclusive of Sundays, prior to the date called back to work by certified mail or telegram and notify the Union of the same by mail.

11

**Section 4.** Seniority shall terminate:
a) Upon discharge for just cause;
b) Upon quitting;
c) Overstaying leave of absence without permission;
d) Engaging in gainful employment while on leave of absence, which shall be considered quitting;
e) Laid off from work for a period of one hundred eighty (180) consecutive calendar days;
f) Upon failure to report to work after layoff within three (3) days, exclusive of Sundays, after notification;
g) Being absent from employment for three (3) consecutive days without notifying the Company.

**Section 5**. The seniority of an employee promoted to a supervisory position shall be retained in the classification from which promotion was made for a period of ninety (90) work days unless such employee is discharged for cause within such ninety (90) workday period.

**Section 6.  Probationary Period**

**(CURRENT BOOK LANGUAGE MOVED FROM ARTICLE 30 "PAYROLL PERIOD"):**

**Probation**. Newly hired employees shall be on probation for the first ninety (90) calendar days of employment.  During that period, the Discharge, Grievance, Arbitration and Seniority articles of this Agreement shall not apply to the new employee.  Neither shall any fringe benefit provisions of this Agreement apply, except named holidays.  Upon completion of the probation period, seniority shall date from the most recent hire date.

**ARTICLE 12**
**JOB VACANCY**

**Section 1**.  Employees in the same job classification may exercise their seniority for the purpose of selecting shift and off days by filing a bid as outlined in Section 2 below, provided the employee is qualified to perform the work.

Employees may exercise their seniority for the purpose of promotion to a higher rated job classification by filing a bid as outlined in Section 2 below, provided however, that the employee is qualified to do the work.

Any full-time job vacancies for a new position shall be posted for a period of five (5) working days.  Such openings shall contain an adequate description of the job duties, the pay scale for the position and the hours involved.

12

**Section 2**.  Two types of bid forms may be filed.  Bid form for shift and off days within employee's current job classification, and bid form for promotion to a higher rated classification.  ~~Vacancies will be posted on the employee bulletin board within each kitchen for a period of three (3) days.~~

Bid forms must be completed accurately and legibly and submitted in a timely fashion.

     **First:**  Award the position(s) to the most senior qualified employee(s) in the job classification who has/have submitted a bid as outlined above for the shift and off days of the vacancy.  Then:

     **Second:**  Award the resulting position(s) to the most senior qualified employee in a lower rated classification who has/have submitted a bid as outlined above for the job classification, shift and off days of the vacancy.  Then:

     **Third:**  Return employees who are currently on layoff, by seniority provided, however, that the employee is qualified to do the work.

     **Fourth:**  Fill remaining openings with new hires.

When filling such permanent job vacancies, ability and physical fitness being reasonably equal, seniority shall prevail.  It is understood that job vacancies subject to this procedure may, when necessary, be filled at the employer's discretion temporarily to assure continuity of production.  Temporary is defined as any period of time thirty (30) days or less except where (1) a job is vacated due to a medical leave of absence or (2) the required training to fill multiple vacancies cannot be completed in thirty (30) days or less, in which case the temporary jobs may extend beyond thirty (30) days.

There will be at least ~~one (1)~~two (2) ~~annual~~ overall bids held within each respective kitchen, to determine shifts and off days.  The first bid will be ~~within three (3) months of ratification of the Agreement.~~ held by June 30th with the second bid being held by December 31st of each year.  However, the Company may delay the June 30, 2005 bid to no later than July 31, 2005.

**Section 3**.  In the event any employee is promoted to a higher job classification and that employee is judged to be insufficiently effective in that job, the employee will be returned to his previous job classification provided the demotion occurs within ninety (90) days of the promotion.  Furthermore, the employee may request to return to his former job classification at any time within the first ninety (90) days following the promotion, however, the employee shall be barred from promotions to that job classification for a period of one (1) year.

**ARTICLE 13**
**STEWARDS AND UNION OFFICIALS**

✓ **CURRENT BOOK – NO CHANGES**

**ARTICLE 14**
**CHECK-OFF/UNION SECURITY PROVISION**

It shall be a condition of employment that all current employees ~~of the Company covered by this agreement, shall on the effective date of this agreement, become and~~ remain members in good standing of the Union <u>which has been designated by the Council to act as the bargaining representative for the Council of employees at the facility where the employee is employed.</u>  Alternatively, ~~or in the alternative,~~ employees may satisfy their obligations under this Article if they tender ~~render~~ the <u>designated</u> Union a monthly sum equivalent to the standard monthly dues and any additional fees required of Union members, such sums to be recognized as "Service Fees".

It shall be a condition of continued employment that all employees of the Company performing bargaining unit work shall on or before the sixtieth (60th) day following their hire date, become and remain members in good standing ~~in~~ <u>of</u> the Union <u>which has been designated by the Council to act as the bargaining representative for the Council of employees at the facility where the employee is employed.</u>  Alternatively,  ~~or in the alternative,~~ <u>newly-hired employees may satisfy their obligations under this Article if they tender</u> ~~render~~ the <u>designated</u> Union a monthly sum equivalent to the standard monthly dues and any additional fees required of Union members, such sums to be recognized as "Service Fees".

The Company will deduct from the wages of any employee covered by this Agreement said employees initiation fees, service fees, and/or dues as a member of the <u>designated</u> Union upon receiving the employee's voluntary and individual written authorization for the Company to make such deductions signed by the employee. Such authorization forms will be provided by the <u>designated</u> Union. The Company will remit to the <u>designated</u> Union the wages withheld for such initiations fees, service fees and / or dues on a monthly basis. The amount so withheld shall be deducted from the appropriate paycheck, reported and paid to the <u>designated</u> Union monthly. The employee's Social Security number, full name, dues rate, rate of pay, and status of employment will be transmitted with the monthly fees/dues. New hires including hire dates, terminations including termination dates, furloughs, including furlough dates, recalls, including recall dates, leaves including leave dates, return to work, including return to work dates, will also be provided to the <u>designated</u> Union monthly.

The <u>designated</u> Union shall give the Company at least thirty (30) days written notice before requesting the removal of employees from employment for failure to maintain membership in good standing in accordance with the aforementioned Sections.
The <u>designated</u> Union will hold harmless, and indemnify the Company and its employees with respect to any and all claims or liabilities arising out of, or in connection with this Article or any action taken under it at the request of the designated Union, provided that the <u>designated</u> Union shall have the right to defend itself against all such claims, if any.

14

**ARTICLE 15**
**JURY DUTY**

**Section 1.**  The Company will pay its employees who are required to serve on jury duty the difference between the amount paid them by the Court for such service and the amount the employee otherwise would have earned at work during the time of jury service, but not to exceed eight (8) hours in any one day, or forty (40) hours in any one week for a maximum of thirty (30) days in any calendar year.

**Section 2.**  In order to be eligible for jury duty pay, the employee must verify with certification of the Clerk of Court all times and days of service.  However, no payment shall be made under the provisions of this Article to any employee summoned for jury service unless he has informed the Company of his jury summons at least seven (7) days before the first day on which he is required to serve.

**Section 3.**  Said employee shall make himself/herself available for work for all days (excluding days off) during said week when not required to serve on jury service. By failure to return to work as herein required, the employee will forfeit all jury duty pay for that term of his jury service.

**ARTICLE 16**
**MILITARY LEAVE**

✓  **CURRENT BOOK – NO CHANGES**

**ARTICLE 17**
**SICK LEAVE**

All full-time employees with one year or more of completed service will receive three (3) two (2) sick days each year, effective 1-1-2001 2006.  Effective 1-1-2003 all employees with one year or more shall receive four (4) sick days each year.  Full-time employees who have a sick leave balance as of the date of ratification of this agreement shall be entitled to retain such balance and may cash out up to a maximum of five (5) days per year.

Provided a full-time employee has accrued sick leave, the employee shall receive eight (8) hours of sick pay for each day of sick leave used or cashed out and shall be charged one (1) day of sick leave from his/her sick leave accrual.

**ARTICLE 18**
**UNION VISITATION**

The representatives of the Union, or of any Local Union representing the employees of the Company, shall have the right upon advance notification or in the event of an urgent matter, upon arrival, to visit the establishment or any department thereof at reasonable

15

times in order to investigate matters such as wages, hours, working conditions and grievances; and shall be authorized to post official Union notices pertaining to conditions of employment in a place conspicuous to the employees.  The Company and the Union representatives shall work proactively to accommodate each other's schedules and business requirements pursuant to this Article.

### ARTICLE 19
### FUNERAL LEAVE

A regular, full time employee who has completed the probationary period shall be entitled to a maximum of three (3) days paid leave to attend the funeral of a parent, child, spouse, brother, sister, present parents-in-law, grandchildren and grandparents.

The employee must submit proof of the death if so requested by the Company.  Any falsification of proof shall be grounds for discipline up to and including discharge.

### ARTICLE 20
### LEAVE OF ABSENCE

**Section 1**. **Leave of Absence for Union Activities**

The Company agrees to grant the necessary time off, without loss of seniority rights and without pay, to any employee designated by the Union Council or any authorized Local Union agent of the Council to attend a labor convention or serve in any capacity on other official Union business, provided forty-eight (48) hours' seven (7) days' written notice is given to the Company by the Union, specifying length of time off.  The Union Council and/or Local Union agents of the Council agrees that in making its request for time off for Union activities due consideration shall be given to the number of employees affected in order that there shall be no disruption of the Company's operations due to lack of available employees.

**Section 2.  Medical Leave**

An employee will upon proper application be granted a medical leave of absence.  The employee will furnish the Company, if requested, a written verification and/or prognosis of his condition and his intended date of return from his attending physician using a form provided by the Company. Extension of a medical leave shall be granted when an employee confirms need with physician's documentation.  An employee will retain and continue to accrue seniority during disability leaves and extensions. The Company will abide by the Family Medical Leave Act guidelines.

**Section 3.** **Personal Leave**

An employee may upon proper application be granted an unpaid personal leave of absence subject to operational requirements.  The maximum leave of absence shall be thirty (30) days.  The employee will retain and continue to accrue seniority during this unpaid personal leave as long as the employee returns on or before the return date.  The Company shall have the sole discretion in granting such leaves of absence.

16

**Section 4**.

With the exception of Section 1, Leaves of Absence for Union Activities, ~~All~~ all leaves of absence shall be applied for in writing and may be granted at the discretion of the Company and in accordance with applicable laws.  The provisions of Section 1 shall apply to those leaves that may be requested by the Union as set forth in Section 1 of this Article.  ~~granted in writing with copies to the Union, the Company and the employee.~~

**Section 5**.

An employee returning from an approved leave of absence, after notifying the Company at least seven (7) days in advance, shall be returned to ~~their~~ his/her former job classification.

**ARTICLE 21**
**VACATION**

**Section 1**. Effective with the vacation bid for calendar year 2006, an ~~An~~ employee shall accrue vacation in accordance with the following schedule:

| Years of Completed Service as of 12/31 of each Calendar Year: | Annual Vacation Accrual to be Bid for the Following Calendar Year: |
|---|---|
| Less than 5 years | 1 week  (prorated if less than 1 year) |
| 5 years to 19 years | 2 weeks |
| 20 or more years | 3 weeks |

~~, on reaching his first (1st) anniversary date of employment, shall be eligible for one (1) week vacation with pay provided the employee has worked at least one hundred eighty (180) days in the twelve (12) month period preceding such anniversary date.~~

~~**Section 2**. An employee, on reaching his second (2nd) anniversary date of employment, shall be eligible for two (2) weeks vacation with pay provided the employee has worked at least one hundred eighty (180) days in the twelve month period preceding such anniversary date.~~

~~**Section 3**. An employee, on reaching his fifth (5th) anniversary date of employment, shall be eligible for three (3) weeks' vacation with pay provided the employee has worked at least one hundred eighty (180) days in the twelve month period preceding such anniversary date.~~

~~**Section 4**. An employee, on reaching his fifteenth (15th) anniversary date of employment, shall be eligible for four (4) weeks' vacation with pay provided the employee has worked at least one hundred eighty (180) days in the twelve month period preceding such anniversary date.~~

~~Section 5. An employee, on reaching his thirtieth (30th) anniversary date of employment, shall be eligible for five (5) weeks' vacation with pay provided the employee has worked at least one hundred eighty (180) days in the twelve month period preceding such anniversary date.~~

**Section 2. 6**.  Employees cannot waive their vacation and draw double pay for work during the vacation period unless mutually agreed between the employee and the Company.

**Section 3. 7**. Vacations will be taken between January 1st and December 31st of each year and such vacations shall be scheduled and posted not later than December 15th of each vacation year. Vacation bidding will be based on the overall company seniority within job classification, department and shift.  Employees shall be permitted to choose their vacation periods subject to the requirements of the business.  Preference in the choice of available vacation periods shall be granted on the basis of length of service; thereafter, an employee's chosen vacation shall not be changed unless unforeseen circumstances make such action necessary.

**Section 4. 8**.  When a holiday(s) occurs in an employee's scheduled vacation period, he shall receive compensation for the extra day(s) vacation in lieu thereof.

**Section 5. 9**. For the purpose of calculating vacation, former United Airlines employees' seniority shall be inclusive.

## ARTICLE 22
## BULLETIN BOARDS

✓ **CURRENT BOOK – NO CHANGES**

## ARTICLE 23
## PENSION AND RETIREMENT PLAN/401K

**Section 1.** Effective on the date of ratification, ~~During the term of this agreement,~~ the Company ~~will administer and make total contributions for all eligible, full-time Employees to~~ will freeze the Dobbs Hourly Employee Pension Plan.  As of such date, the Company will not make future contributions to the Plan, other than those necessary to fund the accrued liability at the time the Plan is frozen.  Under the freeze the benefit payable to an employee under this plan will remain at the amount accrued as of the date of the freeze with no further increase during the remaining term of employment

~~Further, the Company agrees that should any general benefits improvement be adopted for the majority of Employees covered by the Pension Plan during the life of this Agreement, bargaining unit Employees covered by this Agreement shall be entitled to any and all such improvements so adopted.~~

18

**Section 2**.  All employees who have been employed by the Company for a period of ~~ninety (90) days~~ one (1) year will be eligible to participate in the Dobbs International Services, Inc. Bargained Employees' 401(k) Plan.  Effective on the date of ratification, all employees who have been employed by the Company for a period of one (1) year and are not covered by any Union-sponsored pension plan(s) or any other Company-sponsored pension plan(s) other than the frozen Dobbs Hourly Employee Pension Plan described in Section 1 above will be eligible for a ~~The~~ Company matching contribution ~~will~~ equal to the first 3% of the employees' pre-tax contribution to the ~~plan~~Plan.

Guidelines for the ~~plan~~ Plan will be established by the Company and distributed to eligible employees and the Union prior to the enrollment date.  Administration of the ~~plan~~ Plan remains a Company prerogative.

**Section 3.**  Effective on the date of ratification, the Company will freeze its contributions to the Union-sponsored pension plans at the level of Company contribution in effect as of the date of ratification for each respective Union-sponsored pension plan.

**ARTICLE 24**
**HEALTH AND LIFE BENEFIT**

**Section 1.**

Regular, full-time bargaining Employees will be eligible to participate in the Company's Health Care Program and the Basic and Supplemental Group Term Life/AD&D Insurance.  Regular, full-time Employees will become eligible to participate in these plans on the first day of the calendar month following ninety (90) days of continuous employment.  Regular, full-time bargaining Employees hired on or after the date of ratification will be eligible to participate in these plans on the first day of the calendar month following one hundred and eighty (180) days of continuous employment.  The minimum life insurance provided will be in the amount of $8,000.00.  The provisions of all these plans are contained in the plan descriptions themselves which are incorporated by reference hereto.

Effective January 1, 2005, the Company's Health Care Program shall include the following Company and employee contributions:

### COMPANY CONTRIBUTIONS

| Coverage Level | Current Employer Contribution Monthly Rate |
|---|---|
| Employee Only | $151.54 |
| Employee + Child(ren) | $285.49 |
| Employee + Spouse | $300.38 |
| Family | $449.21 |

**EMPLOYEE CONTRIBUTIONS**

| Coverage Level | Current Employee Contribution Monthly Rate |
|---|---|
| Employee Only | $119.07 |
| Employee + Child(ren) | $228.66 |
| Employee + Spouse | $267.90 |
| Family | $362.61 |

At the Union's option, the Union can elect to retain existing Union-sponsored health and welfare plans and the existing HAP plan applicable to DTW employees with the same Company contribution maximums as noted above.   All future increases in either the Company Plan(s) or the Union-sponsored health and welfare plans shall be shared equally between the Company and the employee (i.e., 50% by the Company, 50% by the employee).  In the case of the Union-sponsored health and welfare plan future increases, or the HAP plan in DTW, the Company's 50% contribution shall not exceed the total dollar amount that would have been made in accordance with the Company Plan contribution schedule above.

While administration of the above plan Plans remains a Company prerogative, bargaining unit Employee's Employees' contribution rates for the various health plans and optional life insurance will be the same each year as the contribution rates for management /salaried employees.

Further, the Company agrees that should there be any change in the benefit level of the Health Care and life Life Insurance Plans during the term of this Agreement it will apply to the Employees covered under this Collective Bargaining Agreement.

### ARTICLE 25
### EMPLOYEE QUALITY INCENTIVE PLAN

Bargaining unit employees shall participate in the Employee Quality Incentive Plan during the years of 2000 to 2004.  This Plan is based upon a combination of Unit quality and profit goals, which are the same for both management and hourly employees.  The details of these goals, as well as the payout formulas and eligibility criteria, are described in the Plan Booklet, applicable to bargaining unit employees and are hereby incorporated into this Agreement by this reference. A target payout for each year of this agreement is 10%.  **(DELETE THIS ARTICLE)**

### ARTICLE 26
### HOURS OF WORK AND OVERTIME

**Section 1.** The workweek shall start at 12:01 a.m. Saturday and end at 12:00 midnight the following Friday.

20

**Section 2**. The Company agrees that the standard workweek shall consist of forty (40) hours per week. However, it is understood and agreed that neither the provisions of this Article or any other Article in the Agreement are to be considered as a guarantee of the availability in a work week of any particular number of days or hours per week for any employee. All hours worked in excess of forty (40) hours in a workweek shall be paid for at the rate of time and one half the employee's regular hourly rate.

**Section 3**. An employee's workweek shall normally consist of five (5) workdays and two (2) days off. In the event of an eight (8) hour shift, the workweek shall consist of five (5) work days and two (2) days off. In the event of a ten (10) hour shift, the workweek shall consist of four (4) days with three (3) days off.

**Section 4.** The Company may utilize part-time employees up to thirty percent (30%) of its total hours as measured on a system-wide (vs. a location-by-location) basis. Part-time employees are defined as employees normally scheduled to work thirty-two (32) hours or less per week. Part-time employees are ineligible for all Company benefits (e.g. insurance, retirement, vacation, sick, holidays, etc.). Hourly rates shall be the same as full-time employees. Part-time employees shall be entitled to receive overtime for any hours worked beyond forty (40) hours per week.

The Company may utilize part-time employees between May 15 and September 15 in accordance with the preceding paragraph, except that the thirty percent (30%) cap shall not apply during this period.

**Section  5.** Overtime may be required when necessary to complete customer service obligations.  However, prior to utilizing overtime, qualified employees may be cross-utilized within pay grades and between pay grades to cover unplanned staffing shortages. When overtime is required, the Company agrees to offer such overtime to the employees in the affected classification on that shift in order of seniority (i.e., offer first to most senior employee, offer last to least senior employee). In the event senior employees decline the overtime assignment, the least senior employee in the classification working said shift will be required to work the overtime assignment.

**Section 6.** Any employee, who performs work in a higher classification for one (1) hour or more in a day, shall be paid at the higher classification rate for the time worked in the higher job classification. Any employee, who performs work in a lower job classification during a day, shall be paid at the rate of this regular job classification. Except:

> a) Where an employee is temporarily assigned to a lower classification to accommodate medical limitations; or
> b) Where an employee is disqualified from a higher rated position; or
> c) Where an employee is displaced or transferred (bidding) at his own request to another classification paying a lower rate;

**Section 7.** All employees covered by this Agreement will be granted one thirty (30) minute lunch break without pay.

21

All employees covered by this Agreement will be granted one fifteen (15) minute break with pay before the lunch break and fifteen (15) minute break with pay after the lunch break for the purpose of relaxation.

### ARTICLE 27
### RIGHTS OF MANAGEMENT

✓ **CURRENT BOOK – NO CHANGES**

### ARTICLE 28
### DRUG/ALCOHOL TESTING POLICY

~~The parties have agreed that the procedures as set forth herein shall be the methodology for all testing and will be modified only in the event that further Federal legislation or Department of Transportation (DOT) regulations require revised testing methodologies or requirements during the term of this Agreement.~~
~~Should other categories or types of testing be required by the government, the Company will notify the Union of its procedure.~~

The Company and the Union agree that the Company shall maintain drug and alcohol testing policies in accordance with Department of Transportation (DOT)/Federal Motor Carrier Safety Administration (FMCSA) regulations.

The Company will notify the Union if Federal legislation or the DOT/FMCSA requires revisions to the methodology, categories or types of drug and alcohol testing.

Employees Who Must Be Tested
~~Dobbs~~ Company employees subject to Department of Transportation mandated drug testing are drivers and loader helpers of vehicles with a vehicle weight rating over 26,000 pounds, requiring a commercial driver license (CDL) or in a safety sensitive position. This includes employees who relieve for vacations or other temporary vacancies.
In addition to testing mandated employees, controlled substance testing will be part of pre-qualification conditions for safety sensitive positions and those persons transferring to a safety sensitive position. Individuals who bid for a safety sensitive position are subject to being tested for controlled substances before being accepted into such a position.

Employees covered by this ~~Collective Bargaining~~ NMA Agreement, who are not subject to DOT mandated drug testing, are subject to reasonable cause/suspicion and post-on-the-job-injury testing as provided herein.

Laboratory Testing
Because of the consequences that a positive test result has on an employee, the Company will employ ~~a very accurate, two-stage testing program (screening and confirmatory). Urine samples will be analyzed by a highly qualified, independent laboratory, which is certified by the National Institute of Drug Abuse (NIDA). All samples will be tested according to DOT drug testing requirements.~~ analytical testing methods in accordance

22

with Department of Health and Human Services (DHHS)/Substance Abuse and Mental Health Services Administration (SAMSHA) protocols. These methods include initial, validity and confirmation tests.  Urine specimens will be analyzed by laboratories certified by the DHHS/SAMSHA.

~~Laboratory Testing~~
~~All laboratories selected by the Company for analyzing controlled-substances testing specimens will be NIDA-certified.~~

Types of Testing Required
The Company's testing format will include the following:
a) When there is reasonable suspicion,
b) To aid the investigation of ~~serious accidents/~~ all accidents and all vehicle accidents. (~~CSRs and CSAs~~Drivers and Loader Helpers involved or present at the accident.)
c) Prior to assignment in safety-sensitive positions.
d) During an employees probationary period.
e) When an employee is involved with an on-the-job injury~~,~~ which requires medical attention.


Pre-Qualification Testing For Safety Sensitive Positions
~~Upon reasonable cause, T~~the Company ~~will~~ shall require any employee who bids and/or transfers into a safety sensitive position to submit to a controlled substance test before the employee is accepted into the safety sensitive position. ~~to be tested for the use of controlled substances.~~
~~Reasonable cause is defined as an employee's observable action, appearance or conduct that clearly indicates the need for a fitness for duty medical evaluation.~~

Reasonable Cause/Suspicion

Upon reasonable cause, the Company will require an employee to be tested for the use of controlled substances and/or the use of alcohol.

Reasonable cause is defined as an employee's observable action, appearance, conduct, speech or body odor indicative of the use of a controlled substance and/or alcohol. ~~The employee's conduct must be witnessed by at least two (2) supervisors, if available. When the supervisor(s) confronts an employee, a Union employee, should be made available.~~ In the event the test result is positive, adulterated or substituted, it shall be considered a dischargeable offense.

Non-DOT – Reasonable Cause/Suspicion
In the event an employee (not covered by DOT) is tested, such test will be performed under the same procedures as ~~previously stated~~ described above.  In the event the test result is positive, it shall be considered a dischargeable offense.

Post Accident Testing

~~Where a~~When any driver and loader helper ~~are~~ or any employee is involved ~~with~~ in any accident ~~(vehicle/aircraft)~~, the ~~driver and loader helper~~employee will be required to submit to drug/alcohol testing.

Random Testing Random Employee Selection

The procedure used to randomly select employees for drug and alcohol testing in compliance with the DOT regulations will be a computer program specifically intended for such an application.

The program ~~will utilize an internal computer clock procedure to~~ shall randomly select ~~general lists~~ the names or social security numbers of the required number of employees ~~mandated for testing by the Department of Transportation/Federal Highway Administration.~~from the total pool of affected employees.  ~~The computer shall randomly select the required number of employees from the total pool of affected employees.~~ The Company~~'s Safety/Security Director~~ shall maintain the list or true copies of the lists. The lists will be maintained and made available for review by Local Union representatives upon request.

The parties agree that no effort will be made to cause the system and method of selection to be anything but a true random selection procedure ensuring that all affected employees are treated fairly and equally.

The parties further agree not to amend or change the current method of random selection as described herein without prior agreement between the parties.

Post on-the-Job Injury

When an employee is involved with an on-the-job-injury, which requires medical attention, the employee will submit to a drug/alcohol test.  Such test will be performed under the same procedures as previously stated.  In the event the test result is positive, adulterated or substituted it shall be considered a dischargeable offense.

Split Sample Procedure

~~A  split~~Split samples of urine specimens will be secured and an employee who tests positive may have the split sample tested at a ~~NIDA~~ DHHS/SAMSHA certified lab at the employee's expense.  The employee must request the split sample test within 72 hours of notification by the MRO.

Paid for Time

Employees required by the Company to submit to drug and/or alcohl testing shall be paid for all time from the place of employment to the collection site and for all the time at the collection site.

Disciplinary Action

Employees may be subject to discipline up to and including discharge as provided below if they test positive, refuse to submit to test or provide an adulterated or substituted specimen for drugs or alcohol. ~~for drugs specified elsewhere in the Article.~~

24

1. Reasonable Cause/ Suspicion Testing

    a) A positive, adulterated or substituted test is a dischargeable offense.
    b) Refusal to submit to a reasonable cause/suspicion drug or alcohol test is a dischargeable offense.

2. Post Accident Testing

    a) A positive, adulterated or substituted test is a dischargeable offense.
    b) Refusal to submit to a post-accident drug or alcohol test is a dischargeable offense.

3. Random Testing

    a) A positive test result – employee is subject to successfully complete a rehabilitation program. The employee will enter into a rehabilitation program within fifteen (15) calendar days after test results. Employee will be subject to random testing for twelve (12) months after the completion of the rehabilitation program. An employee will be permitted a positive test result only once during his tenure with the Company.
    b) Refusal to submit to a random drug or alcohol test is a dischargeable offense.

4. Pre-Qualification Testing for Safety Sensitive Positions
    a) A positive, adulterated or substituted test is a dischargeable offense.
    b) Refusal to submit to a pre-qualification drug or alcohol test is a dischargeable offense.

5. Post On-The-Job-Injury

    a) A positive test is a dischargeable offense.
    b) Refusal to submit to a post injury drug or alcohol test is a dischargeable offense.

The Company and the Union further agrees, that if an employee(s) recognizes that he/she has an alcohol or drug abuse problem, and voluntarily identifies this problem to the Company, the Company will allow the employee(s) unpaid time off to seek professional assistance, at the employee's expense.  The employee will be permitted to utilize any applicable contractual benefit for this absence.  It should totally be is the responsibility of the employee(s) to recognize the problem and come forward to the Company prior to any investigative or disciplinary situation.  normally resulting in suspension, subject to discharge.  The Company agrees to provide the employee(s) with a confidential method to contact professional assistance.

An employee who is subject to a substance abuse drug or alcohol screening will be suspended, pending the outcome of the screening.  If the results are negative, he the employee will be returned to work and paid for all any lost wages.  If the results are positive, he the employee is subject to will be discharged.

25

## ARTICLE 29
## INVALIDATION CLAUSE

✓ **CURRENT BOOK – NO CHANGES**

## ARTICLE 30
## PAYROLL PERIOD

✓ **CURRENT BOOK – NO CHANGES, EXCEPT MOVE THE FOLLOWING PARAGRAPH TO ARTICLE 11 "SENIORITY"**

Probation. Newly hired employees shall be on probation for the first ninety (90) calendar days of employment.  During that period, the Discharge, Grievance, Arbitration and Seniority articles of this Agreement shall not apply to the new employee.  Neither shall any fringe benefit provisions of this Agreement apply, except named holidays.  Upon completion of the probation period, seniority shall date from the most recent hire date.

## ARTICLE 31
## REPORTING PAY

✓ **CURRENT BOOK – NO CHANGES**

## ARTICLE 32
## SAFETY AND HEALTH

The Employer shall continue to make reasonable provisions for the safety and health of its employees at the plant during the hours of employment, protective devices, on equipment, and /or clothing necessary to properly protect employees from injury shall be provided for and maintained by the employer, when required by the employer.  The Company shall continue to comply with all applicable Safety and Health laws.
In the event a work related injury or illness that requires serious immediate medical attention away from the workplace, the employer will provide transportation to the medical facility and back to the workplace.

## ~~ARTICLE 33~~
## ~~TRANSITION AGREEMENT~~

~~Upon the ratification of this Master Agreement, the following guidelines must be adhered to:~~

~~All local addendums must be extended to have a common amendment date of May 30, 2004 and substitute the Grievance and System Board of Adjustment procedures/processes for any Grievance and/or Arbitration articles in current local addendums.  All local issues and interpretations will be governed by the superior conditions clause attached hereto.~~

26

~~Local supplement amendments will be for only economic issues relating to the local addendums in place at this time except, that there will be no additional entry or participation by the Company, or its employees, in any multi-employer pension/retirement or Health and Welfare fund/plans. Local supplements will be amended on the dates identified herein as Attachment A, unless amended or extended by mutual agreement. Non-economic language will be frozen in each respective local addendum until May 30, 2004.~~
~~In the event any Local Union cannot reach agreement on their local addendum and economic re-openers, the issues of dispute will be taken to the System Board of Adjustment for review and settlement.~~    **(DELETE THIS ARTICLE)**

~~ARTICLE 34~~
~~**SUPERIORITY AGREEMENT**~~

~~It is understood between the Company and the Union that no employee in any location will suffer a reduction in any wages, or benefits from his present level as a direct result of this Master Agreement. Furthermore, if any local Addendums terms and conditions exceed the terms and conditions of the Master, then the local Addendum shall apply during the term of the Master Agreement. In instances where the Master Agreement language and / or benefits are superior to the local addendum, the Master Agreement will apply at the time the Local Addendum is subject to amendment.~~    **(DELETE THIS ARTICLE)**

**ARTICLE 35**
**~~WAGES~~ COMPENSATION**

A.  No earlier than the first day of the first pay period following the date of ratification, the Wage Scales in Attachment A of this Agreement shall apply to all employees covered by this Agreement. The Wage Scales set forth in Attachment A are minimum scales and the Company may at its discretion increase the scales and/or accelerate step progressions. The implementation date of the new Wage Scales will be posted in each work location no less than seven (7) days prior to such date.

B.  Premiums

　　1.  Commercial Drivers License ("CDL") Premium of $1.00 per hour shall be paid to any employee who both possesses and is required to utilize a CDL in the performance of his/her duties.
　　2.  Lead Premium of $.75 per hour shall be paid to any employee designated as a Lead.

C.  1% Lump Sum payments, based on the employee's prior year W-2 earnings shall be paid to each employee in accordance with the following schedule:

　　1.  For 2008 W-2 earnings, to be paid no later than May 1, 2009
　　2.  For 2009 W-2 earnings, to be paid no later than May 1, 2010
　　3.  For 2010 W-2 earnings, to be paid no later than May 1, 2011

27

<u>4. For 2011 W-2 earnings, to be paid no later than May 1, 2012</u>

D.  Profit Sharing

1.  <u>Each Plan Year, the Company will contribute an amount equal to 15% of Gate Gourmet Inc. (excluding Gate Safe, Gate Serve, and e-gatematrix) fully-allocated pre-tax profits after allocations for corporate overhead and interest expense and excluding non-operating and non-recurring gains or losses not arising from the Company's usual business operations.</u>

2.  <u>Each Eligible Participant's award will be determined as a percentage of the total profit sharing pool.  Each participant's share of the profit sharing pool will be calculated based on the percentage that his or her W-2 earnings represent of all W-2 wages for the unit.</u>

3.  <u>In order to be an Eligible Participant, the Employee must:</u>

    a. <u>have more than 1,000 hours of service during the Plan Year,</u>
    b. <u>be actively employed by the Company on the date the Profit Sharing Awards are distributed and not in a notice period, and</u>
    c. <u>be in "good standing" which means the employee needs to maintain satisfactory job performance and not be on any form of performance warning.</u>

4.  <u>Awards will be paid out no later than 100 days following the end of the calendar year.</u>

5.  <u>The Board of Directors has the right to amend or terminate the Plan in accordance with the terms of the Plan.</u>

## ARTICLE 36
## AMENDMENT

This Agreement shall become effective ~~June 1, 2000~~ on the date of ratification and thereafter ~~remaining~~ in effect until changed in accordance with the provisions of the Railway Labor Act

Neither party shall, prior to ~~April~~ September 30 ~~1, 2004~~ 2012 serve a notice on the other party, pursuant to section 6 of the Railway Labor Act, to change any term of the Agreement, which change shall not be effective prior to ~~June~~ January 1, ~~2004~~ 2013.

For Gate Gourmet Inc.                          For the IBT/HERE Employee
                                               Representatives Council

_____                        _____

28

# ATTACHMENT "A"

## NOTE:   NEW ATTACHMENT "A" WILL CONSIST OF THE NEW WAGE SCALES FOR EACH  UNIT

~~TEAMSTERS~~ ~~HERE~~

~~ATL   3-7-02~~ ~~ORD      3-27-03~~
~~JAX   2-4-00~~ ~~LAS      5-31-02~~
~~LAX  6-30-01~~ ~~MIA      12-3-03~~
~~MEM 8-28-01~~ ~~EWR      EXPIRED~~
~~MSY  3-12-03~~ ~~OAK~~
~~PHL  5-9-01~~ ~~AMTK    3-31-02~~
~~SFO   2-15-00~~ ~~SFO     10-31-01~~
~~STL    10-20-01~~ ~~PHL      6-3-00~~
~~IAD    4-4-00~~ ~~SEATTLE~~
~~ORD   10-1-01~~ ~~AMTK    4-15-02~~

## ~~LETTER OF UNDERSTANDING~~

~~All existing units will maintain their existing holiday schedules in accordance with area standards and practices prior to January 1, 2001.~~

~~For Gate Gourmet/Dobbs~~ ~~For The Employee's Representative Council~~

~~/s/ George Giro~~ ~~/s/ Ray W. Benning Jr.~~
~~IBT~~

~~/s/ K. Paulsen~~
~~HERE~~

30

**Letters of Agreement**

**Letter:**                                              **Page:**

1. 1113 Protection        L-1
2. Application of the National Master Agreement        L-2
3. Memorandum of Understanding Re: System Board of
      Adjustment Procedures        L-3
4. TIP Deductions        L-4
5. DRIVE Payroll Deductions        L-5

LETTER # 1
Memorandum of Understanding Re: System Board of
Adjustment Procedures

✓ **CURRENT BOOK – NO CHANGES**

**LETTER #5**                                          **DRIVE PAYROLL DEDUCTIONS**

To be reformatted as a Letter of Agreement:

The Company agrees to deduct from the paycheck of all employees authorizing such deductions covered by this Agreement, voluntary contributions to DRIVE (a Political Action Campaign Program). DRIVE shall notify the Company of the amounts designated by each contributing employee that are to be deducted from his/her paycheck on a weekly basis for all weeks worked and shall provide the Company and original copy of said payroll deduction authorization. The phrase "weeks worked" excludes any week other than a week in which the employee earned a wage. The Company shall transmit to DRIVE National Headquarters on a monthly basis, in one check, the total amount deducted along With the name of each employee on whose behalf a deduction is made, the employee's Social Security number and the amount deducted from the employee's paycheck.

**Page L-5**

35