# EXHIBIT 1

**(Gate Gourmet's Opening Proposal to Modify the NMA, December 10, 2003)**

# Gate Gourmet
# Opening Proposal

to

# IBT/HERE Council

## December 10, 2003

The Company reserves the right to add to, amend, delete or otherwise change proposals anytime during the negotiation process.

## Article 1, Recognition

RECOGNITION, SCOPE, **AND PATTERNS OF REPRESENTATION** ~~EMPLOYEE PROTECTIONS~~

Recognition

~~Dobbs International Services, Inc. a/k/a Gate Gourmet, Division Americas owned by S Air Group~~ **Gate Gourmet, Inc.** (the "Company") recognizes the IBT/HERE Employee Representatives' Council, (the "Council") as the collective bargaining representatives of all **Company** employees working at facilities covered by this Agreement with the authority and obligation to represent them for all purposes of the Railway Labor Act, as amended.

This collective bargaining agreement and any formal letters of agreement between the Company and the Union may be collectively referred to as the "National Master Agreement" (NMA). It is agreed by the parties that Local Addendums consistent with the National Master Agreement **may** ~~shall~~ be entered into at the local level between the Company and affiliates of the Council. It is further agreed that supervisory personnel shall not perform work customarily performed by employees in the bargaining unit, **except when extraordinary conditions requisite temporary exceptions to this agreement**.

The Company understands that the Council will designate, under Section 2 Third of the Railway Labor Act, IBT and HERE and other AFL-CIO affiliated labor organizations to act as the bargaining representatives **and agent** for the Council and it is hereby agreed that the term "Union" as used in this Agreement shall refer to the Council. Where the context so indicates, the term "Union" shall also' refer to IBT and/or HERE, and, ~~in those instances where the designated labor organization adopts this agreement,~~ to the other labor organization**s** so designated and authorized by the Council. **A listing of authorized agents of the Council is contained in Attachment "B" and incorporated herein by reference to this N.M.A. Should the Council make any modifications, deletions or additions to the**

1

affiliated labor organizations so designated and authorized by the Council to act as an agent on behalf of the Council, it will immediately notify the Company, by certified mail, of such modification to Attachment "B".

Scope

This Agreement covers all present and future kitchen, commissary and catering work **assigned by the Company to its employees**, including all related work performed **by Company employees** at facilities for which the Union has been designated as the bargaining agent for employees in the system wide basis craft or class; provided that this Agreement shall not apply to managers, supervisors, guards, office-clerical employees, ~~or~~ employees based outside of the United States, its territories and possessions **or work assigned to or performed by employees of any company that is not a party to this Agreement.**

**If there are any conflicts between any Articles and/or Sections of the NMA and any Articles/Sections of any local addendums, the NMA will be the controlling agreement and will be deemed superior for all intents and purposes.**

It is understood between the parties that existing patterns of representation as between HERE and IBT at locations where both organizations currently represent employees, or at locations where only IBT or HERE exclusively represent employees, shall be preserved. ~~Future food service operations identified in the system wide basis, craft or class opened or acquired by the Company shall become subject to the terms of this Agreement immediately upon notification by the Council that the Union has been designated as the bargaining agent for such operation or facility. For newly opened or later acquired facilities, the Company shall initially establish hourly wage rates for all classifications; thereafter the negotiated increases of the NMA wage addendum shall apply. The Company shall not establish any new kitchen, commissary or caterer, or acquire a controlling interest in such a food operation, whether directly or through an affiliate or subsidiary, or by a parent or holding company of which the Company is wholly owned or controlled subsidiary, and operate it as a separate entity outside the provisions of this Agreement.~~

## Article 2, Transfer of Company Title or Interest

This Agreement and the supplemental addendums hereto and hereinafter referred to collectively as "Agreement', shall be binding upon the parties hereto **and** their successors~~, administrators executors and assigns.~~

~~It is understood by this Section that the parties hereto shall not use any leasing devise to a third party **solely** to evade this Agreement.~~  The **Company** ~~Employer~~ shall give notice of the existence of this Agreement to any purchaser~~, transferee, lessee, assignee, etc.,~~ of the operation covered by this Agreement or **any purchaser of** any part thereof.  Such notice shall be in writing with a copy to the respective International Union and local

2

union, at the time the seller, ~~transferee or lessor executed~~ **executes** a contract **for sale** ~~or transaction as herein described~~. The Union shall also be advised of the general nature of the transaction, not including financial details. In the event that the ~~Employer~~ **Company** fails to require the purchaser~~, transferee or lessee~~ to assume the obligation of this Agreement, the ~~Employer~~ **Company**, (including partners thereof) shall give the Union sixty (60) days notice in writing, after which the ~~Employer~~ **Company** or the Union shall not be liable for any all damages sustained as a result of such failure to require assumption of the terms of this Agreement.

## Article 3, Uniforms

**Section 1.** ~~New employees shall not be required to purchase required uniforms through payroll deduction effective 6-1-2002.~~

**Section 2.** ~~The Company will supply uniforms and safety equipment at no cost to the employees effective 6-1-2002. Thereafter, the Company will replace or repair all uniforms that are no longer serviceable through fair wear and tear in accordance with appearance standards at no cost to the employees. Employees are required to maintain their uniforms and general appearance in a fashion that is clean and orderly. The employee will return the uniforms upon termination of employment or the Company will deduct the value of the unreturned uniform from the final paycheck. The Company will deduct the replacement value of a uniform from the employee's paycheck if the uniform is lost, stolen or damaged.~~

## Replace current language with the following:

Employees may receive standard uniforms as designated by Company Policy and in accordance with applicable laws at no cost. The Company may replace or repair all uniforms for employees on an exchange basis, when the uniforms are no longer serviceable through fair wear and tear in accordance with Company designated appearance standards. If the uniform must be replaced within the first year of issue because of damage, the employee will be required to purchase the replacement uniform at a cost determined by the Company. If the uniform is lost, stolen or damaged, the Company will deduct the replacement value of a uniform from the employee's paycheck.

Employees are required to maintain their uniforms and general appearance in a fashion that is clean and orderly. Smocks or other alternative clothing may be furnished by the Company in lieu of uniforms. Employees must wear the uniforms or other alternative clothing furnished by the Company. Employees shall not wear such uniforms or other alternative clothing except while working for the Company and, where permitted by the Company, while going to and from work. The Company shall not be required to furnish or pay for laundering or cleaning of uniforms.

Employees must provide a signed authorization to deduct from wages, moneys for all uniforms furnished, but not returned when an employee is terminated or resigns. A schedule of costs will be prepared by the Company with the total cost for the lost uniforms. The employee will return the uniforms upon termination of employment or the Company will deduct the value of the unreturned uniform from the employee's final paycheck.

## Article 4, No Strikes and No Lock Outs

**Section 1.** From the effective date of this Agreement through thirty (30) days following the date, if any, that the parties are released from mediation by the National Mediation Board in connection with negotiations for a successor Agreement (the "Release Date"), ~~the Union and its members or employees it represents, agree that there shall be no strikes, walk outs, stoppages, or slow down of work, including sympathy strikes,, boycotts, refusal to handle any merchandise, picketing or any other interference with any of the operations of the employer during the term of this agreement.~~ neither the Union nor any employee covered by this Agreement shall sanction, approve of or engage in any type of strike, work stoppage, "sick outs", wildcat strikes, "unauthorized meetings", "unauthorized walk and work" activity, including slowdowns, picketing, refusal to cross a picket line at any location or site or other curtailment or interference with Company's production, delivery of services to customers or operations, or take any action which results in the foregoing, even in sympathy with disputes involving any other labor organizations, any groups of employees or individual employees. During the term of this Agreement, the grievance procedure herein shall be the exclusive means of settling a claim or dispute over the meaning or application of this Agreement raised by an employee or the Union against Company.

~~The employer agrees that there shall be no lockout during the term of this Agreement.~~

**Section 2.** Upon written request by then Company, the Union will immediately notify all employees both orally and in writing that a strike, stoppage, slowdown, or any other interruption of work is completely prohibited, is unauthorized and in violation of this Agreement; and that the employees involved are required to immediately cease the violation of this Agreement and immediately return to work. Further, the Union will take such other prompt and vigorous steps as are necessary to end such violation. In the event there is any prohibited or unauthorized strike, stoppage, slowdown or any other interruption of work during the term of this Agreement, the Company shall not be required to negotiate upon the merits of the dispute until such time as the violation(s) of this Agreement are completely and fully terminated. Any employee who is responsible for or who participates in any acts or conduct prohibited by this Article is subject to permanent replacement or any other action as solely determined by the Company subject to appeal by the employee or employees involved under the Grievance and System Board Procedure provided in this Agreement solely, and only, on the question of guilt.

**Section 3.** All employees who hold a position of steward occupy a position of special trust and responsibility in maintaining and bringing about compliance with the provisions of this Article. Accordingly, the Union agrees, upon execution of this Agreement, to notify in writing all Union stewards of their obligation and responsibility in maintaining compliance with this Article including their responsibility to abide by the provisions of this Article by remaining at work during any interruption(s) which may be initiated by other employees/members. In the event of breach of this Article by other employees and, upon the request of the Company, the Union will immediately, both orally and in writing, encourage and demand employees violating Section (1) of this Article to immediately return to work. The Company may permanently replace or take any other action toward any employee or all employees who violate(s) Section (1) of this Article.

**Section 4.** During the term of this Agreement, the Company shall not engage in any lockout of employees. However, shutting down the Company's operations, or any part thereof, for the purpose of taking inventory, for vacation shutdowns, for any economic reasons, or because of a breakdown or cessation of operations for a cause beyond the control of the Company shall not be considered a lockout.

## Article 5, Maintenance of Standards

**Unless modified by mutual written agreement,** the ~~Employer~~ **Company** agrees that all conditions of employment relating to wages, hours of work, overtime differentials and general working conditions, other than those specifically referred to in this Agreement, shall be maintained at not less than the highest standards in effect at the time of the signing of this Agreement, and the conditions of employment shall be changed, upon amendment wherever specific provisions are made elsewhere in this Agreement **for such purpose.** It is agreed that the provisions of this Section shall not apply to inadvertent or bona fide errors made by the Company or the Union in applying the terms and conditions of this Agreement if such error is corrected within ninety (90) days from discovery of the error. ~~This provision does not give the employer the right to impose or continue wages, hours and working conditions less than those contained in the Agreement.~~

**Any change or modification of the NMA or any addendums thereto, mutually agreed upon between the Company and the Council at the System Board of Adjustment, or otherwise, shall be binding upon all parties and all employees affected, provided such change or modification is reduced to writing and signed by duly authorized agents of the Company and Council.**

## Article 6, Non-Discrimination

No change to current language

## Article 7, Discipline & Discharge

**Section 1.** The Company shall not discharge any employee nor impose any disciplinary action against any employee except for just cause. The Company shall have the right to establish reasonable rules for the conduct of employees not inconsistent with the terms of this Agreement. **This Section does not apply to probationary employees. T/A 1-29-04**

**Section 2.** Delete

~~Employee Corrective Action Notices shall be maintained in the employee's personnel file for a period of twelve (12) months from the time of issuance.~~

5

## Article 8, Holidays

Section 1.  Employees shall receive ~~nine (9)~~ **seven (7)** paid holidays, effective ~~1/1/2001~~ **January 1, 2005.**

| | | |
|---|---|---|
| New Years Day | Martin Luther King, Jr. Day | Memorial Day |
| Labor Day | July 4 | Thanksgiving Day |
| Christmas Day | ~~Christmas Eve~~ | ~~Easter~~ |

Section 2.
The Union recognizes that the employees may be ~~expected~~ **required** to work on said holidays ~~inasmuch~~ as the business of the Company operates **three hundred and sixty-five (365) days per year.** ~~even (7) days a week~~.

Section 3.
All **eligible** employees shall receive eight (8) hours' pay at straight-time rate when holidays are not worked ~~provided that~~.

**Employees on a four (4) day, ten (10) hour shift will receive eight (8) hours straight-time holiday pay when not worked.**

**Employees will receive the above provided that:**

**a)** The employee has not failed to work when scheduled to work on a holiday unless ~~he~~ **the employee** is absent with the approval of **the Company.** ~~management.~~ **The employee must submit written documentation if requested, and obtain written permission from the Company.**

b) The employee works ~~his~~ **the** scheduled day both immediately preceding and following the holiday unless ~~he~~ **the employee** is absent with the approval of the Company.

c) The employee has worked during the week of a holiday (excluding vacation periods ); and

d) The employee is not on strike or suspension, leave of absence, or worker's compensation.

**Section 4. Change to read:**

**Part-time employees that are scheduled less than thirty (30) hours do not qualify for Holiday pay until the employee achieves regular full-time status.**

**Section 5. New**

**No employee is eligible for holiday entitlement until completion of six (6) months of continuing service.**

6

## Article 9, Grievance Procedure

**Section 1:**
Should differences arise between the Company and any ~~of its~~ employees as to the meaning and application of ~~this agreement~~ **the NMA**, or if any other controversy or grievance arises, an earnest effort shall be made as promptly as possible to settle such differences in the following manner:

**Step 1:**  The employee having such grievance, with or without the Steward, shall ~~present the grievance to his immediate supervisor~~ **file a written grievance** within five (5) **calendar** days of the action giving rise to the grievance.  **The employee and his immediate supervisor will make a good faith effort to resolve the grievance.**  The supervisor will give ~~his~~ **a written response to the grievance (whether resolved or not)** within seven (7) **calendar** days of the action giving rise to the grievance.

Should an employee request that a Steward be present to discuss the grievance, the supervisor will arrange for the Steward to attend the grievance meeting.  If the grievance is not satisfactorily settled, then the grievance may be appealed to Step 2.

**Step 2:  If not resolved at Step 1,** the grievance ~~shall~~ **may** be **appealed** ~~put into writing and presented~~ by either the Union Representative, Chief Steward, Shop Steward and/or aggrieved employee to the General Manager or his designated representative.  **Any such appeal must be in writing and must be submitted** within twelve (12) **calendar** days of the action giving rise to the grievance.  The Manager will give **an** ~~his~~ answer in writing, with a copy to the union, within seventeen (17) **calendar** days of the action giving rise to the grievance.  If the grievance is settled or withdrawn, the Union Representative and the ~~Employer~~ **Company** will put the withdrawal or settlement in writing on the grievance form.  If the grievance is not satisfactorily settled, then the grievance may be appealed to Step 3.

**Step 3:  If not resolved at Step 2,** the aggrieved employee, and/or Union may ~~present~~ **appeal** ~~the grievance in writing~~ to the ~~Regional Personnel Manager~~ **Senior Human Resources Manager (SHRM)** or his designated representative.  **Any such appeal must be in writing and must be submitted** within twenty-two (22) **calendar** days of the action giving rise to the grievance.  The ~~Regional Personnel Manager~~ **SHRM** or **the SHRM's** ~~his~~ designated representative shall meet with the Union and answer the grievance in writing within ~~thirty (30)~~ **forty-five (45) calendar** days of the action giving rise to the grievance.

**Step 4:  New**
**All grievances not withdrawn, settled or time barred in or by these steps may only proceed to the System Board of Adjustment.  Any such appeal must be in writing and must be submitted within fifty (50) calendar days of the action giving rise to the grievance.**

**Section 2:**  All grievances must be submitted as provided in Step 1 above within five (5) **calendar** days of the **Company's** ~~Employer's~~ action giving rise to the grievance, **or** ~~; and, if not submitted within the aforementioned time, then~~ the grievance shall be considered to be waived and may not thereafter be submitted for adjustment **in any forum.**  Any grievance that is not appealed from one step of the grievance procedure to the next step within the time limits set forth above (such time limits may be extended by written agreement) shall be considered settled on the basis of the last decision given and shall

7

not be subject to further **adjustment in any forum** ~~grievance and arbitration proceedings~~ or collective bargaining.

<u>Section 3:</u> **Delete**

## Article 10, System Board of Adjustment Procedures

~~Within fourteen days after the receipt of the written decision of the Company designee, if the decision is not satisfactory to the Union, the Union may appeal such grievance to the System Board of Adjustment by serving a written notice upon the Company directed to the Vice President of Human Resources or his/her designee at the Company's office of its intention to do so. If the System Board deadlocks, the case may be appealed to arbitration by the Union.~~

The System Board of Adjustment shall be composed of two members designated by the Union and two members designated by the Company. The Board shall meet every other month at a location mutually agreed upon by the parties. In the event there are no grievances to be heard the board may cancel such meeting upon mutual agreement. **Commencing in 2005 the Board shall meet three (3) times per year.**

The System Board shall only be empowered to make a finding or decision with respect to **existing or proposed** contract language **for either the NMA or local addendums covering** ~~and~~ any non-probationary employee covered by this agreement who **are** ~~is~~ terminated or disciplined to the extent of loss of pay by the Company, and such finding or decision shall be final and binding upon the employee, and all parties to the dispute.

If the Board deadlocks, the Union may appeal the case to arbitration **within ten (10) days of the day the System Board deadlocks or the grievance shall be considered to be waived and may not thereafter be submitted to Arbitration or any adjustment in any forum.** In the event the Union appeals the decision to arbitration the Company and the Union shall attempt to mutually agree to an acceptable impartial Arbitrator. If the parties are unable to agree on an Arbitrator they shall then request a panel of seven (7) Arbitrators to be provided for by the **National Mediation Board (NMB) or** Federal Mediation and Conciliation Service. The parties shall alternately strike names from the panel with the remaining arbitrator selected to hear and resolve the dispute. The Arbitrator shall have no authority to add to, or subtract from, or modify the terms of this Agreement. The arbitrator's decision shall be rendered within thirty (30)days from the date of the close of the hearing. The cost of the Arbitrator shall be borne equally between the Union and the Company.

## Article 11, Seniority/Loss of Seniority

### Section 1

Seniority shall govern as to layoffs and rehiring. New employees shall be employed on a trial basis for ~~ninety (90) days~~ **six (6) months**. During this period, their retention as employees is entirely at the discretion of the Company.   The provisions of this Agreement shall not apply to probationary employees.

### Section 2

In the event the Company finds it necessary to layoff employees because of the lack of work or reduction in business, such layoffs shall be on the basis of **Company** seniority **within the classification**. Seniority shall be defined as the length of service an individual has with the Company. The employee having the shortest period of continuous employment with the Company **within the classification** shall be laid off before any other employee. **The displaced employee within the classification affected shall have the opportunity to bump into the next lower classification provided the employee has more Company seniority than the least senior employee within the lower classification and is qualified to perform the work.  This is the only time that Company seniority shall be considered without regard to classification seniority.  The employee affected by the displaced employee will be laid off and will not have the opportunity to bump into the next lower classification.**  The senior employees shall have preference of full-time employment ~~(to wit, forty (40) hours per week)~~ at all times where it is available. Both seniority and ability shall govern except as provided in this Article, on job or station assignment, hours worked and, where applicable, in other phases of employment.

### Section 3

The Company agrees that it will recall all **employee's** ~~persons~~ who have retained seniority in the reverse order in which they were laid off, **meaning** ~~That is,~~ the last **employee** ~~one~~ laid off will be the first **employee** recalled **within classification**, provided the employee still has the ~~physical fitness and~~ ability to perform the work required. Employees, including those that are laid off, have the responsibility to keep on file with the Company the address to which the notice to return to work is to be sent; and the Company agrees to notify such laid off employees not less than three (3) days, exclusive of Sundays, prior the date called back to work by certified mail or telegram. ~~and notify the Union of the same by mail.~~

### Section 4

Seniority shall terminate **upon**:

a) ~~Upon D~~ischarge for just cause;
b) ~~Upon Q~~uitting;
c) Overstaying **an approved** leave of absence without permission;
d) Engaging in gainful employment while on **approved** leave of absence, which shall be considered quitting;
e) Laid off from work for a period of one hundred eighty (180) consecutive calendar days;
f) ~~Upon F~~ailure to report to work as scheduled after layoff within three (3) days, exclusive of Sundays, after notification;
g) Being absent from employment **for one day** without notifying the Company.

9

**Section 5**
The seniority of an employee promoted to a supervisory position shall be retained in the classification from which promotion was made for a period of ~~ninety (90) work days~~ **six (6) months** unless such employee is discharged for cause within such ~~ninety (90) workday~~ **six (6) month** period.

## Article 12, Job Vacancy

**Section 1**
Employees in the same job classification may exercise their seniority for the purpose of selecting shift and off days by filing a bid as outlined in section 2 below, provided the employee is qualified to perform the work.
Employees may exercise their seniority for the purpose of promotion to a higher rated job classification by filing a bid as outlined in Section 2 below, provided ~~however, that~~ the employee is qualified to **perform** ~~do~~ the work.

**Section 2**
Two types of bid forms may be filed. Bid form for shift and days off within employee's current job classification, and bid form for promotion to a higher rated classification. Vacancies will be posted on the employee bulletin board within each kitchen for a period of three (3) days.

**Section 3 – New**
**There are four (4) steps for filling job vacancies:**

First: Award the position(s) to the most senior qualified employee(s) in the job classification who have submitted a bid as outlined above for the shift and off days of the vacancy. ~~Then:~~

Second: Award the resulting position(s) to the most senior qualified employee in a lower rated classification who have submitted a bid as outlined above for the job classification, shift and off days of the vacancy. ~~Then:~~

Third: Return employees who are currently on layoff, by seniority provided, ~~however~~ the employee is qualified to **perform** ~~do~~ the work.

Fourth: Fill remaining openings with new hires.

When filling such permanent job vacancies **assuming** ability ~~and physical fitness~~ being reasonably equal, seniority shall prevail. It is understood that job vacancies subject to this procedure may, when necessary, be filled at the **Company's** ~~employer's~~ discretion temporarily to assure continuity of production. Temporary is defined as any period of time ~~thirty (30)~~ **ninety (90)** days or less except where a job is vacated due to a medical leave of absence, which may extend beyond ~~thirty (30)~~ **ninety (90)** days.
There will be at least one (1) annual bid within each respective kitchen, to determine shifts and off days within the current classification. ~~The first bid will be within three (3) months of ratification of the Agreement.~~

**Section 4 3**

In the event any employee is promoted to a higher job classification and that employee is judged **by the Company in its sole discretion** to be ~~insufficiently in~~effective in that job, the employee will be returned to his previous job classification provided the demotion occurs within ~~ninety (90) days~~ **six (6) months** of the promotion. Furthermore, the employee may request to return to his former job classification at any time within the first ~~ninety (90) days~~ **six (6) months** following the promotion, however, the employee shall be barred from promotions to that job classification for a period of one (1) year.

## Article 13, Stewards and Union Officials

The Company recognizes the right of the **Council or** Local Union**s** to designate Stewards and Alternate Stewards from the Company seniority list. The authority of Stewards and Alternate Stewards so designated ~~by the Union~~ shall be limited to, and shall not exceed, the following duties and activities:

The investigation and presentation of grievances with ~~his employer or~~ **the Company or** the Company Representative in accordance with the provisions of the ~~collective bargaining agreement~~ **NMA**. The transmission of such messages and information, which shall originate with, and are authorized by the Local Union or its Officers, provided such messages and information have been reduced to writing; or if not reduced to writing, are of a routine nature and do not involve work stoppages, slow downs, refusal to handle goods, or any other interference with the Company's business.

Stewards and Alternates have no authority to take strike action, or any other action interrupting the Company business except as authorized by official action of the **Council** ~~Local Union. The Company recognizes these limitations upon the authority of Stewards and their Alternates, and shall not hold the Union liable for any unauthorized acts unless condoned, ratified or authorized by the Union. The Company in so recognizing such limitations shall have the authority to impose discipline, including discharge.~~

Stewards, upon notification to and approval by **the Company** ~~a supervisor~~, shall be permitted reasonable time to investigate, present and process a grievance on the Company property and where mutually agreed to by the ~~Local~~ Union and Company, off the property without loss of time or pay. Such time spent in handling grievances during the Stewards regular working hours shall be considered working hours in computing ~~daily and/or~~ weekly overtime if within the regular schedule of the Steward.

The Stewards will **not** be considered the most senior employee for purpose of job bidding, layoff, and recall if currently in practice. **A Steward's seniority will be in accordance with the Steward's Company seniority.**

~~A Steward shall be present at all disciplinary investigations, and presentations. In the event that a Steward or Alternate is not available the employee may select another bargaining unit member to act as witness. An employee may request a Steward when disciplinary action is taken, or request a senior employee when no Steward is available.~~

## Article 14, Check-Off/Union Security Provision

No change to current language

## Article 15, Jury Duty

**Section 1.**  The Company will pay its employees who are required to serve on jury duty the difference between the amount paid them by the Court for such service and the amount the employee otherwise would have earned at work during the time of jury service, but not to exceed eight (8) hours in any one day, or forty (40) hours in any one week **for a maximum of two (2) weeks in any one (1) calendar year.**

**Section 2.**  In order to be eligible for jury duty pay, the employee must verify with certification of the Clerk of Court all times and days of service.  However, no payment shall be made under the provisions of this Article to any employee summoned for jury service unless he has informed the Company of his jury summons at least seven (7) days before the first day on which he is required to serve.

**Section 3.**  Said employee shall make him available for work for all days during said week when not required to serve on jury service. By failure to return to work as herein required, the employee will forfeit all jury duty pay for that term of his jury service.

## Article 16, Military Leave

No changes to current language

## Article 17, Sick Leave

All employees with one year or more will receive three (3) sick days each year, effective 1-1-2001**1/1/05.**  ~~Effective 1-1-2003 all employees with one year or more shall receive four (4) sick days each year.~~

**Section 2. New**
**Effective 1/1/05 Local addendums that provide Bonus Days as incentives for attendance will no longer be administered, paid or applicable under this Agreement.**

## Article 18, Union Visitation

The representatives of the **Council** ~~Union~~, or of any **authorized** Local Union **agent of the Council** representing the employees of the Company, shall have the right upon ~~advanced notification or upon arrival~~ **a minimum of three hours** advance notification to visit the establishment or any department thereof ~~at reasonable~~ **during times of normal business as identified by the Company,** to investigate matters such as wages, hours, working conditions and grievances **provided that such visitation does not in the sole discretion of the Company, disrupt the work environment of such establishment or**

department (including but not limited to the presence of a customer or government official) and that the visiting party complies with any and all security guidelines pertaining to such establishment and or department; and shall be authorized to post official Union notices **on the designated union bulletin board** pertaining to conditions of employment ~~in a place conspicuous to the employees~~.

## Article 19, Funeral Leave

No change to current language

## Article 20, Leave of Absence

### Section 1
Leave of absence for Union Activities
The Company agrees to grant the necessary time off, without loss of seniority right and without pay, to any employee designated by the **Council or any authorized Local Union agent of the Council** ~~Union~~ to attend a labor convention or serve in any capacity on other official Union business, provided ~~forty-eight hours'~~ **seven (7) days** written notice is given to the Company ~~by the Union,~~ specifying length of time off.  The **Council and/or Local** Union **agents of the Council** ~~agrees~~that in making its request for time off for Union activities due consideration shall be given to the number of employees affected in order that there shall be no disruption of the Company's operations due to lack of available employees.

### Section 2
Medical Leave
An employee will upon proper application be granted a medical leave of absence. The employee will furnish the Company, if requested, a written verification and/or prognosis of his condition and his intended date of return from his attending physician using a form provided by the Company. **The Company shall have the sole right to obtain Independent Medical Examination at the Company's expense to verify the need for the Medical Leave or any extension thereto.**   Extension of a medical leave shall be granted when an employee confirms need with physician's documentation. An employee will retain and continue to accrue seniority during disability leave and extension **for a maximum of six (6) months.**  The Company will abide by the Family Medical Leave Act guidelines **and the Company policy for its administration.**

### Section 3
Personal Leave
An employee upon written proper application may be granted a**n unpaid** personal leave of absence subject to operational requirements.  The maximum leave of absence shall be thirty (30) days.  The employee will retain and continue to accrue seniority during this **unpaid** personal leave **as long as the employee returns on or before the return date.** The Company shall have the sole discretion in granting such leaves of absence.
*T/A 1-29-04*

13

**Section 4**
All leaves of absence shall be applied for ~~and granted in writing with copies to theUnion, the Company and the employee.~~ in **writing and may be granted at the discretion of the Company and in accordance with applicable laws.**

**Section 5**
An employee returning from a **n approved** leave of absence, after notifying the Company at least seven (7) days in advance, shall be returned to their former job classification.

# Article 21, Vacation

**Section 1**. An employee, on reaching his ~~first (1st)~~ **second (2nd)** anniversary date of employment, shall be eligible for one (1) week vacation with pay provided the employee has worked at least one hundred eighty (180) days in the twelve (12) month period preceding such anniversary date.  **There shall be no vacation entitlement and/or earnings during the first (1st) two (2) years of employment.**

**Section 2**. An employee, on reaching his ~~second (2nd)~~ **third (3rd)** anniversary date of employment, shall be eligible for two (2) weeks vacation with pay provided the employee has worked at least one hundred eighty (180) days in the twelve month period preceding such anniversary date.

**Section 3**. An employee, on reaching his fifth (5th) anniversary date of employment, shall be eligible for three (3) weeks' vacation with pay provided the employee has worked at least one hundred eighty (180) days in the twelve month period preceding such anniversary date.

**Section 4**. An employee, on reaching his fifteenth (15th) anniversary date of employment, shall be eligible for four (4) weeks' vacation with pay provided the employee has worked at least one hundred eighty (180) days in the twelve month period preceding such anniversary date.

**Section 5**. An employee, on reaching his thirtieth (30th) anniversary date of employment, shall be eligible for five (5) weeks' vacation with pay provided the employee has worked at least one hundred eighty (180) days in the twelve month period preceding such anniversary date.

**Section 6**.  Employees cannot waive their vacation and draw double pay for work during the vacation period unless mutually agreed between the employee and the Company.

**Section 7**. Vacations will be taken between January 1st and December 31st of each year and such vacations shall be scheduled and posted not later than December 15th of each vacation year. Vacation bidding will be based on the overall company seniority within job classification, department and shift.  Employees shall be permitted to choose their vacation periods subject to the requirements of the business.  Preference in the choice of available vacation periods shall be granted on the basis of length of service; thereafter, an employee's chosen vacation shall not be changed unless unforeseen circumstances make such action necessary.

14

**Section 8.** When a holiday(s) occurs in an employee's scheduled vacation period, he shall receive compensation for the extra day(s) vacation in lieu thereof.

**Section 9.** For the purpose of calculating vacation, former United Airlines employees' seniority shall be inclusive.
**Section 10.  New**
**Employees who leave employment with the Company prior to reaching their anniversary date shall not be entitled to any prorated vacation payout.**

**Section 11.  New**
**Part-time employees that are scheduled less than thirty (30) hours do not qualify for vacation pay until such time as the employee achieves regular full-time status and reaches their anniversary date.**

## Article 22, Bulletin Boards

No change to current language

## Article 23, Pension and Retirement Plan/401K

**Section 1.** During the term of this agreement, the Company will administer and make total contributions for all eligible, full-time employees to the ~~Dobbs~~ **Gate Gourmet, Inc Defined Benefit** ~~Hourly Employee~~ Pension Plan.
Further, the Company agrees that should any general benefits ~~improvement~~ **changes** be adopted for the majority of Employees covered by the Pension Plan during the life of this Agreement, bargaining unit Employees covered by this Agreement shall be entitled to any and all such improvements so adopted.

**Section 2.**  All employees who have been employed by the Company for a period of one (1) year will be eligible to participate in the ~~Dobbs International Services, Inc.~~ **Gate Gourmet, Inc.** Bargained Employees' 401(k) Plan. The Company matching contribution will equal the first 3% of the employee's pre-tax contribution to the plan.

Guidelines for the plan will be established by the Company and distributed to eligible employees and the Union prior to the enrollment date.  Administration of the plan remains a Company prerogative.

## Article 24, Health and Life Benefit

**Section 1.**  Regular, full-time bargaining Employees will be eligible to participate in the Company's Health Care Program and the Basic and Supplemental Group Term Life/AD&D Insurance.  Regular, full-time Employees will become eligible to participate in these plans on the first day of the calendar month following ~~ninety (90) days~~ **one hundred and eighty (180) calendar days** of continuous employment.  The minimum life insurance provided will be in the amount of **10,000.00** ~~$8,000.00.~~  The provisions of all

these plans are contained in the plan descriptions themselves which are incorporated by reference hereto.

While administration of the plan remains a Company prerogative, bargaining unit Employee's contribution rates for the various health plans and optional life insurance will be the same ~~each year~~ as the **monthly** contribution rates for management/salaried employees.
Further, the Company agrees that should there be any change in the **schedule of** benefi**ts** ~~level~~ of the Health Care and life Insurance Plans during the term of this Agreement **such changes** i~~t~~ will apply to the Employees covered under this Collective Bargaining Agreement.

**The monthly dollar premium rates for employee contributions established by the Company for its plans, referenced above, shall apply equally to this Master Agreement and any other addendum agreements that provide for medical/dental benefits, life and AD&D insurance through any plan or plans other than what is provided by the Company and referenced in this Agreement.**

**In establishing the total monthly dollar premium rate, including both Company and employee's contributions, the Company shall also establish a maximum dollar amount for the Company's monthly contribution. This maximum dollar monthly Company contribution shall apply equally to Company plans, referenced above, and any addendum agreements that provide for medical/dental benefits, basic and supplemental group term life/AD&D insurance through any other plan or plans as contained in those addendums. In no event, however, shall the maximum monthly dollar Company contributions to any alternative plans, under addendums to this Master Agreement, ever exceed the established maximum Company monthly dollar contributions referenced above.**

## Article 25, Employee Quality Incentive Plan

Delete Article

## Article 26, Hours of Work and Overtime

**Section 1**
The workweek shall start at 12:01 a.m. Saturday and end at 12:00 midnight the following Friday.

**Section 2**
The Company agrees that the ~~standard~~ workweek **for full-time employees so scheduled** shall consist of forty (40) hours per week. However, it is understood that and agreed that neither the provisions of this Article or any other Article in the Agreement are to be considered as a guarantee of the availability in a work week of any particular number of days or hours per week for any employee. All hours worked in excess of forty (40) hours in a workweek shall be paid for at the rate of time and one half (1 1/2x)the employee's regular hourly rate. **For the purpose of calculating overtime hours, only hours worked in excess of forty (40) per week shall be paid at one and one half (1 ½) times the employee's regular hourly rate regardless of hours worked per shift. Hours worked in**

16

**excess of eight (8) hours per shift shall be paid at the regular hourly wage rate until the employee has worked forty (40) hours in the workweek.**

### Section 3
**A full-time** ~~An~~ employee's workweek **when so scheduled,** shall normally consist of five (5) workdays and two (2) days off.  In the event of an eight ~~(8)~~ **and one half (8 ½)** hour shift, the workweek shall consist of five (5) work days and two (2) days off.  In the event of a ten ~~(10)~~ **and one half (10 ½)** hour shift, the workweek shall consist of four (4) days with three (3) days off.

### Section 4
Overtime **assignments** may be required when necessary to complete customer service **or operational** obligations.  When overtime is required, the Company agrees to offer such overtime to the **qualified** employees in the affected classification on that shift in order of seniority (i.e., offer first to most senior employee, offer last to least senior employee).  In the event senior employees decline the overtime assignment, the least senior employee in the classification working said shift will be required to work the overtime assignment.

### Section 5
Any employee~~,~~ who performs work in a higher classification for one (1) hour or more in a day~~,~~ shall be paid at the higher classification rate for the time worked in the higher job classification.  Any employee~~,~~ who performs work in a lower classification during a day~~,~~ shall be paid at the rate of this regular job classification, ~~E~~ **e**xcept:

    a) Where an employee is temporarily assigned to a lower classification to accommodate medical limitations; or
    b) Where an employee is disqualified from a higher rated position; or
    c) Where an employee is transferred (bidding) at his own request to another classification paying a lower rate~~;~~

### Section 6
All employees covered by this agreement will be granted a minimum of one thirty (30) minute lunch break without pay.

All employees covered by this Agreement will be granted one fifteen (15) minute break with pay before the lunch break and fifteen (15) minute break with pay after the lunch break for the purpose of relaxation.

## Article 27, Rights of Management

This ~~Agreement~~ **NMA** is not intended to interfere with, abridge or limit the ~~Employer~~ **Company** in the exercise of its function of management or the control of its business and the direction of its working force.  The Union will not interfere directly or indirectly with the employment, transfer, discharge or duties of any of the supervisory employees or other company personnel not included in the bargaining unit.

It is agreed that the extent of its operations and the nature of the work to be performed, to determine when any operation shall function or shall be changed or terminated or when services to the airlines and railroad shall be increased, decreased or changed, to maintain efficiency of employees; to make, publish and enforce rules of conduct, safety and appearance; to determine the number, extent and location of its operations; the

17

kinds to be used, to subcontract work; the schedules and the number of hours an employee shall work per day or per week; to hire, classify; to create new jobs and abolish jobs or combine jobs, are solely and exclusively the responsibility of the ~~Employer~~ **Company**. It is the responsibility and right of the ~~Employer~~ **Company** to maintain discipline; to transfer, promote, demote, retire, layoff, suspend, discipline or discharge employees for just cause. Such rights shall be subject to the limitation, if any, imposed by other Articles of this ~~Agreement~~ **NMA**.

**It is entirely within the discretion of the Company to unilaterally change, eliminate, and/or modify any term and condition of employment not specifically provided for in this Agreement.~~, during the term of this Agreement and/or after the amendable date of this Agreement should a renewal Agreement not be reached by the parties.~~**

## Article 28, Drug/ Alcohol Testing Policy

~~The parties have agreed that the procedures as set forth herein shall be the methodology for all testing and will be modified only in the event that further Federal legislation or Department of Transportation (DOT) regulations require revised testing methodologies or requirements during the term of this Agreement. Should other categories or types of testing be required by the government, the Company will notify the Union of its procedure.~~

Replace with the following:

**The Company and the Union agree that the Company shall maintain drug and alcohol testing policies in accordance with Department of Transportation (DOT)/Federal Motor Carrier Safety Administration (FMCSA) regulations and customer requirements.**

**The Company will notify the Union if Federal legislation or the DOT/FMCSA requires revisions to the methodology, categories or types of drug and alcohol testing.**

### Employees Who Must Be Tested

~~Dobbs~~ **Company** employees subject to Department of Transportation mandated drug testing are drivers and loader helpers of vehicles with a vehicle weight rating over 26,000 pounds, requiring a commercial driver license (CDL) or in a safety sensitive position. This includes employees who relieve for vacations or other temporary vacancies. In addition to testing mandated employees, controlled substance testing will be part of pre-qualification conditions for safety sensitive positions and those persons transferring to a safety sensitive position. Individuals who bid for a safety sensitive position are subject to being tested for controlled substances before being accepted into such a position.
Employees covered by this ~~Collective Bargaining Agreement~~, **NMA** who are not subject to DOT/**FMCSA** mandated drug testing, are subject to reasonable cause/suspicion, **post-accident and** post-on-the-job-injury testing as provided herein.

**Laboratory** Testing

Because of the consequences that a positive test result has on an employee, the Company will employ ~~a very accurate, two-stage testing program (screening and confirmatory). Urine samples will be analyzed by a highly qualified, independent laboratory, which is certified by the Nation Institute of drug Abuse (NIDA). All samples will be tested according to DOT drug testing requirements.~~ **analytical testing methods in accordance with Department of Health and Human Services (DHHS)/Substance Abuse and Mental Health Services Administration (SAMSHA) protocols. These methods include initial, validity and confirmation tests. Urine specimens will be analyzed by laboratories certified by the DHHS/SAMSHA.**

~~Laboratory Testing~~

~~All laboratories selected by the Company for analyzing controlled substances testing specimens will be NIDA certified.~~

**Types of Testing Required**

The Company's testing format will include the following:

a) When there is reasonable **cause**/suspicion,

b) To aid the investigation of ~~serious~~ **all** accidents, **and** all vehicle accidents. (Drivers and Loader Helpers involved or present at the accident.)

c) Prior to assignment in safety-sensitive positions,

d) During an employees' probationary period.

e) When an employee is involved with an on-the-job injury. ~~which requires medical attention.~~

**Pre-Qualification Testing for Safety-Sensitive Positions**

~~Upon reasonable cause,~~ The Company ~~will~~ **shall** require ~~an~~ **any** employee **who bids and/or transfers into a safety sensitive position to submit to a controlled substance test before the employee is accepted into the safety sensitive position.** ~~to be tested for the use of controlled substances.~~

~~Reasonable cause is defined as an employee's observable action, appearance, or conduct that clearly indicates the need for a fitness for duty medical evaluation.~~

**Reasonable Cause/Suspicion - New**

**Upon reasonable cause, the Company will require an employee to be tested for the use of controlled substances and/or the use of alcohol.**

Reasonable cause is defined as an employee's observable action, appearance, ~~or conduct that clearly indicates the need for a fitness for duty medical evaluation.~~ **conduct, speech or body odor indicative of the use of a controlled substance and/or alcohol.** ~~The employee's conduct must be witnessed by at least two (2) supervisors, if available. When the supervisor(s) confronts an employee, a Union employee, should be made available.~~ **In the event the test result is positive, adulterated or substituted, it shall be considered a dischargeable offense.**

19

### Non-DOT Reasonable Cause/Suspicion

In the event an employee (not covered by DOT **regulations)** is tested, such test will be performed under the same procedures as ~~previously stated~~ **described above**. In the event the test result is positive, **adulterated or substituted**, it shall be considered a dischargeable offense.

### Post Accident Testing

~~Where a driver~~ When any driver and loader helper, ~~are~~ **or any employee is** involved **in** ~~with an~~ **any** accident ~~(vehicle/aircraft)~~, the ~~driver and loader helper~~ **employee** will be required to submit to drug **and** alcohol testing.

### Random Testing **Random Employee Selection**

The procedure used to randomly select employees for drug and alcohol testing in compliance with the DOT regulations will be a computer program specifically intended for such an application.

The **computer** program ~~will utilize an internal computer clock procedure to~~ **shall** randomly select ~~general lists~~ **the names or social security numbers of the required number** of employees ~~mandated for testing by the Department of Transportation/Federal Highway Administration~~ **from the total pool of affected employees.** ~~The computer shall randomly select the required number of employees fro the total pool of affected employees.~~ **The Company shall maintain the list or true copies of the lists.** The lists will be maintained and made available for review by ~~Local~~ Union representatives **upon written request**.

The parties agree that no effort will be made to cause the system and method of selection to be anything but a true random selection procedure ensuring that all affected employees are treated fairly and equally.

The parties further agree not to amend or change the current method of random selection as described herein without prior agreement with the parties.

### Post ~~On-the-Job~~ Injury

When an employee is involved with an on-the-job-injury, ~~which requires medical attention~~, the employee will submit to a drug and alcohol test. Such test will be performed under the same procedures as previously stated. In the event the test result is positive, **adulterated or substituted** it shall be considered a dischargeable offense.

### Split Sample Procedure

~~A~~ **S**plit sample**s of urine specimens** will be secured and an employee who tests positive may have the split sample tested at a ~~NIDA~~ **DHHS/SAMSHA** certified lab at the employee's expense. The employee must request the split sample test within 72 hours of notification by the MRO.

### Paid for Time

Employees **required by the Company to submit to drug and/or alcohol testing** shall be paid for all time from the place of employment to the collection site and for all the time at the collection site.

20

**Disciplinary Action**

Employees may be subject to discipline up to and including discharge as provided below if they test positive, **refuse to submit to test or provide an adulterated or substituted specimen** for drugs **or alcohol.** ~~specified elsewhere in the Article.~~

1. Reasonable Cause/ Suspicion Testing
a) A positive, **adulterated or substituted** test is a dischargeable offense.
b) Refusal to submit to a reasonable cause/suspicion drug **or alcohol** test is a dischargeable offense

2. Post Accident Testing
a) A positive, **adulterated or substituted** test is a dischargeable offense.
b) Refusal to submit to a post-accident drug **or alcohol** test is a dischargeable offense.

3. Random Testing
a) A positive ~~test result – employee is subject to successfully complete a rehabilitation program. The employee will enter into a rehabilitation program within fifteen (15) calendar days after test results. Employee will be subject to random testing for twelve (12) months after the completion of the rehabilitation program. (An employee will be permitted appositive test result only once during his tenure with the Company.),~~ **adulterated or substituted test is a dischargeable offense.**
b) Refusal to submit to a random drug **or alcohol** test is a dischargeable offense.

4. Pre-Qualification Testing for Safety Sensitive Positions
a) A positive, **adulterated or substituted** test is a dischargeable offense.
b) Refusal to submit to a pre-qualification drug **or alcohol** test is a dischargeable offense.

5. Post -On- The-Job-Injury
a) A positive test is a dischargeable offense.
b) Refusal to submit to a post injury drug **or alcohol** test is a dischargeable offense.

The Company **and the Union** ~~further~~ agrees ~~that~~ if an employee(s) recognizes that he/she has an alcohol or drug abuse problem, and voluntarily identifies this problem to the Company, the Company will allow the employee(s) **unpaid** time off to seek professional assistance, **at the employee's expense.** The employee will be permitted to utilize any applicable ~~contractual~~ benefit for this absence. It ~~should totally be~~ **is** the responsibility of the employee(s) to recognize the problem and come forward to the Company prior to **any investigative or** disciplinary situation ~~normally resulting in suspension, subject to discharge.~~ The Company agrees to provide the employee(s) with a confidential method to contact professional assistance.

An employee ~~who is~~ subject to a ~~substance abuse~~ **drug or alcohol** screening will be suspended~~,~~ pending the outcome of the screening. If the results are negative, ~~he~~ **the employee** will be returned to work and paid for ~~all~~ **any** lost wages. If the results are positive, ~~he~~ **the employee is subject to** ~~will be~~ discharge~~d~~.

# Article 29, Invalidation Clause

No change to current language

21

## Article 30, Payroll Period

**Section 1**. The work week ~~and pay period~~ shall start at 12:01 a.m. on Saturday and end 12:00 midnight the following Friday.

**Section 2.** ~~All Employees covered by this Agreement shall be paid in full each week. Payroll checks will be made available for Employees on Thursday of each week following the work week and pay period.~~ **Where legally permitted, all employees covered by this NMA shall be paid every two weeks. Paychecks shall be made available for employees on Thursday following the two week pay period covered.**

**Section 3.** Employees shall be paid in full when laid off or discharged **in accordance with applicable Law. Absent a requirement to pay a laid off or discharged employee sooner, p**ayment of wages will be made in a timely manner at the next scheduled pay day.

**Section 4.** Employees shall be provided with an itemized statement of gross earnings and all deductions.

**Section 5**. Employees will have an option to participate in direct deposit program.

~~Probation.~~ Newly hired employees shall be on probation **as described in Article 11 – Seniority/Loss of Seniority of this NMA** ~~for the first ninety (90) calendar days of employment.~~ During that period, the Discharge, Grievance, Arbitration and Seniority articles of this Agreement shall not apply to the new employee. Neither shall any fringe benefit provisions of this Agreement apply. ~~, except named holidays.~~ Upon completion of the probation period, seniority shall date from the most recent hire date.

## Article 31, Reporting Pay

Any employee reporting for work on **their** ~~a~~ regular shift and not permitted to work shall receive **two (2)** ~~four (4)~~ hours pay at the employee's regular rate. ~~, and any employee who regularly works a four-day, ten-hour work week and reporting for work on a regular shift and not permitted to work shall receive five (5) hours pay at the employee's regular pay rate.~~ This provision shall not apply in the case of fire, strike, utility failure, acts of God or any other conditions beyond the control of the Company. Any part-time employee who reports to work as scheduled or as requested on a given day, shall be guaranteed **two (2)** ~~four (4)~~ hours work or pay in lieu thereof.

## Article 32, Safety and Health

~~The Employer shall continue to make reasonable provisions for the safety and health of its employees at the plant during the hours of employment, protective devices, on equipment, and /or clothing necessary to properly protect employees from injury shall be provided for and maintained by the employer, when required by the employer.~~ **The Company shall continue to comply with all applicable Safety and Health laws.** In the event a work related injury or illness that requires serious immediate medical attention away from the workplace, the employer will provide transportation to the medical facility and back to the workplace.

## Article 33, ~~Transition Agreement~~ Addenda Agreement

Upon the ~~ratification~~ **effective date** of this Master Agreement, the following guidelines must be adhered to:

All local addendums must be extended to have a common amendment date of ~~May 30, 2004~~ _____ and substitute the Grievance and System Board of Adjustment procedures/processes **contained in the N.M.A.** for any Grievance and/or Arbitration articles in **any** ~~current~~ local addendums. ~~All local issues and interpretations will be governed by the superior conditions clause attached hereto.~~

Local supplement amendments will be for only economic issues relating to the local addendums in place at this time except, that there will be no additional entry or participation by the Company, or its employees, in any multi-employer pension/retirement or Health and Welfare fund/plans. Local supplements will be amended on the dates identified herein as Attachment A, unless amended or extended by mutual **written** agreement. Non-economic language **for each local addendum will be governed by the N.M.A. unless the Company and Council mutually agree in writing otherwise.** ~~will be frozen in each respective local addendum until May 30, 2004.~~

In the event any Local Union cannot reach agreement on their local addendum and economic re-openers, the issues of dispute will be taken to the System Board of Adjustment for review, ~~and~~ settlement **and, if necessary, arbitration.**


## Article 34, Superiority Agreement

It is understood between the Company and the Union that **the governing document for all terms and conditions in the Master Agreement and all addenda attached hereto shall be this NMA. The NMA at all times and for all purposes shall be the superior document.** ~~no employee in any location will suffer a reduction in any wages, or benefits from his present level as a direct result of this Master Agreement. Furthermore, if any local Addendums terms and conditions exceed the terms and conditions of the Master, then the local Addendum shall apply during the term of the Master Agreement. In instances where the Master Agreement language and / or benefits are superior to the local addendum, the Master Agreement will apply at the time the Local Addendum is subject to amendment.~~ **In the event of any conflict or disparity between the NMA and any addenda the terms of the NMA are superior, govern and control.**

23

## Article 35, Wages

Contract wage~~s increases~~ for all classifications **and all current hourly rates in all rate progressions for all cities including those covered by addenda agreements,** in accordance with the National Master Agreement shall be effective as follows:

| Effective: | Adjustment ~~Increase:~~ |
|------------|--------------------------|
| 6/1/04 | - 10% |
| 6/1/05 | 0% |
| 6/1/06 | + 5% |
| 6/1/07 | + 5% |

**Additionally, all current wage structures covered by addenda agreements, shall have the progression steps capped at the 1 year rate (adjusted by the %'s outlined above).**

Part-Time Positions  New

**The company has the right to establish, schedule, and/or utilize part-time positions within its operations as part of an on-going effort to maintain efficiencies as it relates to the number of employees required to support the business needs of the company. These positions are considered part of the bargaining unit under said guidelines.**

a) **Part-time is defined as less than thirty (30) hours in a workweek.**

b) **Part-time positions may be utilized within all job classifications regardless of the specific duties of the job and shall not be treated as a separate job classification or as 'relief' for full-time positions.**

c) **Employees holding part-time positions are not eligible for Health & Life Benefits or sick, holiday, or vacation benefits or any other benefit provided for yet not expressed specifically under the terms of this agreement.**

d) **All positions will be bid by seniority regardless of the number of hours assigned to the position.  An employee may bid for a part-time position by exercising their seniority.  Employees who are subject to lay-off may exercise their seniority for a part-time position according to the guidelines set forth in the NMA.**

e) **An employee working (30) thirty hours or more on a regular basis will be considered 'full-time' and will become eligible for all benefits as outlined in the NMA.  "Regular basis" is defined as twelve (12) consecutive workweeks.**

**Employee Meals** **New**

The company's sole responsibility with regard to employee meals is to ensure that employees have a designated space to consume their meals and a method of either storing meals they bring with them to work; the time and means to leave for lunch; a payroll deduction system, whereby employees would consume meals made by the employer or contracted entity and receive a payroll deduction for the cost of the meal as set by the Company. It is understood that the company is not responsible for providing employees with meals.

## Article 36, Amendment
This Agreement shall become effective ~~June 1, 2000~~ _____and thereafter remaining in effect until changed in accordance with the provisions of the Railway Labor Act. Neither party shall, prior to April 1, ~~2004~~ _____serve a notice on the other party, pursuant to section 6 of the Railway Labor Act, to change any term of the Agreement, which change shall not be effective prior to ~~June 1, 2004.~~_____

For Gate Gourmet

For The Employee's Representative Council

_____

_____
IBT

_____

_____
HERE

25

## Attachment A

| Teamsters | Amendment Date | HERE | Amendment Date |
|---|---|---|---|
| ATL | 5/30/04 | ORD | 3/27/03 |
| JAX | 5/30/04 | LAS | 5/31/04 |
| LAX | 5/30/04 | MIA | 12/03/03 |
| MEM | 5/30/04 | EWR | 5/31/04 |
| MSY | 5/30/04 | OAK Amtrak | 3/31/05 |
| PHL | 5/31/04 | SFO | 5/31/04 & 3/2/06 |
| SFO | 5/31/04 | PHL | 5/31/04 |
| STL | 5/31/04 | SEA Amtrak | 5/31/04 |
| IAD | 4/04/04 | | |
| ORD | 5/30/04 | | |

## Letter of Understanding

**Delete**

~~All existing units will maintain their existing holiday schedules in accordance with area standards and practices prior to January 1, 20001.~~

~~For Gate Gourmet/Dobbs~~                    ~~For The Employee's Representative Council~~

_____          _____
                                 IBT

_____          _____
                                 HERE

27