# EXHIBIT 3

(October 27, 2004 Letter to Employees Announcing the Reduction of Benefits and the Increase in the Employee Contribution Rate Effective January 1, 2005)



October 27, 2004

Dear Fellow Employee:

As I have been saying for several months, we have to make tough changes very soon in order to preserve our business. Today I am writing to tell you about one of those changes and how it affects our health benefits program.

As detailed in the chart below, all Gate Gourmet employees who participate in the company-sponsored plan will experience substantial premium increases for health insurance in 2005:

|  | Employee Monthly Premium 2005 | Company Contribution 2005 | Total Cost 2005 | $ Change from 2004 Core | % Change from 2004 Core | $ Change from 2004 Plus | % Change from 2004 Plus |
|---|---|---|---|---|---|---|---|
| Employee | $ 119.07 | $ 151.54 | $ 270.61 | $ 87.75 | 280.17% | $ 57.54 | 93.52% |
| Employee & Spouse | $ 267.90 | $ 300.38 | $ 568.28 | $ 173.89 | 184.97% | $ 111.20 | 70.96% |
| Employee & Children | $ 228.66 | $ 285.49 | $ 514.15 | $ 152.71 | 201.07% | $ 98.40 | 75.54% |
| Employee & Family | $ 362.61 | $ 449.21 | $ 811.82 | $ 206.98 | 132.99% | $ 111.98 | 44.68% |

There will also be some changes in benefits levels, though those employees currently on the Core plan will see little change from their current in-network coverage:

|  | In Network | Out of Network |
|---|---|---|
| Primary Care Provider Copay | $20 | 60% after DED |
| Specialist Copay | $40 | 60% after DED |
| Deductible | $250/750 | $400/1,200 |
| Coinsurance | 80% | 60% |
| Maximum out of pocket | $2,000/6,000 | $4,000/12,000 |
| Hospitalization* | $200/day* $600 max | 60% after DED |
| Surgery* | $150* | 60% after DED |
| ER | $100 Copay* | Copay if true emergency |
| UC | $50 Copay* | Copay if true emergency |
| RX | $10/30/50 | Not Covered |
| * Then DED + COIN | | |

Dental benefits will become voluntary with the entire cost to be born by the employee:

|  | Employee Monthly Premium 2005 |
|---|---|
| Employee | $ 13.29 |
| Employee & Spouse | $ 27.33 |
| Employee & Children | $ 24.25 |
| Employee & Family | $ 41.23 |

I think it's important to put those changes in context. As you know, we have been looking at every aspect of our business to identify ways to cut costs and increase revenues. The economy is in the fourth year of a downturn that has shaken almost every industry. While there are signs that the overall economy may be recovering, we have seen little evidence that the recovery has reached the airline industry.

On top of the broad economic forces, the airline industry itself is rapidly changing. First, the legacy carriers, the airlines that have always been our largest customers, have drastically changed their approach to catering. Second, the market share of the low-cost carriers – like Southwest, AirTran and jetBlue – has grown steadily while their use of our services remains low. Third, the increasing use of regional jets means smaller jets with smaller capacity for on-board catering.

All of those changes, added together, mean that our revenues have been declining over the period on both an absolute basis and, most worrisome, on a per-flight basis. There is no sign that either trend will reverse itself.

Waiting for a recovery that may or may not ever arrive is not an option. To do nothing is to die a slow death. Waiting for a recovery means that we'll die a little bit every time one of our customers decides to cut back on flights like Delta did in Dallas a couple of weeks ago or another customer goes into Chapter 11.

Unfortunately, there are not a lot of easy ways to help ourselves out of the situation we're in. As we said in a number of ways, we need to make hard choices. Our benefit changes reflect that need.

Until the last several years, the company has been able to pay about 80 percent of our employees' health care premiums. Over the past few difficult years, that amount has reduced to less than 75 percent. Unfortunately, our financial distress continues to worsen, and as such, for 2005 we can only afford to cover 55 percent of those premiums. By shifting a greater percentage of the costs of health care to you, the company will be able to pay 55% of employees' health care premiums and save $6-$8 million annually. As a result, all Gate Gourmet employees who participate in the company-sponsored plan can expect substantial premium increases for health insurance in 2005.

I think I speak for all of us when I say we very much regret that there aren't gentler options available to us. We very much regret that these changes are necessary, but we must attack our cost structure in every area if we are to survive as a competitive business. The changes in the airline industry in terms of weak pricing, the rising impact of low-cost carriers and the introduction of regional jets mean that we must change too. Very simply, we cannot compete in this new world unless we too are willing to change.

By now, you should have received information on the changes. It is important to remember that these changes affect both management employees and those union employees who currently participate in the company's benefits plan. We have briefed our union leadership on these changes and why we believe they are necessary.

Open enrollment for 2005 will begin on October 26th and the new benefits plan will take affect on January 1, 2005. Because of the magnitude of these changes, we have hired a company that specializes in employee benefits to visit each unit to meet with employees individually and to help each of us understand our options and make informed choices. Your manager will be able to tell you when these specialists will be in your workplace.

It is important that you participate in these meetings so that you can make an informed choice regarding health care coverage for you and your family.

I know these changes will cause hardship for you and your family and it is not a decision we made lightly or easily. It is difficult and painful, but it reflects the depth of the problem we must solve in order to keep Gate Gourmet operating competitively.

Thank you for everything you do, day in and out, to make our customers successful.

Sincerely,

Dave Cerbin
Vice President
Operations Services