AO 440 (Rev. DC - September 2003) Summons in a Civil Action

# UNITED STATES DISTRICT COURT
## District of Columbia

IBT/HERE EMPLOYEE
REPRESENTATIVES' COUNCIL

**SUMMONS IN A CIVIL CASE**

V.

GATE GOURMET DIVISION AMERICAS

CASE NUMBER 1:05CV01210

JUDGE: Emmet G. Sullivan

DECK TYPE: TRO/Preliminary Injunction

DATE STAMP: 06/20/2005

TO: (Name and address of Defendant)

GATE GOURMET DIVISION AMERICAS
11710 PLAZA AMERICA DRIVE, SUITE 800
RESTON, VA 20190

**YOU ARE HEREBY SUMMONED** and required to serve on PLAINTIFF'S ATTORNEY (name and address)

John O'B. Clarke, Jr.
Highsaw Mahoney & Clarke, P.C.
1050 17th Street, N.W., Ste 444
Washington, DC 20036

Roland P. Wilder, Jr.
Baptiste & Wilder, PC
1150 Conn., Ave., NW
Ste. 500
Washington, DC 20036

an answer to the complaint which is served on you with this summons, within ____20____ days after service of this summons on you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint. Any answer that you serve on the parties to this action must be filed with the Clerk of this Court within a reasonable period of time after service.

NANCY M. MAYER-WHITTINGTON      JUN 2 0 2005
CLERK                             DATE

_(signature)_
(By) DEPUTY CLERK

DC - September 2003) Summons in a Civil Action

## RETURN OF SERVICE

vice of the Summons and complaint was made by me(1)   DATE  6/21/05

ME OF SERVER (PRINT)   TITLE
MARGARET M. LOOBY

Check one box below to indicate appropriate method of service

☐ Served personally upon the defendant. Place where served: _____

☐ Left copies thereof at the defendant's dwelling house or usual place of abode with a person of suitable age and discretion then residing therein.

Name of person with whom the summons and complaint were left: _____

☐ Returned unexecuted: _____

☒ Other (specify): Hand delivered to offices of Thomas Jerman, O'Melveny + Myers LLP, 1625 Eye St. NW, Washington DC 20006 (Mail room) who accepted service for defendant, Gate Gourmet Division Americas.

### STATEMENT OF SERVICE FEES

| TRAVEL | SERVICES | TOTAL |
|---|---|---|
|  |  |  |

### DECLARATION OF SERVER

I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the Return of Service and Statement of Service Fees is true and correct.

Executed on  6/28/05   [signature]
Date    Signature of Server

Address of Server
1050 17th St, NW
Suite 444
Washington, DC 20036

(1) As to who may serve a summons see Rule 4 of the Federal Rules of Civil Procedure.