UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| IBT/HERE EMPLOYEE REPRESENTATIVES' COUNCIL,<br>      *Plaintiff,*<br><br>      v.<br><br>GATE GOURMET DIVISION AMERICAS, and GATE GOURMET, INC.,<br>      *Defendants*. | Civil Action No. 05-01210 (RMU) |

### CERTIFICATE OF SERVICE

I hereby certify that I have this 28th day of June, 2005, caused a copy of the Court's Standing Order For Civil Cases and this Certificate to be hand delivered upon counsel for defendants Gate Gourmet, Inc. and Gate Gourmet Division Americas at the following address, and by emailing the same to tjerman@omm.com and to rsiegel@omm.com:

    Thomas Jerman
    O'Melveny & Myers LLP
    1625 Eye Street, N.W.
    Washington, D.C. 20036

        /s/ John O'B. Clarke, Jr.
    John O'B. Clarke, Jr. (Bar No. 044685)
    HIGHSAW, MAHONEY & CLARKE, P.C.
    1050 17th Street, N.W., Suite 444
    Washington, D.C. 20036
    (202) 296-8500

    Attorneys for Plaintiff Council