CO-386-online
10/03

# United States District Court
# For the District of Columbia

IBT/HERE EMPLOYEE           )
REPRESENTATIVES' COUNCIL,   )
                            )
                            )
         Plaintiff          )   Civil Action No. __1:05CV01210__
     vs                     )
                            )
GATE GOURMET DIVISION AMERICAS  )
and GATE GOURMET, INC.      )
                            )
         Defendant          )

**CERTIFICATE RULE LCvR 7.1**

I, the undersigned, counsel of record for __Defendants__ certify that to the best of my knowledge and belief, the following are parent companies, subsidiaries or affiliates of __Defendants__ which have any outstanding securities in the hands of the public:

None.

These representations are made in order that judges of this court may determine the need for recusal.

Attorney of Record

_Tom A. Jerman /cts_
Signature

__DC Bar No. 454960__
BAR IDENTIFICATION NO.

Tom A. Jerman, O'Melveny & Myers LLP
Print Name

1625 Eye Street, N.W.
Address

Washington, DC 20006
City          State         Zip Code

(202) 383-5300
Phone Number