IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

IN RE: IBT/HERE EMPLOYEE REPRESENTATIVES' COUNCIL,
    *Plaintiff,*

v.

GATE GOURMET DIVISION AMERICAS,
    *Defendant.*

No. 1:05CV01210

## DECLARATION OF CATHERINE SRECKOVICH

I, Catherine Sreckovich, do hereby declare:

1) I am a Managing Director in the health care practice of Navigant Consulting, Inc. My office is located at 175 West Jackson Boulevard, Chicago, Illinois. I have been employed by Navigant Consulting since February 2004.

2) I have more than 25 years of experience working with health insurance programs, and have assisted health care providers; insurers, managed care companies and other payors; employers; health care trade associations and legislative bodies in addressing issues related to health insurance. I have been involved with health insurance from a number of perspectives: I have worked with employers and labor groups to help them understand issues and policies related to health insurance benefits; I have worked with state legislative bodies to study ways to improve access to health care services, to implement health insurance programs that feature both cost containment and quality incentives and to make health insurance more affordable; I have worked with insurers and other payors to develop health care policies and

procedures, as well as to implement new payment systems and assist with the changes needed in claims processing systems and provider billing practices to support new payment systems; I have worked with providers, such as physicians and hospitals, to test their compliance with the billing requirements of Federal and state health insurance programs.

3) My current work at Navigant Consulting includes assisting states with health planning and efforts to improve access to health care services. I am also directing the development and implementation of managed care systems for state government agencies, assisting in the development of procurement documents related to health care plans for state agencies and conducting studies of provider reimbursement methodologies and other health care reform initiatives.

4) In February 2004, Navigant Consulting acquired Tucker Alan Inc., a privately-held business and litigation consulting firm where I was a Vice President and directed the health care policy consulting group, performing the same type of work that I currently perform at Navigant Consulting. I had been employed by Tucker Alan since 1994. Prior to joining Tucker Alan, I was a Partner at KPMG Peat Marwick, where I directed the work of the firm's Social Policy and Systems Group. I also have held positions at Compass Consulting Group, the BlueCross BlueShield Association, the Center for Health Policy Research at the American Medical Association, the Health Care Financing Administration (now known as the Centers for Medicare and Medicaid Services) and at the Social Security Administration.

5) I received a Master of Science in Business Administration degree and a Bachelor of Arts degree from Indiana University in 1977 and 1973, respectively. My résumé is attached.

6) It is my understanding that effective July 1, 2005, Gate Gourmet, Inc. will increase the amount that employees pay for their group health insurance coverage and that some employees state that they will not be able to afford the group insurance plan, and have no alternatives in terms of obtaining health care insurance or health care services. I have been asked to describe the options available to individuals who are not covered by employer-sponsored insurance for obtaining health insurance coverage and health care services.

7) Individuals can "shop" for other health insurance. It may be possible for some employees to obtain affordable coverage under an individual insurance policy in the individual market.[1,2] In addition, some states allow insurers to sell more affordable, limited coverage individual health benefit plans.[3,4] In some states, some employees may obtain coverage through a high-risk pool.

8) All states offer low-cost or free health insurance to eligible uninsured children of working parents, and in some cases, extend that coverage to their parents as well.[5] The names

---

[1] Healthy people can generally obtain affordable coverage in the individual market. [Source: Cover the Uninsured Week, *Guide to Health Insurance Options for Small Businesses* (May 2004) 9. Available online: http://covertheuninsuredweek.org/materials/files/2005/2005BusinessGuide.pdf, 6/28/05.]

[2] HIPAA guarantees access to individual insurance to eligible individuals. Eligible individuals have had coverage for at least 18 months without a significant break in coverage where the most recent period of coverage was under a group health plan; did not have their group coverage terminated because of fraud or nonpayment of premiums; and are ineligible for COBRA continuation coverage or if offered COBRA continuation coverage (or continuation coverage under a similar state program) have both elected and exhausted their continuation coverage. [Source: U.S. Department of Labor, *Health Coverage Portability* (October 2004) 13.]

[3] Source: Academy Health, *State of the States* (January 2005) 31. Available online: http://www.statecoverage.net/pdf/stateofstates2005.pdf, 6/28/05.

[4] Eleven states, including New Jersey and Montana, have considered or enacted legislation to allow limited benefit plans. [Source: Academy Health, State *Coverage Initiatives Issue Brief*. Available online: http://www.statecoverage.net/pdf/issuebrief704.pdf, 6/29/05.]

[5] Over the past decade, Medicaid and SCHIP have evolved to serve higher-income populations than they had before. According to the Kaiser Family Foundation, in five states, children in families with incomes of at least 300 percent of the federal poverty level – which translates to $47,010 for a family of three – are eligible for SCHIP. As of July 2004, 20 states have expanded coverage to parents of Medicaid or SCHIP kids beyond 100 percent of the federal poverty level. [Source: Academy Health, *State of the States* (January 2005) 8. Available online: http://www.statecoverage.net/pdf/stateofstates2005.pdf, 6/28/05.] Some states pay part of the premiums of employed

of these state insurance programs differ by state, but are generally funded in part by federal State Children's Health Insurance Program (SCHIP) funds.

9)    Depending upon state resource requirements and health status, some individuals might also qualify for Medicaid. For example, pregnant women who meet certain income requirements can often obtain coverage during pregnancy and for a period of time after the baby is born.[6]

10)   Some individuals may be eligible to obtain the insurance benefits of a working spouse. In these cases, the uninsured individual(s) may have a waiting period (i.e., until the spouse's employer's "Open Enrollment Period").[7]

11)   Some individuals may also consider short-term health insurance products, which may offer less comprehensive coverage, but are generally more affordable.[8] These offer coverage for up to 30 to 180 days, although some may be renewed for up to a year.[9]

12)   For those who do not obtain health insurance coverage, health care services are still available. In emergency situations, for example, uninsured individuals can obtain services through hospital emergency departments. The Emergency Medical Treatment and Labor Act

---

workers for eligible individuals when those health plans are more cost-effective than Medicaid. Premium assistance programs are an increasingly popular option for states that want to provide low-to-modest-income workers with health insurance. [Source: National Conference of State Legislatures, *Technical Assistance Memo*, 1. Available online: http://www.ncsl.org/print/health/premiumassistancetechnicalassist.pdf, 6/28/05.]

[6] Pregnant women who meet income requirements are eligible for Medicaid. [Source: Center for Medicare and Medicaid Services, *Medicaid Eligibility*. Available online: http://www.cms.hhs.gov/medicaid/eligibility/criteria.asp, 6/29/05.]

[7] HIPAA provides for "special enrollment" in a spouse's plan, if requested within 30 days of the loss of health coverage. [Source: U.S. Department of Labor, *Health Benefits Under the Consolidated Omnibus Budget Reconciliation Act (COBRA)* (August, 2002) 3.]

[8] USA TODAY, *Uninsured individuals have options* (10/10/2003). Available online: http://www.usatoday.com/money/perfi/insurance/2003-10-09-mym_x.htm, 6/29/05.

[9] Source: The Health Insurance Center, *Short-Term Health Insurance*. Available online: http://www.insurance.com/Article.aspx/artid/51, 6/28/05.

4

(EMTALA)[10] requires all Medicare participating hospitals to provide an appropriate medical screening examination to any person who comes to the hospital emergency department and requests treatment or an examination for a medical condition. If the examination reveals an emergency medical condition, the hospital must also provide either necessary stabilizing treatment or an appropriate transfer to another medical facility.

13) For non-emergency inpatient and outpatient hospital services, many hospitals offer patient discount programs, self-pay discounts, payment plans, charity care and other payment provisions to uninsured individuals, depending upon the financial status of the individual. [11,12,13,14]

14) Some states have made it a priority to build on their safety-net programs and other community-based vehicles to provide health care coverage. For ambulatory services, for example, individuals can seek treatment from freestanding clinics and health centers that are often used by the uninsured.[15]

---

[10] EMTALA was included in the COBRA legislation of 1986. It was promulgated to combat the discriminatory practice of some hospitals transferring, discharging, or refusing to treat indigent patients coming to the emergency department because of the high cost associated with diagnosing and treating these patients with emergency medical conditions. [Source: American Academy of Emergency Medicine, *EMTALA*. Available online: http://www.aaem.org/emtala/index.shtml, 6/28/05.]

[11] Source: DCH Health System, *DCH Health System and the Uninsured*. Available online: http://www.dchsystem.com/body.cfm?id=37335, 6/28/05.

[12] Source: Northwest Community Healthcare, *About Us*. Available online: http://www.nch.org/about/charity1.html, 6/28/05.

[13] Source: Providence Health System, *Providence Health System Policies on Financial Assistance and Discounts for the Uninsured*. Available online: http://www.providence.org/Oregon/Programs_and_Services/Financial_Assistance_Program/policies.htm, 6/28/05.

[14] Source: Lee Memorial Health System, *Uninsured Patient Discount Program*. Available online: http://www.leememorial.org/businessoffice/PDF/UninsuredDiscountProgram.pdf, 6/28/05.

[15] At least 20 states have organized community-based systems of care for the uninsured. [Source: Academy Health, *State of the States* (January 2005) 22. Available online: http://www.statecoverage.net/pdf/stateofstates2005.pdf, 6/28/05.]

15) Physicians also provide uncompensated care[16] and, based on my experience, negotiate discounts and payment arrangements with individuals who have no insurance.

16) Most states offer some sort of pharmacy assistance program, many of which require little or no up-front payment to join.[17] As of May, 2005, 39 states have established or authorized some type of program to provide pharmaceutical coverage or assistance, primarily to low-income elderly or persons with disabilities that do not qualify for Medicaid. In several states, programs provide for a reduced or discounted retail price for eligible participants.[18] In addition, pharmaceutical manufacturers provide assistance to some low-income, Medicare and disabled individuals[19] and the Pharmaceutical Research and Manufacturers of America (PhRMA) lists dozens of its member companies that provide prescription medicines free of charge to physicians whose patients might not otherwise have access to necessary medicines.[20] Finally, discount cards are available from organizations and businesses such as AARP and Costco.[21]

---

[16] Source: American Medical Society, *Physician Marketplace Report.* Available online: http://www.ama-assn.org/ama/upload/mm/363/charity_care_2002.pdf, 6/28/05.
[17] Source: AARP, *State-by-State, Plan-by-Plan List of Pharmacy Assistance Programs.* Available online: http://www.aarp.org/bulletin/prescription/Articles/statebystate.html, 6/28/05.
[18] National Conference of State Legislatures, *State Pharmaceutical Assistance Programs.* Available online: http://www.ncsl.org/programs/health/drugaid.htm, 6/28/05.
[19] Source: AARP, *State-by-State, Plan-by-Plan List of Pharmacy Assistance Programs.* Available online: http://www.aarp.org/bulletin/prescription/Articles/statebystate.html, 6/28/05.
[20] Source: AARP, *State-by-State, Plan-by-Plan List of Pharmacy Assistance Programs.* Available online: http://www.aarp.org/bulletin/prescription/Articles/statebystate.html, 6/28/05.
[21] Source: AARP, *State-by-State, Plan-by-Plan List of Pharmacy Assistance Programs.* Available online: http://www.aarp.org/bulletin/prescription/Articles/statebystate.html, 6/28/05.

17) Eligible individuals may receive a broad spectrum of medical, surgical and rehabilitative care though other public programs, such as the Veterans Administration and TRICARE.[22, 23]

18) There are numerous sources of information regarding obtaining health care services for the uninsured. For example, the State of Illinois maintains the Illinois Uninsured Ombudsman Program, the purpose of which is to provide assistance and education to Illinois consumers who do not have health insurance, are about to lose health insurance or cannot afford to purchase health insurance.[24,25,26] State Insurance Commissioners maintain information about individual insurance policies and state high-risk pools.[27,28,29,30,31]

---

[22] Source: U.S. Department of Veterans Affairs, *VA Healthcare Eligibility*. Available online: http://www.va.gov/healtheligibility/home/hecmain.asp, 6/29/05.
[23] Source: U.S. Department of Defense, *TRICARE Eligibility*. Available online: http://www.tricare.osd.mil/factsheets/viewfactsheet.cfm?id=174, 6/29/05.
[24] Source: Illinois Division of Insurance, *Uninsured Ombudsman Program*. Available online: http://www.idfpr.com/DOI/HealthInsurance/Uninsured_Ombudsman.asp, 6/28/05.
[25] Also in Illinois, the Gilead Outreach and Referral Center connects low-income uninsured and underinsured individuals and families to existing, affordable health care programs for which they are eligible. [Source: Gilead Outreach and Referral Center, *The Gilead Center: Help for People who Don't Have Basic Healthcare*. Available online: http://www.gileadcenter.org/, 6/28/05.]
[26] Additionally, organizations like Cover the Uninsured Week provide state-specific guides to health insurance coverage options for the uninsured. [Source: Cover the Uninsured Week, *Guide to Finding and Health Insurance Coverage*. Available online: http://covertheuninsuredweek.org/stateguides/, 6/28/05.]
[27] Source: Illinois Division of Insurance, *Individual Major Medical Insurance*. Available online: http://www.idfpr.com/DOI/HealthInsurance/Ind_Maj_Med_ins.asp, 6/29/05.
[28] Source: Illinois Comprehensive Health Insurance Plan, *ICHIP*. Available online: http://www.chip.state.il.us/premadmin.htm, 6/29/05.
[29] Source: New York State Insurance Department, *Health Insurance Information for New York Consumers*. Available online: http://www.ins.state.ny.us/chlthinf.htm, 6/29/05.
[30] Source: California Department of Insurance, *Health Insurance*. Available online: http://www.insurance.ca.gov/CSD/Brochure/Health/HealthInsurance.htm, 6/29/05.
[31] Source: State of California, *California Managed Risk Medical Insurance Board*. Available online: http://www.mrmib.ca.gov/, 6/29/05.

19)  In summary, employees who choose not to purchase group health insurance through their employers have options for purchasing other insurance. If they cannot obtain such insurance because of cost issues, they can seek health care services as self-pay consumers.

Dated: June 29, 2005

*Catherine Sreckovich*

Catherine Sreckovich