# EXHIBIT A TO SRECKOVICH DECLARATION



# Catherine Sreckovich

**Catherine Sreckovich**
Managing Director

**Navigant Consulting, Inc.**
175 West Jackson
Suite 500
Chicago, Illinois 60604
Tel: 312.583.5747
Fax: 312.583.5701

csreckovich@navigantconsulting.com

**Professional History**

- Tucker Alan Inc., Vice President
- KPMG Peat Marwick, Partner, Social Policy and Systems Group
- Compass Consulting Group, Senior Consultant
- American Medical Association, Center for Health Policy Research, Senior Staff Specialist
- BlueCross BlueShield Association, Senior Consultant
- Health Care Financing Administration, Staff Assistant

**Education and Certification**

- Indiana University – Bachelor of Arts
- Indiana University – Master of Science in Business Administration

**Professional Associations**

- Health Care Financial Management Association
- Chicago Area Health Information Management Association
- Health Care Compliance Association
- American Health Lawyer's Association
- American Hospital Association
- American Bar Association

Ms. Sreckovich is a Managing Director with Navigant Consulting, Inc., and has more than 25 years of experience in the health care industry. Ms. Sreckovich has extensive experience working with health care payers, providers and managed care organizations in the development of health care delivery and reimbursement systems, health care compliance programs, health care reform options, health care data analysis and litigation support. Examples of her relevant experience follow.

## Professional Experience

### *Health Care Insurance*

» Conducted a study for the Michigan Education Special Services Association to explore its options to provide health insurance coverage to its more than 80,000 members and their 200,000 dependents. Conducted research and analysis of underwriting principles and rating mechanisms used by insurers in determining which groups to insure, the options available to small and large employer purchasing groups in obtaining insurance coverage for their members and the multiple roles that Michigan Education Special Services Association plays (including that of a Voluntary Employee Beneficiary Association and of a Third-Party Administrator).

» Provided assistance to a consortium of health insurers bidding to provide managed care in the Civilian Health and Medical Program of the Uniformed Services TriCare initiative.



» Provided assistance to payers and providers in health care procurement efforts. Wrote Requests for Proposals, developed proposal evaluation packages including evaluation and scoring criteria, participated in bid evaluations, participated in best and final offer negotiations, assisted in contract negotiations and provided ongoing contract monitoring support for payers. Assisted in developing responses to Requests for Proposals for providers, including physician organizations, hospitals and hospital networks and managed care organizations. Also assisted Medicaid and other state agencies in their procurement efforts.

» Directed studies of the costs of implementing certain mandated benefits for BlueCross and BlueShield of Virginia. Conducted an analysis of multiple years of claims data. Also conducted a similar study for the Legislature in Hawaii where the analysis focused on chiropractic, psychologist and well-baby services.

### *Reform Initiatives*

» Directing two studies for the Wyoming Healthcare Commission. One study is designed to quantify uncompensated trauma and catastrophic health care costs and identify options to fund them with local, state and Federal dollars. Another study is designed to study rural health care issues in Wyoming, such as access to care, the supply of physicians and other health care professionals, technology and others and to make recommendations to improve access to services in Wyoming.

» Directing a study for the Wyoming Department of Health to assess viability of implementing Medicaid waiver options to extend health insurance coverage to uninsured Wyoming residents.

» Directed a study of the uninsured and uncompensated care for a Legislative Subcommittee for the Commonwealth of Virginia. Identified options for extending health insurance coverage to Virginians and for paying for indigent care.

» Directed Medicaid reform studies for Alaska, Idaho, Montana, Oklahoma, Vermont and Virginia. Identified state options for health care reform, including medical savings accounts and waiver programs.

» Participated in the development of an uncompensated care trust fund for the State of South Carolina. The State designed this trust fund to pay South Carolina hospitals that served a disproportionate share of uninsured patients.



### Provider Reimbursement

» Evaluated, developed and assisted with implementation of reimbursement systems for physician, home health, hospital, nursing home, pharmacy, durable medical equipment, intermediate care facility, community-based, federally qualified health centers, rural health centers, transportation and other health care providers. Methodologies include Resource-Based Relative Value Scales (RBRVS), Diagnosis-Related Groups (DRGs), Ambulatory Payment Centers (APCs), Resource Utilization Groups (RUGs), selective contracting and other prospective and retrospective systems. Reviewed historical payment and cost information and developed models to demonstrate the financial impact of implementing new payment systems. Worked with more than 25 Medicaid programs including Arizona, Colorado, Florida, Idaho, Illinois, Indiana, Montana, North Carolina, Ohio, Tennessee, Texas, Washington and Wyoming. Also assisted Workers Compensation programs, State Employee Programs and insurance companies in the development and implementation of new payment systems.

» Assisted states, such as Kentucky, North Carolina and Wyoming, in assessing viability of implementing intergovernmental transfer programs for hospitals and developing proposals for such programs. Evaluated and developed disproportionate share hospital programs. Worked with states to respond to inquiries from Centers for Medicare and Medicaid Services.

» Directed studies of non-traditional models for reimbursing long-term care services, including the Limited Services Health Maintenance Organization model for Texas, single point of entry systems for long-term care services in Nebraska and New Jersey and selective contracting and competitive procurement of services in Colorado and Texas.

» Provided assistance to a task force created by three regional hospital systems operating 13 hospitals to make a recommendation regarding the preferred collaborative structure for their home care businesses. Performed a financial analysis of existing hospital-based home care agencies. Identified costs associated with the home health organizations, and analyzed potential cost reductions due to a change in home care structure at participating hospitals.

### Mental Health Care and Special Needs Populations

» Directed a project to assist the State of California's correctional health care services to develop a standardized method for assessing and triaging inmate-patients to the various levels of care in the mental health services continuum to assure appropriate placement. The impetus for the project stemmed from a Federal court order requiring the California Corrections Department to improve access for inmate-patients to inpatient mental health services.

» Worked with state developmental disabilities agencies to develop surveys to estimate the costs of services provided under waiver and state plan programs.



» Worked with state mental health and alcohol and substance abuse agencies in delivery system reform. Developed Medicaid fee schedule for the Ohio Department of Alcohol and Drug Addiction Services, directed the design and implementation of a program to develop Medicaid mental health treatment services within four child welfare programs in the State of Iowa. Developed mental health screening forms, service descriptions, services necessity tool and authorization procedures, rate setting methodologies, quality assurance policies and training curricula for department staff and providers and state rules. Documented policies and procedures for the Texas Commission on Alcohol and Drug providers.

» Directed a feasibility assessment for a behavioral health maintenance organization entering the Medicaid market. Evaluated state behavioral health managed care initiatives to provide information on models currently in use, with a special focus on the development of managed care options for individuals diagnosed as seriously mentally ill. Developed benefit package designs for behavioral health services, evaluated enrollment and eligibility criteria and analyzed methods to develop local provider networks.

» Served as a delegate from the Center of International Projects and traveled to Russia and Estonia to share information regarding the delivery of mental health services.

### *Managed Care Program Design and Implementation*

» Assisted numerous state Medicaid agencies with the assessment of the feasibility of managed care and the implementation and ongoing operations of managed care. Worked with Arizona, Delaware, Illinois, Indiana, Kansas, Montana, Ohio, Pennsylvania, Vermont, Virginia and Wyoming.

» Assisted with the development and implementation of hospital-based Medicaid managed care networks for numerous large teaching and children's hospitals in Illinois and Texas. Activities ranged from capitation r ate analysis to management information system procurement and network development. Reviewed draft waiver applications and rules and provided comment on these rules.

» Provided assistance to hospitals and hospital associations in evaluating the feasibility of developing managed care products for commercial and Medicaid business. Assisted in development of managed care networks and marketing of services to state employees and other employer groups. For Medicaid products, review states' rules and regulations, waiver applications and commented on proposals.

» Provided general technical assistance to Santa Rosa Children's Hospital in San Antonio, Texas related to the implementation of Texas' Medicaid managed care program. Reviewed rules, waiver and Requests for Proposals and commented on documents. Conducted claims analyses to estimate the potential impact of excluding the hospital from provider networks under a managed care delivery system.

NAVIGANT
CONSULTING

» Provided assistance to Texas Children's Hospital with analyses related to the development of a pediatric provider network to respond to the expansion of Medicaid managed care in Texas.

### *Operations and Performance Reviews*

» Directed a project to assist the State of California's correctional health care services to write policies and procedures for its inpatient and outpatient services and governance structure as part of an effort to standardize operations and management in the department's 32 facilities. Assisted with the development of processes and writing policies and procedures for medical staff screening, credentialing and privileging and peer review to upgrade the quality of the medical staff.

» Directed a project for the Colorado Office of the State Auditor to evaluate the Colorado Department of Corrections' health care services to determine the appropriateness and effectiveness of a third party administrator's contract negotiation process and utilization management program. Through interviews with organizational staff and the analysis of cost and utilization data identifying key findings and recommendations for cost savings and prepared a final report for presentation to the State legislature.

» Directed the comprehensive performance review of the Texas Department of Mental Health and Mental Retardation for the Texas Comptroller's Office. Reviewed five areas: mission and strategic direction, management structure and cost management, contract monitoring and oversight, facility operation, maintenance and construction and management information systems. Identified opportunities for cost savings by introducing efficiencies in administration and program operations.

» Directed the study of the State of North Carolina Department of Human Resources and developed recommendations for more efficient operations for the Government Performance Audit Committee. Identified revenue maximization opportunities and evaluated techniques of variance analysis and general forecasting to recommend short- and long-term cost management options for the North Carolina Medicaid program. Directed similar studies for the States of Louisiana and Maryland.

» Directed operational reviews for BlueCross and BlueShield Plans for their Medicare and Federal Employee Health Benefit Programs operations. Wrote compliance review guidelines and directed the evaluations of the provider reimbursement, provider audit, fraud and abuse, utilization review and claims processing areas for Medicare as Secondary Payer claims.



### Pharmacy Services

»   Provided education to pharmaceutical manufacturers on the Medicaid rebate program and directed the development of Medicaid rebate calculation methodologies for several large pharmaceutical manufacturers.  Identified sources of data for pricing information, and assisted in identifying requirements for developing automated systems to process rebate claims.  Reviewed rebate claims submitted by states and assisted in developing methodologies to assess the reasonableness of those claims.

»   Directed several projects for the Texas Comptroller of Public Accounts to assess pharmacy purchasing strategies.  Evaluated whether Texas was able to improve the cost-effectiveness of its drug purchasing overall through administrative and product cost efficiencies, if State programs combined their drug purchasing under a single Pharmacy Benefit Manager contract.  Examined drug management policies used in Texas and other states such as drug use review, formularies, prior authorization, generic substitution, rebate revenue generation and co-payments.  Evaluated private sector's and federal program's policies for applicability to Texas.  Directed research of other Texas agencies purchasing drugs, other states' purchasing consolidation strategies and opportunities for purchasing pharmaceuticals over the Internet.

»   Directed a project for the State of Wyoming to explain trends in Wyoming pharmacy expenditures to the State Legislature.  Researched and outlined proposed Medicaid rules that would affect the State's current coverage of prescription drugs for eligibles, if passed.

»   Participated in a cost containment study for a Legislative task force for the Oklahoma Medicaid program.  Reviewed and evaluated policy and reimbursement methodologies for a number of Medicaid program components including prescription drugs.  Estimated savings resulting from proposed changes and made presentation to the task force.

»   Directed the development of the State of Idaho's Over-The-Counter Program Initiative, a program that would provide reimbursement for chemically equivalent doses of over-the-counter medications that were more expensive when provided under prescription as part of the Idaho Medicaid reform project.  Directed the development of a cost-effectiveness analysis.  Also, directed the development of a Prescription-only Program as part of an 1115(a) waiver with the theme of personal responsibility.

»   Worked with the States of Vermont and Oklahoma to evaluate cost-containment options for the use of pharmacy services by the Medicaid population.

NAVIGANT
CONSULTING

### Selected Presentations

» "Enron, HealthSouth And Martha Stewart: The Impact Of Corporate Trust Failures On Physician Practice" – Physician Group Practice Compliance Conference for the Health Care Compliance Association, San Francisco, California (October 2003)

» Panel Moderator for a session on Compliance and Voluntary Disclosures for the American Bar Association Public Contract Law Section Program on Federal Drug Pricing: 10 Years of Navigating the Veterans Health Care Act, Washington, D.C. (October 2003)

» "Becoming More Effective Users of Data in Managed Care" – Healthcare Financial Management Association, Annual National Institute, Seattle, Washington (June 2002)

» "Medicaid Managed Care Fraud and Abuse" – Detection and Prevention, Indiana Office of Medicaid Policy and of Medicaid Policy and Planning, Indianapolis, Indiana (May 2001)

» "Perspectives on Compliance and Reporting In the Face of Rising Health Care Costs" – The National Seminar on Government Contracts, Minneapolis, Minnesota  (November 2000)

» "Medicaid Managed Care Fraud and Abuse" – Institute for International Research

» 8th Annual Medicaid Managed Care Congress 2000, Washington, D.C. (June 2000)

» "How Compliance Testing Can Be Improved" – Health Care Compliance Association, Chicago, Illinois (July 1999)

» "Medicaid Managed Care Contracting: Strategic Approaches and Results" – Healthcare Financial Management Association, San Antonio (June 1997), Denver, Colorado (December 1998) and Washington, D.C. (March 1999)

» "Medicaid Managed Care and the Contracting Process" – Illinois Hospital Research and Educational Foundation (January 1999)

» "Medicare's Diagnosis-Related Groups: Coding Compliance Issues" – American Bar Association, Section of Public Contract Law, Health Care Contracting Committee (January 1998)

» "Structuring A Medicaid Managed Care Product" – Healthcare Financial Management Association (April 1996)

» "Capitation and Ratesetting for Managed Care" – Six all-day conferences in Chicago, Charlotte, San Francisco, California and Washington, D.C. (1996)



» "Medicaid Managed Care: The National and Illinois Perspectives" – Illinois Hospital Association Annual Meeting, Chicago, Illinois and Illinois Health Financial Managers Association, Collinsville, Illinois (1995)

» "Hospital Considerations In Managed Care Contracting" – Illinois Hospital Association Annual Meeting, Chicago, Illinois and Illinois Health Financial Managers Association, Collinsville, Illinois (1995)

» "Medicaid Capitation Ratesetting" – Health Care Financing Administration, Region V (Fall 1995)

» "Capitation Within Medicaid – Key Aspects to a Successful Rate Setting Structure" – Global Research Ltd., Washington, D.C. (1994)

» "The Boren Amendment" – State Medicaid Directors Association, Jackson, Wyoming (1991)

» "Managed Care: Strategies and Solutions" – National Conference of State Legislatures, Princeton, New Jersey (1991)

» "Rational Budgeting Strategies for State Health Care Programs: Integration and Maximization of Resources" – National Conference of State Legislatures, Princeton, New Jersey (1991)

### Publications

» Sreckovich, C. and Douglass, P., "State Payor Initiatives in Compliance" – *2005 Health Law and Compliance Update* (January 2005)

» Sreckovich, C. and LeeVan, C., "A Readiness Check: Your Organization Should Be Preparing To Deal With Sarbanes-Oxley Spillover" – *Compliance Today* (July 2004)

» Sreckovich, C. and LeeVan, C., "The "Spill-Over" Effect: How Sarbanes-Oxley Impacts The Health Care World" – *Compliance Today (*May 2004)

» Sreckovich, C. and Calvin, P., "Continuous Regulatory Compliance Improvement: The Wise Provider's Approach" – *Compliance Today* (October 2003)

» Sreckovich, C. and Calvin, P., "Provider Alert: Watchdogs Are Increasing Scope And Expertise" – *Compliance Today* (September 2003)

» Sreckovich, C. and Fahnestock, M., "Identifying and Validating Managed Care Data" – *Healthcare Financial Management* (October 2002)

» Peterson, A. and Sreckovich, C., "Developing an Effective Compliance Team" – *Monitoring & Auditing Practices for Effective Compliance*, the Health Care Compliance Association (2002)



»   Peterson, A. and Sreckovich, C., "Developing a Voluntary Disclosure and Refund" – *Monitoring & Auditing Practices for Effective Compliance*, the Health Care Compliance Association (2002)

»   Zuckerman, S., Becker, E.R., Adams, R.A. and Sreckovich, C., "Physician Practice Patterns Under Hospital Rate-Setting Programs" – *Journal of the American Medical Association*, Volume 252, Number 18 (November 9, 1984)