**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA**

| | |
|---|---|
| IBT/HERE EMPLOYEE REPRESENTATIVES' COUNCIL,<br><br>            Plaintiff,<br><br>      v.<br><br>GATE GOURMET DIVISION AMERICAS and<br>GATE GOURMET, INC.,<br><br>            Defendants. | Civil Action No.  1:05CV01210<br><br>Judge Ricardo Urbina |

**DECLARATION OF DOUGLAS GOEKE
IN SUPPORT OF GATE GOURMET'S OPPOSITION
TO PLAINTIFF'S MOTION FOR TEMPORARY RESTRAINING ORDER**

I, Douglas Goeke, declare and state as follows:

1.      I submit this Declaration in support of the Opposition of Gate Gourmet Division Americas and Gate Gourmet, Inc. to the IBT/HERE Employee Representatives' Council (the "Council" or the "Union") Motion for Temporary Restraining Order and Preliminary Injunction. If called to testify in the above-captioned matter, I could and would testify competently to the following facts that are within my personal knowledge.

**Background of Declarant**

2.      I am the Vice President & CFO of Gate Gourmet Division Americas. I have held

this position since December 2003. In this position, I have, among other responsibilities, primary responsibility for financial analysis of the performance of Gate Gourmet, Inc., and am also familiar with the general financial position of the Gate Gourmet Group family of Gate Gourmet companies (collectively, "Gate Gourmet").

**The Business of Gate Gourmet, Inc.**

3. Gate Gourmet, Inc., also known as Gate Gourmet Division Americas, is the American subsidiary of Gate Gourmet Switzerland, also known as Gate Gourmet Group, an international catering company that provides food and beverages to airlines for in-flight service by the airline. It employs approximately 8,500 employees within the United States.

4. The Company currently provides catering services to over 20 domestic and 24 foreign air carriers at 34 airports within the United States. Gate Gourmet has long-term contracts with these carriers to provide catering services as specified by the airline. Based on the specifications provided by its airline customers, Gate Gourmet purchases the necessary provisions, prepares the food and beverages in its own kitchens, packs the prepared food, beverages and service items into moveable bins provided by the airline, places the bins into a high-loader truck, and delivers the bins to the proper aircraft shortly before its scheduled departure.

**Background of Gate Gourmet's Financial Problems**

5. Gate Gourmet has experienced serious financial problems since the terrorist attacks on September 11, 2001.

6. First, the number of flights catered by Gate Gourmet dropped substantially

following September 11.  In 2000, Gate Gourmet catered 2,227,617 flights in the United States.  Since 2000, that number has dropped to 1,689,956 flights as of 2004—a reduction of 24 percent.  As a result, the Company has been forced to close or consolidate 18 facilities since September 11.

7.     Second, to deal with their own financial problems, the so-called "legacy airlines" have dramatically reduced in-flight food services.  A majority of Gate Gourmet's business comes from three of the largest U.S. carriers – United Airlines, Inc., Delta Airlines, Inc., and American Airlines, Inc.  In the face of continuing losses, those carriers have either eliminated meals in most domestic coach class flights or begun charging coach passengers.  Even relatively profitable carriers such as America West Airlines have greatly reduce food service; for example, America West dramatically reduced its food costs from 1.7 cents per "revenue passenger mile" to 0.5 cents between 2000 to 2004.

8.     Third, again because of their own financial problems, the legacy carriers have demanded and secured significant ongoing discounts in lieu of cutting service further.  Indeed, United Airlines, renegotiated its long-term catering contracts in bankruptcy, forcing the Company to cut prices in order to retain the business.

9.     Finally, the emergence of low-cost competition in the airline catering industry has made the market much more competitive.  The competitors, which generally have lower labor costs than Gate Gourmet, have a pricing advantage.  This has resulted in both a direct driven both a direct loss of business to low-cost competitors, and a need to reduce prices to retain business.

**The Extent Of Gate Gourmet's Current Difficult Financial Condition**

10. As a result of the foregoing circumstances, Gate Gourmet Group experienced a 35 percent drop in total revenue between 2000 and 2003.[1] Since 2003, total revenue has been relatively stable but unit revenue – the revenue generated from each meal and service – has continued to drop. Gate Gourmet Group's profit, likewise, has declined from CHF 26 million in 2000 to approximately a loss of CHF 109 million in 2004, excluding impairment charges. This year, Gate Gourmet Group's net margin is projected to be negative 4.9 percent, producing a net loss of CHF 116 million.

11. These continuing losses have created a cash flow crisis for Gate Gourmet Group. Gate Gourmet Group currently has approximately $400 million in senior secured debt and $225 in mezzanine debt. In order to alleviate a projected liquidity crisis in the second and third quarter of 2005, Gate Gourmet Group defaulted on its debt and embarked on a series of cost-containment and cash-conservation initiatives in order to avert a Chapter 11 bankruptcy filing. All available lines of credit are drawn and no additional sources of liquidity are available. Gate Gourmet Group is currently unable to make the principal payments on the senior debt and the interest on the mezzanine debt and has spent nearly all of 2005 in default with its lenders.

**The Company's Efforts To Avoid Filing For Bankruptcy**

12. Management is continuing to work with debt and equity stakeholders; however, the lenders could force a Chapter 11 bankruptcy filing at any time. EBITDA margins are below the level needed to sustain the business. An operational and financial restructuring is required to create a viable entity. Negotiations for the financial restructuring are at an advanced stage and

---

[1] ` The financial results reported here are for Gate Gourmet Group because Gate Gourmet, Inc. does not report its financial results separately from Gate Gourmet Group.

4

will reduce overall debt by over $140 million, but a satisfactory conclusion to labor renegotiations is a pre-condition of the new financing.

13. As part of its restructuring efforts, Gate Gourmet has aggressively pursued non-labor cost reductions, initiating business process changes through a variety of continuous improvement initiatives. Gate Gourmet has few non-labor options that it has not already pursued to reduce its operating costs. Thus, labor costs – which represent Gate Gourmet's single largest expense, totaling approximately 50 percent of Gate Gourmet's total costs – are the only realistic place where the Company can still cut costs.

14. For management and salaried employees, the Company can reduce wages and benefits unilaterally. Since September 11, there have been no general pay increases for management employees, and neither management nor salaried employees have been paid performance-based bonuses for the past several years. The Company has also frozen the defined benefit pension plan, eliminating future accruals, for management/salaried employees effective June 30, 2004.

**The Threat Of The Union's Proposed TRO To Gate Gourmet's Viability**

15. The Company's lenders have insisted upon revised labor agreements as a condition to any refinancing, and are closely watching the pending proceedings as an indication of the Company's ability to cut its labor costs. An injunction, therefore, could seriously undermine the Company's restructuring efforts.

16. As stated previously, the Company is currently in default on its loans, and its lenders could force Gate Gourmet into bankruptcy at any time.

17.    The annualized cost of employee contributions under the prior contribution schedule was roughly $11 million a year.

I declare under penalty of perjury under the laws of the District of Columbia and the laws of the United States of America that the foregoing is true and correct.

EXECUTED this 29th day of June 2005, at Montgomery County, Maryland.


Douglas Goeke

SF1:592662.2