UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| IBT/HERE EMPLOYEE REPRESENTATIVES' COUNCIL,<br>    *Plaintiff,*<br><br>    *v.*<br><br>GATE GOURMET DIVISION AMERICAS,<br>    *Defendant.* | )<br>)<br>)<br>)<br>)<br>) No. 05-01210 (RMU)<br>)<br>)<br>)<br>)<br>) |

### DECLARATION OF CHARLES HENRICKS

**CHARLES HENRICKS** hereby declares pursuant to 28 U.S.C. § 1746, under penalty of perjury, that the following is true and correct:

1. I am an employee of UNITE HERE and I am assigned to represent employees of Gate Gourmet who work at Gate Gourmet's facilities in Chicago, Illinois; namely, Units Nos. 239, 240, 241, 824 and 826. I have performed those duties since July 9, 2004.

2. On Friday, May 27, 2005, I was informed by Gate Gourmet employee Fran Palazollo that a fellow employee had seen a letter from Gate Gourmet to all supervisory/managerial staff concerning a $500 per month payment. Shortly thereafter I received a similar report from another Gate Gourmet employee, Tamekio Williams.

3. I then called Gate Gourmet's Senior Human Resources Officer for the Chicago area, Mike Duffell, and asked him about the letter. I told him that there was a rumor that Gate Gourmet issued a memo to its managers and supervisors that when the employees' costs for their health care coverage increases, the managers and supervisors will receive a monthly bonus so they can continue to pay their health care costs. He replied: "We first off, it is true that starting July 1st, they will get a small monthly bonus, but not for health care cost. This is a retention

1

bonus, so that we can keep our managers."

4. I replied: "Small? I heard it was a couple hundred bucks." Mr. Duffell responded: "It's like 2 or 300 and it's going to managers and supervisors regardless of it they have health insurance." I replied: "I heard it was $500." He said: "Yeah, that's it, it's $500, but let me stress again this is not for the health insurance. You know we're losing managers, and we have to find a way to keep them." I said: "Mike, I am just trying to clear up this matter, so what you are saying is that there will be a $500 bonus issued to all managers and supervisors each month, and that it's not about health insurance." He replied: "Yes, I know what it looks like, but it has nothing to do with the health insurance, but now that we are cutting that off we need a reason for our managerial staff to stay with us."

5. On June 1, 2005, I, along with two Gate Gourmet employees, Roy Howell and Eugene Coleman, had a grievance meeting with Gate Gourmet General Manager for Unites 824 and 826, David Richardson. At the conclusion of the grievance meeting, Mr. Howell asked General Manager Richardson to read a leaflet the Local Union was distributing about the management bonuses.

6. Mr. Richardson read the leaflet and said: "Yeah, I know about this." Mr Howell then said: "Really, you know the guys are going to get upset about things like this so were just letting you know, before we post it downstairs. But my question to you is where is the company getting the money to do something like this?" Mr. Richardson replied: "Well, I don't really know, but I know that Gate Gourmet used to pay a few hundred dollars for ya'll's health insurance each month, so my guess is that it's coming from there. They just saved a bunch of money." I then asked Mr. Richardson why the bosses were getting the money and the workers

were not. He replied: "Look, I'm overweight, my diet sucks, I have diabetes, it's a pre-existing condition, no one is going to insure me. I have to keep the insurance from the company and there is no way I could do it without the bonus that me and my wife will get."

**CHARLES HENRICKS** hereby declares pursuant to 28 U.S.C. § 1746, under penalty of perjury, that the foregoing is true and correct.

Executed this 29th day of June, 2005, in Chicago, Illinois.

Charles Hendricks