# IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| IBT/HERE EMPLOYEE REPRESENTATIVES' COUNCIL,<br><br>Plaintiff,<br><br>v.<br><br>GATE GOURMET DIVISION AMERICAS and GATE GOURMET, INC.,<br><br>Defendants. | Civil Action No.  1:05CV01210<br><br>Judge Ricardo Urbina |

### SUPPLEMENTAL DECLARATION OF ANTHONY J. BRALICH, JR. IN SUPPORT OF GATE GOURMET'S OPPOSITION TO PLAINTIFF'S MOTION FOR TEMPORARY RESTRAINING ORDER

I, Anthony J. Bralich, Jr., declare and state as follows:

1.      I submit this Supplemental Declaration in support of the Opposition of Gate Gourmet, Inc. ("Gate Gourmet") to the IBT/HERE Employee Representatives' Council (the "Union") Motion for Temporary Restraining Order.  I make this supplemental declaration to apprise the court of events that have occurred since our filing.  If called to testify in the above-captioned matter, I could and would testify competently to the following facts that are within my personal knowledge.

2.      On June 30, 2005, I learned that the Union accepted Gate Gourmet's offer to arbitrate on an expedited basis, and agreed to Richard Kasher as the arbitrator.  A true and correct copy of the letter is attached hereto as Exhibit A.

I declare under penalty of perjury that the foregoing is true and correct to the best of my knowledge.

EXECUTED this 30th day of June 2005, at Reston, Va.

Anthony J. Bralich, Jr.