**IBT/HERE EMPLOYEE REPRESENTATIVES' COUNCIL**

# Fax

| | | | |
|---|---|---|---|
| **To:** | Tony Bralich, Vice President Labor Relations | **From:** | Kenneth C. Paulsen, Council Director |
| **Fax:** | 703-964-2399 | **Pages:** | (plus cover) 2 |
| **Phone:** | 703-964-2304 | **Date:** | 6/29/05 |
| **Re:** | Unilateral Change to Health Care Plan | **CC:** | |

☐ **Urgent**    ☐ **For Review**    ☐ **Please Comment**    ☐ **Reply**    ☐ **For your info.**



## IBT/HERE EMPLOYEE REPRESENTATIVES' COUNCIL

Steven P. Vairma
10 Lakeside Lane, Suite 3-A
Denver, CO 80212
Phone (303) 458-1600
Fax (303) 480-1015

Ken Paulsen
1125 17th Street, NW, Suite 504
Washington, DC 20036
Phone (202) 393-4373
Fax (202) 342-2129

June 29, 2005

Anthony J. Bralich, Jr., Vice President Labor Relations
Gate Gourmet Division Americas
11710 Plaza America Drive, Suite 800
Reston, VA 20190

Re:   Unilateral Change to Health Care Plan

Dear Mr. Bralich:

    As indicated in our earlier correspondence in which the Council requested that Gate Gourmet agree to expedite the resolution of our dispute over the 2005 rate increase in health care contributions, we accept your proposal that the parties proceed directly to binding arbitration. Arbitrator Richard Kasher is an acceptable choice to serve as the Neutral Chairman of the Adjustment Board. I suggest that the parties' attorneys contact Mr. Kasher and ascertain his availability.

    At the August 9-10, 2005 session of the Adjustment Board, the July 1 contribution rate increase was to be considered together with the contribution rate increase implemented in January 2005. Unless the Company has changed its position, the Board will undoubtedly deadlock over the earlier grievance, and, thus, we request that the parties submit the earlier dispute to the arbitrator at the same time he hears our dispute over the July 1 health care contribution rate increase. In our view, the disputes are sufficiently similar to warrant their consolidation before a single board. Please advise us of the Company's position on consolidating the disputes.

    This situation is sufficiently grave and compelling to require immediate action. Because it is important to avoid delays over procedural details, we will arbitrate the July 1 rate contribution dispute separately if you wish. I suggest that thirty days, commencing with the outset of the arbitration hearing, should be sufficient for hearing, briefing and fully deciding the dispute in view of its emergency nature.

Sincerely,

*Ken C. Paulsen/ec*

Kenneth C. Paulsen
Council Director

cc:   Steve Vairma, Vice Director