UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| IBT/HERE EMPLOYEE REPRESENTATIVES' COUNCIL,<br><br>   Plaintiff,<br><br>   v.<br><br>GATE GOURMET DIVISIONS AMERICAS and GATE GOURMET, INC.,<br><br>   Defendants. | Civ. No. 05-01210<br><br>Judge Ricardo Urbina |

### NOTICE OF FILING OF SUPPLEMENTAL DECLARATION OF ANTHONY BRALICH, JR. IN SUPPORT OF GATE GOURMET'S OPPOSITION TO PLAINTIFF'S MOTION FOR TRO

Please take notice that on the 30th day of June, 2005, Defendant Gate Gourmet, Inc. ("Gate Gourmet"), through undersigned counsel, filed the attached Supplemental Declaration of Anthony Bralich, Jr. In Support of Gate Gourmet's Opposition to Plaintiff's Motion for TRO with the United States District Court for the District of Columbia.

**Dated: June 30, 2005**              Respectfully submitted,


              /s/ Tom Jerman
TOM A. JERMAN (D.C. No. 454960)
KAREN WAHLE (DC Bar No. 440517)
O'Melveny & Myers LLP
1625 Eye Street, N.W.
Washington, DC  20006
T:  202/383-5300
F:  202/383-5414
***Counsel  for Defendant Gate Gourmet, Inc.***