UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| IBT/HERE EMPLOYEE REPRESENTATIVES' COUNCIL, : : : | |
| Plaintiff, : : | Civil Action No.:   05-1210 (RMU) |
| v.   : : | Document No.:   11 |
| GATE GOURMET DIVISION AMERICAS *et al.*, : : : | |
| Defendants.   : | |

**ORDER**

**DENYING THE PLAINTIFF'S MOTION FOR A TEMPORARY RESTRAINING ORDER**

For the reasons to be stated in a Memorandum Opinion that shall issue shortly, it is this 30th day of June, 2005,

**ORDERED** that the plaintiff's motion for a temporary restraining order is **DENIED**.

**SO ORDERED**.

RICARDO M. URBINA
United States District Judge
