IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| IBT/HERE EMPLOYEE REPRESENTATIVES' COUNCIL,<br><br>Plaintiff,<br><br>v.<br><br>GATE GOURMET DIVISION AMERICAS and GATE GOURMET, INC.,<br><br>Defendants. | Civil Action No. 1:05CV01210<br><br>Judge Ricardo Urbina |

## DEFENDANT GATE GOURMET, INC.'S MOTION FOR ADMISSION PRO HAC VICE

AND NOW comes Gate Gourmet, Inc. (hereinafter "Gate Gourmet") by its undersigned counsel, pursuant to Local Civil Rule 83.2(d), and requests the Court to admit Robert A. Siegel, Esq. to this Court *pro hac vice*.

Attached hereto is a declaration of Robert A. Siegel in support of this request for admission, the content of which is incorporated herein by reference.

DATED:     July 1, 2005

/s/ Tom Jerman
TOM A. JERMAN (D.C. No. 454960)
KAREN WAHLE (DC Bar No. 440517)
O'Melveny & Myers LLP
1625 Eye Street, N.W.
Washington, DC 20006
T: 202/383-5300
F: 202/383-5414
*Counsel for Defendant Gate Gourmet, Inc.*

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| IBT/HERE EMPLOYEE REPRESENTATIVES' COUNCIL,<br><br>Plaintiff,<br><br>v.<br><br>GATE GOURMET DIVISION AMERICAS and<br>GATE GOURMET, INC.,<br><br>Defendants. | Civil Action No. 1:05CV01210<br><br>Judge Ricardo Urbina |

### DECLARATION OF ROBERT A. SIEGEL
### IN SUPPORT OF MOTION FOR ADMISSION PRO HAC VICE

I, Robert A. Siegel, being first duly sworn, depose and say:

1. I am a member of the law firm of O'Melveny & Myers LLP, whose offices are located at 400 South Hope Street, Suite 1500, Los Angeles, California 90071, telephone number (213) 430-6000.

2. I am a member in good standing of the bars of the following states:

| State | Date of Admission |
|---|---|
| California | 1975 |
| New York | 1988 |

3. I am a member in good standing and eligible to practice before the following courts:

| Court | Date of Admission |
|---|---|
| California Supreme Court | 06/27/75 |
| New York Appellate Division of the Supreme Court, Third Judicial District | 06/01/88 |
| United States District Courts: | |
|     Southern District of California | 10/91 |
|     Central District of California | 06/75 |
|     Northern District of California | 04/19/76 |
|     Eastern District of California | 08/25/82 |
|     Arizona District | 07/06/90 |
|     Eastern District of New York | 07/09/92 |
| United States Court of Appeals: | |
|     Second Circuit | 08/06/92 |
|     Seventh Circuit | 03/24/89 |
|     Ninth Circuit | 06/04/79 |
|     Tenth Circuit | 1984 |
|     Eleventh Circuit | 11/94 |
|     District of Columbia Circuit | 02/02/95 |
| United States Supreme Court | 07/17/92 |

4. I have not been disciplined by any bar.

5. I have not been admitted *pro hac vice* in this Court within the past two years.

6. Accordingly, I respectfully request that I be admitted to practice before your Court in the above-captioned case.

6. I swear under penalty of perjury that the foregoing is true and correct, and that I have reviewed the Local Rules of Practice, the Local Criminal Rules, the Federal Rules of Civil Procedure, and the Federal Rules of Criminal Procedures, and the Federal Rules of Evidence, in their entirety.

_____
Robert A. Siegel

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| IBT/HERE EMPLOYEE REPRESENTATIVES' COUNCIL,<br><br>Plaintiff,<br><br>v.<br><br>GATE GOURMET DIVISION AMERICAS and GATE GOURMET, INC.,<br><br>Defendants. | Civil Action No. 1:05CV01210<br><br>Judge Ricardo Urbina |

### ORDER OF COURT GRANTING DEFENDANT'S MOTION FOR ADMISSION PRO HAC VICE

AND NOW, to wit, this ____ day of July 2005, upon consideration of Defendant's Motion for Admission Pro Hac Vice, it is hereby ORDERED, ADJUDGED and DECREED that defendant's motion is GRANTED and that Robert A. Siegel, Esq. be admitted to this Court *pro hac vice*.

                                                                            _____
                                                                            Judge Ricardo Urbina
                                                                            United States District Judge

5