UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| IBT/HERE EMPLOYEE REPRESENTATIVES' COUNCIL,<br><br>Plaintiff,<br><br>v.<br><br>GATE GOURMET DIVISIONS AMERICAS and GATE GOURMET, INC.,<br><br>Defendants. | Civ. No. 05-01210<br><br>Judge Ricardo Urbina |

## NOTICE OF MOTION FOR ADMISSION PRO HAC VICE

Please take notice that on the 30th day of June, 2005, Defendant Gate Gourmet, Inc. ("Gate Gourmet"), through undersigned counsel, filed the attached Motion for Admission Pro Hac Vice with the United States District Court for the District of Columbia.

**Dated: July 1, 2005**

Respectfully submitted,

        /s/ Tom Jerman
TOM A. JERMAN (D.C. No. 454960)
KAREN WAHLE (DC Bar No. 440517)
O'Melveny & Myers LLP
1625 Eye Street, N.W.
Washington, DC  20006
T:  202/383-5300
F:  202/383-5414
***Counsel for Defendant Gate Gourmet, Inc.***