IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| IBT/HERE EMPLOYEE REPRESENTATIVES' COUNCIL,<br><br>　　　　　　Plaintiff,<br><br>　　v.<br><br>GATE GOURMET DIVISION AMERICAS and<br>GATE GOURMET, INC.,<br><br>　　　　　　Defendants. | Civil Action No.  1:05CV01210<br><br>Judge Ricardo Urbina |

**AGREED MOTION FOR EXTENSION OF TIME**

　　The parties agree and hereby move this Court to extend the time within which Defendant Gate Gourmet, Inc. may answer or otherwise respond to Plaintiff IBT/HERE Employee Representatives' Council's First Amended complaint to August 10, 2005.


Dated:  July 8, 2004

/s/  John O'B. Clarke, Jr.
John O'B. Clarke, Jr. (Bar No. 044685)
HIGHSAW, MAHONEY & CLARKE, P.C
1050 17th Street, N.W., Suite 444
Washington, D.C. 20036
(202) 296-8500


_____
Roland P. Wilder, Jr. (Bar No. 69069)
Susan Boyle (Bar No. 441102)
BAPTISTE & WILDER, P.C.
1150 Connecticut Ave., N.W., Suite 500
Washington, DC 20036
(202) 223-0723
*Counsel for Plaintiff IBT/HERE Employee Representatives' Council*

Respectfully submitted,

/s/  Tom A. Jerman
TOM A. JERMAN (D.C. Bar No. 454960)
KAREN WAHLE (D.C. Bar No. 440517)
O'Melveny & Myers LLP
1625 Eye Street, N.W.
Washington, DC  20006
T:  (202) 383-5300
*Counsel  for Defendant Gate Gourmet, Inc.*

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| IBT/HERE EMPLOYEE REPRESENTATIVES' COUNCIL,<br><br>Plaintiff,<br><br>v.<br><br>GATE GOURMET DIVISION AMERICAS and<br>GATE GOURMET, INC.,<br><br>Defendants. | Civil Action No.  1:05CV01210<br><br>Judge Ricardo Urbina |

**ORDER GRANTING AGREED MOTION FOR EXTENSION OF TIME**

Upon the application of Defendant Gate Gourmet, Inc. and Plaintiff IBT/HERE Employee Representatives' Council, it is hereby ORDERED that the time for Defendant Gate Gourmet, Inc. to respond to the First Amended Complaint in the above-captioned proceeding is hereby extended to August 10, 2005.

SO ORDERED

Dated: _____, 2005

_____
**JUDGE RICARDO M. URBINA
UNITED STATES DISTRICT JUDGE**