UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| IBT/HERE EMPLOYEE REPRESENTATIVES' COUNCIL,<br><br>Plaintiff,<br><br>v.<br><br>GATE GOURMET DIVISIONS AMERICAS and GATE GOURMET, INC.,<br><br>Defendants. | Civ. No. 05-01210<br><br>Judge Ricardo Urbina |

**NOTICE OF AGREED MOTION FOR EXTENSION OF TIME**

Please take notice that on the 8th day of July, 2005, Defendant Gate Gourmet, Inc. and Plaintiff IBT/HERE Employee Representatives' Council, through undersigned counsel, filed the attached Agreed Motion for Extension of Time with the United States District Court for the District of Columbia.

**Dated: July 8, 2005**

/s/ John O'B. Clarke, Jr.
John O'B. Clarke, Jr. (Bar No. 044685)
HIGHSAW, MAHONEY & CLARKE, P.C.
1050 17th Street, N.W., Suite 444
Washington, D.C. 20036
(202) 296-8500

Roland P. Wilder, Jr. (Bar No. 69069)
Susan Boyle (Bar No. 441102)
BAPTISTE & WILDER, P.C.
1150 Connecticut Ave., N.W., Suite 500
Washington, DC 20036
(202) 223-0723
***Counsel for Plaintiff IBT/HERE Employee Representatives' Council***

Respectfully submitted,

/s/ Tom Jerman
TOM A. JERMAN (D.C. No. 454960)
KAREN WAHLE (DC Bar No. 440517)
O'Melveny & Myers LLP
1625 Eye Street, N.W.
Washington, DC 20006
(202) 383-5300
***Counsel for Defendant Gate Gourmet, Inc.***