IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| IBT/HERE EMPLOYEE REPRESENTATIVES' COUNCIL,<br><br>            Plaintiff,<br><br>v.<br><br>GATE GOURMET DIVISION AMERICAS and<br>GATE GOURMET, INC.,<br><br>            Defendants. | Civil Action No.  1:05CV01210<br><br>Judge Ricardo Urbina |

**AGREED MOTION FOR EXTENSION OF TIME**

The parties agree and hereby move this Court to extend the time within which Defendant Gate Gourmet, Inc. may answer or otherwise respond to Plaintiff IBT/HERE Employee Representatives' Council's ("Plaintiff") First Amended complaint to September 30, 2005.

Dated:  August 19, 2005.                                         Respectfully submitted,

| | |
|---|---|
| s/  John O'B Clarke, Jr.<br>John O'B. Clarke, Jr. (Bar No. 044685)<br>HIGHSAW, MAHONEY & CLARKE, P.C<br>1050 17th Street, N.W., Suite 444<br>Washington, D.C. 20036<br>(202) 296-8500<br><br>s/  Susan Boyle<br>Roland P. Wilder, Jr. (Bar No. 69069)<br>Susan Boyle (Bar No. 441102)<br>BAPTISTE & WILDER, P.C.<br>1150 Connecticut Ave., N.W., Suite 500<br>Washington, DC 20036<br>(202) 223-0723<br>***Counsel for Plaintiff IBT/HERE Employee Representatives' Council*** | s/  Tom A. Jerman<br>TOM A. JERMAN (D.C. No. 454960)<br>KAREN WAHLE (DC Bar No. 440517)<br>O'Melveny & Myers LLP<br>1625 Eye Street, N.W.<br>Washington, DC  20006<br>T:  202/383-5300<br>***Counsel  for Defendant Gate Gourmet, Inc.*** |