IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| IBT/HERE EMPLOYEE REPRESENTATIVES' COUNCIL,<br><br>Plaintiff,<br><br>v.<br><br>GATE GOURMET DIVISION AMERICAS and<br>GATE GOURMET, INC.,<br><br>Defendants. | Civil Action No. 1:05CV01210<br><br>Judge Ricardo Urbina |

**[PROPOSED] ORDER GRANTING AGREED MOTION FOR EXTENSION OF TIME**

Upon the application of Defendant Gate Gourmet, Inc. and Plaintiff IBT/HERE Employee Representatives' Council, it is hereby ORDERED that the time for Defendant Gate Gourmet, Inc. to respond to the First Amended Complaint in the above captioned proceeding is hereby extended to September 30, 2005.

SO ORDERED

Dated: August __, 2005

_____
**JUDGE RICARDO URBINA**
**UNITED STATES DISTRICT JUDGE**