**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLUMBIA**

| | |
|---|---|
| IBT/HERE EMPLOYEE REPRESENTATIVES' COUNCIL,<br><br>    Plaintiff,<br><br>    v.<br><br>GATE GOURMET DIVISIONS AMERICAS and GATE GOURMET, INC.,<br><br>    Defendants. | Civ. No. 05-01210 |

**DECLARATION OF APARNA B. JOSHI**

I, Aparna B. Joshi, declare and state as follows:

1. I am an associate with O'Melveny & Myers LLP, and I represent defendant Gate Gourmet, Inc. (the "Company"). I have personal knowledge of the facts set forth below.

2. On September 8 and 9, 2005, an arbitration hearing was held before neutral arbitrator Richard Kasher regarding whether the Company had the contractual right under the collective bargaining agreement to eliminate the employer contribution for all employees to the Company health plan. The parties have agreed to a briefing schedule in that case and the arbitrator's decision is pending.

3. Based upon conversations with Company representatives, I am aware that during the course of negotiations for a new collective bargaining agreement with plaintiff IBT/HERE Employee Representatives' Council (the "Council"), the Company agreed to reinstate employer contributions to the Company health plan at the level existing prior to the July 1, 2005 reduction. This reinstatement was effective September 1, 2005.

4. I have contacted John O'B. Clarke, counsel for the Council, to ask whether the

Council would voluntarily dismiss the lawsuit at issue with prejudice in light of the fact that the arbitration hearing has been completed. Mr. Clarke informed me that the Council would not agree to dismiss the lawsuit with prejudice.

I declare under penalty of perjury pursuant to 28 U.S.C. § 1746 that the foregoing is true and correct. This declaration was executed on the date indicated below at Washington, D.C.

Dated: September 30, 2005

       /s/ Aparna B. Joshi
Aparna B. Joshi (D.C. Bar No. 481879)
O'Melveny & Myers LLP
1625 Eye Street, N.W.
Washington, DC 20006
T: 202/383-5300
F: 202/383-5414
***Attorney for Defendant Gate Gourmet, Inc.***