## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF COLUMBIA

IBT/HERE EMPLOYEE
REPRESENTATIVES' COUNCIL,

        Plaintiff,

    v.

GATE GOURMET DIVISION AMERICAS
and
GATE GOURMET, INC.,

        Defendants.

**Civil Action No.  1:05CV01210**

**Judge Ricardo Urbina**

### [PROPOSED] ORDER GRANTING DEFENDANT'S MOTION TO DISMISS

Upon consideration of the application of Defendant Gate Gourmet, Inc., it is hereby

ORDERED that Defendant Gate Gourmet, Inc.'s Motion to Dismiss Plaintiff's First Amended

Complaint with prejudice is **GRANTED**.

SO ORDERED

Dated: _____, 2005

        _____
        **JUDGE RICARDO M. URBINA**
        **UNITED STATES DISTRICT JUDGE**