UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| IBT/HERE EMPLOYEE REPRESENTATIVES' COUNCIL,  )<br>    *Plaintiff,*   )<br>  )<br>    *v.*   )<br>  )<br>GATE GOURMET DIVISION AMERICAS, *et al.*, )<br>    *Defendants*.   )<br>  ) | No. 05-01210 (RMU) |

**MOTION BY PLAINTIFF TO HOLD THIS CASE IN
ABEYANCE FOR ONE HUNDRED AND TWENTY DAYS**

Defendants Gate Gourmet Division Americas and Gate Gourmet, Inc. have filed a motion pursuant to Rule 12(b)(1) and Rule 12(b)(6), Fed. R. Civ. P., to dismiss the Amended Complaint of plaintiff IBT/HERE Employee Representatives' Council ("Council"), asserting that this Court lacks jurisdiction over Count I of the Amended Complaint; that Count II is moot; and that the entire case is moot. Plaintiff is this day filing its opposition to that motion to dismiss. However, plaintiff submits that, as a result of developments that have occurred since this Court denied plaintiff's request for interim injunctive relief on June 30, 2005, it is premature to address defendants' motion. Indeed, subsequent events may moot this case. Accordingly, in order to avoid the needless expense of judicial resources, plaintiff Council respectfully requests that this Court hold this case, including the pending motion to dismiss, in abeyance for a period of one hundred and twenty (120) days.

Plaintiff is filing with this motion a Memorandum in support of its motion.

Counsel for plaintiff informed counsel for defendants that this motion would be made and has been advised that defendants will object to this request.

**WHEREFORE**, plaintiff Council respectfully requests that this Court hold this case, including the pending motion to dismiss, in abeyance for a period of one hundred and twenty (120) days.

        Respectfully Submitted,

        /s/ John O'B. Clarke, Jr.
        John O'B. Clarke, Jr. (Bar No. 044685)
        HIGHSAW, MAHONEY & CLARKE, P.C.
        1050 17th Street, N.W., Suite 444
        Washington, D.C. 20036
        (202) 296-8500

        /s/ Roland P. Wilder, Jr.
        Roland P. Wilder, Jr. (Bar No. 69069)
        Susan Boyle (Bar No. 441102)
        BAPTISTE & WILDER, P.C.
        1150 Connecticut Ave., N.W., Suite 500
        Washington, DC 20036
        (202) 223-0723

DATE: October 11, 2005        Attorneys for Plaintiff Council

## CERTIFICATE OF SERVICE

I hereby certify that I have this 11th day of October, 2005, caused a copy of the foregoing Motion To Hold Case In Abeyance to be served upon counsel for defendants by emailing a copy thereof in pdf format to:

> Thomas Jerman
> O'Melveny & Myers LLP
> 1625 Eye Street, N.W.
> Washington, D.C. 20036
> tjerman@omm.com.

_____
John O'B. Clarke, Jr.