UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| IBT/HERE EMPLOYEE REPRESENTATIVES' COUNCIL,<br>    *Plaintiff,*<br><br>    *v.*<br><br>GATE GOURMET DIVISION AMERICAS, *et al.*,<br>    *Defendants.* | No. 05-01210 (RMU) |

**ORDER**

Upon consideration of a motion by plaintiff IBT/HERE Employee Representatives' Council to hold this case in abeyance, and upon consideration of the response of defendants, and it appearing to this Court that considerations of judicial economy and fairness to the parties warrant that the motion be granted, it is hereby

**ORDERED**, that this case be held in abeyance until _____, 2006, or until the arbitrator issues his final award in the arbitration commenced on September 8, 2005, whichever shall occur first, at which point plaintiff shall submit a report to this Court as to the status of this case and the need for further involvement by this Court.

DATE:                                                                 _____
                                                                               Ricardo M. Urbina
                                                                               United States District Judge