## UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| IBT/HERE EMPLOYEE REPRESENTATIVES' COUNCIL,        )<br>      *Plaintiff,*        )<br>        )<br>      *v.*        )<br>        )<br>GATE GOURMET DIVISION AMERICAS, *et al.*,        )<br>      *Defendants*.        )<br>        ) | No. 05-01210 (RMU) |

### ORDER

Upon consideration of a motion by defendants to dismiss plaintiff's Amended Complaint and plaintiff's opposition thereto, it is hereby

***ORDERED***, that defendants' motion is DENIED.

 

                                                          _____

DATE:                                                      United States District Judge