UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| IBT/HERE EMPLOYEE REPRESENTATIVES' COUNCIL,<br>   *Plaintiff,*<br><br>  *v.*<br><br>GATE GOURMET DIVISION AMERICAS, *et al.*,<br>   *Defendants.* | No. 05-01210 (RMU) |

### MOTION BY PLAINTIFF FOR LEAVE TO FILE CORRECTED OPPOSITION BY PLAINTIFF TO MOTION BY DEFENDANTS TO DISMISS

On September 30, 2005, defendants Gate Gourmet Division Americas and Gate Gourmet, Inc. filed a motion pursuant to Rule 12(b)(1) and Rule 12(b)(6), Fed. R. Civ. P., to dismiss the Amended Complaint of plaintiff IBT/HERE Employee Representatives' Council ("Council"). Under Local Civil Rule 7.1(b), plaintiff's opposition to that motion was due on or before October 11, 2005. Plaintiff's counsel, however, was several minutes late in completing the opposition pleadings on October 11, 2005, and did not electronically file those pleadings until nine (9) minutes after midnight. Upon further review of the opposition, counsel noticed a typographical error as well as two sentences that needed to be modified to make plaintiff's position clearer.[1] Additionally, the certificate of service had to be corrected to reflect the fact that the service occurred on October 12, 2005. Accordingly, plaintiff has corrected the opposition and by this motion seeks leave to file this corrected pleading.

---

[1] Those changes are as follows: Page 2 of the initial opposition, line 12, change "Its violated" to "It violated"; page 5 of initial opposition, line 14 to page 6, line 1, delete "from this Court"; page 8 of initial opposition, line 4, change "That action" to "Applying economic pressure during the status quo period"; and page 8 of corrected pleading, lines 1-2, add "whether the change in working conditions that applied that pressure was or was not authorized by the contract".

Counsel for plaintiff has informed defendants' counsel that this motion would be made and has been authorized to state that defendants will not oppose this motion.

*WHEREFORE*, plaintiff respectfully requests that it be granted leave to file the attached Corrected Opposition to Defendants' Motion to Dismiss, time for filing having expired yesterday.

Respectfully Submitted,

/s/ John O'B. Clarke, Jr.
John O'B. Clarke, Jr. (Bar No. 044685)
HIGHSAW, MAHONEY & CLARKE, P.C.
1050 17th Street, N.W., Suite 444
Washington, D.C. 20036
(202) 296-8500


/s/ Roland P. Wilder, Jr.
Roland P. Wilder, Jr. (Bar No. 69069)
Susan Boyle (Bar No. 441102)
BAPTISTE & WILDER, P.C.
1150 Connecticut Ave., N.W., Suite 500
Washington, D.C. 20036
(202) 223-0723

DATE: October 12, 2005          Attorneys for Plaintiff

**CERTIFICATE OF SERVICE**

I hereby certify that I have this 12th day of October, 2005, caused a copy of the foregoing Motion For Leave To File Plaintiff's Corrected Opposition To Defendants' Motion To Dismiss to be served upon counsel for defendants by emailing a copy thereof in pdf format to:

> Tom Jerman
> O'Melveny & Myers LLP
> 1625 Eye Street, N.W.
> Washington, D.C. 20036
> tjerman@omm.com

>    /s/ John O'B. Clarke, Jr.
>    John O'B. Clarke, Jr.