UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| IBT/HERE EMPLOYEE REPRESENTATIVES' COUNCIL,<br>    *Plaintiff,*<br><br>    *v.*<br><br>GATE GOURMET DIVISION AMERICAS, *et al.*,<br>    *Defendants.* | No. 05-01210 (RMU) |

**ORDER**

Upon consideration of the unopposed motion by plaintiff for leave to file its corrected opposition to defendants' motion to dismiss, time for filing having expired one day ago, and it appearing to this Court that granting this motion will not delay the proper disposition of this case, it is hereby

**ORDERED**, that plaintiff's motion for leave to file is GRANTED and the clerk of this Court is directed to file the corrected pleading lodged with plaintiff's motion.

_____
Ricardo M. Urbina
DATE:                                                        United States District Judge