UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | | | |
|---|---|---|---|
| IBT/HERE EMPLOYEE REPRESENTATIVES' COUNCIL, | : | | |
| | : | | |
| Plaintiff, | : | Civil Action No.: | 05-1210 (RMU) |
| | : | | |
| v. | : | Document No.: | 35 |
| | : | | |
| GATE GOURMET DIVISION AMERICAS *et al.*, | : | | |
| | : | | |
| Defendants. | : | | |

### ORDER

**GRANTING THE PLAINTIFF'S MOTION TO HOLD CASE IN ABEYANCE**

For the reasons stated in this court's Memorandum Opinion separately and contemporaneously issued this 12th day of December, 2005, it is hereby

**ORDERED** that the plaintiff's motion to hold this case in abeyance is **GRANTED**, and it is

**FURTHER ORDERED** that the parties confer in good faith following the arbitrator's ruling to determine whether the remaining issues in this case can be resolved without judicial intervention, and it is

**ORDERED** that the parties inform the court in writing within 20 days of the arbitrator's decision of the parties' joint or individual understandings of the scope of this case going forward.

**SO ORDERED**.

RICARDO M. URBINA
United States District Judge