UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| IBT/HERE EMPLOYEE REPRESENTATIVES' COUNCIL,<br>    *Plaintiff*,<br><br>    v.<br><br>GATE GOURMET DIVISION AMERICAS, *et al.*,<br>    *Defendants*. | No. 05-01210 (RMU) |

**JOINT STATUS REPORT**

On December 12, 2005, this Court granted plaintiff IBT/HERE Employee Representatives' Council ("Council") motion to hold this case in abeyance pending completion of the arbitration of the dispute over Gate Gourmet's contractual right to cease funding its Health Care program. That Order further directed the parties to confer "following the arbitrator's ruling to determine whether the remaining issues can be resolved without judicial intervention . . . ." Order at Ordering ¶ 2. The purpose of this pleading is to bring to this Court's attention the status of the arbitration.

At the time plaintiff filed its motion to hold this case in abeyance, plaintiff anticipated that the case would be fully briefed by mid-November 2005 and that the arbitrator would issue his ruling by the end of 2005. Plaintiff, however, was delayed in completing its submissions and the case on liability was not fully briefed until

December 5, 2005. The parties are still waiting for the arbitrator's decision on liability.

                                                                     Respectfully Submitted,

                                                                     /s/ John O'B. Clarke, Jr.
John O'B. Clarke, Jr. (Bar No. 044685)
HIGHSAW, MAHONEY & CLARKE, P.C.
1050 17th Street, N.W., Suite 444
Washington, D.C. 20036
(202) 296-8500

                                                                     /s/ Roland P. Wilder, Jr.
Roland P. Wilder, Jr. (Bar No. 69069)
Susan Boyle (Bar No. 441102)
BAPTISTE & WILDER, P.C.
1150 Connecticut Ave., N.W., Suite 500
Washington, D.C. 20036
(202) 223-0723

DATE: February 1, 2006                   Attorneys for Plaintiff

                                                                     /s/ Tom A. Jerman
Tom A. Jerman (Bar No. 454960)
O'Melveny & Myers LLP
1625 Eye Street, N.W.
Washington, D.C. 20036
(202) 383-5233

DATE: February 1, 2006                   Attorneys for Defendants