UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| IBT/HERE EMPLOYEE REPRESENTATIVES'<br>COUNCIL,<br>          *Plaintiff,*<br><br>          *v.*<br><br>GATE GOURMET DIVISION AMERICAS, *et al.*,<br>          *Defendants.* | No. 05-01210 (RMU) |

**JOINT MOTION FOR EXTENSION OF TIME TO FILE
STATEMENT REQUIRED BY DECEMBER 12, 2005 ORDER**

Plaintiff IBT/HERE Employee Representatives' Council and defendants Gate Gourmet Division Americas and Gate Gourmet, Inc. respectfully request that this Court grant them an extension of three (3) weeks in which to file the statement of position that this Court has directed the parties file within twenty (20) days of the arbitrator's decision; that is, an extension to and including April 13, 2006. Plaintiff and defendants state as follows in support of this motion.

On December 12, 2005, this Court issued an order granting plaintiff's motion to hold this case in abeyance pending the ruling by the arbitrator on the grievance that the Council filed over Gate Gourmet's decision to cease funding its Medical Plan as of July 1, 2005. That order directed the parties to "confer in good faith following the arbitrator's ruling to determine whether the remaining issues in this case can be resolved without judicial intervention . . . ." The order further provided that the parties were to "inform the court in writing within 20 days of the arbitrator's decision of the parties' joint or individual understandings of the scope of the case going forward."

On March 3, 2006, the arbitrator signed his award sustaining the Council's grievance on the liability issue. A true and accurate copy of that Award is attached hereto. That Award directed the

parties "to conduct a joint accounting to determine the damages associated with the violation of the collective bargaining agreement." Award at 38.

The parties are attempting to schedule a meeting of the attorneys and principals to discuss the Award and the accounting it has required, as well as to determine whether the remaining issues in this litigation can be resolved without further judicial intervention. However, due to the schedules of counsel and their principals (who must also attend that meeting), they have not been able to set a firm date and most likely will not be able to meet prior to the current due date for the report–which is March 23, 2006. Since the meeting will be to discuss both the accounting required by the arbitrator as well as whether plaintiff may achieve full recovery for its members through the arbitration proceeding, it is important that the parties have sufficient time to explore the various methods to remedy the wrong that the arbitrator found had occurred.

As noted above, the Statement of Position is currently due by March 23, 2006.  However, to give the parties sufficient time to have meaningful discussions, and due to the schedules of the numerous individuals who must attend the discussions, the parties request that they be granted a three-week extension. No prior extensions have been requested and if this requested extension is granted, the new due date will be April 13, 2006.

**WHEREFORE**, plaintiff and defendants respectfully request that this Court grant them an extension of three weeks in which to file the Statement of Position required by the December 12, 2005 Order of this Court; that is, an extension of time to and including April 13, 2006.

        Respectfully Submitted,


        /s/ John O'B. Clarke, Jr.
John O'B. Clarke, Jr. (Bar No. 044685)
HIGHSAW, MAHONEY & CLARKE, P.C.
1050 17th Street, N.W., Suite 444
Washington, D.C. 20036
(202) 296-8500


        /s/ Roland P. Wilder, Jr.
Roland P. Wilder, Jr. (Bar No. 69069)
Susan Boyle (Bar No. 441102)
BAPTISTE & WILDER, P.C.
1150 Connecticut Ave., N.W., Suite 500
Washington, DC 20036
(202) 223-0723

Attorneys for Plaintiff


        /s/ Tom A. Jerman
Tom A. Jerman (Bar No. 454960)
O'Melveny & Myers LLP
1625 Eye Street, N.W.
Washington, D.C. 20036
(202) 383-5233

Date: March 16, 2006        Attorney for Defendants