UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| IBT/HERE EMPLOYEE REPRESENTATIVES' COUNCIL,<br>　　　　*Plaintiff,*<br><br>　　　　*v.*<br><br>GATE GOURMET DIVISION AMERICAS, *et al.*,<br>　　　　*Defendants*. | No. 05-01210 (RMU) |

**ORDER**

Upon consideration of a Joint Motion by plaintiff IBT/HERE Employee Representatives' Council and defendants Gate Gourmet Division Americas and Gate Gourmet, Inc. for an extension of three (3) weeks in which to file their statement of position, as required by the Order of this Court dated December 12, 2005, and it appearing to this Court that such an extension is warranted and will not delay the just disposition of this case, it is hereby

**ORDERED**, that the time in which the parties are to file a statement as to their joint or individual understandings of the scope of this case going forward, is extended to and including April 13, 2006.

DATE: March __, 2006

　　　　　　　　　　　　　　　　　　　Ricardo M. Urbina
　　　　　　　　　　　　　　　　　　　United States District Judge