# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| **IBT/HERE EMPLOYEE REPRESENTATIVES' COUNCIL,**<br><br>　　　　**Plaintiff,**<br><br>　　　　v.<br><br>**GATE GOURMET DIVISION AMERICAS and GATE GOURMET, INC.,**<br><br>　　　　**Defendants.** | **Civ. No. 05-01210**<br><br>**Judge Ricardo Urbina** |

## JOINT STATUS REPORT STATEMENT AND MOTION TO CONTINUE ABEYANCE

Pursuant to the Court's Memorandum Opinion Granting the Plaintiff's Motion to Hold the Case in Abeyance, dated December 12, 2005, (the "December 12, 2005 Order"), defendants Gate Gourmet Division Americas and Gate Gourmet, Inc. ("Gate Gourmet" or the "Company") and plaintiff IBT/HERE Employee Representatives' Council ("Plaintiff" or the "Union") file this joint status report statement and motion to continue the abeyance.

The Court's December 12, 2005 Order directed the parties to "confer in good faith following the arbitrator's ruling to determine whether the remaining issues in this case can be resolved without judicial intervention . . . ." Arbitrator Richard Kasher issued a ruling (the "Kasher Arbitration Award") on March 3, 2006 sustaining the Union's grievance. The Kasher Arbitration Award also directed the parties to "conduct a joint accounting to determine the damages associated with the violation of the collective bargaining agreement." On March 30,

2006, the parties met and conferred regarding the remedy under the Kasher Arbitration Award and the need, if any, for further judicial intervention. The parties concluded that the need, if any, for further judicial intervention could not be determined until the joint accounting regarding damages had been completed. The parties further concluded that gathering the information required to implement the joint accounting on damages would take a significant amount of time due to the need to obtain information from over 2,500 employees. Accordingly, the parties respectfully request that the Court continue to hold the case in abeyance for an additional six months pending the implementation of the joint accounting to determine damages as required by the Kasher Arbitration Award.

| | |
|---|---|
| Dated: April 18, 2006 | Respectfully submitted,<br>    /s/ Tom A. Jerman    <br>TOM A. JERMAN (D.C. No. 454960)<br>O'Melveny & Myers LLP<br>1625 Eye Street, N.W.<br>Washington, DC 20006<br>(202) 383-5300<br>***Counsel for Defendants***<br><br>    /s/  John O'B. Clarke, Jr.    <br>John O'B. Clarke, Jr. (Bar No. 044685)<br>HIGHSAW, MAHONEY & CLARKE, P.C.<br>1050 17th Street, N.W., Suite 444<br>Washington, D.C. 20036<br>(202) 296-8500<br><br>   /s/  Susan Boyle    <br>Roland P. Wilder, Jr. (Bar No. 69069)<br>Susan Boyle (Bar No. 441102)<br>BAPTISTE & WILDER, P.C.<br>1150 Connecticut Ave., N.W., Suite 500<br>Washington, DC 20036<br>(202) 223-0723<br>***Counsel for Plaintiff*** |