IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| **IBT/HERE EMPLOYEE REPRESENTATIVES' COUNCIL,**<br><br>**Plaintiff,**<br><br>v.<br><br>**GATE GOURMET DIVISION AMERICAS and GATE GOURMET, INC.,**<br><br>**Defendants.** | **Civ. No. 05-01210**<br><br>**Judge Ricardo Urbina** |

## JOINT STATUS REPORT STATEMENT

Pursuant to the Court's Minute Order dated April 18, 2006 granting the Joint Motion to Continue to Hold the Case in Abeyance (the "April 18, 2006 Order"), defendants Gate Gourmet Division Americas and Gate Gourmet, Inc. ("Gate Gourmet" or the "Company") and plaintiff IBT/HERE Employee Representatives' Council ("Plaintiff" or the "Union") file this joint status report statement requesting additional time in which to resolve the dispute without court intervention.

The Court's December 12, 2005 Order granting Plaintiffs' Motion to Hold the Case in Abeyance directed the parties to "confer in good faith following the arbitrator's ruling to determine whether the remaining issues in this case can be resolved without judicial intervention . . . ." As indicated in the parties' Joint Motion to Continue to Hold the Case in Abeyance dated April 18, 2006, Arbitrator Richard Kasher issued a ruling (the "Kasher Arbitration Award") on

March 3, 2006 sustaining the Union's grievance. The Kasher Arbitration Award also directed the parties to "conduct a joint accounting to determine the damages associated with the violation of the collective bargaining agreement." On March 30, 2006, the parties met and conferred regarding the remedy under the Kasher Arbitration Award and the need, if any, for further judicial intervention. The parties concluded that the need, if any, for further judicial intervention could not be determined until the joint accounting regarding damages had been completed. The parties further concluded that gathering the information required to implement the joint accounting on damages would take a significant amount of time due to the need to obtain information from over 2,500 employees. On April 18, 2006, the Court granted the parties' joint request to continue to hold the case in abeyance and required a status report to be filed by October 23, 2006. The Court's April 18, 2006 Order specifically provided that the status report "shall include, if requested, additional time for the parties to resolve their dispute without court intervention."

Since that time, the parties have continued to discuss the joint accounting to determine damages as required by the Kasher Arbitration Award. The Council submitted a detailed questionnaire to its members soliciting information as to their medical costs during July and August 2005, compiled the information provided by those employees who responded, and gave that information to the Company. In the meantime, the Company provided the Council with a list of all employees who were covered by the Company's medical plan during the June through September 2005 time period, which the Council has given to a computer expert to analyze. Based on this exchange of information, the parties have concluded that they may submit a joint inquiry to the affected employees to obtain more information. In the meantime, the Council has

submitted a settlement proposal to the Company, which the Company is studying. Accordingly, the parties respectfully request that the Court continue to hold the case in abeyance for an additional six months so that the parties may resolve their dispute without court intervention.

Dated: October 23, 2006

Respectfully submitted,

    /s/ Tom A. Jerman    
TOM A. JERMAN (D.C. No. 454960)
O'Melveny & Myers LLP
1625 Eye Street, N.W.
Washington, DC  20006
(202) 383-5300
*Counsel for Defendants*

    /s/  John O'B. Clarke, Jr.    
John O'B. Clarke, Jr. (Bar No. 044685)
HIGHSAW, MAHONEY & CLARKE, P.C.
1050 17th Street, N.W., Suite 444
Washington, D.C. 20036
(202) 296-8500

   /s/  Stefan P. Sutich    
Roland P. Wilder, Jr. (Bar No. 69069)
Stefan P. Sutich (Bar No. 493451)
BAPTISTE & WILDER, P.C.
1150 Connecticut Ave., N.W., Suite 500
Washington, DC 20036
(202) 223-0723
*Counsel for Plaintiff*