UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| IBT/HERE EMPLOYEE REPRESENTATIVES' COUNCIL, )<br>    *Plaintiff,* )<br>)<br>    *v.* )<br>)<br>GATE GOURMET DIVISION AMERICAS, )<br>*et al.*, )<br>    *Defendants.* )<br>_____) | No. 05-01210 (RMU) |

**JOINT MOTION FOR LEAVE TO FILE
JOINT STATUS REPORT, TIME FOR FILING
HAVING EXPIRED**

On November 14, 2007, this Court entered a minute order requiring the parties to provide the Court with a joint status report on or before January 2, 2008. While the parties were aware that this report was due on January 2, 2008, they neglected to coordinate the preparation of the report. While preparing for the resumption of the proceedings before the adjustment board established to resolve the contract dispute, counsel realized that the report had not been filed. Accordingly, they have prepared the report that is being lodged with this motion.

Counsel apologize to this Court for failing to comply with the Court's Minute Order.

***WHEREFORE***, plaintiff and defendants respectfully request that they be granted leave to file the attached Joint Status Report.

                                      Respectfully Submitted,

                                          /s/ John O'B. Clarke, Jr.
                                    John O'B. Clarke, Jr. (Bar No. 044685)
                                    HIGHSAW, MAHONEY & CLARKE, P.C.
                                    1050 17th Street, N.W., Suite 444
                                    Washington, D.C. 20036
                                    (202) 296-8500

DATE: January 8, 2008             Attorney for Plaintiff


                                          /s/ Tom A. Jerman
                                    Tom A. Jerman (Bar No. 454960)
                                    O'Melveny & Myers LLP
                                    1625 Eye Street, N.W.
                                    Washington, D.C. 20036
                                    (202) 383-5233

DATE: January 8, 2008             Attorney for Defendants