## UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| IBT/HERE EMPLOYEE REPRESENTATIVES' COUNCIL, )<br>    *Plaintiff*, )<br>)<br>    v. )<br>)<br>GATE GOURMET DIVISION AMERICAS, )<br> *et al.*, )<br>    *Defendants*. )<br>_____) | No. 05-01210 (RMU) |

## ORDER

Upon consideration of a motion by plaintiff IBT/HERE Employee Representatives' Council and defendants Gate Gourmet Division Americas, *et al.*, for leave to file a Joint Status Report, time for filing having expired on January 2, 2008, and it appearing to this Court that the motion should be granted, it is hereby

**ORDERED**, that the parties are GRANTED Leave to File their Joint Status Report and the Clerk is directed to file the Joint Status Report lodged with this Motion For Leave to File.

_____

DATE: January __, 2008

Ricardo M. Urbina
United States District Judge