UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| IBT/HERE EMPLOYEE REPRESENTATIVES' COUNCIL, | ) ) ) | |
| *Plaintiff,* | ) ) | |
| v. | ) ) | No. 05-01210 (RMU) |
| GATE GOURMET DIVISION AMERICAS, *et al.*, | ) ) ) | |
| *Defendants*. | ) ) | |

**JOINT STATUS REPORT**

On November 14, 2007, this Court entered a minute order requiring the parties to provide the Court with a joint status report on or before January 2, 2008. This report is respectfully submitted in response to that order.

When the adjustment board established to hear the contract dispute over Gate Gourmet's actions in connection with the Medical Plan, issued its Award on March 3, 2006, on the liability phase of the dispute, it directed the parties "to conduct a joint accounting to determine the damages associated with the violation of the collective bargaining agreement." Award at 38. Following that Award, the parties have been conferring in an effort to conduct that joint accounting. When the parties were unable to settle the dispute, plaintiff IBT/HERE Employee Representatives' Council invoked the jurisdiction of the adjustment board to resume the arbitration to address the

remedy that should be imposed. That arbitration is currently scheduled to resume on February 8, 2008.

Plaintiff Council requests that this Court continue to hold this case in abeyance until the board issues its Award on the remedy.

Respectfully Submitted,

/s/ John O'B. Clarke, Jr.
John O'B. Clarke, Jr. (Bar No. 044685)
HIGHSAW, MAHONEY & CLARKE, P.C.
1050 17th Street, N.W., Suite 444
Washington, D.C. 20036
(202) 296-8500

/s/ Roland P. Wilder, Jr.
Roland P. Wilder, Jr. (Bar No. 69069
BAPTISTE & WILDER, P.C.
1150 Connecticut Ave., N.W., Suite 500
Washington, D.C. 20036
(202) 223-0723

DATE: January 8, 2008			Attorneys for Plaintiff

/s/ Tom A. Jerman
Tom A. Jerman (Bar No. 454960)
O'Melveny & Myers LLP
1625 Eye Street, N.W.
Washington, D.C. 20036
(202) 383-5233

DATE: January 8, 2008			Attorneys for Defendants