UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| IBT/HERE EMPLOYEE REPRESENTATIVES' COUNCIL,       )<br>　　　*Plaintiff*,　　　　　　　　　　　)<br>　　　　　　　　　　　　　　　　　　　　)<br>　v.　　　　　　　　　　　　　　　　　　)<br>　　　　　　　　　　　　　　　　　　　　)<br>GATE GOURMET DIVISION AMERICAS, *et al.*,　)<br>　　　*Defendants*.　　　　　　　　　　)<br>　　　　　　　　　　　　　　　　　　　　) | No. 05-01210 (RMU) |

**UNOPPOSED MOTION BY PLAINTIFF**
**FOR LEAVE TO FILE STATUS REPORT**

　　　Plaintiff IBT/HERE Employee Representatives' Council respectfully requests leave to file a Status Report. Plaintiff states as follows in support of this motion.

　　　On October 19, 2005, this Court entered an order holding this case in abeyance while the parties submitted for resolution before an adjustment board established under Section 204 of the Railway Labor Act, 45 U.S.C. § 184, the dispute over whether defendant Gate Gourmet, Inc. had the contractual authority to cease paying a share of the costs for providing its employees with hospitalization and medical expense coverage. Doc. No. 41. Thereafter, the parties were directed to file periodic Status Reports informing the Court as to the progress of the adjustment board proceedings. The last status report was filed with this Court on January 14, 2008, informing the Court that the remedy phase of the adjustment board proceeding was to be heard before the board on February 8, 2008. The purpose of this motion is to place before this Court the current status of this matter before the board. A copy of the Status Report which plaintiff seeks leave to file is attached to this motion.

　　　Counsel for plaintiff has informed defendants that this motion would be made and has been authorized to state that defendants will not oppose this motion.

**WHEREFORE**, plaintiff respectfully requests that this Court grant it leave to file the attached Status Report.

                                                       Respectfully Submitted,

                                                       /s/ John O'B. Clarke, Jr.
                                                       John O'B. Clarke, Jr. (Bar No. 044685)
                                                       HIGHSAW, MAHONEY & CLARKE, P.C.
                                                       1050 17th Street, N.W., Suite 444
                                                       Washington, D.C. 20036
                                                       (202) 296-8500

DATE: September 12, 2008          Attorney for Plaintiff

### CERTIFICATE OF SERVICE

I hereby certify that I have this 12th day of September, 2008, electronically filed the foregoing Motion For Leave To File A Status Report with the Clerk of the Court using the CM/ECF system, which will then send a notification of such filing to the following:

        Tom A. Jerman
        O'Melveny & Myers LLP
        1625 Eye Street, N.W.
        Washington, D.C. 20036

                                            /s/ John O'B. Clarke, Jr.
                                            John O'B. Clarke, Jr.