**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLUMBIA**

| | | |
|---|---|---|
| IBT/HERE EMPLOYEE REPRESENTATIVES' COUNCIL, | ) | |
| *Plaintiff,* | ) | |
| | ) | |
| *v.* | ) | No. 05-01210 (RMU) |
| | ) | |
| GATE GOURMET DIVISION AMERICAS, *et al.*, | ) | |
| *Defendants*. | ) | |
| | ) | |

**ORDER**

Upon consideration of an unopposed motion by plaintiff IBT/HERE Employee Representatives' Council for leave to file a Status Report, and it appearing to this Court that such a report would be helpful to the Court, it is hereby this ___ day of September, 2008,

**ORDERED**, that plaintiff's motion is GRANTED and plaintiff is directed to file the Status Report with this Court.

DATE: September ___, 2008 

_____
United States District Judge