UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| IBT/HERE EMPLOYEE REPRESENTATIVES' COUNCIL,  )<br>    *Plaintiff*,  )<br>  )<br>v.  )<br>  )<br>GATE GOURMET DIVISION AMERICAS, *et al.*,  )<br>    *Defendants*.  )<br>  ) | No. 05-01210 (RMU) |

**NOTICE OF FILING**

**PLEASE TAKE NOTICE**, that plaintiff IBT/HERE Employee Representatives' Council has this day filed the attached Status Report pursuant to the Minute Order of this Court entered earlier today, granting plaintiff leave to file.

Respectfully Submitted,

    /s/ John O'B. Clarke, Jr.
John O'B. Clarke, Jr. (Bar No. 044685)
HIGHSAW, MAHONEY & CLARKE, P.C.
1050 17th Street, N.W., Suite 444
Washington, D.C. 20036
(202) 296-8500

DATE: September 15, 2008    Attorney for Plaintiff

**CERTIFICATE OF SERVICE**

I hereby certify that I have this 15th day of September, 2008, electronically filed the foregoing Notice of Filing and Attached Status Report with the Clerk of the Court using the CM/ECF system, which will then send a notification of such filing to the following:

> Tom A. Jerman
> O'Melveny & Myers LLP
> 1625 Eye Street, N.W.
> Washington, D.C. 20036

>     /s/ John O'B. Clarke, Jr.
> John O'B. Clarke, Jr.