UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| IBT/HERE EMPLOYEE REPRESENTATIVES' COUNCIL,  )<br>    *Plaintiff,* )<br>)<br>v.  )<br>)<br>GATE GOURMET DIVISION AMERICAS, *et al.*, )<br>    *Defendants*. )<br>_____ ) | No. 05-01210 (RMU) |

**STATUS REPORT**

This Status Report is respectfully submitted to inform this Court as to the current status of the proceedings before the Special Board of Adjustment, which the parties established under Section 204 of the Railway Labor Act, 45 U.S.C. § 184, to hear the dispute over whether defendant Gate Gourmet, Inc. had the contractual authority to cease paying a share of the costs for providing its employees with hospitalization and medical expense coverage.

As the parties previously informed this Court, the parties agreed to bifurcate the proceedings before the adjustment board, separating the liability phase from the remedy phase. On March 3, 2006, the board concluded that Gate Gourmet's actions breached the collective bargaining agreement and directed the parties to conduct a joint accounting of the impact on the employees. Pursuant to that directive, the parties attempted to resolve the remedy, but when they failed to reach an agreement, the Council invoked the board's continuing jurisdiction to hear the remedy phase.

On February 8, 2008, the board conducted a one-day hearing on the Council's proposed remedy. The parties filed post-hearing briefs in late April, 2008, and reply submissions in mid-May, 2008. The remedy issue is currently before the board for decision.

                Respectfully Submitted,

                _____/s/ John O'B. Clarke, Jr._____
                John O'B. Clarke, Jr. (Bar No. 044685)
                HIGHSAW, MAHONEY & CLARKE, P.C.
                1050 17th Street, N.W., Suite 444
                Washington, D.C. 20036
                (202) 296-8500

DATE: September 15, 2008        Attorney for Plaintiff